# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WELLS FARGO BANK, N.A., etc.,

    Plaintiff,       :       Case No. 3:07-cv-449

  -vs-                                Magistrate Judge Michael R. Merz

                                :

LaSALLE BANK NATIONAL
ASSOCIATION,

    Defendant.

## DECISION AND ORDER DENYING LASALLE'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER ALLOWING SUPPLEMENTATION OF WELLS FARGO'S LAY WITNESS LIST

This case is before the Court on Defendant LaSalle's Motion for Reconsideration (Doc. No. 143) of the Court's Notation Order granting Wells Fargo's Motion to Supplement (Doc. No. 121) its identification of lay witnesses by adding Pauline Olon, a records custodian from Dayton Power & Light Company.

Having considered the motion papers, the Court denies the Motion for Reconsideration without prejudice to its ruling on the proper scope of her testimony in ruling on LaSalle's pending motion in limine in that regard.

July 6, 2009.

                                                      s/ **Michael R. Merz**
                                                         United States Magistrate Judge