## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A.,** | : | **CASE NO.  3:07cv0449** |
| **Plaintiff,** | : | |
| **v.** | | **Magistrate Judge Michael R. Merz** |
| | : | |
| **LaSALLE BANK NATIONAL** | | **AGREED ORDER FOR A** |
| **ASSOCIATION,** | : | **PROCEDURE TO DETERMINE** |
| | | **PLAINTIFF'S REMEDIES IF** |
| **Defendant.** | : | **LIABILITY IS FOUND** |

_____

After conferring, the parties hereby agree as follows on a procedure for determination by the Court of the remedy to which Wells Fargo is entitled if the jury determines that LaSalle is liable on one or more of the claims asserted by Wells Fargo in this action:

1.    The jury will hear evidence relevant to and determine:  (i) whether LaSalle breached any of the representations and warranties set forth in the Mortgage Loan Purchase Agreement ("MLPA"), dated as of March 30, 2006, as such representations and warranties are identified in Wells Fargo's Second Amended Complaint; and (ii) whether any such breach caused the requisite material and adverse effect required for liability under the MLPA;

2.    If the jury returns a verdict finding that LaSalle is liable on one or more of Wells Fargo's claims as described in paragraph 1(i) and 1(ii) above, the Court will determine whether the appropriate remedy is specific performance or money damages;

3.      Once the jury and the Court have determined the issues set forth in paragraphs 1 and 2, the Court will schedule a separate proceeding to determine the appropriate specific performance remedy or calculation of damages, as the case may be.   At such proceeding, the parties reserve the right to present all arguments and evidence relevant to the appropriate specific performance remedy or calculation of damages; and

By this stipulation, the parties hereby waive any right they may have to a jury trial on the issues set forth in Paragraph 3 above.

July 29, 2009.

s/ **Michael R. Merz**
United States Magistrate Judge

/s/ Loriann E. Fuhrer

Loriann E. Fuhrer, Esq.          (0068037)
Stephanie P. Union, Esq.         (0071092)
Kegler Brown Hill & Ritter, L.P.A.
Capital Square, Suite 1800
65 East State Street
Columbus, Ohio  43215-4294


Gregory A. Markel, Esq.
Jason M. Halper, Esq.
Lauren U. Y. Lee, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006

*Attorneys for Defendant*

/s/ Dianne F. Marx

Dianne F. Marx                   (0022988)
SEBALY SHILLITO + DYER
A Legal Professional Association
1900 Kettering Tower
40 North Main Street
Dayton, Ohio 45423-1013
937.222.2500
937.222.6554 (fax)
dmarx@ssdlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

SNYDER LAW FIRM LLC
Paul D. Snyder
11551 Granada, Suite 100
Leawood, Kansas 66211
913.685.3900
913.685.3902 (fax)

*Attorneys for Plaintiff*