# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WELLS FARGO BANK, N.A.,

      Plaintiff,      :      Case No. 3:07-cv-449

   -vs-      Magistrate Judge Michael R. Merz

:

LaSALLE BANK NATIONAL
ASSOCIATION,

      Defendant.

## DECISION AND ORDER ON DEFENDANT'S MOTION *IN LIMINE*

This case is before the Court on LaSalle's Motion In Limine (Doc. No. 401). Wells Fargo has opposed the Motion (Doc. No. 406) and LaSalle has filed a Reply in Support (Doc. No. 409).

The Motion is granted insofar as it seeks to preclude Plaintiff from calling to testify at trial Defendant's attorneys Lorianne Fuhrer, Stephanie union, Gregory Markel, Jason Halper, and Lauren U.Y. Lee.

All other issues presented by the Motion are reserved for ruling at trial.

October 29, 2010.

                                          s/ **Michael R. Merz**
                                        United States Magistrate Judge