# Snyder Law Firm LLC

## INVOICE FOR LEGAL SERVICES AND BILLING DETAIL

**Client:**
**Crown NorthCorp, Inc. (Breach Claims Regarding Loans in the Names of Bonita G. Rooths and Ryan Priest (Commercial Mortgage Pass-Through Certificates, Series 2006-MF2))**

| Date | Time | Description | Amount |
|------|------|-------------|--------|
| 8-20-07 | 1.0 | Review breach notices in Priest and Rooths loans. Email to Mr. Owen ▮▮▮▮▮▮▮ (PDS) | (no charge) |
| 8-21-07 | .3 | Telephone conference with Mr. Owen regarding breach notices ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (PDS) | (no charge) |
| 8-28-07 | 1.5 | Review Mr. Owen's ▮▮▮▮▮▮▮▮▮▮ regarding breaches in Priest and Rooths loans. Email to Mr. Owen ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. (PDS) | (no charge) |
| 8-30-07 | .9 | Draft and revise engagement letter. (PDS) | (no charge) |
| 8-30-07 | .8 | Receive and review additional ▮▮▮▮ documents forwarded by Mr. Owen in preparation for ▮▮▮▮▮▮▮▮▮▮▮▮ (PDS) | $180.00 |
| 8-31-07 | .1 | Email to Mr. Owen regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (PDS) | $22.50 |
| 9-3-07 | .6 | Continue to review ▮▮▮▮ documents ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ (PDS) | $135.00 |
| 9-5-07 | 1.1 | Draft and revise comprehensive ▮▮▮▮▮▮▮ letter to LaSalle discussing breaches in Priest and Rooths loan. (PDS) | $247.50 |
| 9-6-07 | 3.2 | Review ▮▮▮▮ materials in preparation for call with Mr. Owen to discuss ▮▮▮▮▮▮▮▮▮▮▮▮ Participate in call. Email to Mr. Owen in follow up to same. Continue to draft and revise comprehensive follow up letter to LaSalle discussing breaches in Priest and Rooths loan. (PDS) | $720.00 |
| 9-7-07 | .3 | Receive and review ▮▮▮▮▮▮▮ Review loan documents ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ drafting and revising follow up letter to LaSalle ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (PDS) | $67.50 |
| 9-8-07 | .2 | Review additional materials regarding ▮▮▮▮▮▮▮▮▮ in follow up to March 2007 breach notice regarding Priest loan. Email to Mr. Owen regarding same. (PDS) | $45.00 |
| 9-10-07 | 2.0 | Review breaches listed in March 2007 breach notice regarding Priest loan. Prepare for call with Mr. Owen ▮▮▮▮▮▮▮ | $450.00 |

PLAINTIFF'S TRIAL EXHIBIT

Crown NorthCorp, Inc.                                                January 3, 2008
150 W. 82nd Street, #2D
New York, NY
10024

| | | File #: | LaSalle |
| | | Inv #: | 39 |

**Attention:**   Mr. Roy H. Owen

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-03-07 | Call LaSalle in-house counsel to determine litigation contact. Email to and from client regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 | 67.50 | PDS |
| Dec-04-07 | Telephone conference ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. Email to client regarding same. Review ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ Email forwarding revisions for same. Email to LaSalle counsel inquiring regarding litigation contact. | 1.00 | 225.00 | PDS |
| Dec-06-07 | Email from client regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮. Respond to same and inquire ▮▮▮▮▮▮▮▮▮▮. Draft and revise memorandum regarding ▮▮▮▮▮▮▮▮▮ | 0.80 | 180.00 | PDS |
| Dec-07-07 | Email from client regarding ▮▮▮▮▮▮ ▮▮▮▮▮ Email responding to same and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 | 67.50 | PDS |
| Dec-10-07 | Continue to draft and revise ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Email to client regarding same. Email from client regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮ Draft and revise same. Email to local counsel forwarding same. | 2.30 | 517.50 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

revisions to same.  Email to client ████████████
████████ Telephone conference with client
regarding same.  Email to LaSalle counsel
forwarding final version of letter.

| May-18-08 | Draft and revise ████████████ | 1.80 | 432.00 | PDS |
| | ████████ Email to client forwarding same. | | | |
| | Draft and revise ████████ | | | |

| May-19-08 | Comprehensive conference call with client | 2.40 | 576.00 | PDS |
| | ████████████ Review ████ | | | |
| | ████████████████, email | | | |
| | to client ████████ Call ████ | | | |
| | to schedule call to discuss ████████ | | | |
| | Email to client regarding same.  Draft and | | | |
| | finalize ████████████ | | | |
| | ████████ Email to client forwarding same. | | | |
| | Receive interrogatory verification page; | | | |

| May-20-08 | Finalize letter ████████████ | 0.90 | 216.00 | PDS |
| | ████████████. Email to | | | |
| | LaSalle counsel forwarding same.  Review | | | |
| | materials to prepare ████████████ | | | |
| | ████████ | | | |

| May-21-08 | Prepare for call with ████████████ | 2.80 | 672.00 | PDS |
| | Participate in same.  Follow up regarding same | | | |
| | with client.  Telephone conferences ████ | | | |
| | ████████████ Email from | | | |
| | LaSalle counsel responding to discovery | | | |
| | deficiency letter.  Respond to same and inquire | | | |
| | about deposition scheduling. ████████ | | | |
| | ████████████. Email to client | | | |
| | forwarding same. | | | |

