|         |                                                                                                                                                                                                 |       |          |     |
| ------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ----- | -------- | --- |
|         | ▮▮▮ Email to LaSalle counsel regarding spreadsheet previously provided and that spreadsheet was not redacted.                                                                                   |       |          |     |
| Aug-09-08 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ Continue to review ▮▮▮ ▮▮▮ Emails and calls with client regarding same and client's review ▮▮▮▮▮▮▮                                                     | 5.25  | 1,260.00 | PDS |
| Aug-10-08 | ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮in preparation for Charlotte depositions. Continue to review ▮▮▮ ▮▮▮or same. Multiple emails and conferences with client ▮▮▮▮▮                                   | 7.90  | 1,896.00 | PDS |
| Aug-11-08 | Continue to draft and revise ▮▮▮▮ ▮▮▮▮▮▮▮ Telephone conference with ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ Review related documents ▮▮▮▮ ▮▮▮▮▮ Draft ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ Meet Mr. Owen in Charlotte; ▮▮▮▮▮▮▮▮▮. Continue comprehensive and extensive ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12.10 | 2,904.00 | PDS |
| Aug-12-08 | Continue to review and prepare for ▮▮▮ ▮▮▮▮▮▮ Meet with Mr. Owen ▮▮▮ ▮▮▮▮Depose Mr. Meleones as corporate representative for LaSalle. Subsequent discussions with client regarding ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ Email to local counsel ▮▮▮ ▮▮▮▮ Continued extensive and comprehensive preparation with ▮▮▮ for ▮▮▮▮▮▮ | 15.70 | 3,768.00 | PDS |
| Aug-13-08 | Continue to review and prepare ▮▮▮▮ ▮▮▮▮▮▮ Emails with local counsel regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Depose Wasser individually and as corporate | 11.70 | 2,808.00 | PDS |

whether color photos of collateral properties can be found. Email to client regarding ████████ Email to LaSalle counsel inquiring whether parties can stipulate regarding authenticity of documents. Telephone conference with client regarding ████████ Lengthy comprehensive conference call with ████████ Emails confirming availability of conference room at Esquire for following week's depositions. Emails regarding ████████ Telephone conference with client ████████ cover letter ████████ Email ████ regarding need to ████████

| | | | | |
|---|---|---|---|---|
| Aug-21-08 | Email to court reporter regarding status of final transcript for Meleones deposition. Email to local counsel inquiring ████████ Emails to client regarding ████████ regarding ████████ Draft and revise ████████ Email to local counsel and client forwarding ████████ Additional emails regarding same. Telephone conferences regarding same. Finalize cover letter to ████████ Emails with Meleones court reporter regarding need to mark transcript confidential. Emails with local counsel ████████ Continue to draft and revise ████████ Draft and revise ████████ Email to client ████████ | 9.40 | 2,256.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

PX-505-054

|  |  | | | |
|---|---|---|---|---|
| | local counsel regarding ▓▓▓▓ ▓▓▓▓ Telephone conference with client regarding ▓▓▓▓ ▓▓▓▓ Prepare for ▓▓▓▓ ▓▓▓▓ Telephone conference ▓▓▓▓ regarding subpoena. Email client regarding ▓▓▓▓ Draft and revise ▓▓▓▓ route to Newark. Email to LaSalle counsel regarding their 30b6 deposition notice. Email to local counsel ▓▓▓▓ Continue to ▓▓▓▓ ▓▓▓▓ New Jersey. | | | |
| Oct-04-08 | Drive to deposition site. Meet with client prior to Torenli deposition. Depose Torenli. Conference with client following same ▓▓▓▓ ▓▓▓▓ Draft and revise ▓▓▓▓ ▓▓▓▓ Review client's ▓▓▓▓ | 10.90 | 2,616.00 | PDS |
| Oct-06-08 | Telephone conference with Mr. Owen prior to ▓▓▓▓ call ▓▓▓▓ Participate in ▓▓▓▓ call regarding ▓▓▓▓ Draft and revise ▓▓▓▓ ▓▓▓▓ Email ▓▓▓▓ ▓▓▓▓ lay witness disclosure. Email to local counsel ▓▓▓▓. Emails and calls with client ▓▓▓▓ Receive and review ▓▓▓▓ Email to client ▓▓▓▓ Email from Rael court reporter with questions. Respond to same. Receive LaSalle's motion for leave to file sur-reply on motion to file second amended complaint. Email to client ▓▓▓▓ Email to local counsel regarding ▓▓▓▓ Call counsel ▓▓▓▓ regarding ▓▓▓▓. Email to client ▓▓▓▓ Email to ▓▓▓▓ rationale for sending ▓▓▓▓ | 10.30 | 2,472.00 | PDS |
| Oct-07-08 | Telephone conference with client ▓▓▓▓ ▓▓▓▓ Emails regarding | 11.30 | 2,712.00 | PDS |

## BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 201411
JANUARY 31, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | label exhibits for deposition; review DP&L's motion to quash subpoena; review and revise draft of memorandum in opposition; draft affidavit of counsel and affidavit of paralegal re: same; gather and label exhibits to affidavit of counsel; review and organize materials re: documents to be authenticated via depositions or certifications; review and organize materials to update case calendar |
| 12/20/08 | JDJ | .25 | Attention to scheduling issue re: deadline to file Reply Memorandum in response to Defendant LaSalle Bank's Response to Plaintiff's Motion to Compel Production of Property Condition Assessment Guidelines and Request for Related Sanctions and Cross-Motion for Costs |
| 12/20/08 | KLE | 1.50 | Prepare memorandum in opposition to Motion to Quash DPL subpoena |
| 12/21/08 | DFM | 1.00 | Review of emails re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; discussion with Ms. Early re: same |
| 12/21/08 | KLE | .50 | Prepare memorandum in opposition to motion to quash; review affidavits in support of same; email all to Mr. Snyder and Ms. Marx with comments |
| 12/22/08 | BJW | 8.00 | Review e-mails and order re: DP&L's motion to quash subpoena; conferences re: same; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ exchange e-mails and review various documents to be attached to subpoenas; telephone conferences with court reporting firms and process servers re: various depositions; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-063

**BALY SHILLITO + DYER**

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760
MEMBER OF MERITAS
WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 201411
JANUARY 31, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | ███████; review and revise deposition subpoenas for ███████ finalize subpoenas and deposition notices; obtain approvals and serve copies upon opposing counsel; correspondence to process servers; attention to witness fee checks, service fees, scanning and overnight delivery; follow-up e-mails re: remaining documents to be authenticated via certified copies |
| 12/22/08 | ETG | 2.50 | Work on subpoenas for ███████ |
| 12/22/08 | KLE | 2.00 | Analysis of Mr. Snyder's comments re: ███ ███████; teleconference with Court staff; prepare notice of filing affidavit pursuant to revised filing plan; analysis of order re: motion to compel |
| 12/23/08 | BJW | 2.00 | Review e-mails re: ███████ conferences with Ms. Early; telephone conferences with New York process server; e-mails to process server, including alternate address for Morgan Stanley service and re: tracking of Federal Express package containing deposition subpoenas; conference with Ms. Gerson re: ███████; e-mail to court reporter re: ███████ cancel arrangements for court reporter for NFR deposition |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-064

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | and analyze Minute Entry re: Status Conference; review and analyze ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10/08/09 | DFM | 1.00 | E-mails to and from ▇▇▇▇▇▇▇▇▇▇▇▇▇ re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇; participated in telephone conference with Court |
| 10/08/09 | DFM | 2.50 | Telephone call with Court; review of numerous e-mails re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; conference with Ms. Kimes and Mr. Ahlstrom re: ▇▇▇▇ |
| 10/08/09 | ETG | 3.50 | Identify overruled deposition testimony for depositions of Mr. Gillis, Ms. Goodman, Mr. Grossman, Ms. Hopper, and Mr. Kleszynski |
| 10/08/09 | JK | 1.50 | Review and analyze emails related to Joint Stipulation and other pretrial matters; conference with Ms. Marx and Mr. Ahlstrom re: same; email counsel for LaSalle re: Joint Stipulation; revise and circulate same |
| 10/09/09 | BJW | 7.00 | Conferences with Mr. Hoeppner and exchange of e-mails with Ms. Marx re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; review designated portions of Gembara deposition for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; review and approve highlighted designations, and work to resolve issues related to rulings where inconsistencies exist; prepare line and page records ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ forward additional highlighted depositions ▇▇▇▇▇▇▇; review and forward report re: ▇▇▇▇▇ ▇▇▇▇; review additional rulings from Court on deposition designation objections; update binder re: same; update ▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-192

**BALY SHILLITO + DYER**

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760
MEMBER OF MERITAS
WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

| Date | Atty | Hours | Description |
|---|---|---|---|
| 10/09/09 | CDA | 1.75 | Research re: ▬▬▬ |
| 10/09/09 | DCA | 1.25 | Review and analyze e-mail communications re: ▬▬▬ |
| 10/09/09 | DFM | 2.00 | Various telephone calls and e-mails to and from client re: ▬▬▬ |
| 10/09/09 | MSD | .50 | Attention to scheduling issues re: demonstrative trial exhibits |
| 10/12/09 | BJW | 7.00 | Attention to changes in highlighted deposition designations re: Court's recent rulings; update index re: ▬▬▬; conferences with Ms. Marx re: same; prepare additional clip reports for deposition designations; ▬▬▬; draft reply to Ms. Fuhrer re: methodology for video clips and attaching playback reports; conference re: same; finalize and send e-mail to opposing counsel; resolve issues re: discrepancies in designations and rulings re: video clips; ▬▬▬ to discuss courtroom equipment issues; participate in conference call; forward additional playback reports to opposing counsel; conferences re: further redaction of trial exhibits and deadline for providing tiff images; follow up e-mails re: same |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-193