# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WELLS FARGO BANK, N.A.,

      Plaintiff,    :    Case No. 3:07-cv-449

  -vs-    Magistrate Judge Michael R. Merz

      :

LaSALLE BANK NATIONAL
ASSOCIATION,

      Defendant.

## DECISION REGARDING DESIGNATIONS IN THE DEPOSITION OF
## JOHN M. R. PATERSON

This case is before the Court on LaSalle's Motion to Strike Portions of John M. R. Paterson's Deposition Designations (Doc. No. 454) which Plaintiff opposes. The Court rules on the particular objections as follows:

| | |
|---|---|
| 10:23-11:2 | LaSalle's objection is overruled. |
| 30:15-31:4 | LaSalle's objection is overruled. |
| 52:4-53:8 | LaSalle's objection is overruled. |
| 81:19-82:16 | LaSalle's objection is overruled. |
| 7:8-18 | LaSalle's objection is overruled. |
| 8:5-8, 8:17-9:16 | LaSalle's objection is overruled. |
| 10:18-11:20 | LaSalle's objection is overruled. |
| 17:9-23 | LaSalle's objection is overruled. |
| 25:14-16 | LaSalle's objection is sustained. |
| 27:11-22 | LaSalle's objection is overruled. |
| 30:15-31:4 | LaSalle's objection is overruled. |

1

| | |
|---|---|
| 31:15-32:14 | LaSalle's objection is sustained. |
| 33:6-18 | LaSalle's objection is sustained. |
| 35:15-36:7 | LaSalle's objection is overruled. |
| 36:19-37:22 | LaSalle's objection is overruled. |
| 50:25-51:20 | LaSalle's objection is overruled. |
| 52:4-53:14 | LaSalle's objection is overruled. |
| 65:3-8 | LaSalle's objection is overruled. |
| 65:25-66:4 | LaSalle's objection is overruled. |
| 67:16-69:10 | LaSalle's objection is sustained. |
| 71:7-25 | LaSalle's objection is overruled. |
| 72:16-73:10 | LaSalle's objection is overruled. |
| 80:22-81-7 | LaSalle's objection is overruled. |
| 81:19-82:16 | LaSalle's objection is overruled. |
| 90:15-21 | LaSalle's objection is overruled. |
| 91:13-92:7 | LaSalle's objection is overruled. |
| 95:12-96:10 | LaSalle's objection is overruled. |
| 97:10-97:12 | LaSalle's objection is overruled. |

LaSalle's in limine objections made at Doc; No. 429-8, PageID 28145-28163, to the extent they were not renewed in the present Motion, are also overruled.

January 17, 2011.

s/ **Michael R. Merz**<br>United States Magistrate Judge

2