| May-22-08 | Email to client forwarding ████████ | 0.90 | 216.00 | PDS |
| | ████████████████ Telephone | | | |
| | conference with ████████████ | | | |
| | ████████████ Receive document | | | |
| | ████████████. Access and | | | |
| | review ████████ Email to client regarding | | | |
| | same. | | | |

| May-23-08 | Continue to attempt ████████████ | 1.30 | 312.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

resumes of former LaSalle employees.
Email to client ██████████

| Aug-17-08 | Conduct s██████████████ | 6.40 | 1,536.00 | PDS |

██████████████████████ Print same to█
██████████ Email to client
████████████████ deposition
outlines for █████████████ ██
██████████en route to Chicago.
Email to client█████████ Continue
to ████████████████████████████
██████████arrival in Chicago.
Continue to █████████████████. Email
to client ████████

| Aug-18-08 | Continue to ██████████████ | 12.70 | 3,048.00 | PDS |

███ Email to local counsel regarding status of
██
Meet with client to █████████████████
████████████, review and discuss
██████████████ Travel to depositions.
Depose Krawitz and Mulcahy.   Conference
with client████████████████████
██████████ Draft ██████████

| Aug-19-08 | Continue to ██████████ | 11.00 | 2,640.00 | PDS |

████████████ Meet with client
████████████ Depose Stawiarski.
Confer with client following same and to
█████████████████ Depose
Goodman.   Confer with client following
same regarding ███████████████████
████████████████████████
██████████regarding Review ████████
██████████regarding ██████████
Calls to client and local counsel regarding
████████████████Call reporting service
regarding using conference room for Chicago
depositions.

| Aug-20-08 | Email to LaSalle counsel regarding location | 4.00 | 960.00 | PDS |

for upcoming Chicago depositions;
possibility of using Esquire conference room.
Call Esquire regarding same.   Email to client
██████████████████████████████
██████████████Email to LaSalle counsel
regarding existence of Goodman resume and

PLAINTIFF'S TRIAL EXHIBIT                                                    PX-505-053



| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Sep-21-08 | Receive and review email from client ▓▓▓. Email responding to same. Review invoice▓▓▓ ▓▓▓Email to client forwarding same. Email to ▓▓▓▓▓▓ ▓▓▓▓▓▓. Email to client ▓▓▓ Prepare for depositions ▓▓▓and ▓▓▓ Review LaSalle opposition to sanctions motion. Email to local counsel forwarding ▓▓▓ Review depositions transcripts for ▓▓▓. Draft and revise ▓▓▓ ▓▓▓ Document | 10.40 | 2,496.00 | PDS |
| Sep-22-08 | Continue to draft and revise ▓▓▓ ▓▓▓Telephone conference with video tech at Esquire regarding ▓▓▓ ▓▓▓ Email from▓▓▓ ▓▓▓. Email responding to same. Telephone conference regarding same. ▓▓▓ Telephone conference ▓▓▓ regarding▓▓▓ Email regarding legal research ▓▓▓ ▓▓▓ Respond to same. Email to client regarding ▓▓▓ Draft and revise ▓▓▓ California. Draft and revise▓▓▓ ▓▓▓ Meet with client in California to discuss ▓▓▓ ▓▓▓ Finalize letter to ▓▓▓ regarding▓▓▓ Email to ▓▓▓Continue to draft and revise▓▓▓, organize | 8.80 | 2,112.00 | PDS |
| Sep-23-08 | ▓▓▓ Emails from ▓▓▓ regarding ▓▓▓ ▓▓▓ | 12.60 | 3,024.00 | PDS |



█████ Email to LaSalle counsel regarding same. ████████████████████████

█████ Receive ██████LaSalle's opposition to motion for leave to file second amended complaint. Emails to local counsel and client ████████

| Sep-27-08 | Comprehensive conference call with client regarding ████████ ████████████████████ | 1.10 | 264.00 | PDS |

| Sep-29-08 | Telephone conference with local counsel regarding ████████████████████ | 4.40 | 1,056.00 | PDS |

████████████████ Email to local counsel forwarding ████████████ ████████████ Continue to review and highlight ████████ Telephone conference ████████████ ████████████████Receive email from LaSalle counsel forwarding additional documents. Review same. Email to client ████████ Draft and revise letter ████████enclosing████████████

| Sep-30-08 | Emails to local counsel and client regarding | 12.60 | 3,024.00 | PDS |

████████████ Email to LaSalle counsel inquiring ████████ ████████████████ ████████ Review████rom █ ████████.Email to local counsel forwarding same. Call████████████ ████████Prepare for████ ████████ Gather ████ ████████████████Review and highlight ████ Email to LaSalle counsel inquiring regarding attachments to kick-out emails. ████████ ████████ route to Chicago. Draft and revise ████████ ████████. Meet with client in Chicago to ████████████████ ████████ Continue to ████ ████████████████████

PLAINTIFF'S TRIAL EXHIBIT



local counsel regarding ███████████
███████████ Telephone conference with
client regarding ███████████
███████ Prepare for ███
███████████████ Telephone
conference ███████████
regarding subpoena. Email client regarding
███████ Draft and revise ██████
route to Newark. Email to LaSalle counsel
regarding their 30b6 deposition notice. Email
to local counsel ███████████ Continue to
███████████████
██████████ n New Jersey.

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|--|
| Oct-04-08 | Drive to deposition site. Meet with client prior to Torenli deposition. Depose Torenli. Conference with client following same ███████████ ███████████ Draft and revise ███████████ ███████████ Review client's ███████ | 10.90 | 2,616.00 | PDS |
| Oct-06-08 | Telephone conference with Mr. Owen prior to ███████████ call ███ ███████ Participate in ███████ call regarding ███████████ Draft and revise ███████████ ███████████ Email ███████████ lay witness disclosure. Email to local counsel ███████████ Emails and calls with client ███████ Receive and review ███████ ███████ Email to client ███████████ Email from Rael court reporter with questions. Respond to same. Receive LaSalle's motion for leave to file sur-reply on motion to file second amended complaint. Email to client ███████████ Email to local counsel regarding ███████ ███████ Call counsel ██████ regarding I ███████████ ███████████ Email to client ███████████ Email to rationale for sending ███████████ | 10.30 | 2,472.00 | PDS |
| Oct-07-08 | Telephone conference with client ███████████ ███████████ Emails regarding | 11.30 | 2,712.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT



|  |  |  |  |  |
|---|---|---|---|---|
| | Email to local counsel ▓ Telephone conference with ▓ Email to client regarding ▓ Telephone conference ▓ regarding ▓ Email to client ▓ | | | |
| Oct-08-08 | Emails regarding logistics for Capmark deposition. Email to LaSalle counsel regarding same. Email to client regarding ▓r. Email to ▓. Call ▓. Finalize and serve ▓. Email to client and LaSalle counsel forwarding same. Telephone conference with client ▓ | 5.70 | 1,368.00 | PDS |
| Oct-09-08 | Email from LaSalle counsel regarding amended witness disclosure. Respond to same. ▓ Email forwarding same. Emails to and from client regarding ▓. Participate in conference call ▓ Telephone conference with client following same. Additional telephone conference ▓ Additional conferences with client regarding ▓ | 4.70 | 1,128.00 | PDS |
| Oct-10-08 | Receive order from court granting LaSalle's motion to file sur-reply. Receive and review sur-reply. Email to client ▓ Email to local counsel ▓ Call ▓ Email from client ▓ | 2.25 | 540.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT



Review and revise same.  Email to client ████ Telephone conference with client ████ Receive and review ████ Email regarding same. Email to ████ regarding ████ Email ████ scheduling ████ subpoena.

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Oct-11-08 | Email from client forwarding ████████. Email responding to same. | 0.30 | 72.00 | PDS |
| Oct-13-08 | Continue to review ████████ Email to client ████ Continue to ████ Email to client regarding ████. Telephone conference with ████ regarding response to subpoena.  Email following up on same and ████ | 9.90 | 2,376.00 | PDS |
| Oct-14-08 | Email to LaSalle counsel regarding pending discovery issues and need to resolve quickly. ████ Email ████ letter to client. Receive letter from LaSalle counsel regarding discovery issues.  Email to client and local counsel ████ Email ████ Draft and ████ Conference call with client regarding ████ Conference call ████ Comprehensive call with ████ Conference with ████ regarding ████ Email to ████. Email to ████ | 8.80 | 2,112.00 | PDS |

▮▮▮▮▮▮ regarding discovery issues.
Email to client ▮▮▮▮▮▮

| Oct-15-08 | ▮▮▮▮▮▮▮▮ Emails from client ▮▮▮▮▮▮▮▮ Meet with video vendor ▮▮▮▮▮ Receive additional depositions and exhibits. Email to client and ▮▮▮▮▮▮▮▮ Telephone conference with client regarding ▮▮▮▮▮. Revise same. Additional telephone conferences with client regarding ▮▮▮▮ Continue to ▮▮▮▮▮ Additional telephone conferences with client | 8.20 | 1,968.00 | PDS |
| Oct-16-08 | Emails with client regarding ▮▮▮▮▮ Finalize same. Forward to LaSalle counsel. Email to local counsel ▮▮▮▮▮ Telephone conference with client regarding ▮▮▮▮ Conference with video vendor. Emails regarding same. Review ▮▮▮▮ Telephone conference with client ▮▮▮▮ Emails regarding same. Email from LaSalle counsel requesting extension on responses to requests for admission. | 4.10 | 984.00 | PDS |
| Oct-17-08 | Emails to and from client regarding ▮▮▮▮▮ Conference with video vendor ▮▮▮▮ Email regarding same. ▮▮▮▮ for video label. Email to ▮▮▮▮ Receive and review same. Email to client ▮▮▮▮ Emails regarding scheduling ▮▮▮▮ Emails regarding ▮▮▮▮ | 3.25 | 780.00 | PDS |
| Oct-18-08 | Meet with video vendor ▮▮▮▮▮ | 1.75 | 420.00 | PDS |

supervisors.  Conference call ██████████
client to discuss ████████████. Separate
call with client to ██████████ Telephone
conference with █████████████
██████████████. Email ████████
██████
Email to in-house ████████████
███████ Emails with local counsel regarding
██████████████████████████
█████████████. ████████████
███████████████████████
██████████████. Lengthy telephone
conference ████████████████

| Date | Description | | | |
|------|-------------|------|--------|-----|
| Oct-25-08 | Email from client regarding ████████████ ██████████ Email to ██████████████. Email to LaSalle counsel confirming call with court to discuss deposition length. ████████████ █████████████████a. | 0.90 | 216.00 | PDS |
| Oct-26-08 | Continue to ██████████████████ █████████ | 1.00 | 240.00 | PDS |
| Oct-27-08 | ████████████████████. Email to client r██████████. Email to LaSalle counsel regarding call with court. Email to client regarding █████████████████ ████████████n. Telephone conference with client regarding same. Email to ██████████████. Email to client r██████████████. Review ██████████████████a. Receive Esquire invoices. Email to client ██████████ Receive LaSalle's responses to requests for admission and related discovery requests. Email to client ██████████████ Email to local counsel ████████████████████ ███████████████████████████ ███████████████████████ Receive and review subpoena. Telephone conference ████████████████████ ██████████████████████ ██████. ████████████████ ████████████████ Email to document vendor ████████████████ ████████████. | 7.30 | 1,752.00 | PDS |

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                    February 2, 2009
1251 Dublin Road
Columbus, Ohio
43215

|                       |          |
|-----------------------|----------|
| File #:               | LaSalle  |

**Attention:**  Mr. Stephen W. Brown          Inv #:          219

**RE:**     Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
            Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-02-09 | Telephone conference with local counsel regarding status ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Email to ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮s. Email to LaSalle counsel and local counsel regarding redactions to produced documents and designation of documents as confidential. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 7.70 | 2,002.00 | PDS |
| Jan-03-09 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Email to LaSalle counsel inquiring regarding Abshier notes. ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 9.10 | 2,366.00 | PDS |
| Jan-04-09 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮e | 6.30 | 1,638.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                              PX-505-104

### *Snyder Law Firm LLC*
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                          April 3, 2009
1251 Dublin Road
Columbus, Ohio
43215

|                  |              | File #: | LaSalle |
|------------------|--------------|---------|---------|
| **Attention:** Mr. Stephen W. Brown | | Inv #: | 245 |

**RE:**  Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-01-09 | ███████████████████████ | 6.90 | 1,794.00 | PDS |
| Mar-02-09 | ███████████████████ E-mails regarding █ E-mails to client regarding █ █████████ E-mail to local counsel regarding █ ███████ E-mail to local counsel and client forwarding ████ judgment reply. E-mail to local counsel regarding █ ████████████ Additional e-mails regarding ████████ Telephone conference with defense counsel regarding same. Receive and review LaSalle's motion for reconsideration of order granting motion to add Dayton Power & Light witness to witness list. E-mail ██████████ | 9.20 | 2,392.00 | PDS |
| Mar-03-09 | E-mail to client regarding ████████ ████████ E-mail regarding c █████████████ | 5.60 | 1,456.00 | PDS |

████████████ Telephone conference with Mr.
Owen regarding█
Telephone conference with Ohio counsel
regarding ███████████

| | | | | |
|---|---|---|---|---|
| Aug-07-09 | Email and call from Ohio counsel regarding ███████████ Email to client ███████ Participate in call with court. Follow-up calls and emails | 1.90 | 494.00 | PDS |
| Aug-09-09 | ████████████ designations and responses.   Email regarding same and ████████████ ████████ Continue to review and revise ██████ Email to Ohio counsel █████ | 8.70 | 2,262.00 | PDS |
| Aug-10-09 | ████████████ ████████████ ████████ Follow-up emails to Ohio counsel.   Emails regarding ██████████ ████████████ ███████ | 15.60 | 4,056.00 | PDS |
| Aug-11-09 | Prepare for meeting with ████████ meeting with ██████ Multiple calls with LaSalle counsel and Ohio counsel regarding various trial issues. Receive letter from LaSalle counsel regarding same. ████████████ ██████████ Emails regarding ██████████ | 13.90 | 3,614.00 | PDS |
| Aug-12-09 | █████████████ letter to LaSalle counsel regarding request for deposition of Mr. Owen, economic evidence, and evidence of borrower misrepresentations. Telephone conference with ████████ regarding ████████.   Multiple calls | 9.70 | 2,522.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

# *Snyder Law Firm LLC*
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                          November 8, 2009
13706 Research Boulevard, Suite 301
Austin, Texas
78750

|                          |                  | File #: | LaSalle |
|                          |                  | Inv #:  | 292     |

**Attention:**  Ms. Jackie Trojanowsky

**RE:**  Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Oct-01-09 | E-mail regarding ▉▉▉▉▉▉▉▉ | 0.30 | 78.00 | PDS |
| Oct-02-09 | ▉▉▉▉▉▉▉▉▉▉▉ | 1.20 | 144.00 | TR |
| Oct-03-09 | ▉▉▉▉▉▉ comprehensive legal research memorandum regarding ▉▉▉▉ ▉▉▉▉▉ | 0.75 | 195.00 | PDS |
| Oct-04-09 | Telephone conference with ▉▉▉▉▉ regarding ▉▉▉▉▉. Email in follow up to same. ▉▉▉▉▉▉ Email forwarding ▉▉▉ | 1.90 | 494.00 | PDS |
| Oct-05-09 | ▉▉▉▉▉▉s. Emails and calls with local counsel and client regarding same. ▉▉▉▉▉ Email to LaSalle counsel regarding pushing back due date for demonstrative exhibits. | 0.75 | 195.00 | PDS |
| Oct-06-09 | ▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉ ▉▉▉▉ | 1.00 | 120.00 | TR |
| -08-09 | ▉▉▉▉▉▉▉▉▉ | 2.50 | 300.00 | TR |

PLAINTIFF'S TRIAL EXHIBIT

PX-505-163

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | ██████████████ ████████ | | | |
| | ██████████████████████████ | | | |
| | ██████████████████████████ | | | |
| | ██████████████████████████ | | | |
| | ██████████████████████ | | | |
| Oct-09-09 | Email from LaSalle counsel advising of hearing regarding Owen expert witness issue. Emails and calls with client and local counsel ████████████ Participate in hearing. Follow-up calls and emails regarding █████ | 1.50 | 390.00 | PDS |
| | ██████████████████████████ █████ | 0.40 | 48.00 | TR |
| Oct-11-09 | Email to client regarding ████████ | 1.40 | 364.00 | PDS |
| | Email to ████████████████████ ██████████████████████████ ██████████████████████ Email from LaSalle counsel requesting Owen expert witness deposition.  Email to client and local counsel regarding ████████ | | | |
| Oct-12-09 | Emails and telephone conferences with local counsel regarding ████████████████ ██████████████████████████ ██████████████████████████ a████████████████████████ █████ Telephone conference with expert regarding ████████████████████ ████████████ | 1.25 | 325.00 | PDS |
| | ██████████████████████████ ██████████████████████ | 1.50 | 180.00 | TR |
| Oct-13-09 | E-mail to ████████████forwarding legal memoranda regarding legal research issues.  Follow-up e-mail to client regarding████ ████████████████████ Telephone conference with ████████████████ | 1.70 | 442.00 | PDS |

████████████. Additional numerous emails
and calls with client, local counsel ████████
regarding same.

| | | | | |
|---|---|---|---|---|
| Oct-19-09 | ████████████████████ | 12.30 | 3,198.00 | PDS |
| | ████████████████ Emails regarding same. Multiple emails and calls regarding same. ████████████ | | | |
| | Trial prep projects and tasks, ███████ | 3.40 | 408.00 | TR |
| Oct-20-09 | Telephone conference with ████████████ y. Emails and calls in follow up to same. Emails regarding ████████████. Review LaSalle's demonstratives. Emails ████████████ ██████████. Email from LaSalle counsel regarding same. Emails to local counsel ████████ Emails ████████. | 3.60 | 936.00 | PDS |
| | Prepare collection of materials to send ██████ ████████████████████ t██████ Prepare collection of materials to ████████ Receive and upload ████████████████ | 4.50 | 540.00 | TR |
| Oct-21-09 | Emails and calls regarding ████████ ████. Receive orders on summary judgment evidence. ████ ████████████████████. Telephone conference with ████████████████ ████████████ Emails regarding technical issues. | 6.20 | 1,612.00 | PDS |
| | Assemble and organize exhibits ████████ ████████ Receive ████████████ from B. White and p██████ | 5.50 | 660.00 | TR |

PLAINTIFF'S TRIAL EXHIBIT

evidence.  Argue motions for directed verdict.
Play videos of Scalise, Fetterolf and Krawitz.
Mark Taennis as live witness.  Meet with trial
team ███████████████████████████

Email regarding same. █████████████████
███████

| | | | | |
|---|---|---|---|---|
| | Receive, download and review pleadings; | 1.70 | 204.00 | TR |
| | Review documents, assemble and email documents requested by P. Snyder; | | | |
| Nov-18-09 | ███████████████████████ | 14.70 | 3,822.00 | PDS |
| | Emails regarding same.  Attend trial.  Play Rael video deposition.  Abshier DX.  Meet with trial team following trial████████ | | | |
| | Receive, download and review pleadings; | 0.10 | 12.00 | TR |
| Nov-19-09 | ████████████████████████. Abshier DX and CX.  Meet with trial team following court █████████████ ██████ | 16.10 | 4,186.00 | PDS |
| | Search for expert materials requested by P. Snyder; █████████████████████ | 0.60 | 72.00 | TR |
| Nov-20-09 | ████████████████. Attend trial.  Conclude Abshier CX.  Parties rest.  Review jury instructions with court.  Meet with trial team following court██████████ | 9.90 | 2,574.00 | PDS |
| Nov-21-09 | Email to team ████████████████ ███████████████████████████ ████████████████████. Emails regarding same. | 12.75 | 3,315.00 | PDS |
| Nov-22-09 | ████████████████████████ █████████████████████████ ███████████████████ ██████████████ | 13.40 | 3,484.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

**A LEGAL PROFESSIONAL ASSOCIATION**

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 200060
NOVEMBER 25, 2008

| | | | |
|---|---|---|---|
| 10/06/08 | BJW | .50 | Review exchange of e-mails with Mr. Snyder; review ███████████████████; review Morgan Stanley's responses and objections to subpoena |
| 10/06/08 | DFM | 1.00 | Review of e-mails re: ████████████████████████████████████████████ |
| 10/06/08 | KLE | .25 | Attention to and response to emails from Mr. Snyder |
| 10/07/08 | BJW | .50 | Review e-mails from Mr. Snyder, ████████████████████████████████████████████████████████; send e-mail clarifying reason for LaSalle's refiling of same |
| 10/08/08 | BJW | .50 | Review e-mails from Mr. Snyder re: ████████████ update list of case deadlines; e-mail exchange with Mr. Snyder ███████████ |
| 10/09/08 | BJW | .25 | Review exchange of e-mails and filings made by LaSalle Bank, including motion for leave to amend witness list and notice of readiness to file sur-reply |
| 10/14/08 | BJW | .75 | Review e-mails and correspondence re: ████████████; ████████████████████████; respond to request from Mr. Snyder for ████████████████ |
| 10/14/08 | JDJ | .25 | Attention to scheduling issue re: deadline for opposing party to file Reply Memorandum in response to Opposition to Motion for Leave to File Sur-Reply |
| 10/14/08 | KLE | .50 | Attention to emails re: ████████████████████████████████████; email same to Mr. Snyder |
| 10/15/08 | BJW | .75 | Review response to Ms. Fuhrer re: ███████████ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-042

# ˙BALY SHILLITO + DYER

### A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202230
FEBRUARY 19, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | motion to show cause; conferences with Ms. Early re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ attention to ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; further conference and attention to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ attention to signed version of stipulation |
| 1/13/09 | DFM | .50 | Review of e-mails; e-mails to and from Attorney Snyder re: ▮▮▮▮▮▮▮▮▮▮ |
| 1/13/09 | ETG | .50 | Load deposition transcripts into Summation |
| 1/14/09 | BJW | 2.75 | Conferences with Ms. Early re: ▮▮▮▮▮▮▮▮▮ arrange for copies; review documents ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review e-mails re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; further conference in preparation for DP&L deposition; attend deposition and follow-up conference call with Mr. Snyder; review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮w ▮▮▮▮▮▮▮▮; gather exhibits |
| 1/14/09 | DFM | .50 | Review of e-mails; e-mails to Attorney Snyder re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ including ▮▮▮▮▮▮▮▮▮▮ |
| 1/14/09 | ETG | .50 | Load deposition transcripts into Summation |
| 1/14/09 | JAD | .25 | Conference with Ms. Early re: ▮▮▮▮▮▮▮▮ |
| 1/14/09 | KLE | 1.50 | Teleconference with Ms. Union re: deposition; analysis of information ▮▮▮▮▮▮▮▮▮ with Ms. White; prepare for and take deposition of Ms. Olon |
| 1/14/09 | PLC | .50 | Conversation with Ms. Gerson re: ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮; telephone conversation with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ conversation with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 1/15/09 | BJW | 4.50 | Review e-mails from Mr. Snyder re: ▮▮▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-075

# BALY SHILLITO + DYER

### A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  202230
FEBRUARY 19, 2009

|          |      |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|----------|------|------|----------|
|          |      |      | ███████████████████████████████████████ provided to Judge Merz in a supplemental filing; review e-mails re: ██████████ ████████████████████████████, and ███████████████; update case schedule; distribute same; organize deposition files; conference with Ms. Marx re: ████████ ██████████; attention to calendars; e-mail to Mr. Snyder re: proposed time for call; conferences with Ms. Marx re: ████████ ██████; review stipulated protective order; draft motion to file document under seal; draft notice of filing document under seal and cover sheet for anticipated filing of document designated as confidential; conferences with Ms. Marx |
| 1/15/09  | DFM  | 3.00 | Draft and edit of ████████████████████; review of ██████████████████ and e-mail re: same; brief telephone conference with Attorney Snyder; discussion with Ms. White re: ████████ ███████████████████████ and ███████████ |
| 1/15/09  | KLE  | .50  | Attention to emails re: ███████████████████ |
| 1/15/09  | PLC  | 1.00 | Telephone conversation with ████████████████ re: ███████████████████; prepare correspondence to ████ ████████████ conversation with ████████████ ███████████████; update chart containing re: same |
| 1/16/09  | BJW  | 1.25 | Attention to Defendant's motion to exceed page limits; update case schedule, including deadlines |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-076

# :BALY SHILLITO + DYER

### A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

| | | | |
|---|---|---|---|
| 7/26/09 | ETG | 6.00 | Prepare deposition designations for filing with court |
| 7/26/09 | JAD | 4.25 | Prepare for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 7/27/09 | BJW | 5.75 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ arrange for printing of LaSalle exhibits and red-lined version of final pretrial order; organize case materials and update binders for trial preparation; review recent e-mails re: trial preparation; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ call Clerk's office re: anticipated date of availability of juror questionnaires; attention to new listing of case deadlines; work on revision of trial exhibit lists for attachment to final pretrial order; ▮▮▮▮▮▮▮▮▮▮▮▮▮ work on annotated working copy of combined trial exhibits lists, including various sorts ▮▮▮▮▮▮▮▮▮▮▮ |
| 7/27/09 | DFM | 12.00 | |
| 7/27/09 | ETG | 8.50 | Prepare deposition designations for filing with court |
| 7/27/09 | JAD | 8.25 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-135

# ⁻BALY SHILLITO + DYER

## A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  207565
AUGUST 6, 2009

| | | | |
|---|---|---|---|
| 7/28/09 | BJW | 6.25 | Review e-mails from Mr. Snyder re: ██████████ ███████████████████; revise exhibits lists; ██████████████████████ ██ for trial preparation ███████████████████████ ███████████████████████████████; ███████ of █████████████; ███████████████████ review deposition of expert ███████████████████████████ ██████; ███████████████; conference with Ms. Gerson re: coordinating demonstrative exhibits; conferences re: █████████████; review final draft of pretrial order; make additional revisions and discuss with Ms. Marx; assist Ms. Winchek in transmitting same to opposing counsel with attachments; further organization of case materials in preparation for trial |
| 7/28/09 | DCA | 3.50 | Conference with Ms. Marx re: ████████████ █████████████████████████████████████ ███████████████████████; legal research re: ██████████████████████████████ legal research re: ██████████████████ |
| 7/28/09 | DFM | 7.50 | Telephone conferences with Mr. Snyder re: ████ █████████████████████████████████████████; edit and research re: ██████████ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-136

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

| | | | |
|---|---|---|---|
| | | | court |
| 8/02/09 | BJW | 12.75 | Coordinate and assist with paralegal activities re: review of highlighted deposition designations and objections; draft motion for leave to file video depositions under seal; ███████████ ███████████; exchange e-mails re: same; update deposition transcripts chart; telephone conference with Ms. Marx and Mr. Snyder re: various issues; ███████████ ███████████ review stipulation of the parties and ███████████; exchange e-mails with Ms. Fuhrer, Mr. Snyder and Ms. Marx re: same; attention to additional exhibits from Mr. Snyder; telephone conference with Ms. Marx re: ███████████ |
| 8/02/09 | ETG | 14.00 | Prepare deposition designations for filing with court |
| 8/02/09 | MSD | 15.00 | Review and make corrections to highlighted versions of parties' deposition designations and objections for Judge Merze's review; arrange for copies of same |
| 8/02/09 | PLC | 7.75 | Review and make corrections to highlighted versions of parties' deposition designations and objections for Judge Merze's review |
| 8/03/09 | BJW | 7.25 | Finalize motion for leave to file Wasser deposition, certain video depositions, and related materials under seal; arrange for |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-144

# BALY SHILLITO + DYER

### A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

|          |     |      | of trial exhibits; update listing of case deadlines; ███████████████████████████████ ████████████████████████████████████████ |
|----------|-----|------|----|
| 8/04/09  | DCA | 7.50 | ████████████████████████████████████ ████████████████ continue to review and analyze deposition designations and counter designations in preparation for drafting responses to same per Court's Order; draft response to same as directed by Court; telephone conference with Mr. Snyder re: clarifications re: same; review and analyze series of e-mails re: redaction of exhibits |
| 8/04/09  | DFM | 2.00 | Review of e-mails and discussion re: exhibits to be redacted; ██████████████████████████ |
| 8/04/09  | ETG | 3.00 | ███████████████████████████████████████. |
| 8/05/09  | BJW | 4.75 | Review e-mails re: status of documents for filing with Court; review proposal by LaSalle's counsel re: redaction of documents; ████████████████ conference with staff re: scanning and printing process; assist with drafting of e-mail to opposing counsel re: sharing cost of Joint Exhibit preparation and equitable division of labor re: redactions; work on contact list for trial purposes; review letter from LaSalle's counsel enclosing supplemental production of documents; update binders of case materials, including documents for trial preparation; review counter-proposal re: redactions and joint exhibits; ████████████ ████████████████████████ attention to response |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-147

# BALY SHILLITO + DYER

### A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-7500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208241
SEPTEMBER 8, 2009

|          |     |      | and proposal for resolving same; review paralegal's summary of LaSalle's redaction errors; draft response to LaSalle's filing re: clarifications and corrections in highlighted deposition transcripts and unified chart; meet with Ms. Marx re: same; conference with Ms. Gerson re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮s |
|----------|-----|------|------|
| 8/13/09  | DCA | 2.75 | Review and analyze e-mails re: trial continuance; review and analyze Decision and Order re: same; telephone conference with Mr. Snyder and Ms. Marx re: same; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; telephone conference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮; review and analyze e-mail between Mr. Snyder and Mr. Markel re: rescheduling trial; review and analyze e-mails re: proposed new trial date |
| 8/13/09  | DFM | 4.00 | Telephone conferences with Mr. Snyder re: continuance; review of status of case, ▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮▮es; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; telephone calls to and from Court re:  new dates; ▮▮▮▮▮▮▮ |
| 8/13/09  | ETG | 6.50 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 8/13/09  | JAD | .50  | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 8/14/09  | BJW | 5.50 | Review redactions made by LaSalle in joint exhibits; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

### A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 8/20/09 | DCA | 1.25 | ██████ finalize e-mail to Ms. Union re: same; follow up on issues re: Motion to Seal; revise and finalize list of documents to seal; draft e-mail to Ms. Union and Ms. McGuire re: Motion to Seal; review, analyze, and follow up on e-mail from Mr. Snyder re: additional exhibit images |
| 8/20/09 | DFM | 6.00 | E-mail to Ms. Fuhrer re: setting deadlines; e-mails to and from Mr. Snyder re: same; ██████ |
| 8/20/09 | MSD | .25 | Attention to scheduling issues re: Jury Instructions; Verdict Forms; Trial Brief; Trial Exhibits for Courtroom |
| 8/20/09 | PLC | .75 | Analysis with Ms. White re: joint trial exhibits; telephone conversation with ██████; review and exchange correspondence re: same |
| 8/21/09 | BJW | 3.75 | Review e-mails re: joint motion to be submitted for new dates to exchange demonstrative exhibits; conference re: updated deposition transcripts chart; forward same to Mr. Snyder; conference and e-mail to Ms. Gerson re: ██████; conferences re: ██████; update case management binders; update action plan; conference re: ██████ |
| 8/21/09 | DCA | .25 | Conference with Ms. Marx re: ██████ |
| 8/21/09 | DFM | 4.50 | ██████ |

PLAINTIFF'S TRIAL EXHIBIT

# ˉBALY SHILLITO + DYER

### A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

| | | | |
|---|---|---|---|
| | | | for appraisers |
| 8/21/09 | ETG | 3.00 | Review Joint Trial Exhibits for pages in color; ████████ litigation for Ms. White |
| 8/22/09 | ETG | 2.00 | Review Joint Trial Exhibits for pages in color; summarize documents ██████ for Ms. White |
| 8/24/09 | BJW | 1.00 | Review exchange of e-mails with Mr. Snyder and ██████ update schedule of case deadlines; attention to disk containing two remaining trial exhibits |
| 8/24/09 | DCA | .50 | Review and analyze revised motion to modify trial-related dates; ████████ |
| 8/24/09 | DFM | 5.00 | Draft of Joint Motion re: demonstrative exhibits and e-mails to and from Mr. Snyder re: same; research re: ████████ |
| 8/24/09 | ETG | 4.00 | Summarize documents ████ litigation for Ms. White |
| 8/24/09 | PLC | .25 | Review and exchange correspondence re: ████████ |
| 8/25/09 | BJW | 3.25 | Conference re: status of agreement between counsel as to demonstrative exhibit deadlines; review e-mails re: same; review and respond to e-mails re: joint motion to seal certain filings; |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-162



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

Client: CROWN NORTHCORP INC
Client ID: 001715

February 28, 2007
Invoice No: 441087
Page 1

CROWN NORTHCORP INC
1251 DUBLIN RD
COLUMBUS, OH 43215

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: January 31, 2007

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/03/07 | D. Conrad | Review loan documents; emails to Mr. Owen regarding same; ▮▮▮▮▮▮▮▮ | 0.50 |
| 01/12/07 | D. Conrad | Emails with Mr. Owen regarding ▮▮▮▮▮▮▮▮ | 0.25 |
| 01/12/07 | J. Ristau | Review file and evaluate strategy going forward | 0.50 |
| 01/17/07 | J. Ristau | Evaluate status of title search; prepare draft of complaint | 0.75 |
| 01/22/07 | J. Ristau | Prepare draft of complaint; provide status update to Mr. Owen regarding status of case | 0.50 |
| 01/22/07 | C. Szary | Confer with title company regarding title request | 0.25 |
| 01/23/07 | D. Conrad | Emails with Mr. Owen regarding ▮▮▮▮▮ review results of search; email to Mr. Owens | 0.25 |
| 01/23/07 | J. Ristau | Prepare ▮▮▮▮▮ | 0.25 |
| 01/23/07 | C. Szary | Gather information to draft complaint; provide title company with additional information to complete title search | 0.25 |
| 01/24/07 | R. Wyatt | Draft ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | 2.50 |
| 01/24/07 | J. Ristau | Contact network of attorneys to determine ▮▮▮▮▮▮ provide status update to client regarding ▮▮▮▮▮ | 0.50 |
| 01/25/07 | R. Wyatt | Revise and edit a ▮▮▮▮▮▮▮▮▮▮g; draft ▮▮▮▮▮▮▮▮▮; revise and edit a c▮▮▮▮▮ in the Montgomery County Court of Common Pleas | 2.00 |
| 01/26/07 | R. Wyatt | Continue to edit and revise ▮▮▮▮research local rules of Montgomery County to determine ▮▮▮▮▮▮▮▮▮▮ | 1.50 |
| 01/26/07 | J. Ristau | Revise and edit d▮▮▮▮▮▮, ▮▮▮▮▮▮ and r▮▮▮▮▮▮▮ | 1.25 |

PLAINTIFF'S TRIAL EXHIBIT



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

Client: CROWN NORTHCORP INC
Client ID: 001715

December 22, 2008
Invoice No: 489308
Page 1

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

--- **PRIVATE AND CONFIDENTIAL** ---

For Legal Services Rendered Through: November 30, 2008

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/08 | M. Warnock | ███████████████████████ | 0.25 | 43.75 |
| 11/03/08 | M. Warnock | Confer regarding ███████ and ███████ | 0.50 | 87.50 |
| 11/03/08 | J. Ristau | Meet with Mr. Warnock to ████████████; telephone call with Mr. Brown to ████████ | 0.75 | 187.50 |
| 11/04/08 | M. Warnock | ██████████████ | 1.75 | 306.25 |
| 11/05/08 | M. Warnock | Meet with Mr. Ristau to prepare ██████ | 0.50 | 87.50 |
| 11/10/08 | J. Ristau | Telephone call with Mr. Owen and Mr. Brown regarding ████████████; finalize | 0.50 | 125.00 |
| 11/11/08 | M. Warnock | Prepare and mail requests for admission | 0.25 | 43.75 |
| 11/11/08 | J. Ristau | Correspond with Mr. Warnock regarding ████████ ████████████ | 0.25 | 62.50 |
| 11/18/08 | M. Warnock | Confer with Mr. Ristau regarding ████████████; g████████████ ████████ | 0.50 | 87.50 |
| 11/18/08 | J. Ristau | Confer with Mr. Warnock r████████████ ████████ provide ████████ to Mr. Owen and Mr. Brown | 0.75 | 187.50 |
| 11/19/08 | M. Warnock | Confer regarding ████████████; ███ | 1.00 | 175.00 |
| 11/20/08 | M. Warnock | Confer regarding d████████████ ████████s; prepare ████████████ ████████; o████████████ | 1.00 | 175.00 |
| 11/25/08 | M. Warnock | Confer regarding ████████████ | 0.25 | 43.75 |

PLAINTIFF'S TRIAL EXHIBIT