# EXHIBIT 1

| | | | |
|---|---|---|---|
| | | Participate in call. Continue to draft and revise comprehensive follow up letter to LaSalle discussing breaches in Priest and Rooths loan. Email to Mr. Owen regarding ████████████ (PDS) | |
| 9-11-07 | 5.2 | Continue to draft and revise comprehensive follow up letter to LaSalle discussing breaches in Priest and Rooths loan. Email to Mr. Owen forwarding same. (PDS) | $1,170.00 |
| 9-12-07 | 3.2 | Receive and review ████████ incorporate same into letter to LaSalle. Email regarding same. Make additional revisions to letter. Forward revised version of same to Mr. Owen. (PDS) | $720.00 |
| 9-13-07 | 2.2 | Receive and review ███████████████ revisions to letter to LaSalle from ████████ Email responding to same. Email ████████████████ plan for him to draft separate letter ████████████████ ████████████s. Email responding to same. Receive and review additional revisions to letter; incorporate same. Email to ██████████████regarding same. (PDS) | $495.00 |
| 9-14-07 | 1.1 | Make final revisions to letter to LaSalle. Email██████████ ██████ forwarding ████████████ (PDS) | $247.50 |
| 9-27-07 | .3 | Telephone conference with Mr. Owen regarding ████████ ██████████████████████████████████████████ ██████████tasks to work on prior to ████████████ for LaSalle. (PDS) | $67.50 |
| 9-28-07 | 2.2 | Review ████████████████████ Note suggested additions; email to ██████████████████████. Review potential agreement for ██████████████████████████. Review similar agreement regarding sale of property. Email agreements ██████████████████. Telephone conference with████ ████n regarding agreements ██████████████ (PDS) | $495.00 |
| | | **Total Legal Fees:** | $5,062.50 |

PLAINTIFF'S TRIAL EXHIBIT

# Snyder Law Firm LLC

## INVOICE FOR LEGAL SERVICES AND BILLING DETAIL

**Client:**
**Crown NorthCorp, Inc. (Breach Claims Regarding Loans in the Names of Bonita G. Rooths and Ryan Priest (Commercial Mortgage Pass-Through Certificates, Series 2006-MF2))**

| Date | Time | Description | Amount |
|------|------|-------------|--------|
| 10-2-07 | .3 | Telephone conference with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮ send letter to LaSalle ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. Email to Ohio counsel regarding ▮▮▮▮▮▮▮▮▮▮▮▮ (PDS) | $67.50 |
| 10-3-07 | 1.1 | Draft and revise letter ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ (PDS) | $247.50 |
| 10-4-07 | 2.9 | Emails from Ohio counsel ▮▮▮▮▮▮▮▮▮▮▮▮▮▮n ▮▮▮▮. Email to Mr. Owen regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Email to ▮▮▮▮▮▮ e. (PDS) | $652.50 |
| 10-5-07 | 2.2 | Telephone conference with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Legal research in preparation for drafting memorandum regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮ (PDS) | $495.00 |
| 10-8-07 | 2.6 | Continue to draft and revise memorandum r▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ (PDS) | $585.00 |
| 10-11-07 | .3 | Email from client regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ Respond to same. Telephone conference with ▮▮▮▮▮▮▮▮e and memorandum regarding ▮▮▮▮▮▮▮▮▮ (PDS) | $67.50 |
| 10-12-07 | .1 | Email from client obtaining a▮▮▮▮▮▮▮▮▮▮▮▮▮t ▮▮▮▮▮▮▮▮▮ Respond to same. (PDS) | $22.50 |
| 10-15-07 | .5 | Telephone conference with Mr. Owen regarding ▮▮▮▮on ▮▮▮▮▮▮y and decision to call ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Conference regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (PDS) | $112.50 |
| 10-16-07 | .8 | Draft and revise memorandum ▮▮▮▮▮▮▮▮▮▮▮. Call | $180.00 |

PLAINTIFF'S TRIAL EXHIBIT

PX-505-004

| Nov-09-07 | Email from client regarding ████████████ ████████████ Respond to same. Begin to ███████████ █████████. | 0.40 | 90.00 | PDS |

| Nov-12-07 | Prepare for conference call with Ohio local counsel and Mr. Brown. Participate in same. Draft and revise complaint. | 1.20 | 270.00 | PDS |

| Nov-13-07 | Continue to draft and revise complaint. | 3.30 | 742.50 | PDS |

| Nov-14-07 | Continue to draft and revise complaint. Email to client██████████████████ | 7.70 | 1,732.50 | PDS |

| Nov-15-07 | Draft and revise ███████████████████ ████████████████ Email to client regarding ███████████████████ ███████████████ Receive and review comments from Mr. Brown█████████████ Email responding to same and ████████████████ | 1.10 | 247.50 | PDS |

| Nov-16-07 | Emails from Mr. Owen and Mr. Brown██████ ████████████████████ ████████████ Review engagement letter from local counsel. Email to client regarding same. Continue to revise complaint. Email ███████████████████. Receive email regarding Fetterolf's job change. Respond to same. Email regarding █████████ ████. Continue to revise engagement letter; email to client regarding█████████████ ████████████████ | 2.90 | 652.50 | PDS |

| Nov-19-07 | Emails regarding █████████████████ ███████ Conference call with Mr. Owen and Mr. Brown regarding████████████████ ██████████ Revise complaint and email to client. | 1.10 | 247.50 | PDS |

| Nov-20-07 | Email to client regarding█████████████ Email to local counsel regarding same. Finalize engagement letter ███████████ █████████. Email to client forwarding same. Telephone conference with local counsel regarding ███████████ ██████████ Telephone conference with Mr. Owen regarding██████████████ | 1.30 | 292.50 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                    PX-505-008

## Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                    January 3, 2008
150 W. 82nd Street, #2D
New York, NY
10024

|  | File #: | LaSalle |
|---|---|---|
| **Attention:** Mr. Roy H. Owen | Inv #: | 39 |

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-03-07 | Call LaSalle in-house counsel to determine litigation contact. Email to and from client regarding ▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬. | 0.30 | 67.50 | PDS |
| Dec-04-07 | Telephone conference ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬. Email to client regarding same. Review ▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ Email forwarding revisions for same. Email to LaSalle counsel inquiring regarding litigation contact. | 1.00 | 225.00 | PDS |
| Dec-06-07 | Email from client regarding ▬▬▬▬▬ ▬▬▬▬▬. Respond to same and inquire ▬▬▬▬▬▬▬▬▬. Draft and revise memorandum regarding ▬▬▬▬▬▬▬ ▬. | 0.80 | 180.00 | PDS |
| Dec-07-07 | Email from client regarding ▬▬▬▬▬ ▬▬▬▬ Email responding to same and ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 0.30 | 67.50 | PDS |
| Dec-10-07 | Continue to draft and revise ▬▬▬▬▬▬▬ ▬▬▬▬ Email to client regarding same. Email from client regarding ▬▬▬▬▬ ▬▬▬▬▬▬▬ Draft and revise same. Email to local counsel forwarding same. | 2.30 | 517.50 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

| Dec-12-07 | Email from client regarding ▮▮▮▮▮ ▮▮▮▮▮. Respond to same. Call from LaSalle in-house counsel requesting extension and providing Bank of America ("BOA") contact information. Email to client and local counsel ▮▮▮▮▮▮ Email to client regarding ▮▮ Email to local counsel regarding requested extension and corporate disclosure form. Email to LaSalle counsel regarding extension. Email to local counsel ▮▮▮▮▮▮ ▮▮▮▮▮. Telephone conference with client regarding ▮▮▮▮▮▮▮ | 1.80 | 405.00 | PDS |
| Dec-13-07 | Telephone conference with client regarding ▮▮▮▮▮▮▮ ▮▮▮▮ Message from LaSalle counsel requesting proof of service. Email forwarding same. Email to client ▮▮▮▮▮ | 0.60 | 135.00 | PDS |
| Dec-14-07 | Call BOA counsel. Email to client ▮▮▮▮ ▮▮▮▮▮▮▮▮ BOA ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Draft and revise letter; revise ▮▮▮▮▮▮▮▮▮. Email to client forwarding same. Conference call with client regarding ▮▮▮▮ | 2.30 | 517.50 | PDS |
| Dec-17-07 | Messages from LaSalle and BOA counsel requesting additional extension for responsive pleading. Telephone conference with client ▮▮▮▮▮▮▮ Email from ▮▮▮▮▮▮ ▮▮▮▮▮▮▮t. Email to client forwarding same. Email to local counsel regarding requested extension. Finalize document preservation letter to BOA counsel. Continue to revise list ▮▮▮▮▮▮▮▮▮. | 2.40 | 540.00 | PDS |
| Dec-18-07 | Telephone conference with client regarding ▮▮▮▮▮▮ ▮▮▮ts. Finalize same. Email letter and list to BOA and LaSalle counsel. Email same to client. | 0.60 | 135.00 | PDS |
| Dec-19-07 | Receive filed corporate disclosure statements and pro hac vice motion. Email forwarding same to client. Telephone conference with BOA counsel regarding BOA's requested extension on filing responsive pleading. Call client ▮▮▮▮▮▮ Email to client and | 0.90 | 202.50 | PDS |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | ████████████████████ ███ documents ███ | | | |
| Jan-22-08 | Telephone conference with ███████. regarding ████████████. Email to client following up on same. Obtain and review ████████ regarding ████████ Receive notice setting preliminary pretrial conference. Email to client forwarding same. | 1.70 | 408.00 | PDS |
| Jan-23-08 | Email from client forwarding ████████. Email responding to same. Telephone conference ████████████████ Call from LaSalle counsel offering to possibly repurchase loans. Email to client ████████ ████. Email to client regarding ████████ ████████ | 1.30 | 312.00 | PDS |
| Jan-24-08 | Email from client regarding ████████ ████████ Respond to same. Email from client regarding ████████ ████████. Telephone conference with ████████ ████████ Email to client regarding ████████ ████. Receive response to same. | 0.80 | 192.00 | PDS |
| Jan-25-08 | Telephone conference ████████ ████████ ████████. Receive letter from LaSalle counsel requesting materials. Email to client ████████ | 0.80 | 192.00 | PDS |
| Jan-28-08 | Email from client regarding ████████ ████████. Respond to same and ████████ t████████. ████████. Forward same to client for ████ | 0.20 | 48.00 | PDS |
| Jan-29-08 | Receive executed ████████ from client. Forward same ████████ | 0.10 | 24.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

PX-505-014

| Jan-30-08 | Email to client listing ▓▓▓▓▓▓. Teleconference with ▓▓▓ ▓▓▓▓▓▓▓▓▓ Draft and revise ▓▓▓▓ ▓▓▓▓ Email to client regarding ▓▓▓▓ ▓▓▓▓▓▓▓. | 1.10 | 264.00 | PDS |
| Jan-31-08 | Review materials to copy and forward ▓▓▓ ▓▓▓▓ Email to client ▓▓▓▓▓▓▓ ▓▓▓▓▓ Draft and revise cover letter ▓▓▓▓. Draft email to client ▓▓▓▓▓▓▓ | 1.70 | 408.00 | PDS |
| | Totals | 10.70 | $2,568.00 | |

**DISBURSEMENTS**

| Jan-31-08 | Photocopies for Terry Esquivel | 31.61 |
| | Totals | $31.61 |

| **Total Fee & Disbursements** | **$2,599.61** |
| Previous Balance | 3,217.50 |
| **Balance Now Due** | **$5,817.11** |

TAX ID Number     14-1996727

### Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                                    March 1, 2008
150 W. 82nd Street, #2D
New York, NY
10024

|  |  | File #: | LaSalle |
| **Attention:** | Mr. Roy H. Owen | Inv #: | 103 |

**RE:** Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-01-08 | Email to client regarding ▓▓▓▓▓ Email to client regarding ▓▓▓ | 0.50 | 120.00 | PDS |
| Feb-04-08 | Email to and from client regarding ▓▓▓▓ Receive and review ▓▓▓ Email regarding same. Email to plaintiff's counsel regarding ▓▓▓▓ ▓▓▓ Comprehensive telephone conference ▓▓▓ Comprehensive email to client regarding same. | 2.40 | 576.00 | PDS |
| Feb-05-08 | Receive email from client regarding ▓▓▓ ▓▓▓ Respond to same. Email from client regarding ▓▓▓ ▓▓▓ Email with LaSalle counsel regarding scheduling of Rule 26(f) conference. Email to client ▓▓▓ Email to client regarding ▓▓▓ | 0.60 | 144.00 | PDS |
| Feb-13-08 | Conference call with client ▓▓▓ ▓▓▓ ▓▓▓ | 0.80 | 192.00 | PDS |
| Feb-14-08 | Email to client regarding ▓▓▓ | 0.20 | 48.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                                    PX-505-016

| Date | Description | Hours | Amount | By |
|---|---|---|---|---|
| | ████████████ ██████. | | | |
| Feb-15-08 | Email to client regarding status of forwarding ████████████████████ | 0.10 | 24.00 | PDS |
| Feb-18-08 | Draft ████████████████████ Email to local counsel regarding ████████████ ████████████ Email to client regarding ████████████ ███████ | 0.80 | 192.00 | PDS |
| Feb-19-08 | Receive and review documents forwarded by client for ████████████████ ████████████████ Email regarding same. Email to local counsel ████████ ████████ | 1.10 | 264.00 | PDS |
| Feb-20-08 | Emails from client forwarding ████████ ████████ Email to client regarding ████████████ Email from local counsel regarding ████████████ ████████ Email to local counsel regarding same and ████████████ ████████████e. Receive and review ████████ Email regarding same and ████████████ Email to client regarding ████████████ ████████████ | 1.50 | 360.00 | PDS |
| Feb-21-08 | Prepare for Rule 26(f) conference with LaSalle counsel. Participate in same. Email to client ████████████ Email regarding ████████████ ██ | 2.40 | 576.00 | PDS |
| Feb-22-08 | Receive additional emails and documents from client ████████████on. Begin drafting Rule 26(f) report of parties. | 0.60 | 144.00 | PDS |
| Feb-25-08 | Email to LaSalle counsel regarding format for document production. Email to client regarding ████████████ Draft and revise Rule 26(f) report of parties. | 0.90 | 216.00 | PDS |
| eb-27-08 | Email to client regarding ████████ ███ | 0.50 | 120.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

### *Snyder Law Firm LLC*
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                          April 1, 2008
150 W. 82nd Street, #2D
New York, NY
10024

|                     |                  | File #: | LaSalle |
| **Attention:** | Mr. Roy H. Owen | Inv #:  | 114     |

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-02-08 | Email to client regarding ▮▮▮ ▮▮▮ ▮▮▮ Email from client approving ▮▮▮ | 0.10 | 24.00 | PDS |
| Mar-03-08 | Finalize mandatory disclosure pleading. Email to client ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮ Email in follow up to same. | 2.40 | 576.00 | PDS |
| Mar-04-08 | Review ▮▮▮ ▮▮▮ incorporate same. Email to client regarding same. Email to local counsel regarding same and logistics for serving same. Email from client regarding ▮▮▮. Revise same. Email to client forwarding same. Additional emails regarding ▮▮▮ pleading and final revisions to same. Email to LaSalle counsel forwarding Rule 26(f) report. Email to local counsel regarding same. | 2.10 | 504.00 | PDS |
| Mar-05-08 | Finalize ▮▮▮. Email to client forwarding same. | 0.30 | 72.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                          PX-505-019

| Date | Description | | | |
|------|-------------|------|--------|-----|
| Mar-06-08 | Finalize ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Email to LaSalle counsel forwarding same. Email from LaSalle counsel forwarding LaSalle's mandatory disclosure pleading. | 0.20 | 48.00 | PDS |
| Mar-07-08 | Email from client forwarding ▮▮▮▮▮▮ M▮▮▮▮▮▮▮ nd ▮▮▮▮egarding ▮▮▮▮▮ ▮▮▮▮▮ Review LaSalle's mandatory disclosure pleading. Email to client ▮▮▮▮▮▮▮ | 0.50 | 120.00 | PDS |
| Mar-10-08 | Email to client proposing▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ Email to LaSalle counsel inquiring about Rule 26(f) report. | 0.60 | 144.00 | PDS |
| Mar-11-08 | Receive and review ▮▮▮▮▮▮▮▮▮ ▮▮▮▮ Email to client forwarding same and suggesting▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ Email to LaSalle counsel regarding modifications to report. | 0.40 | 96.00 | PDS |
| Mar-12-08 | Email from client regarding ▮▮▮▮▮▮▮ Emails to and from LaSalle counsel regarding revisions to same. Email to local counsel regarding ▮▮▮▮▮ F▮▮▮▮▮ ▮▮▮▮ | 0.50 | 120.00 | PDS |
| Mar-17-08 | Email from LaSalle counsel inquiring regarding status of Priest foreclosure. Email to client ▮▮▮▮▮ ▮▮▮▮ responding to same. Email to local counsel regarding ▮▮▮▮▮▮▮▮▮ Email to client regarding same and request ▮▮▮▮ | 1.10 | 264.00 | PDS |
| Mar-18-08 | Emails from client f▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ Review letter and attached materials. Email to client responding to same and ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Prepare email to LaSalle counsel responding to inquiry regarding Priest foreclosure. Email to client ▮▮▮▮▮. Telephone conference with client regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮ | 1.80 | 432.00 | PDS |
| Mar-19-08 | Prepare for ▮▮▮▮▮▮▮▮▮▮▮ | 1.40 | 336.00 | PDS |

Participate in same. ████████████
████████████. Email to client
████████████
████████. Review █████████
██████, email to client regarding same.
Receive scheduling order. Email to client
████████ █████████discovery
requests to serve on Plaintiff.

| Mar-20-08 | █████ letter to █████ counsel regarding ████████ | 0.20 | 48.00 | PDS |
| Mar-21-08 | Call from Plaintiff's counsel █████████ ██████████. Return call. | 0.10 | 24.00 | PDS |
| Mar-24-08 | Review █████████████ ████████ Email to client regarding ██████ ████████ ██████████████Email to LaSalle counsel regarding same. ███████ ████████ LaSalle ████████ ████████ █████████ ████████ █████████. Emails from client regarding ████████ ████████ ████████ ████████ ████████and to provide follow-up information ██████. ████ ████████ | 3.60 | 864.00 | PDS |
| Mar-25-08 | Email from Maine counsel r████████ ████████ ████████ ████████. ████████ ████████ ████e. Email d███████ to client. | 1.60 | 384.00 | PDS |
| Mar-27-08 | ████████████████████████ ████ Email to client regarding same. Email from client regarding ████████ ████████ Respond to same. Email to client regarding ████ Finalize ███████ Email to client f████████ | 1.80 | 432.00 | PDS |

| Mar-28-08 | Continue ████████████████ Email to client ██████ ████. Draft and revise ████████ enclosing same. Review ████████ ██████████ Email to client regarding same. Email from client ███████████████ Incorporate same. Finalize ████ █████████ | 2.40 | 576.00 | PDS |
|---|---|---|---|---|
| Mar-31-08 | Email to LaSalle counsel █████████ ███████████s. Emil to client ██ regarding same and discussing ████████ ████████████ Email to local counsel ████████████████████ █████ | 0.90 | 216.00 | PDS |
| | Totals | 22.00 | $5,280.00 | |

## DISBURSEMENTS

| Mar-03-08 | FedEx delivery charge for sending document disk to LaSalle counsel | 19.56 |
|---|---|---|
| Mar-25-08 | FedEx delivery charge for sending letter and Priest code violation information to LaSalle counsel | 31.36 |
| Mar-28-08 | Postage for discovery requests | 1.48 |
| | Totals | $52.40 |

| **Total Fee & Disbursements** | **$5,332.40** |
|---|---|
| Previous Balance | 7,191.79 |
| Previous Payments | 7,191.79 |
| **Balance Now Due** | **$5,332.40** |

TAX ID Number   14-1996727

## PAYMENT DETAILS

| Mar-17-08 | Payment of 2-1-08 invoice | 2,599.61 |
|---|---|---|
| Mar-19-08 | Payment of 3-1-08 invoice | 4,592.18 |

PLAINTIFF'S TRIAL EXHIBIT                          PX-505-022

## Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                    May 1, 2008
150 W. 82nd Street, #2D
New York, NY
10024

|                    |                 | File #: | LaSalle |
|--------------------|-----------------|---------|---------|
| **Attention:**     | Mr. Roy H. Owen | Inv #:  | 124     |

**RE:**    Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-01-08 | Email to local counsel regarding ▉▉▉▉▉. Review case law. | 0.30 | 72.00 | PDS |
| Apr-02-08 | Review case law regarding ▉▉▉▉▉. Email to local counsel regarding same. | 0.20 | 48.00 | PDS |
| Apr-03-08 | Email to and from local counsel regarding ▉▉▉ | 0.10 | 24.00 | PDS |
| Apr-07-08 | Draft and revise ▉▉▉. Emails to client regarding same and forwarding same. | 1.60 | 384.00 | PDS |
| Apr-08-08 | Email from client regarding ▉▉▉ Email to client regarding same and ▉▉▉ Email regarding ▉▉▉ Email to client ▉▉▉ Email to client forwarding ▉▉▉ Continue to ▉▉▉ Draft and revise ▉▉▉. Email to client forwarding same. | 1.90 | 456.00 | PDS |
| Apr-09-08 | Emails from client regarding ▉▉▉ t▉▉▉ | 1.40 | 336.00 | PDS |

Email from client regarding ████████
and need to make ████████████████
████████ Email responding to same. Email
to LaSalle counsel requesting new contact
information. ████████████████████
████████████████████████████████

| Apr-10-08 | Continue to revise ████████████████ ████████████████████ Email to client regarding same. Email from Mr. Brown regarding ████████████ ████████ | 1.10 | 264.00 | PDS |
|---|---|---|---|---|
| Apr-11-08 | Conference call with client regarding ████ ████████████████████████████ Update and finalize ████████████████ ████████. Email to client forwarding same. Receive and review client's ████████████████████████████████ ████████████████████████████ Email ████████ to same. ████████████ Email forwarding complaint and client's letter to LaSalle counsel. | 2.10 | 504.00 | PDS |
| Apr-14-08 | Email from in-house counsel at Bank of America regarding new contact persons on CMBS matters. Telephone conference with counsel regarding same. ████████████ ████████████ | 0.40 | 96.00 | PDS |
| Apr-15-08 | Draft and revise ████████████████████ ████████████████. Legal research regarding same. Email to local counsel regarding ████ ████████████████████████████ ████████ Email from local counsel regarding ████████████████████ Email to client regarding same. Receive call ████████████ Email to client in follow-up to same. | 0.75 | 180.00 | PDS |
| Apr-16-08 | Receive and review comprehensive email from client regarding v████████████████████ ████████ Respond to same and availability for follow-up conference call. Emails in follow up to same. | 0.30 | 72.00 | PDS |
| Apr-17-08 | Email to LaSalle counsel requesting | 1.30 | 312.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

clarification on position regarding amended
complaint.  Conference call with client
██████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Apr-18-08 | Continue to ████████████████ ██████████████████████████ ████████ Emails regarding same. Receive revisions ████████ client; incorporate same. | 2.50 | 600.00 | PDS |
| Apr-21-08 | ████████████████. Email to local counsel ████. Email to client ███ ████████████████ ████████ | 0.30 | 72.00 | PDS |
| Apr-22-08 | Emails from client regarding ████████ ████ ██. Review notes of ████████ ████ Email to client regarding same. Receive and review filed amended complaint. Email to client ████ | 0.30 | 72.00 | PDS |
| Apr-30-08 | Email to client regarding p████████ ████████. Email from client ████████ ████ Telephone conference with LaSalle counsel regarding same. Email to client ████████. Receive and review discovery responses from LaSalle. Email to client ████████ Email to client regarding ████████████. | 0.90 | 216.00 | PDS |
| | Totals | 15.45 | $3,708.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$3,708.00** |
| Previous Balance | 5,332.40 |
| **Balance Now Due** | **$9,040.40** |

TAX ID Number     14-1996727

PLAINTIFF'S TRIAL EXHIBIT

PX-505-026

to client. Telephone conference with client
regarding ███████████████████████
███████████ Email to client regarding
███████████████

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| May-08-08 | Draft and revise cover letter to client ███████ ███████ Receive settlement letter from LaSalle counsel. Email to client forwarding same. Response from client ███████ Conference call with client ███████ | 0.90 | 216.00 | PDS |
| May-09-08 | Email to ███████████████ Email to client confirming ███████████ Email to local counsel regarding ███████ ███████████████ | 0.50 | 120.00 | PDS |
| May-12-08 | Email to client regarding ███████████ Email to ███████████████ Email from client regarding ███████ Email responding to same. Telephone conference with ███████ Email to client regarding same. | 1.25 | 300.00 | PDS |
| May-14-08 | Email regarding client's ███████████ Respond to same. Draft and revise ███████ Review emails and materials from local counsel ███████ ███████ Email to client discussing ███████████ | 1.60 | 384.00 | PDS |
| May-15-08 | Email to client regarding ███████ ███████ Finalize comprehensive email to client ███████ ███████████████ | 1.75 | 420.00 | PDS |
| May-16-08 | Draft and revise ███████ Email from client regarding ███████ ███████ Make | 1.60 | 384.00 | PDS |

revisions to same. Email to client
▮▮▮▮▮Telephone conference with client
regarding same. Email to LaSalle counsel
forwarding final version of letter.

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| May-18-08 | Draft and revise▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Email to client forwarding same. Draft and revise▮▮▮▮▮ | 1.80 | 432.00 | PDS |
| May-19-08 | Comprehensive conference call with client ▮▮▮▮▮ Review ▮▮ ▮▮▮▮▮, email to client▮▮▮▮▮  Call▮▮▮▮▮ to schedule call to discuss▮▮ Email to client regarding same. Draft and finalize ▮▮▮▮▮ Email to client forwarding same. Receive interrogatory verification page;▮▮▮▮▮ | 2.40 | 576.00 | PDS |
| May-20-08 | Finalize letter▮▮▮▮▮▮▮▮ ▮▮▮▮▮ Email to LaSalle counsel forwarding same. Review materials to prepare▮▮▮▮▮▮ | 0.90 | 216.00 | PDS |
| May-21-08 | Prepare for call with▮▮▮▮▮▮ Participate in same. Follow up regarding same with client. Telephone conferences▮▮▮ ▮▮▮▮▮ Email from LaSalle counsel responding to discovery deficiency letter. Respond to same and inquire about deposition scheduling.▮▮▮▮ ▮▮▮▮▮ Email to client forwarding same. | 2.80 | 672.00 | PDS |
| May-22-08 | Email to client forwarding ▮▮▮▮ ▮▮▮▮▮▮▮ Telephone conference with ▮▮▮▮▮ ▮▮▮▮▮Receive document ▮▮▮▮▮ Access and review▮▮▮ Email to client regarding same. | 0.90 | 216.00 | PDS |
| May-23-08 | Continue to attempt ▮▮▮▮▮ | 1.30 | 312.00 | PDS |

█████ Email to client regarding same and █████

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| May-25-08 | Emails from client regarding █████ █████ Respond to same. Review █████ | 0.40 | 96.00 | PDS |
| May-26-08 | Telephone conference with client regarding █████ Email to client █████ █████ Email to client and local counsel regarding █████ | 1.50 | 360.00 | PDS |
| May-27-08 | Email to local counsel regarding █████ Draft and revise letter and email to █████ Emails to client and local counsel forwarding same. | 0.60 | 144.00 | PDS |
| May-28-08 | Revise letter to █████ Email same to client and local counsel. █████ Receive and review deposition notices from local counsel. █████ Receive and review discovery requests from LaSalle. Email to client █████ Email from client █████ Call client regarding same. Telephone conference █████ Email to client regarding same and █████ | 3.20 | 768.00 | PDS |
| May-29-08 | Email from LaSalle counsel regarding depositions, plans to produce additional documents, request to modify current case schedule. Email to client █████ | 0.30 | 72.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT



PLAINTIFF'S TRIAL EXHIBIT

PX-505-031

## Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900 Fax:913-685-3902

Crown NorthCorp, Inc. June 20, 2008
13706 Research Boulevard, Suite 301
Austin, Texas
78750

|  |  | File #: | LaSalle |
|--|--|---------|---------|
| **Attention:** | Ms. Jackie Trojanowsky | Inv #: | 141 |

**RE:** Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jun-02-08 | Email from LaSalle counsel requesting call to discuss depositions and document issues. Email to clien | 0.10 | 24.00 | PDS |
| Jun-03-08 | Email to LaSalle counsel responding to request to schedule call. Email to clie Email to local counsel regarding Call from local counsel responding to same. Call Conference call with client | 1.20 | 288.00 | PDS |
| Jun-04-08 | Telephone conference with LaSalle counsel regarding discovery issues and modifications to case schedule. Telephone conference with client | 1.60 | 384.00 | PDS |
| Jun-05-08 | Email from Respond to same. Email to LaSalle counsel regarding discovery issues. Email to client Email to local counsel regarding Receive response to same. Email to client proposing that | 0.90 | 216.00 | PDS |
| Jun-09-08 | Draft and revise letter | 2.10 | 504.00 | PDS |

 PX-505-032

██████████. Email to client and local
counsel forwarding same. Receive letter from
LaSalle counsel regarding discovery and
deposition issues. Email to local counsel and
clien██████ ------- ████████. Forward same to
local counsel and client. ██████
███████████████████████████
██████████████████

| Date | Description | Hours | Amount | By |
|------|-------------|-------|--------|-----|
| Jun-10-08 | Email from client regarding ██████████ ██████████████ Email forwarding ██████████████ Email to local counsel regarding same and ████████ Review████ ██████ Email to client regarding same. Email from client ████████████████send same to LaSalle counsel. Review result of ████████████████████ Email to ████████ Email to client forwarding same. ████████ Email to client forwarding same. Review LaSalle's discovery requests. Email to clien███████ ████ Emails to ██████████ client. | 2.50 | 600.00 | PDS |
| Jun-11-08 | Call local counsel regarding██████████ ██████████████████████ ██████████ Telephone conference with client ████████████. Additional telephone conference with client regarding ██████ ████████████████ ████████ Conference call with local counsel regarding████████. Email to client regarding████ regarding plans for████████ ████████████████ | 2.40 | 576.00 | PDS |
| Jun-13-08 | Emails from client regarding ██████████ ████████████ Email responding to same and setting forth████████ ████████ Email from client requesting copy of ██████████████ Email from | 1.10 | 264.00 | PDS |

client regarding ███████████
████████ Respond to same. Email to
client and local counsel regarding ████
██████████

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Jun-14-08 | Email from LaSalle counsel forwarding letter and supplemental discovery responses. Review same. Email to local counsel ████████████ ████████████. Email to client regarding ████████████ | 0.75 | 180.00 | PDS |
| Jun-16-08 | Review ████ LaSalle witnesses. Email from LaSalle counsel regarding scheduling of depositions in August. Email to client and local counsel ████████ Call ████████ ████████ Emails to client and local counsel regarding ████████ ████████ Emails from local counsel in response to same. | 1.60 | 384.00 | PDS |
| Jun-17-08 | Telephone conference with ████████ regarding litigation status. ████████ ████████. Draft and revise letter regarding ████████. Forward letters to client. Email to client forwarding ████████ Email to client regarding ████████ ████████ Emails to client and document vendor ████████ | 2.80 | 672.00 | PDS |
| Jun-18-08 | Emails from client ████████ ████████ Respond to same. ████████ send letters to LaSalle counsel. | 0.60 | 144.00 | PDS |
| Jun-19-08 | Telephone conference with ████████ ████████ Email to client regarding same. Draft and revise ████████ ████████ Emails regarding mistake in numbering of LaSalle's documents. Telephone conference with LaSalle counsel | 2.90 | 696.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT      PX-505-034

regarding discovery issues and scheduling of
depositions.  Emails to client and local counsel
███████████████

Jun-20-08        Email to client ████████████████████      2.00        480.00            PDS
                 ███████████████████████
                 █████████████████

Totals                                                   22.55      $5,412.00

**Total Fee & Disbursements**                                                 **$5,412.00**
Previous Balance                                                               11,004.23

**Balance Now Due**                                                          **$16,416.23**

TAX ID Number      14-1996727

PLAINTIFF'S TRIAL EXHIBIT                                                    PX-505-035

### Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                          July 3, 2008
150 W. 82nd Street, #2D
New York, NY
10024

|  |  |
|---|---|
| File #: | LaSalle |
| Inv #: | 144 |

**Attention:**   Mr. Roy H. Owen

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-20-08 | Receive letter from LaSalle counsel regarding depositions and enclosing proposed protective order. Emails to client and local counsel ▇▇▇▇▇ Emails to document vendor and client forwarding ▇▇▇ Receive amended deposition notices. Email to client ▇▇▇ | 0.75 | 180.00 | PDS |
| Jun-23-08 | ▇▇▇▇▇. Emails to client regarding same. | 3.70 | 888.00 | PDS |
| Jun-25-08 | Review ▇▇▇ Email to client regarding ▇▇▇ Prepare for call with client ▇▇▇ Lengthy comprehensive conference call with client regarding ▇▇▇ | 2.40 | 576.00 | PDS |
| Jun-26-08 | Emails to LaSalle counsel regarding suggested changes to protective order; inquiring about informal discussions between clients and need to draft agreement permitting same. ▇▇▇ Email to client forwarding same. | 4.10 | 984.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                          PX-505-036

| | | | | |
|---|---|---|---|---|
| Jun-27-08 | Email from client forwarding ██████ ██████ Review same. Email to client regarding ████ | 0.30 | 72.00 | PDS |
| Jun-29-08 | Email from client forwarding ██████ ██████. Emails from client forwarding ██████ ██████ ██████ Email to clien███ ██████ | 2.00 | 480.00 | PDS |
| Jun-30-08 | Emails from client regarding ██████ Respond to same. ██████ Email regarding same and w██████ Receive and review a██████ Finalize ██████ Draft and revise ██████ regarding same. Email to LaSalle counsel forwarding same. ██████ Email to ██████ rding same. | 2.30 | 552.00 | PDS |
| | Totals | 15.55 | $3,732.00 | |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Jun-20-08 | FedEx delivery charge: ██████ deposition transcrip ██████ | | 28.80 |
| | Totals | | $28.80 |
| | **Total Fee & Disbursements** | | **$3,760.80** |
| | Previous Balance | | 16,416.23 |
| | Previous Payments | | 3,708.00 |
| | **Balance Now Due** | | **$16,469.03** |

TAX ID Number    14-1996727

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Jun-23-08 | Payment of Invoice 124 | 3,708.00 |

PLAINTIFF'S TRIAL EXHIBIT                                            PX-505-037

letter from LaSalle counsel regarding
discovery issues. ▆▆▆
Email from LaSalle counsel forwarding
revised protective order.  Review same.

| | | | | |
|---|---|---|---|---|
| Jul-08-08 | Email to client regarding ▆▆▆▆▆<br><br>Receive revised protective order from LaSalle counsel.  Email to LaSalle counsel approving same.  Receive documents from ▆▆▆ ▆▆▆▆ Email forwarding same ▆▆▆ Email to client with | 0.40 | 96.00 | PDS |
| Jul-09-08 | Receive and review letter from LaSalle counsel regarding requested depositions. Email to client ▆▆▆ Receive ▆▆▆ from client. ▆▆▆ ▆▆▆ ▆▆▆ Prepare for ▆▆▆ ▆▆▆ Participate in same.  Call to LaSalle counsel regarding informal discussions. | 1.90 | 456.00 | PDS |
| Jul-10-08 | Telephone conference with LaSalle counsel regarding informal communications between clients.  Email to client ▆▆▆ and ▆▆▆ Email to ▆▆▆ ▆▆▆ ▆▆▆ ▆▆▆. Email to client ▆▆▆ s▆▆▆ | 3.30 | 792.00 | PDS |
| Jul-11-08 | Finalize and send letter regarding various discovery issues. ▆▆▆ ▆▆▆ ▆▆▆ Review, gather, organize documents.  Email to client ▆▆▆ | 3.75 | 900.00 | PDS |
| Jul-14-08 | Receive and review protective order entered by Court.  Email to client ▆▆▆ Email from LaSalle counsel forwarding subpoenas for various entities.  Email to client ▆▆▆ Telephone conference with | 3.40 | 816.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

Email to client regarding same.  Continue to
organize documents ███████. Email to client
█████████████

| | | | | |
|---|---|---|---|---|
| **Jul-15-08** | Emails regarding discovery and scheduling issues. Participate in ████████████ ███████ ████ ████████ ██ █████ ████████ ████ ██ █████ █████ ██████████ Emails to client ████████████ ████████ ██ ███████ Email from LaSalle counsel regarding intent to serve subpoena on Wells Fargo.  Respond to same. Email to client ████████████ Telephone conference ████ ████████ ████████ ██ ██ ██ ████████ ███████████ Call ████ ███ ████ ████ ███████ ████████████████ Email in follow up to same.  Continue to prepare documents for production.  Receive Fitch and Moody's subpoenas. | 3.20 | 768.00 | | PDS |
| Jul-16-08 | Emails to client regarding ████████ ██████ ████████████ ██ ████████ ██ ████ ██████████ ███ ███████ Emails regarding contacting ████████ | 0.25 | 60.00 | | PDS |
| Jul-17-08 | Receive email from ████████████ regarding ████████ Email forwarding same to client.  Respond to ████████ ███ Telephone conference with ████ ████ █████ ███████ ██████████ ██████ ███ ███ █████ ████ Email regarding serving ████ ██████ ██████ ██████ ████ Email to client ███████ █████ ████ ████ Receive Wells Fargo subpoena from LaSalle counsel.  Email to ████████████ and client ███████ ██████ Email from ███████ same.  Respond to same.  Call ████ ████████████ ███████ Email to client ███████████ | 1.30 | 312.00 | | PDS |
| Jul-18-08 | Telephone conference with ████ █████ ████ ███ ████████████ Email in follow up to same.  Email to client regarding same. | 0.30 | 72.00 | | PDS |
| Jul-21-08 | Comprehensive conference call with client | 2.20 | 528.00 | | PDS |

PLAINTIFF'S TRIAL EXHIBIT



regarding ████████████████████
██████. Telephone conference with ████████
████ regarding ████████████████
and need to produce ████████████████.
Email to client regarding same. ████████
████████████████████████ Email
to ██████ forwarding same as well as
████████████████

Jul-22-08    Email from ████████████████        1.30    312.00    PDS
████████████████████
████████████ Respond to same. Email
from ████████████████████
████████████████████████
████████ Conference call with ████████
████████████ Email from ████████
████████████████████
████████████ Email to client
forwarding same. ████████████████
████████████████████████
████████████████ Email from
client ████████████████████
████████████████████████
████████████ Review ████████
████████████ Email to client regarding
same.

Jul-23-08    Email from client regarding ████████        3.40    816.00    PDS
████████████████ Respond to same.
Telephone conference with client regarding
████████████████████████
████████████ Email from LaSalle
counsel regarding status of scheduling
depositions and production of documents.
Email to ████████████████████
████████████████████████
Email to client following up on ████████
████████████████████████
████████████████████████
████████████████ Receive
photos and emails ████████████
Conference call with different ████████
████████████████████████
████████ Email to ████████████
forwarding ████████████████



revise █████████████████████████
██████ Review ███████████████ for
production; identify privileged materials.

| Jul-24-08 | Email from client regarding ██████████ | 3.25 | 780.00 | PDS |

████████ Telephone conference with client
regarding same, ████████████████ n, and
████████████████████. Conference
call with ██████████ regarding █████████
████████ Email to client in follow up to same.
Call ████████████████ regarding ████████
████████████████ Email to LaSalle
counsel inquiring regarding deposition
locations in Charlotte and Chicago. Email
from N██████████████████████████████████
Respond to same. Continue to review
████████████████████████████████████
Continue to draft █████████████████████
████████████████████████ Email
from LaSalle counsel forwarding letter
regarding deposition and discovery issues,
including refusal to produce Dean Roberson.
Email ████████████████████

| Jul-25-08 | Email to client r███████████████████ | 4.60 | 1,104.00 | PDS |

██████████████████ Email to █████████
███████ Email in response to same. ████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████ e. Receive and review
additional documents from LaSalle. Email to
client r████████████████████████████████
████████████████████████████████
████████████████████████████████
████████ Conference call with client
████████████████████████████████
████████████ Follow up with client
following same. Finalize and send letters to
LaSalle counsel regarding depositions.
████████████████████████████████
i███████████████████████████████



| Jul-26-08 | Emails with Mr. Brown regarding ███████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ███████Email to client forwarding same. ██████ ██████████████████████████ ██████████████████████████ ███████Email to client forwarding same. | 3.90 | 936.00 | PDS |
|---|---|---|---|---|
| Jul-27-08 | █████████████████████████████████ ████████████████. Email to client forwarding same. Email to LaSalle counsel inquiring regarding Fitch and Moody's subpoenas. Email to client regarding ███████████ ██████ Email to client regarding ██████████████████████████ ██████████████████ Email to client ██████████████████████████ ██████████████████████████ ██████████████████████████ | 3.80 | 912.00 | PDS |
| Jul-28-08 | Email to local counsel regarding ████████ Email from client regarding ████████ ██████████████████████ Respond to same. Emails regarding ████████ ██████████████████████ █████ Telephone conference ████████ ████████████ Email regarding same. Email to LaSalle counsel requesting resumes for bank employees to be deposed. Email from local counsel forwarding ████████████ ████████Review same. ████████ ████████████████████ Email to client forwarding same. ████████████ from client. Review and process for production. Continue to review ████████ ████████████████ Index same. Email to local counsel and LaSalle counsel regarding service of Roberson deposition notice. | 3.70 | 888.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

Receive letter from LaSalle counsel regarding
refusal to produce Roberson for deposition.
Email to client ▬▬▬▬▬▬

| Jul-29-08 | ▬▬▬▬▬▬▬▬▬▬ dex same. Emails to local counsel regarding ▬▬▬▬▬▬▬ Email to ▬▬▬▬▬▬ Review and process ▬▬▬▬▬▬ ▬▬▬▬▬. Additional emails regarding ▬▬▬▬▬▬▬ ▬▬▬▬▬▬ Email regarding same. Telephone conference with client regarding ▬▬▬▬▬▬ Email to client regarding ▬▬▬▬▬▬ Email to ▬▬▬▬▬▬▬ ▬▬▬▬▬▬ Process additional emails and photos for production. Email regarding ▬▬▬▬▬▬ ▬▬▬▬ Draft and revise ▬▬▬▬ Determine materials to send ▬▬▬▬ ▬▬ | 7.00 | 1,680.00 | PDS |

| Jul-30-08 | Telephone conference with local counsel requesting ▬▬▬▬▬▬ ▬▬▬▬▬ Emails in follow up to same and ▬▬▬▬▬▬▬. Email ▬▬▬▬▬ with local counsel to prepare for ▬▬▬▬▬▬ Emails regarding ▬▬▬▬▬ ▬▬▬▬▬▬r. Finalize ▬▬▬ Email index listing same. Email to client ▬▬▬▬ ▬▬▬▬▬▬▬ Email responding to same. Receive letter from ▬▬ ▬▬▬▬▬▬. Email to client forwarding same. Receive and review documents ▬▬▬▬ Email to client regarding same. Email to LaSalle counsel inquiring regarding status of scheduling Chicago depositions. Email to client ▬▬▬ | 3.60 | 864.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

|  | changes ▮▮▮▮▮▮ Email from local counsel forwarding▮▮▮▮▮▮ Review same. | | | |
|---|---|---|---|---|
| Jul-31-08 | Receive and review▮▮▮▮▮▮ counsel regarding ▮▮▮▮▮▮ | 5.30 | 1,272.00 | PDS |
|  | Email regarding same. Telephone conference with local counsel regarding ▮▮▮▮▮▮ | | | |
|  | ▮▮▮▮▮▮ Continue to review LaSalle documents; index same. ▮▮▮▮▮▮ | | | |
|  | participate in same. Conference call with client following ▮▮▮▮▮▮ | | | |
|  | Totals | 64.15 | $15,396.00 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jul-22-08 | FedEx delivery charge: sending CD with documents to LaSalle counsel | 21.88 |
| Jul-24-08 | Refund of overpayment on Invoice 141 | 11,004.23 |
| | FedEx delivery charge: sending replacement CD with documents to LaSalle counsel | 21.88 |
| Jul-29-08 | ▮▮▮▮▮▮ | 3.05 |
| Jul-30-08 | Kinkos copy charges for ▮▮▮▮▮▮ | 46.06 |
| | FedEx delivery charge: sending materials to ▮▮▮▮▮▮ | 70.72 |
| Jul-31-08 | Airfare to Charlotte for Bank of America depositions | 712.50 |
| | Totals | $11,880.32 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$27,276.32** |
| Retainers Applied | 11,004.23 |
| Previous Balance | 16,469.03 |
| Previous Payments | 12,708.23 |
| **Balance Now Due** | **$20,032.89** |

TAX ID Number     14-1996727

### Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:  913-685-3900          Fax:  913-685-3902

Crown NorthCorp, Inc.                                                September 1, 2008
150 W. 82nd Street, #2D
New York, NY
10024

|              |                           | File #: | LaSalle |
|--------------|---------------------------|---------|---------|
| **Attention:** | Mr. Roy H. Owen         | Inv  #: | 163     |

**RE:**     Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-01-08 | Email from LaSalle counsel regarding scheduling Miguel deposition. ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ▇▇▇ Email forwarding same. | 0.30 | 72.00 | PDS |
| Aug-02-08 | ▇▇▇▇▇▇▇▇ ▇▇▇ Email to LaSalle counsel confirming Chicago depositions.  Email to local counsel requesting▇▇ ▇▇▇ Update▇ ▇▇▇▇ ▇▇ Email to client forwarding same and ▇▇▇ ▇▇▇ ▇▇▇ | 2.40 | 576.00 | PDS |
| Aug-03-08 | Email from LaSalle counsel regarding serving subpoenas on Chicago-area witnesses. Email responding to same. ▇▇▇▇ Email to client regarding same and forwarding ▇▇▇ | 5.70 | 1,368.00 | PDS |
| Aug-04-08 | Email from client regarding▇▇▇▇▇ Respond to same and ▇▇▇▇ | 4.80 | 1,152.00 | PDS |



████████████████████████████
████████████████████████████
████████████████████████████

███████████████ Email from client with
████████████████████████ Review same.
Emails regarding ████████████████

██████████. Emails regarding ███████

█████████ Emails from LaSalle counsel
regarding logistics for Chicago depositions.

████████████████████████████
██████████████ Additional
emails regarding ███████████████
████████ Email to client regarding

█████████████████████████

| Aug-05-08 | Emails from client regarding ████████ | 5.10 | 1,224.00 | PDS |

██████████████ Respond to same.
Email from LaSalle counsel inquiring
regarding Charlotte depositions.  Telephone
conference with client █████
Email███████████Participate in
conference call with ████████
Telephone conference with ████████
████████████████████████
n████████████████████████
████████████████ ·Call ██████
counsel regarding subpoena.  Receive
additional documents from LaSalle.  Email
to client████████Email to LaSalle
counsel regarding same and inquiring
whether additional documents will be
produced.  Continue to ██████████
█████████████████████
██████████ to send to client and █████
█████ Email to client regarding same.

| Aug-06-08 | Emails from ██████ forwarding various | 4.40 | 1,056.00 | PDS |

documents regarding ████████
d████████████████ Email
to client regarding same.  Emails to client
regarding review of █████████
r█████████████████████
Email regarding n████████

██████ Review additional
documents produced by LaSalle; ██████
Emails to LaSalle counsel and client
██████ Review ██████
Emails regarding same and

requesting current resumes for BofA
witnesses.   Telephone conference ██████
regarding ██████

Review and revise d██████
██████ Email to LaSalle
counsel regarding same. Email to court
reporter regarding scheduling reporters and
videographers.   Call ██████
██████.   Call
██████ counsel regarding subpoena.
Continue to review and organize ██████
██████ Emails regarding
deposition locations in Chicago.   Email from
LaSalle counsel regarding additional
documents to be produced.

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Aug-07-08 | Emails to client regarding ██████ ██████ Emails regarding ██████ Finalize deposition notice for same.   Review ██████ documents regarding ██████ and ██████ Review ██████ Emails regarding logistics for Charlotte depositions. | 8.50 | 2,040.00 | PDS |
| Aug-08-08 | Receive and review memorandum ██████ ██████ Email to client regarding same. Email from Ms. Trojanowsky regarding ██████ Respond to same.   Email to LaSalle counsel providing names of court reporter and videographer.   Receive and review letter from ██████ objecting to subpoena.   Email to client ██████ Email to client forwarding ██████ Participate in conference call with ██████ Conference call ██████ regarding | 2.80 | 672.00 | PDS |

■■■ Email to LaSalle counsel regarding spreadsheet previously provided and that spreadsheet was not redacted.

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Aug-09-08 | ■■■■■ Continue to review ■■■■ ■■■■ Emails ■■■ and calls with client regarding same and client's review ■■■■■■ | 5.25 | 1,260.00 | PDS |
| Aug-10-08 | ■■■■■ in preparation for Charlotte depositions. Continue to review ■■■ for same. Multiple emails and conferences with client ■■■■■ | 7.90 | 1,896.00 | PDS |
| Aug-11-08 | Continue to draft and revise ■■■■ ■■■■■ Telephone conference with ■■■■■ ■■■■■ Review related documents ■■■■ ■■■■■ Draft ■■■■ Meet Mr. Owen in Charlotte; ■■■. Continue comprehensive and extensive ■■■■■ ■■■■■ | 12.10 | 2,904.00 | PDS |
| Aug-12-08 | Continue to review and prepare for ■■■■ ■■■■ Meet with Mr. Owen ■■■ ■■■Depose Mr. Meleones as corporate representative for LaSalle. Subsequent discussions with client regarding ■■■ ■■■■■ ■■■ Email to local counsel ■■■ ■■■. Continued extensive and comprehensive preparation with ■■■ for ■■■■ | 15.70 | 3,768.00 | PDS |
| Aug-13-08 | Continue to review and prepare ■■■ ■■■■ Emails with local counsel regarding ■■■■■ Depose Wasser individually and as corporate | 11.70 | 2,808.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT        PX-505-051



|  | resumes of former LaSalle employees. Email to client ▮▮▮▮▮ |  |  |  |
|---|---|---|---|---|
| Aug-17-08 | Conduct s▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮Print same to▮▮▮▮ Email to client ▮▮▮▮▮▮▮▮▮e deposition outlines for ▮▮▮▮▮▮▮. ▮▮▮ ▮▮▮▮▮▮▮en route to Chicago. Email to client▮▮▮▮▮▮▮▮▮ Continue to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮arrival in Chicago. Continue to ▮▮▮▮▮▮▮▮▮▮. Email to client ▮▮▮▮▮▮▮ | 6.40 | 1,536.00 | PDS |
| Aug-18-08 | Continue to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ Email to local counsel regarding status of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Meet with client to ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, review and discuss ▮▮▮▮▮▮▮▮▮ Travel to depositions. Depose Krawitz and Mulcahy.   Conference with client ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Draft ▮▮▮▮▮▮▮ | 12.70 | 3,048.00 | PDS |
| Aug-19-08 | Continue to ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Meet with client ▮▮▮▮▮▮▮▮▮▮ Depose Stawiarski. Confer with client following same and to ▮▮▮▮▮▮▮▮▮▮▮ Depose Goodman.   Confer with client following same regarding ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Review ▮▮▮▮▮▮ ▮▮▮▮▮▮regarding ▮▮▮▮▮▮▮▮ Calls to client and local counsel regarding ▮▮▮▮▮▮▮▮▮▮Call reporting service regarding using conference room for Chicago depositions. | 11.00 | 2,640.00 | PDS |
| Aug-20-08 | Email to LaSalle counsel regarding location for upcoming Chicago depositions; possibility of using Esquire conference room. Call Esquire regarding same.   Email to client ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮Email to LaSalle counsel regarding existence of Goodman resume and | 4.00 | 960.00 | PDS |



whether color photos of collateral properties
can be found.  Email to client regarding
██████████  Email to LaSalle counsel inquiring
whether parties can stipulate regarding
authenticity of documents.  Telephone
conference with client regarding ████████
██████████████████  Lengthy
comprehensive conference call with
████████████████████████████
█████████████████████████
Emails confirming availability of conference
room at Esquire for following week's
depositions.  Emails regarding ████████
Telephone conference

with client ██████████ ██████████
cover letter ██████████████████
██████████  Email ████ regarding
need to ████████████████

| Aug-21-08 | Email to court reporter regarding status of | 9.40 | 2,256.00 | PDS |

Email to court reporter regarding status of
final transcript for Meleones deposition.
Email to local counsel inquiring ████████
Emails to client regarding ██████████
████████████; ████████████
regarding ████████████████
████████████.  Draft and revise
██████████████████  Email
to local counsel and client forwarding ████
██████  Additional emails regarding
same.  Telephone conferences regarding
same.  Finalize cover letter to ████████
██████████  Emails with
Meleones court reporter regarding need to
mark transcript confidential.  Emails with
local counsel ████████████ Continue to
draft and revise ██████████████ Draft
and revise ████████████████
████████  Email to client
████████████████

PLAINTIFF'S TRIAL EXHIBIT      PX-505-054



| | | | |
|---|---|---|---|
| **Aug-22-08** | Emails from client regarding ███████ ████████████ Review ███████████████ Email regarding same. Email regarding ██████████████ ████████ Email regarding ████████████████ ███████ Telephone conference with local counsel regarding ████████ Execute ████████████████ Email regarding contacting ████████████████████ Emails regarding plan ████████ ████████ Receive signed breach notice. Email to LaSalle counsel forwarding same. ████████████████ Conference call ██████████ ████████████ | 7.40 | 1,776.00 | PDS |
| Aug-23-08 | Email to client regarding ████████ ████████████s. Email to LaSalle counsel regarding need to schedule additional depositions and need to go into evening for afternoon depositions in Chicago. Review and organize ███████████████ ████████Comprehensive telephone conference with client ████████ ████ | 2.10 | 504.00 | PDS |
| **Aug-24-08** | ████████████████████████ ████Draft s████████████████ ████████████. Multiple emails and conference calls with client regarding ████████████████████████ ████Email to LaSalle counsel inquiring regarding status of color photos. Email to LaSalle counsel inquiring position regarding filing of Second Amended Complaint. Email to local counsel requesting ████ ████████ Finalize letter to LaSalle counsel regarding servicing guidelines. Email to client and local counsel████ ████████ Conduct ████████ search for ████████ ████████████████████████ | 8.40 | 2,016.00 | PDS |



| | | | | |
|---|---|---|---|---|
| Aug-25-08 | ▮▮▮. Email to client ▮▮▮. Email to client regarding ▮▮▮. Telephone conference with reporting service regarding transcripts.  Telephone conference with local counsel regarding ▮▮▮ and legal research for ▮▮▮ ▮▮▮ Continue to gather ▮▮▮ ▮▮▮ Telephone conference regarding ▮▮▮ and ▮▮▮ Review client's ▮▮▮ ▮▮▮ Meet with client to prepare ▮▮▮ Continue to review ▮▮▮ ▮▮▮ | 9.70 | 2,328.00 | PDS |
| Aug-26-08 | Continue to prepare ▮▮▮ Meet with client ▮▮▮ Depose Miguel.  Meet with client ▮▮▮ ▮▮▮ Continue to draft and revise ▮▮▮ ▮▮▮ Email to LaSalle counsel inquiring whether registration packages have previously been produced.  Email to client | 16.50 | 3,960.00 | PDS |
| Aug-27-08 | Continue to draft ▮▮▮ ▮▮▮ Travel with client to Wurtz deposition in Des Plaines.  Depose Wurtz.  Travel with client to Grossman deposition.  Depose Grossman.  Meet with client following Grossman ▮▮▮ ▮▮▮ Continue to draft ▮▮▮ | 15.90 | 3,816.00 | PDS |
| Aug-28-08 | Continue to ▮▮▮ ▮▮▮ Email to LaSalle counsel regarding scheduling of additional depositions, decision | 15.80 | 3,792.00 | PDS |

Crown NorthCorp, Inc.                                                    October 3, 2008
150 W. 82nd Street, #2D
New York, NY
10024

                                                                    File #:          LaSalle
**Attention:**   Mr. Roy H. Owen                    Inv #:              185

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
          Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-01-08 | Draft ▋▋▋▋▋▋▋▋. Email to client forwarding same. Email to local counsel regarding ▋▋▋▋▋▋▋. Email to LaSalle counsel regarding scheduling of additional depositions. Telephone conference with local counsel regarding ▋▋▋. Conference call with client regarding ▋▋▋▋ Draft and revise comprehensive outline for call ▋▋▋▋ | 5.70 | 1,368.00 | PDS |
| Sep-02-08 | Finalize outline for comprehensive ▋▋▋▋ Email to client forwarding same. Email to local counsel regarding ▋▋▋▋▋▋ Telephone conference with ▋▋▋▋▋ Email to client regarding same. Participate in lengthy, two-part call ▋▋▋▋ client regarding ▋▋▋ Telephone conference with ▋▋▋▋ Telephone conference with client following same. Draft and revise ▋▋▋▋ ▋▋▋ Email to client forwarding same. | 9.30 | 2,232.00 | PDS |



Sep-03-08    Emails regarding reserving conference room          1.20       288.00       PDS
             for meeting ████████████ framework for
             Emails regarding ████████████████
             ████████████ Conference call with client prior
             ████████████ Participate in ████████
             regarding ████████████████
             ████████████ Telephone conference with local
             counsel regarding ████████████████

Sep-04-08    ████████████████████████████ 8.20       1,968.00     PDS
             Telephone conference with client regarding
             ████████████████████████████
             ████████████ Telephone conference with
             local counsel regarding ████████████
             ████████. Draft and revise ████████
             ████████████████████████████
             ████████████ Email to ████████████
             ████████████. Email from ████████
             ████████████████. Respond to
             same. Email to ████████████
             ████████████████████████████
             ████████████████████ Email to
             ████████████ Telephone conference with client
             regarding ████████████████
             Participate in comprehensive and lengthy
             conference call with ████████████
             Additional conference call ████████████
             ████████████. Continue to draft and
             revise ████████████████ Email to
             client and local counsel ████████████
             Continue to gather materials to use ████████
             ████████████████████████████

Sep-05-08    Review and revise ████████████████          5.25       1,260.00     PDS
             ████████████████ Email to local
             counsel ████████████████
             ████████████. Review and highlight
             ████████████████████████ for
             ████████████ Emails with local
             counsel regarding ████████████
             ████████████████████████████
             Email to client regarding same. Final review
             of ████████████████
             ████████ Draft and revise letter ████████
             ████████████████████████████

PLAINTIFF'S TRIAL EXHIBIT                                         PX-505-061



Emails to client and Capmark forwarding
██████ Email to client regarding ████████
██████████████. Conference call
with client regarding ████████████████
██████ Conference call with local counsel
regarding ███████████ Call ████████
███████████████████████
██████ Review ██████████████████
███████████████████. Draft and
revise ████████████ Review and
revise ████████████. Organize
██████████████████████
█████. Email to ████████████████
regarding ██████████

| Sep-06-08 | Email from client regarding ████████ Review ████████████ | 0.50 | 120.00 | PDS |

| Sep-08-08 | Emails to client forwarding ████████ Draft and revise ████████████████████████████ Email from client forwarding ████████ Comprehensive conference call ████████████████████████████████ Email to client ██████████ Draft and revise ████ ████████████████ Email to client ████████████ Email to ████████████ ████. Conference call with ████████ ██████████████████████████████ ████████████. Email regarding same. Email to LaSalle counsel requesting additional depositions. Receive response to same. | 6.75 | 1,620.00 | PDS |

| Sep-09-08 | Receive letter from client. Conference call ██████████████████████ Email to LaSalle counsel forwarding same. Prepare for meeting with ████████ Determine materials to bring ████████ additional materials ████████ | 2.30 | 552.00 | PDS |

| Sep-10-08 | Continue to prepare for meeting ████████<br><br>████████████████████████████<br>█ | 2.20 | 528.00 | PDS |
| Sep-11-08 | Review Grossman deposition in preparation<br>████████. Travel to meeting.<br>Lengthy meeting █████████████<br>████████████. Conferences with<br>client regarding same. Emails and conference<br>calls regarding █████████████████ | 11.80 | 2,832.00 | PDS |
| Sep-12-08 | Emails regarding scheduling of Rael and<br>Rubin depositions. Review LaSalle's motion to<br>extend expert witness dates. Email to local<br>counsel regarding ████████████████<br>and ██████████ Additional emails and telephone<br>conferences regarding same. Receive and<br>review ████████████████████<br>████████. Email regarding same. | 2.10 | 504.00 | PDS |
| Sep-15-08 | Email to client regarding ██████████████<br>████████ Email to local counsel<br>regarding same and confirming ████████<br>███████ Call from court to schedule<br>conference call with court on LaSalle's motion<br>to extend dates. Emails regarding call with<br>court, scheduling Rael and Rubin depositions,<br>requests for admission. █████████████<br>████ Participate in same. Telephone<br>conference with client regarding ████████<br>███ Email to local counsel █████████<br>Telephone conferences with ████████████<br>████████████<br>█████████ Emails to client regarding same.<br>Draft ██████████████████████<br>████████████████████Email to<br>client forwarding same. Telephone<br>conferences with client regarding ████████<br>██████████████████████ Email<br>to local counsel regarding format █████████<br>███████████Additional emails<br>regarding deposition scheduling. Receive<br>confidentiality designations from LaSalle.<br>Email to client ███████████Receive and<br>print ████████ | 10.70 | 2,568.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                                                          PX-505-063



██████████████████████████ Review local
counsel ██████ Email to client ███████████

| | | | |
|---|---|---|---|
| Sep-16-08 | Draft and revise ████████████████ | 5.60 | 1,344.00 | PDS |

Draft and revise ████████████████
█████Email to client f██████████████
██████████████████████████
██████LaSalle employe██s. Email to client
regarding ███████████████████████
███████Email to client regarding ██████
████████████ Draft and revise ████████
█████████████ Email to LaSalle
counsel regarding plans to forward settlement
demand. Email to LaSalle counsel forwarding
discovery requests. Email regarding location
for Torenli deposition. Telephone conference
with client regarding ███████████████
Prepare for call with local counsel regarding
█████████████████████████████████
Participate in same. Draft and revise
█████████████ Email to client and local
counsel ███████████████ Conference call
with ████████████████████████████
█████████████████████████████████
████████ Email to client████████████
Receive subpoenas served by LaSalle.
Telephone conference with███████████████
██████████████████████████
███████ Email to N████████████████
██████████████ Conference call with
████████████████regarding litigation status
and N████████████

| Sep-17-08 | Review and revise ██████████ | 7.20 | 1,728.00 | PDS |

Comprehensive telephone conference with
client regarding ███████████████████
███████████████████████████
Email to LaSalle counsel forwarding same.
Email to ████████████████████████
████████████████████████████
Email responding to same. Finalize letter.
Email to LaSalle counsel forwarding same.
Email to LaSalle counsel regarding locations
for upcoming depositions. Comprehensive
conference call ███████████████████████
████████████████████ Email to
client █████████ omprehensive
telephone conference with client ██████████



| Date | Description | | | |
|---|---|---|---|---|
| Sep-21-08 | Receive and review email from client ████████ ██████████. Email responding to same. Review invoice ████ ████ Email to client forwarding same. ██████ Email to ████████████████ ██████ ██████████████ █████. Email to client ██████████ Prepare for depositions ████████ LaSalle opposition to sanctions motion. Email to local counsel forwarding ████████████████ Review depositions transcripts for ████████████ █████████ Draft and revise ████ ████████████ Document ████████████ | 10.40 | 2,496.00 | PDS |
| Sep-22-08 | Continue to draft and revise r████████ ████████ Telephone conference with video tech at Esquire regarding ████████ ████████ Email from ████████ ████████████████. Email responding to same. Telephone conference regarding same. ████ ████████████ Telephone conference ████████ regarding ████████ Email regarding legal research ████████████████ ████████████████ Respond to same. Email to client regarding ████████████ Draft and revise ████████████ California. Draft and revise████████ ████████████ Meet with client in California to discuss ████████████ Finalize letter to ████████ regarding ████████ Email to ████████████████ Continue to draft and revise████████████████, organize | 8.80 | 2,112.00 | PDS |
| Sep-23-08 | ████████████████ Emails from ████████ regarding ████████████ | 12.60 | 3,024.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

█████ Respond to same. Telephone
conference with client █████████
Receive and review ████████. Meet with
client prior to Rubin deposition. Depose Pat
Rubin. ████████████████████████
████████████████████████████
████████Confer with client regarding
same. Email to ████████████
████ Draft and revise███████████
████ Organize ████████████
in preparation for ████████

| | | | | |
|---|---|---|---|---|
| Sep-24-08 | Continue to prepare████████████ including ████████████████████ outline. Email to client forwarding same. Emails regarding LaSalle's corp rep deposition notice. ████████████████ ████████ Email to LaSalle counsel forwarding same. Depose Felipe Rael. Confer with client ████████, and ████ ████ Dinner meeting with████████████ ████. Meet with client to █████████ | 12.80 | 3,072.00 | PDS |
| Sep-25-08 | Prepare for meeting████████ Telephone conference with ████████ ████ Email to client ████████ ████letter to LaSalle counsel regarding same. Email to LaSalle counsel forwarding same. Meet with client and████████ ████████████████████████ ████en route to Albuquerque, including preparation of ████████████ ████. Draft comprehensive email to client ████████████████████ ████Email to████████████ | 6.20 | 1,488.00 | PDS |
| Sep-26-08 | Comprehensive telephone conference regarding████████. Telephone conference with ████████ regarding ████████████████ ████████████ Conference call with ████████████████████ ████████████████████ | 3.70 | 888.00 | PDS |



Email to LaSalle counsel regarding same. ████████████████████

Receive ████ LaSalle's opposition to motion for leave to file second amended complaint. Emails to local counsel and client ████████

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Sep-27-08 | Comprehensive conference call with client regarding ████████████████████ | 1.10 | 264.00 | PDS |
| Sep-29-08 | Telephone conference with local counsel regarding ████████████████████ ████████ Email to local counsel forwarding ████████ ████████ Continue to review and highlight ████████ Telephone conference ████████ ████████████ Receive email from LaSalle counsel forwarding additional documents. Review same. Email to client ████████ Draft and revise letter ████ enclosing ████ | 4.40 | 1,056.00 | PDS |
| Sep-30-08 | Emails to local counsel and client regarding ████████ Email to LaSalle counsel inquiring ████ ████ Review ████ rom ████ ████ Email to local counsel forwarding same. Call ████████ Prepare for ████ Gather ████ Review and highlight ████ Email to LaSalle counsel inquiring regarding attachments to kick-out emails. ████ ████ route to Chicago. Draft and revise ████ ████ Meet with client in Chicago to ████████████ ████ Continue to ████ ████ | 12.60 | 3,024.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                                     PX-505-068

| | | | | |
|---|---|---|---|---|
| Oct-01-08 | Continue to draft and revise ███████ ███████ Finalize ████ Meet with client prior to depositions. Take depositions of Valerie Scalise and Pam Reimann. Conference with client regarding ██████████████. Review and revise r██████████████ Review ████████████████████ Email to local counsel ████████ Email to LaSalle counsel confirming no need to file Scalise excerpts under seal. Continue to d████████ ████████ | 15.90 | 3,816.00 | PDS |
| | Totals | 176.80 | $42,432.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Sep-04-08 | FedEx: shipping deposition exhibits and documents to law firm from Chicago depositions | 269.00 |
| Sep-30-08 | FedEx: shipping deposition exhibits and transcripts to Mr. Owen and ████████ | 408.79 |
| | ███████████ meeting ████████ | 194.24 |
| | ████████████ conference room charge for Rubin deposition | 545.11 |
| | Office Max: copies of deposition exhibits and transcripts ████████ and client | 796.49 |
| | Kinkos: shipping boxes | 11.27 |
| | Airfare to NYC f████████ | 740.50 |
| | Kinkos: color photos of Priest properties for Esquivel | 15.81 |
| | FedEx delivery charges: sending documents back to law firm after Chicago depositions | 172.50 |
| | FedEx delivery charge: ████████ | 46.12 |
| | Hotel charge ████████ | 605.00 |
| | FedEx delivery charge; sending document CD to LaSalle counsel | 22.21 |
| | FedEx delivery charge: ████████ | 61.86 |
| | FedEx delivery charge: sending materials to Landman office ████████ | 81.59 |
| | Taxi: airport to hotel | 40.51 |
| | Food ████████ including lunch during████████ | 55.07 |

PLAINTIFF'S TRIAL EXHIBIT                                    PX-505-069

## *Snyder Law Firm LLC*

11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                        November 4, 2008
150 W. 82nd Street, #2D
New York, NY
10024

|          |         |         |
|----------|---------|---------|
| File #:  |         | LaSalle |
| Inv #:   |         | 195     |

**Attention:**  Mr. Roy H. Owen

**RE:**  Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Oct-02-08 | Emails from client regarding ███████ ████ ████████ ████████ Emails responding to same. Email to ████████ ████████████ ██ Review ████████████ for references to ████████████████ Email to ████████████████ Continue to draft and revise █████████ ████████████████████ ███████ Email to local counsel forwarding same. Telephone conference ████ ████████████ Multiple emails regarding ████████████████ Email to LaSalle counsel and client regarding same. Emails with LaSalle counsel regarding depositions. Email from LaSalle counsel regarding illness of Torenli's wife and possibility that deposition will be postponed. Email to client ████████████ | 8.40 | 2,016.00 | PDS |
| Oct-03-08 | Telephone conference with LaSalle counsel regarding status of Torenli deposition. Subsequent emails regarding same and decision to go forward with deposition. Telephone conferences and emails with client ████████████. Telephone conference with | 6.30 | 1,512.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                        PX-505-071

local counsel regarding ████████████
████████████ Telephone conference with
client regarding ████████████████
████████ Prepare for ████
████████████████ Telephone
conference ████████████████
regarding subpoena. Email client regarding
████████ Draft and revise ████████
route to Newark. Email to LaSalle counsel
regarding their 30b6 deposition notice. Email
to local counsel ████████████ Continue to
████████████████ New Jersey.

| Oct-04-08 | Drive to deposition site. Meet with client prior to Torenli deposition. Depose Torenli. Conference with client following same ████████████████ ████████████████ Draft and revise ████████████████ ████Review client's ████████████ | 10.90 | 2,616.00 | PDS |

| Oct-06-08 | Telephone conference with Mr. Owen prior to ████████████ call ████████████ ████████Participate in ████████████ call regarding ████████████ Draft and revise ████████████████. Email ████████████████ lay witness disclosure. Email to local counsel ████████████. Emails and calls with client ████████████ Receive and review ████████ ████████ Email to client ████████████ Email from Rael court reporter with questions. Respond to same. Receive LaSalle's motion for leave to file sur-reply on motion to file second amended complaint. Email to client ████████████ Email to local counsel regarding ████████ ████████Call counsel ████████ regarding ████████████████ ████████████. Email to client ████████████ Email to ████████████ rationale for sending ████████████ | 10.30 | 2,472.00 | PDS |

| Oct-07-08 | Telephone conference with client ████████ ████████████ Emails regarding | 11.30 | 2,712.00 | PDS |



████████████████████
██████████ Email to local
counsel █ ████████Telephone
conference with ██████████
████████ Email to client regarding ███████
████████████████████
████████. Telephone
conference ███████regarding
████████ Email to client ███████
████████████████████
████████████████████

| Oct-08-08 | Emails regarding logistics for Capmark deposition. Email to LaSalle counsel regarding same. Email to client regarding ███████████████r. Email to ███████████████. Call ███████████████████. Finalize and serve ██████ ███████████. Email to client and LaSalle counsel forwarding same. Telephone conference with client ██████ ████████████████ | 5.70 | 1,368.00 | PDS |

| Oct-09-08 | Email from LaSalle counsel regarding amended witness disclosure. Respond to same. ██████████████ Email forwarding same. Emails to and from client regarding ████████. Participate in conference call ██████████ ██████████Telephone conference with client following same. Additional telephone conference ██████ █████████ Additional conferences with client regarding ██████████ | 4.70 | 1,128.00 | PDS |

| Oct-10-08 | Receive order from court granting LaSalle's motion to file sur-reply. Receive and review sur-reply. Email to client ██████ Email to local counsel ████████Call ██████████████ Email from client ██████ | 2.25 | 540.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                    PX-505-073



█████ Review and revise same. Email to
client █████████ Telephone
conference with client █████████
Receive and review █████████
Email regarding same. Email to █████
regarding █████████████ Email██████
███████ scheduling██████████
subpoena. ████████████████

| Oct-11-08 | Email from client forwarding █████████ ██████. Email responding to same. | 0.30 | 72.00 | PDS |

| Oct-13-08 | Continue to review ██████████████ ████████████ Email to client ████████████ Continue to████ ██████ Email to client regarding █████ ████. Telephone conference with █████ ████████████ egarding response to subpoena. Email following up on same and ████████████████ | 9.90 | 2,376.00 | PDS |

| Oct-14-08 | Email to LaSalle counsel regarding pending discovery issues and need to resolve quickly. █████████████████ ██████ Email ██████letter to client. Receive letter from LaSalle counsel regarding discovery issues. Email to client and local counsel████████ Email █████ ████████████████████ Draft and █████████████ Conference call with client regarding █████████ ██████Conference call █████ ████████Comprehensive call with ██████████ Conference with ██████ regarding█████ ██████Email to ████████. Email to █████ ████████████████ | 8.80 | 2,112.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                              PX-505-074

█████████████ regarding discovery issues.
Email to client ████████████████

| Oct-15-08 | ████████████████████ Emails from client ████████████ Meet with video vendor ████████████████████ Receive additional depositions and exhibits. Email to client and ████████████████████ Telephone conference with client regarding ████████████████████. Revise same. Additional telephone conferences with client regarding ████████████████ Continue to ████████████ Additional telephone conferences with client ████████████████ | 8.20 | 1,968.00 | PDS |

Oct-16-08   Emails with client regarding ████████████ Finalize same. Forward to LaSalle counsel. Email to local counsel ████████████ Telephone conference with client regarding ████████████████████ Conference with video vendor. Emails regarding same. Review ████████ Telephone conference with client ████████ Emails regarding same. Email from LaSalle counsel requesting extension on responses to requests for admission.          4.10     984.00     PDS

| Oct-17-08 | Emails to and from client regarding ████████ Conference with video vendor ████████ Email regarding same. ████████ for video label. Email to ████████ ████████████████ Receive and review same. Email to client ████████ ████████████████ Emails regarding scheduling ████████ Emails regarding ████████ | 3.25 | 780.00 | PDS |

Oct-18-08   Meet with video vendor ████████████ ████████████          1.75     420.00     PDS

PLAINTIFF'S TRIAL EXHIBIT                    PX-505-075

| | | | |
|---|---|---|---|
| Oct-20-08 | Meet with video vendor ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Email to client r▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮s. ▮▮▮▮▮▮▮ regarding same. Email requesting Wasser address for video. Telephone conference with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 5.20 | 1,248.00 | PDS |
| Oct-21-08 | Telephone conference with ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ Telephone conference ▮▮▮▮▮ regarding ▮▮▮▮▮▮ Telephone conference v▮▮▮▮▮▮▮▮ regarding ▮▮▮▮▮▮▮▮ Email to client regarding same. | 2.25 | 540.00 | PDS |
| Oct-22-08 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Emails regarding need to produce same. Email to document vendor regarding same. Email ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮n. Email and call with client regarding ▮▮▮▮▮▮▮▮▮▮ Email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Receive email ▮ | 0.60 | 144.00 | PDS |
| Oct-23-08 | Email to client regarding ▮▮▮▮▮ Telephone conference with client ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ Receive▮▮▮▮▮ ▮▮▮▮▮ Email regarding same. Email from ▮▮▮▮▮▮▮▮▮▮▮ Conference call with client and ▮▮▮▮▮▮▮▮▮▮▮ Continue with call ▮▮▮▮▮▮ Review ▮▮▮▮▮▮▮▮▮ Emails regarding same. Telephone conference with client regarding ▮▮▮▮▮ | 3.75 | 900.00 | PDS |
| Oct-24-08 | Telephone conference with client regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 5.90 | 1,416.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT      PX-505-076



supervisors. Conference call ▮▮▮▮▮
client to discuss ▮▮▮▮▮▮▮▮ Separate
call with client to ▮▮▮▮▮ Telephone
conference with ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮s. Email ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Email to in-house ▮▮▮▮▮▮▮
▮▮▮ Emails with local counsel regarding
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮n.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Lengthy telephone
conference v▮▮▮▮▮▮▮▮▮▮▮

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Oct-25-08 | Email from client regarding ▮▮▮▮▮▮ ▮▮▮▮ Email to ▮▮▮▮▮▮▮▮. Email to LaSalle counsel confirming call with court to discuss deposition length. ▮▮▮▮▮ ▮▮▮▮▮▮▮ PbI b la. | 0.90 | 216.00 | PDS |
| Oct-26-08 | Continue to ▮▮▮▮▮▮▮▮▮▮ ▮▮▮ | 1.00 | 240.00 | PDS |
| Oct-27-08 | ▮▮▮▮▮▮▮▮▮▮▮. Email to client r▮▮▮▮▮. Email to LaSalle counsel regarding call with court. Email to client regarding ▮▮▮▮▮▮▮▮▮n. Telephone conference with client regarding same. Email to ▮▮▮▮e. Email to client r▮▮▮▮▮s. Review ▮▮▮▮▮ea. Receive Esquire invoices. Email to client ▮▮▮ Receive LaSalle's responses to requests for admission and related discovery requests. Email to client ▮▮▮▮▮ Email to local counsel ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ Receive and review subpoena. Telephone conference ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮s. ▮▮▮▮▮▮▮ Email to document vendor ▮▮▮▮▮ | 7.30 | 1,752.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                    PX-505-077

| | | | | |
|---|---|---|---|---|
| Oct-28-08 | Emails with client regarding ████████████ ████████ Telephone conference with local counsel regarding ██████████████████ ████████████ Email to local counsel forwarding information ████████████████ Email to ████████████████████████ discovery responses. ████████████ ████████████. Email to ████████████ regarding same. Email to LaSalle counsel inquiring regarding status of producing new documents. Prepare for call with court regarding length of deposition. Participate in same. Telephone conference with client following same. Telephone conference ████████████████████████ ████████████████████████████ ████████████████████████████ Email to client and ████████following up on call regarding ████████████████ s██████n. Review ████████████ | 6.30 | 1,512.00 | PDS |
| Oct-29-08 | Email to client regarding ████████████ and ██████████████████████. Email to ████████████████████████████ ██████████████████████. Emails from client ████████████████e. Respond to same and need to ████████████ Telephone conference with ████████████████es. Continue to gather materials ████████████████████████ ████████████████████████████ ████████ Telephone conference with client regarding ████████████ ████████████. Receive and review order from court granting motion for leave to amend. Lengthy call with ████████████ ████████████████████████ Email to LaSalle counsel following up on Capmark servicing guideline issue. Email to local counsel regarding ████████████ ████████Emails regarding ████████ ████████ | 8.80 | 2,112.00 | PDS |
| Oct-30-08 | Email from LaSalle counsel regarding servicing guidelines and request to use | 5.60 | 1,344.00 | PDS |

"attorneys' eyes only" designation. Email to
███████████████████████ ████████████
Additional emails regarding same. Email to
LaSalle counsel proposing that BofA servicing
group not have access to documents. Emails
confirming agreement to same. Email and call
with client regarding ███████████████████
███████████████████████████ Email
to client ███████████████
Email from local counsel regarding ██████████
███████████████ Receive and review
order granting motion for sanctions.
Telephone conference with client ████████████
██████ Multiple emails forwarding same.
Telephone conference ███████████████
████████████████████ Gather
additional materials to send to him. Email to
███████████████████████████████
██████████████████████. Email
responding to same. Email to ████████████
███████████████████████████
███████

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Oct-31-08 | Telephone conference with ████████████ regarding ████████████████████ ████. Telephone conference ███████ █████████████████████ Email ████████ █████ forwarding second amended complaint and ██████████. Call ████████████████████ Call ██████ regarding ████████████████ ████████ Telephone conference with client regarding ████████████ Email to LaSalle counsel regarding deposition logistics. Email to ███████ ███████████████████ h. Email to local counsel regarding ███████████████████ ████████████████████ | 5.10 | 1,224.00 | PDS |
| Nov-02-08 | ███████████████████████████ ████ Determine ████████████ ██████ Email from LaSalle counsel regarding Capmark deposition logistics and request for resumes. Email to | 2.75 | 660.00 | PDS |

client ███████████. Email responding to
same. Email to client regarding███████.
██████████████████. Email to
██████████regarding start time for
deposition, ███████████. Emails to
client and local counsel regarding████
████████
███████████ Email to ██████
██████regarding status of producing
documents.

| Nov-03-08 | Emails to and from LaSalle counsel regarding expert witness deadlines. Email to client ███████ Meet with ██████ Additional email from LaSalle counsel regarding expert deadlines. Email to local counsel and client ███████ Email to local counsel regarding████ ██████ | 10.30 | 2,472.00 | PDS |
|---|---|---|---|---|
|  | Totals | 161.90 | $38,856.00 |  |

## DISBURSEMENTS

| Oct-03-08 | Mileage to and from Kansas City airport for Torenli deposition | 46.80 |
|---|---|---|
| Oct-10-08 | FedEx: shipping deposition exhibits back to law firm from Torenli deposition | 134.06 |
| Oct-20-08 | FedEx: shipping DVD████ | 26.12 |
|  | FedEx: settlement letter to LaSalle's counsel | 20.97 |
| Oct-24-08 | FedEx: sending entire loan files to D'Andrea | 96.58 |
|  | FedEx: sending settlement DVDs to ████ | 43.55 |
|  | FedEx: sending settlement DVDs████ | 37.38 |
|  | FedEx: sending settlement DVDs████ | 37.38 |
|  | FedEx: sending settlement DVDs to LaSalle counsel | 33.60 |
|  | FedEx: sending settlement DVD████ | 33.60 |
|  | FedEx: sending settlement DVD████ | 29.83 |
| Oct-29-08 | Snapfish: Rooths photos download charge | 2.40 |
|  | Color copies of appraisals, inspections, etc. for D'Andrea | 210.86 |
|  | FedEx: sending settlement DVD████ | 42.57 |
| Oct-30-08 | FedEx: sending settlement letter and DVD███ | 37.38 |
| Oct-31-08 | Hotel for Torenli deposition | 160.95 |

PLAINTIFF'S TRIAL EXHIBIT                                                                 PX-505-080

### Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                      December 2, 2008
150 W. 82nd Street, #2D
New York, NY
10024

|                |                  | File #:  | LaSalle |
|----------------|------------------|----------|---------|
| **Attention:** | Mr. Roy H. Owen  | Inv #:   | 204     |

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-04-08 | ▮▮▮▮▮▮▮ prepare for deposition. Participate in same. Email to client regarding same. Review document with ▮▮▮▮. Email to ▮▮▮▮. Receive ▮▮▮▮. ▮▮▮▮ Email to ▮▮▮▮ es. Email to LaSalle counsel forwarding same. Telephone conference with client regarding ▮▮▮▮. Telephone conference ▮▮▮▮ regarding ▮▮▮▮ | 5.10 | 1,224.00 | PDS |
| Nov-05-08 | Email to document vendor regarding ▮▮▮▮ s. Email to client regarding ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ Email to client ▮▮▮▮ e. Telephone conference with client regarding ▮▮▮▮ Call ▮▮▮▮ s. Emails regarding ▮▮▮▮ es and | 8.20 | 1,968.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

PX-505-083

█████████████████████████ ████ rt. Receive
and review same. Email regarding ███████,
████████████████████████; preparation
of DVD with all CN documents. Emails to
and from local counsel regarding ████████
██████████████████. Comprehensive call
with ████████ regarding ████████ ████
██████████████████████████
██████████████████████████
██████████████████ Email to client forwarding same.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Nov-06-08 | ██████████████████████████<br>deposition en route to Philadelphia. Draft ████████████████ Travel to Capmark's offices in Horsham, PA. Telephone conferences with local counsel regarding ████████████<br>████ Telephone conference ██████ regarding same and ██████████████ Comprehensive meeting ██████████████<br>██████████████ Comprehensive telephone conference with ██████████ regarding ████████ ████ s. ████████████ ████ t. ████████████████████ ████ t. Additional telephone conference with ████████ and client regarding same. | 9.50 | 2,280.00 | PDS |
| Nov-07-08 | ████████████████ rt. Meet with ████████████████ s ████████████ Produce witness at deposition. Confer with witness and client following deposition. Email to client regarding ████████████████████ ██████. Telephone conference with client regarding ████████████████ ██████████████████ t. ████ ████████████ n ████████████ g. | 8.90 | 2,136.00 | PDS |
| Nov-08-08 | Emails to and from client regarding ██████ ████████████████████████ ████████████████ Email to ██████ ██████████████████████ ████████████████████ for deposition preparation session with client. Email to client forwarding same. | 3.90 | 936.00 | PDS |



| Nov-09-08 | Emails to client and local counsel regarding ▮▮▮▮ Email to Mr. Owen forwarding same. ▮▮▮▮. Email to ▮▮▮▮ regarding outcome of | 4.30 | 1,032.00 | PDS |
| Nov-10-08 | ▮▮▮▮. Email to local counsel forwarding ▮▮▮▮. Conference with client regarding same and ▮▮▮▮ Call other BofA counsel regarding general litigation and settlement letter. | 10.70 | 2,568.00 | PDS |
| Nov-11-08 | Email to ▮▮▮▮ regarding request for deposition of Mr. Hawkins. Meet with Mr. Owen prior to deposition. Produce Mr. Owen at deposition. Conference and email with local counsel regarding ▮▮▮▮s. Meet with client following Mr. Owen's deposition. Review ▮▮▮▮. Email to client ▮▮▮▮ | 12.90 | 3,096.00 | PDS |
| Nov-12-08 | Meet with Mr. Owen prior to continuation of deposition. Produce Mr. Owen for second day of deposition. Produce Mr. Brown for deposition. Confer with clients following depositions. Telephone conference with ▮▮▮▮ Confer with client regarding ▮▮▮▮ Email to clients regarding ▮▮▮▮ | 10.40 | 2,496.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

| | | | | |
|---|---|---|---|---|
| Nov-13-08 | Emails regarding ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮. Research ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ Email to client forwarding ▮▮▮▮▮▮▮▮. Email to LaSalle counsel regarding privileged documents that were inadvertently produced. Comprehensive telephone conference with client regarding ▮▮▮▮▮▮▮▮▮▮. Email to ▮▮▮▮ | 2.30 | 552.00 | PDS |
| Nov-14-08 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. Participate in lengthy comprehensive call with client ▮▮▮▮▮ regarding ▮▮▮▮ Follow up call with client ▮▮▮▮▮. Call ▮▮▮▮▮ regarding ▮▮▮▮ Call ▮▮▮▮ Call ▮▮▮▮ regarding ▮▮▮▮ Call Geoffrey Hawkins regarding scheduling deposition. Email to client ▮▮▮▮ Telephone conference with client ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮. Telephone conference with client ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ | 6.25 | 1,500.00 | PDS |
| Nov-15-08 | Email to client regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮. Telephone conference with client regarding ▮▮▮ Email to client ▮▮▮▮▮▮▮▮▮▮ Telephone conference with ▮▮▮▮ regarding same. ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ Email to local counsel ▮▮▮▮ Additional telephone conference ▮▮▮▮▮▮▮ ▮▮▮▮ Follow-up telephone conference with client ▮▮▮▮ | 2.30 | 552.00 | PDS |
| Nov-16-08 | ▮▮▮▮▮▮▮▮▮▮▮▮▮ Comprehensive email to client ▮▮▮▮▮ | 0.30 | 72.00 | PDS |
| <mark>Nov-17-08</mark> | Email to LaSalle counsel inquiring when documents will be produced. ▮▮▮▮ ▮▮▮▮ Email to local counsel ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ counsel regarding ▮▮▮▮▮▮▮ Email to client ▮▮▮▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 9.10 | 2,184.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT



▇▇▇▇▇▇▇▇▇▇. Email to client
regarding ▇▇▇▇▇▇▇▇▇▇▇▇. Emails
from ▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇its. Emails responding to same and
forwarding to client.  Call from ▇▇▇▇
▇▇▇▇▇▇▇▇▇ Email from local counsel
regarding ▇▇▇▇▇▇▇▇ Comprehensive
telephone conference with client regarding
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇
Email to client and local counsel regarding
▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇ Email to LaSalle's counsel
regarding same and inquiring regarding reason
for late production ▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇g. Telephone
conference with client regarding ▇▇▇▇
Email to ▇▇▇▇▇▇ regarding
scheduling deposition. ▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇t. Email to client
forwarding same.  Telephone conference with
▇▇▇▇▇▇▇▇▇ regarding status of
document production. Email to client ▇▇▇
▇▇▇▇▇▇▇▇. ▇▇▇▇▇▇
▇▇▇▇▇▇

| Date | | | | |
|------|---|---|---|---|
| Nov-18-08 | ▇▇▇▇▇▇▇▇. Email | 4.90 | 1,176.00 | PDS |

from local counsel regarding ▇▇▇▇▇▇
▇▇▇▇▇▇▇▇ Email from
LaSalle counsel regarding logistics for
exchanging expert reports. Respond to same.
▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇ Email to client regarding
▇▇▇▇▇▇▇ ▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇ Telephone conference with client
regarding ▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇. Email
to LaSalle counsel regarding deposition notice.
Email to client regarding ▇▇▇▇▇

PLAINTIFF'S TRIAL EXHIBIT                                    PX-505-087

Comprehensive telephone conference with
client regarding ███████████████
Email to LaSalle counsel regarding Reimann
deposition and details regarding same. Email
to local counsel regarding ████████████
████████████████. ████████████
███████████████████████████
Additional calls and emails regarding
████████████ ████████████
████████████████e. Telephone
conferences with client r██████████

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Nov-22-08 | Telephone conference with client regarding ████████████ Email to LaSalle counsel regarding need to have call with the Court regarding Reimann issue. | 0.80 | 192.00 | PDS |
| Nov-23-08 | Email to client regarding ████████████ d████████████. Email to local counsel regarding same. ████████████ █████████Email to client ███████████████████████████e. ███████████████████████████s. Email to client regarding same. Email to LaSalle counsel inquiring when additional documents will be produced. Telephone conference with client regarding ████████████ ████████████ | 2.20 | 528.00 | PDS |
| Nov-24-08 | ████████████████. ████████████ ████████s. Emails to I████████ ██████████ LaSalle counsel regarding same. Email to local counsel regarding ████████ ████████n. Telephone conference with local counsel regarding same. Emails regarding ████████████████s. Email to client regarding same. ████████████ ██████████████. ██████████████████ ████████████ Comp██████████ ████████Telephone conference with████ ████egarding same, potential deposition dates.████████████████ Email | 6.10 | 1,464.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                                                 PX-505-089

to local counsel regarding ████████ ,
████████████. Email to LaSalle
counsel confirming Boston Integra
depositions. Email from LaSalle counsel
regarding Kleszynski deposition and
scheduling of other depositions. Email to
client█████████. Telephone conference
with client ████████. ████████

████████ regarding same. Telephone
conference ████████████
████ Email to████

**Nov-25-08** ████████████      5.80     1,392.00     PDS
████ Participate in same. Email to client
regarding ████████ ████
████n. Email forwarding same to LaSalle
counsel, local counsel and client.████
████████████████
████████████████
████████ Email to LaSalle counsel
requesting extension of same. Telephone
conference with client regarding████
████████████. ████
████████ Email to LaSalle
counsel regarding appraisal guidelines.

Nov-26-08   Emails from client and local counsel regarding    1.90    456.00    PDS
████████n. Telephone conference
with ████████████
████████. Telephone conference
with client regarding same; ruling on Priest
issue regarding fees and ability to sell property:
████████████ Email
from ████████.
████████████
████████

Nov-30-08   Emails to client regarding ████████    0.50    120.00    PDS

Totals                      129.20   $31,008.00

**DISBURSEMENTS**

PLAINTIFF'S TRIAL EXHIBIT            PX-505-090

## Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                    January 11, 2009
1251 Dublin Road
Columbus, Ohio
43215

|            |            |
|------------|------------|
| File #:    | LaSalle    |
| Inv #:     | 212        |

**Attention:**   Mr. Stephen W. Brown

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-01-08 | Emails to LaSalle counsel inquiring about document production, deposition schedule. Email regarding location for Boston depositions. Email to LaSalle counsel regarding same. ▮▮▮▮▮ ▮▮▮▮▮▮▮. Emails to local counsel regarding ▮▮▮▮▮▮▮. Email from LaSalle counsel regarding depositions. Telephone conference with client ▮▮▮▮▮. Email ▮▮▮▮ ▮▮▮▮▮▮▮ | 4.30 | 1,032.00 | PDS |
| Dec-02-08 | Comprehensive email to LaSalle counsel regarding document issues. Email to local counsel ▮▮▮▮▮ Emails regarding preparation ▮▮▮▮▮ | 4.90 | 1,176.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

PX-505-093



███████████ Email to client
forwarding same. Call with D'Andrea
regarding ███████████████
Email to client ███████████ Email relevant
documents to ███████████. Telephone
conferences ██████████████████
███████████████████
████████. ████████████
████████ Email to client regarding
████████████████████
████████ Email to Cadwalader attorney
regarding willingness to discuss litigation.
Telephone conference ████████████
█████████████████████ Email to
client and local counsel █████████ Email
to LaSalle counsel █████████. Email *regarding same.*
from local counsel regarding ████████
████████████████████

**Dec-03-08**    Email from Cadwalader attorney. Email to    7.30    1,752.00    PDS
client ████████████ Emails from LaSalle
counsel regarding Janice Hopper and Hawkins
depositions. Emails to client ████████████
████████████████████
Email from LaSalle counsel regarding
agreement to pay fees related to sanctions
motion. █████████████████████
████████████████████
████████████████████ Email
regarding same. Telephone conference with
client regarding same. Lengthy comprehensive
call with D'Andrea regarding ████████████
████████████████████. Emails
regarding status of s████████████████
████████ Email to LaSalle counsel regarding
need to arrive at schedule for expert witness
depositions.

**Dec-04-08**    ████████████████████    9.10    2,184.00    PDS
████████████████████
████████████████████
████████. Emails from client regarding
████████████████████
████████████████████
████████████████████

PLAINTIFF'S TRIAL EXHIBIT        PX-505-094

hearing regarding same. ██████████ ████████████████████. Receive and review letters from LaSalle counsel regarding discovery issues. ██████████████████ ██████.

| | | | | |
|---|---|---|---|---|
| Dec-05-08 | Emails regarding ████████████████ ██████████████ Emails regarding ████████ ████████████. Telephone conference with local counsel regarding ████████████████████ ████████████████████ ████████████████████ ████████████████████ ██████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ██████ | 7.70 | 1,848.00 | PDS |
| Dec-06-08 | ████████████████████ █████████. Email to ████████ regarding deposition logistics ████████ ████████ Telephone conference with client regarding ████████████████████ | 0.80 | 192.00 | PDS |
| Dec-08-08 | Emails to client regarding ████████████ ████████████████. ████████ ████████ regarding deposition logistics. Email to client regarding same. Email from LaSalle counsel regarding plans to provide rebuttal expert report. Email to local counsel and client ████████████. Email ████████ ████████████. Telephone conference with local counsel ████████████████████ ████████████████████ ████████e.████████ ████████████████████ Receive and review LaSalle's response to motion to compel. Telephone conference with D'Andrea regarding ████████████ Receive new discovery requests from LaSalle. Email to client and local counsel ████████ ████████████████ | 9.30 | 2,232.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT



Telephone conference
with local counsel ██████

**Dec-09-08**          12.70     3,048.00      PDS

Emails and
calls with local counsel regarding ██████
████████ Call
client regarding same. Follow up emails
regarding ██████

██████ Telephone conference with LaSalle
counsel regarding scheduling expert witness
depositions and other litigation issues.
Telephone conference with client following
same. Meet with ██████ Telephone
conference with local counsel regarding ██████

Email to local counsel regarding ██████

██████. Email regarding ██████

██████ Call with client regarding

██████ Email
to court reporter forwarding deposition
notices. ██████

██████ Email to local
counsel regarding ██████

**Dec-10-08**          12.70     3,048.00      PDS

Cary regarding illness. Call LaSalle counsel
regarding same. Travel to deposition location;
participate in telephone hearing with Court on
motion to compel. Email to LaSalle counsel
regarding appraisal and PCA guidelines;
expert deposition schedule. Telephone
conference with client regarding ██████

Review emails regarding ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ Cooper. Call with **Depose Greg Cooper.**
client regarding ▮▮▮▮▮▮▮▮▮n. Email
to local counsel regarding ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮. Email from
LaSalle counsel regarding scheduling of expert
depositions. ▮▮▮▮▮▮▮▮▮▮▮
Milwaukee. Email to LaSalle counsel
forwarding same. Email to LaSalle counsel
regarding scheduling of expert witness
depositions.

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Dec-11-08 | Email and call local counsel and client regarding ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Emails to LaSalle counsel regarding same. Additional calls with client and local counsel ▮▮▮▮▮▮▮ Receive and review errata sheet from Steffenino; forward to court reporter. Comprehensive call with client regarding ▮▮▮▮▮▮ Telephone conference ▮▮▮▮▮▮ regarding ▮▮▮▮▮ | 8.70 | 2,088.00 | PDS |
| Dec-12-08 | Telephone conference with local counsel regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Email to LaSalle counsel requesting that PCA guidelines be brought to next week's depositions. ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Calls with client and local counsel regarding same. Calls with Court regarding scheduling conference call with Court regarding PCA guidelines. Telephone conference ▮▮▮▮▮▮ ▮▮▮▮ | 5.75 | 1,380.00 | PDS |
| Dec-13-08 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ depositions. Telephone conference with client ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ Lengthy comprehensive call with expert regarding ▮▮▮▮▮▮ | 4.25 | 1,020.00 | PDS |
| Dec-14-08 | Email to LaSalle counsel regarding logistics for call with Court regarding PCA | 11.10 | 2,664.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                    PX-505-097

guidelines. Emails to/from client regarding ████████████████████████████
████████████████████████████

Continue to ████████████ s en route to Chicago. ████████████████████
Email to LaSalle counsel inquiring regarding appraisal guidelines. Email t█████████
████████████████████████████
████████████████████████████
████

| Dec-15-08 | ████████████████████ Participate in call. Depose Reimann and Kleszynski. Call with client regarding ████████████████████ ████████████████████████ Telephone conference with local counsel ██████████ ██████████████ regarding scheduling time █████████ documents. Email to client ███████ ████████████████ Email to LaSalle counsel regarding expert witness scheduling. | 12.10 | 2,904.00 | PDS |

| Dec-16-08 | Email to LaSalle counsel regarding third-party documents and request to agree to authenticate same. Telephone conference with client regarding ████████████████████ Email and telephone conference ████████ █████████████████████ ███████████████████ Gather exhibits to use during same. Depose Hopper. Telephone conference with client regarding ████████████ ███████ █████████ Email to local counsel ███████████ ███████ Email to LaSalle counsel regarding scheduling of expert witness depositions. Email to ████████████████ ████████████ | 10.60 | 2,544.00 | PDS |

| Dec-17-08 | ████████████████████████ ███████████. Depose appraisers (Taennis and Herbig). Telephone conference with client regarding █████████████ ████ ██████████████████ █████ | 12.60 | 3,024.00 | PDS |

| Dec-18-08 | Telephone conference ██████████ ██████████████████████ ████████ Telephone conference with ████████████ Emails regarding ██████ ██████████ an. ████████████ affidavit; make revisions to same. Emails regarding same. ████████████ ████████ Email from LaSalle counsel regarding PCA guidelines. Forward same to client. Receive and review LaSalle's response to motion to compel. Email to local counsel and client ████████████ Email regarding locations for NYC depositions. Emails with LaSalle counsel regarding agreement to produce certain expert witness materials. | 7.60 | 1,824.00 | PDS |

Dec-19-08   Telephone conference with expert regarding ████████████████████████ Telephone conference with client regarding ████████████████████ Emails regarding ██████████████████████████ Telephone conference with local counsel ████████ ████████████████████ Review expert materials to produce to LaSalle. Call with client regarding ████████            5.30   1,272.00   PDS

Dec-21-08   Receive and review opposition to utility company motion to quash deposition. Email to local counsel ████████            0.90   216.00   PDS

Dec-22-08   ████████████████████ ████████ Email to local counsel regarding need to produce ████████████ ████████ Email to defense counsel forwarding requested CN document. Draft and revise cover letter to court reporter enclosing Brown signature page. Receive order from court on utility records issue. Email to local counsel regarding same. Telephone conference ████████████ ████████████████████            10.50   2,520.00   PDS

PLAINTIFF'S TRIAL EXHIBIT

███████. Email to local counsel and LaSalle
counsel clarifying same. Emails regarding
status of third-party subpoenas. ███████
█████████████████████████
████████████ Request additional
exhibits from Owen court reporter. Email to
LaSalle counsel confirming production of
expert materials. ████████████
███████████████████
████

| Date | Description | Hours | Amount | Init. |
|---|---|---|---|---|
| Dec-23-08 | ███████████████████ ██████████ Email to LaSalle counsel regarding exchange of expert materials. ████████████ Call with client regarding ████████████ ████████ | 5.75 | 1,380.00 | PDS |
| Dec-24-08 | Telephone conference ███████████ ██████ Draft proposed email to ████████████ Forward same ████ ██████ Call to expert regarding materials forwarded to him. | 1.20 | 288.00 | PDS |
| Dec-26-08 | ████████████████ ███████████ Receive and review Abshier documents. Email to LaSalle counsel requesting index for same. ████████ | 5.40 | 1,296.00 | PDS |
| Dec-28-08 | Receive and review index of documents provided to Abshier, email to LaSalle counsel regarding same. ████████ Email to local counsel regarding █████████████ █████████████ █████████████ Email to LaSalle counsel regarding authenticating LaSalle documents. Email to client ████ | 5.25 | 1,260.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

████████████████████
████s.

| Dec-29-08 | ████████████████ e. ███████ ████████████. Email and telephone conference with ████████████ Telephone conference with local counsel regarding ████████████ ████ Telephone conference with client regarding ████████████ ████. Travel to Los Angeles to meet ████████████████████n. Telephone conferences ████████████ ████ Email to LaSalle counsel clarifying documents to be produced in response to Court order. Review new documents produced by LaSalle ████ ████ | 10.30 | 2,472.00 | PDS |
|---|---|---|---|
| Dec-30-08 | ████████████████ Attend and depose Hawkins. | 10.10 | 2,424.00 | PDS |
| Dec-31-08 | Emails to LaSalle counsel regarding stipulation for third-party documents and status of LaSalle documents. Email to local counsel regarding ████████ ████████████████ ████ Email to LaSalle counsel forwarding same. ████████ ████████ ce. Email to LaSalle counsel regarding status of records & depositions. ████████████ ████ | 3.25 | 780.00 | PDS |

Totals                                              199.45   $47,868.00

## DISBURSEMENTS

| Dec-09-08 | Dinner for Boston depositions | 26.84 |
|---|---|---|
| Dec-10-08 | Mileage for driving to and from Kansas City airport | 46.80 |
|  | Taxi in Boston | 55.00 |

PLAINTIFF'S TRIAL EXHIBIT

### Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900        Fax:913-685-3902

Crown NorthCorp, Inc.                                    February 2, 2009
1251 Dublin Road
Columbus, Ohio
43215

|  |  |
|---|---|
| File #: | LaSalle |
| Inv #: | 219 |

**Attention:** Mr. Stephen W. Brown

**RE:** Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-02-09 | Telephone conference with local counsel regarding status ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ Email to ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓s. Email to LaSalle counsel and local counsel regarding redactions to produced documents and designation of documents as confidential. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 7.70 | 2,002.00 | PDS |
| Jan-03-09 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Email to LaSalle counsel inquiring regarding Abshier notes. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 9.10 | 2,366.00 | PDS |
| Jan-04-09 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓e ▓▓▓▓▓▓ | 6.30 | 1,638.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

PX-505-104

| | | | | |
|---|---|---|---|---|
| ████████████████ ████ ███████ ████████ ██████ ███████ ████ ██████. | | | | |
| Jan-05-09 | Email from client regarding ███████ ████████ ████ ███ ███████ ██s. ████ ████████s. Email to ████████████ inquiring ███████████████ █████ ██████████s. Email to client regarding same. Receive court order on DP&L subpoena. Telephone conference with local counsel regarding ████████████████ ██████ ████████ Telephone conference with local counsel regarding other issues. ██████ ███████████████ to New York City. Email to local counsel regarding ██████ ████████████████████ ████████ ██████████s. Email to LaSalle counsel regarding same. Finalize email to LaSalle counsel regarding redactions. ██████ ████████████ | 8.40 | 2,184.00 | PDS |
| Jan-06-09 | ██████████████████████████ ██████████; ██████████████ n. Meet with client following same to ████ ██████. ██████████████ ███████████████ea. Emails to LaSalle counsel regarding redactions and plaintiff's position that new discovery requests were served too late. ████████████. | 15.90 | 4,134.00 | PDS |
| Jan-07-09 | Meet with D'Andrea prior to deposition. Travel to same. Produce D'Andrea for deposition. Meet with D'Andrea and client following same. ████████████████████ ██████████████████████████e ████████████████████████████ ████████ | 16.40 | 4,264.00 | PDS |
| Jan-08-09 | Meet with client prior to Abshier deposition. Depose Abshier. Telephone conferences with local counsel regarding ████████████████ ██████████████████████████e. Meet with client following deposition. | 12.00 | 3,120.00 | PDS |
| Jan-09-09 | Email to LaSalle counsel inquiring regarding status of stipulation for LaSalle documents. | 3.20 | 832.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

PX-505-105



Email from local counsel regarding ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮. Telephone conferences with ,
local counsel regarding ▮▮▮▮▮▮▮
▮▮▮s. Emails to local counsel regarding
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮s. Email to LaSalle counsel
requesting preservation of same. Emails
regarding drafting of summary judgment
motion.

| Jan-11-09 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.30 | 598.00 | PDS |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Email
forwarding same to local counsel. Emails
regarding status of drafting summary judgment
motion and issues/arguments to include in
same. Emails regarding▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮. Email to client
reporting ▮▮▮▮▮▮▮▮▮ Email from
client▮▮▮▮▮▮▮▮▮▮ Respond to
same.

| Jan-12-09 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 5.75 | 1,495.00 | PDS |

▮▮▮▮▮▮▮▮▮s. E-mail to LaSalle
counsel regarding authentication issue.
E-mails with local counsel regarding ▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Finalize objections to second discovery
requests. E-mails regarding scheduling call
with client ▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮. E-mail to client
forwarding same. Execute affidavit in support
of motion to show cause. Draft language for
document stipulation.

| Jan-13-09 | Telephone conference with client regarding | 7.80 | 2,028.00 | PDS |

Telephone conference with client regarding
▮▮▮▮▮▮▮▮▮ E-mail to defense counsel
regarding document authentication issue.▮▮▮
▮▮▮▮▮▮▮▮▮n. E-mail to defense
counsel forwarding same. ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮ Attorney conference regarding same.
E-mail regarding same. Receive and review

revised document stipulation from defendant.
Insert comments and additional revisions to
same. ██████████████████████
████████. Receive and review new version
of document stipulation.

| Jan-14-09 | Attorney conference regarding ██████ | 7.75 | 2,015.00 | PDS |

██████████████ E-mail to local counsel
regarding same ████████████████
████████████████████████. Finalize motion to show cause.
E-mail client █████████ ████████
██████████████████████████
██████████████████████
E-mail to Maine counsel regarding same.
E-mail counsel ████████████████
██████████████████████. Telephone
conference ████████████████
████████████. E-mail to local counsel
regarding ████████████████
████████████████████. E-mail
to local counsel forwarding same.

| Jan-15-09 | E-mail to local counsel regarding ████ | 7.70 | 2,002.00 | PDS |

████████████████ Telephone
conference with Maine counsel regarding
████████████████████
████████████. E-mail from client █████
██████████████████
██████████████. E-mail forwarding same
to local counsel. ████████████
████████████. E-mail regarding
████████████████████████
████████████████████████
████████████████████████

| Jan-16-09 | Receive motion from LaSalle to exceed page | 0.40 | 104.00 | PDS |

limitation for motion for summary judgment.
Call local counsel ████████████.
████████████████████. Telephone
conference with local counsel ████████
████████

| Jan-17-09 | E-mails to local counsel ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ | 6.90 | 1,794.00 | PDS |

| Jan-18-09 | ▓▓▓▓▓▓▓▓▓▓ Legal research regarding same. E-mails regarding same. | 11.40 | 2,964.00 | PDS |

| Jan-19-09 | E-mail from defense counsel regarding Hawkins deposition and confidential portions of same. Respond to same. E-mails with local counsel regarding ▓▓▓▓▓▓▓▓▓▓ Call with Mr. Roark regarding ▓▓▓▓ ▓▓▓▓ Follow-up e-mails regarding same. E-mail with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ E-mails and legal research regarding same. | 12.60 | 3,276.00 | PDS |

| Jan-20-09 | Multiple e-mails regarding ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓. Multiple telephone conferences with local counsel regarding same. Conference call with D'Andrea regarding ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓. E-mail from defense counsel requesting redacted version of Owen deposition exhibit. ▓▓▓▓▓▓▓▓. E-mail to defense counsel forwarding same. E-mail to Maine counsel requesting ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ t. ▓▓▓▓ to local counsel. E-mails regarding obtaining final transcript for Hawkins deposition. ▓▓▓▓ ▓▓▓▓▓▓▓▓ | 11.90 | 3,094.00 | PDS |

| Jan-21-09 | E-mails to local counsel regarding ▓▓▓▓ ▓▓▓▓▓▓▓▓▓ e. E-mail to defense counsel listing depositions to be cited in support of motion. ▓▓▓▓▓▓▓▓▓ | 10.90 | 2,834.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                      PX-505-108

Jan-31-09     E-mail t███████████████████  0.10     26.00     PDS
              ████████████████████████o
              ██████████████████s

              Totals                        188.20   $48,932.00

## DISBURSEMENTS

| | | |
|---|---|---:|
| Jan-08-09 | Taxi and tips in NYC for depositions | 75.00 |
| Jan-31-09 | FedEx delivery charge: Priest materials to Maine counsel | 20.51 |
| | Hotel for NYC depositions | 1,732.46 |
| | Taxis for NYC depositions | 48.46 |
| | Meals for NYC depositions | 48.22 |
| | Car service for NYC depositions | 196.00 |
| | Copy/print charges for NYC depositions | 39.84 |
| | FedEx delivery charge: send documents from NYC to law firm | 128.96 |
| | FedEx delivery charge: documents to Cadwalader | 32.84 |
| | FedEx delivery charge: hand cart from Cadwalader back to law firm | 71.43 |
| | FedEx delivery charge: deposition transcript to D'Andrea | 41.09 |
| | Client long distance calls to UK | 74.20 |
| | FedEx delivery charge: Priest materials to Maine counsel | 34.68 |
| | FedEx delivery charge: DVDs of deposition videos to local counsel | 40.34 |
| | FedEx delivery charge: deposition exhibits to local counsel | 30.71 |
| | Legal services rendered by Jacqueline King (Jan. 2009) (timesheet attached) | 1,845.00 |

              Totals                                 $4,459.74

              **Total Fee & Disbursements**          **$53,391.74**
              Previous Balance                        133,353.01
              Previous Payments                        43,858.42

              **Balance Now Due**                     **$142,886.33**

TAX ID Number    14-1996727

**Timesheet for work completed by attorney Jacqueline M. King for the period covering January 1, 2009-January 31, 2009 in Case 3:07-cv-00449 MRM Wells Fargo Bank NA v. LaSalle Bank National Association-the Ohio lawsuit**

**Tuesday, January 13, 2009-** Research and review case law concerning ████████████

████████████████████████████. ████████████████████████

████████████████████████████████████████████

**Time: 2.5 hours**

Wednesday, January 14, 2009-Research and review case law concerning ████████

████████████████████████████ Research Ohio law concerning ████████

████████████

**Time: 1.75 hours**

Thursday, January 15, 2009-Research and review case law concerning communications

████████████████████████████████████████████████

████████████████.

**Time: 1.50 hours**

**Friday, January 16, 2009-** Review ████████████████████████

████████████████████████████████████████. Draft

████████████████████████████████████████████

████████████.

**Time: 3.25 hours**

PLAINTIFF'S TRIAL EXHIBIT

### Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                    March 3, 2009
1251 Dublin Road
Columbus, Ohio
43215

|  |  | File #: | LaSalle |
| --- | --- | --- | --- |
| **Attention:** | Mr. Stephen W. Brown | Inv #: | 232 |

**RE:** Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Feb-01-09 | ▉▉▉▉▉▉▉▉ Determine litigation projects. ▉▉▉▉▉▉▉ E-mail to client and local counsel forwarding same. | 3.50 | 910.00 | PDS |
| Feb-02-09 | ▉▉▉▉▉▉▉ Finalize same. ▉▉▉▉▉▉▉ E-mails to local counsel and client forwarding revised versions of same. ▉▉▉ e-mails and telephone conferences regarding same. Receive and review LaSalle's consolidated motion in limine. E-mail to client and local counsel regarding same. | 9.40 | 2,444.00 | PDS |
| Feb-03-09 | E-mail to local counsel regarding ▉▉▉▉▉ ▉▉▉▉▉▉ E-mail to client forwarding ▉▉▉▉. E-mail to local counsel regarding ▉▉▉▉▉. E-mail to client regarding ▉▉▉▉▉. E-mail | 3.80 | 988.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

from local counsel regarding ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮s. Participate in
comprehensive conference call with local
counsel regarding ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Telephone conference with ▮▮▮▮▮▮▮▮
regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮s. E-mail to ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ E-mail to
client inquiring ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| <mark>Feb-04-09</mark> | Attorney conference regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮y. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮. E-mails with local counsel regarding ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮. Comprehensive telephone conference with D'Andrea regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. E-mail to local counsel describing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ E-mail same to D'Andrea. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮. | 6.70 | 1,742.00 | PDS |
| Feb-05-09 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮s. Review materials regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ E-mail regarding same to client and local counsel. E-mails and telephone conference with client regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮s. Telephone conference with ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ E-mail to client regarding | 3.70 | 962.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

same. ████████████████████████
████████████████████████████
██████████████. E-mails to local
counsel and client regarding same. ████████
████████████████████████
████████████████ E-mail regarding
same. Telephone conference with client
regarding ████████████████████
████████████████ Telephone
conference with ████████████████
regarding ████████████████████

| | | | | | |
|---|---|---|---|---|---|
| **Feb-06-09** | E-mails with ████████████████<br>scheduling litigation conference call and<br>logistics for same.  Receive and review legal<br>research from local counsel ████████<br>████████████████████<br>████████████████ E-mail to<br>local counsel requesting that ████████<br>████████████████████<br>██████. ████████████████<br>████████████████████<br>████████████████████<br>██████. ████████████████<br>██████████████. E-mails<br>regarding same. ████████████████<br>██████ | 6.90 | 1,794.00 | PDS |
| **Feb-07-09** | E-mail to local counsel and client████████<br>████████████████████<br>████████████████████<br>██████ E-mail to client regarding██████<br>████████████████████<br>E-mail local counsel regarding ██████<br>████████████████████<br>████████████████████<br>████████████████████<br>██████████████. | 2.75 | 715.00 | PDS |
| **Feb-08-09** | E-mail to local counsel and client regarding<br>████████████ E-mail to████████████<br>regarding logistics for conference call and<br>agenda items for call.  Comprehensive call<br>with D'Andrea ████████████████<br>████████████████████<br>████████████████ E-mail to local | 9.80 | 2,548.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

counsel regarding same and ███████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████ E-mail to local
counsel forwarding same.

| Feb-09-09 | ...████████████████...t. Telephone conferences with client █████ ██████ regarding logistics for litigation conference call. Participate in same. Emails with local counsel regarding ███████████ r██████ Telephone conference with D'Andrea regarding ██████████ | 14.20 | 3,692.00 | PDS |

| Feb-10-09 | Email to counsel ███████████████ ██████████████ Email to local counsel inquiring ██████████ ███████████████████████████ ████████████ Email materials █████████████████████████ ████████ Email to client █████████ ███████████████████ Review deposition testimony regarding █████ Forward same to local counsel. ██████ ████████████. Email to client and local counsel regarding same. | 9.40 | 2,444.00 | PDS |

| Feb-11-09 | Email from LaSalle counsel regarding exceeding page limitations on summary judgment oppositions. Respond to same. ███████████████████████████ Email forwarding same to local counsel and client. ████████████████████ ██████████████ Email to local counsel and client forwarding same. | 12.10 | 3,146.00 | PDS |

| eb-12-09 | Telephone conference ████████████ ████████████ | 5.90 | 1,534.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

███████████████████ E-mails in follow
up to same.  E-mails to client regarding ███████
███████████████████████████████

| | | | |
|---|---|---|---|
| Feb-20-09 | E-mail to client with ██████████████ ███████████████████ Telephone conference with client regarding same. ████████████ ███████████████ Call with client in follow-up to ████████████ regarding ████████████████████████ ████████████ E-mails in follow-up to same.  E-mail to local counsel requesting ███████████████████████ ████████████████████ Receive and review ███ ██████████ from local counsel.  Telephone conference with local counsel regarding ██████████████████████ E-mail to client regarding █████████ ██████████████████ | 8.30 | 2,158.00 | PDS |
| Feb-21-09 | █████████████████████████ ███████████ Telephone conference with Mr. Owen inquiring ████████ ████████████ Receive e-mail from Mr. Owen regarding same.  Forward same to client ███████████ Draft e-mail regarding ███ | 1.25 | 325.00 | PDS |
| Feb-22-09 | ████████████████████████████ ████████████████████████████ ████████████████ E-mail to local counsel and client forwarding ████████████████ | 5.50 | 1,430.00 | PDS |
| Feb-23-09 | ████████████████████████ Email to client and local counsel and client forwarding same.  Email regarding █████████ ████████████████████████ ████████ Email to local counsel and client forwarding same.  Emails regarding █████ ████████████████████████ | 8.10 | 2,106.00 | PDS |



Email forwarding same. ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮s. Call with court regarding
scheduling call to discuss status of case. ▮▮
▮▮▮▮▮▮▮▮▮▮

Feb-24-09    ▮▮▮▮▮▮▮▮▮▮▮▮    2.30    598.00    PDS
▮▮▮e. Email to client forwarding same.
Emails to local counsel regarding▮▮▮
▮▮▮▮▮▮▮. Attorney conference regarding
▮▮▮▮▮▮▮▮
▮▮▮ Draft email▮▮▮▮▮▮
regarding plans▮▮▮▮▮▮
▮▮▮ Email from LaSalle counsel
regarding joint trial exhibits and deposition
designations. Emails and telephone
conference with local counsel▮▮▮
Email to LaSalle counsel responding to same.

Feb-25-09    ▮▮▮▮▮▮▮▮▮. Participate    6.10    1,586.00    PDS
in same. Email to client and ▮▮▮▮g
▮▮▮▮▮▮▮▮ Email to client and
▮▮▮▮▮. Email to client ▮▮▮▮
▮▮▮▮▮▮▮▮▮a
▮▮▮▮▮▮. Additional emails and
conferences regarding ▮▮▮▮
▮▮▮▮ Email to local counsel regarding
▮▮▮▮▮▮ Email from client
regarding ▮▮▮▮▮
Email to client ▮▮▮▮▮▮
▮▮▮▮▮▮▮. Email to LaSalle
counsel regarding unwillingness to voluntarily
continue trial date. ▮▮▮▮▮
▮▮▮▮▮▮▮, ▮▮▮
▮▮▮▮▮▮▮ Telephone
conference ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
Email to client in follow up to same.
Additional emails regarding▮▮▮▮
▮▮▮

Feb-26-09    ▮▮▮▮▮▮▮▮▮▮▮    3.80    988.00    PDS
▮▮▮▮▮. Email to local counsel
regarding same. Email regarding▮▮▮▮



. Participate in
call with court. ▮▮▮▮▮▮▮▮▮▮▮ Email
to local counsel forwarding same. Email to
local counsel regarding ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ Email regarding
▮▮▮▮▮▮▮▮▮
Email to client ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮. Telephone conference with
▮▮▮▮▮▮▮

| Date | Description | | | |
|---|---|---|---|---|
| Feb-27-09 | Email from client regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Telephone conferences with client regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Telephone conference ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮. Email forwarding same. Telephone conference with ▮▮▮▮▮▮▮ Email to ▮▮▮▮▮▮▮▮▮▮. Receive order continuing trial date to August. Email to client ▮▮▮▮▮▮ Email to LaSalle counsel regarding need to arrive at schedule for deposition designations. | 4.80 | 1,248.00 | PDS |
| Feb-28-09 | ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Emails to client ▮▮▮▮▮▮▮. Email to ▮▮▮▮▮▮▮▮▮▮▮y. | 0.30 | 78.00 | PDS |
| Mar-01-09 | ▮▮▮▮▮▮▮▮▮▮▮▮. Email to local counsel requesting legal research ▮▮▮▮ Email to local counsel regarding ▮▮ ▮▮▮▮▮▮▮▮e. Email to local counsel regarding ▮▮▮▮ | 0.00 | 0.00 | PDS |
| | Totals | 141.70 | $36,842.00 | |

**DISBURSEMENTS**

Timesheet for work completed by attorney Jacqueline M. King for the period covering February 1, 2009-February 28, 2009 in Case 3:07-cv-00449 MRM Wells Fargo Bank NA v. LaSalle Bank National Association-the Ohio lawsuit



Tuesday, February 3, 2009-████████████████████████████████████████████

Time: 4.25 Hours

Wednesday, February 4, 2009 –████████████████████████████████████████

Time: 4.75 Hours

Thursday, February 5, 2009 –████████████████████████████████████████

Time: 3.75 Hours

Monday, February 9, 2009 –████████████████████████████████████████████

Time: 4.5 Hours

Tuesday, February 10, 2009 –████████████████████████████████████████

Time: 4.25 Hours

PLAINTIFF'S TRIAL EXHIBIT

# Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                    April 3, 2009
1251 Dublin Road
Columbus, Ohio
43215

|                | File #: | LaSalle |
|----------------|---------|---------|
|                | Inv #:  | 245     |

**Attention:** Mr. Stephen W. Brown

**RE:** Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-01-09 | ████████████████████████ | 6.90 | 1,794.00 | PDS |
| Mar-02-09 | ████████████ E-mails regarding ████ E-mails to client regarding ████ E-mail to local counsel regarding ████ E-mail to local counsel and client forwarding ████ judgment reply. E-mail to local counsel regarding ████ ████. Additional e-mails regarding ████ Telephone conference with defense counsel regarding same. Receive and review LaSalle's motion for reconsideration of order granting motion to add Dayton Power & Light witness to witness list. E-mail ████ | 9.20 | 2,392.00 | PDS |
| Mar-03-09 | E-mail to client regarding ████ E-mail regarding ████ | 5.60 | 1,456.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ e. E-mail to client
regarding same. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| **Mar-08-09** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ E-mail to local counsel requesting additional legal research regarding ▓▓▓▓▓▓▓▓ E-mails to local counsel and client forwarding ▓▓▓▓ | 6.70 | 1,608.00 | PDS |
| Mar-09-09 | E-mail to local counsel ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ E-mail to local counsel regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Finalize same. E-mail regarding ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ Receive e-mail ▓▓▓▓▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Respond to same. E-mails ▓▓▓▓▓▓ and client regarding same. | 2.00 | 520.00 | PDS |
| Mar-10-09 | E-mails to client regarding ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ Receive filed version of reply regarding destroyed notes. E-mail to client regarding ▓▓▓▓▓ E-mail to client regarding ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ Telephone conference with client ▓▓▓▓▓▓▓▓▓▓ | 1.30 | 338.00 | PDS |
| Mar-11-09 | E-mail ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ expenses. E-mail to client regarding ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 | 130.00 | PDS |
| Mar-12-09 | Telephone conference with client regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ E-mail to client in follow-up to same. E-mail to LaSalle counsel proposing schedule for deposition designations. | 0.40 | 104.00 | PDS |
| Mar-13-09 | E-mail from LaSalle counsel regarding proposed deposition designation schedule. | 0.20 | 52.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                    PX-505-126

## Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:   913-685-3900          Fax:   913-685-3902

Crown NorthCorp, Inc.                                              May 6, 2009
1251 Dublin Road
Columbus, Ohio
43215

|              |                        | File #:  | LaSalle |
| ------------ | ---------------------- | -------- | ------- |
| **Attention:** | Mr. Stephen W. Brown | Inv #:   | 252     |

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Apr-02-09 | E-mail to client regarding ▮▮▮▮ | 0.10 | 26.00 | PDS |
| Apr-03-09 | ▮▮▮▮▮▮▮▮ E-mail to client ▮▮▮▮ | 0.50 | 130.00 | PDS |
| Apr-07-09 | E-mail to ▮▮▮ client regarding ▮▮▮ | 1.20 | 312.00 | PDS |
| Apr-09-09 | E-mail from client regarding ▮▮▮▮ ▮▮▮▮ E-mail to client ▮▮▮▮ | 1.00 | 260.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

| Date | Description | | | |
|---|---|---|---|---|
| Apr-10-09 | Call client regarding ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.70 | 182.00 | PDS |
| | E-mail forwarding ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | | | |
| Apr-13-09 | E-mail from ▮▮▮▮▮▮▮▮ regarding ▮▮▮▮▮▮▮▮▮▮▮▮ Respond to same. E-mail client and ▮▮▮ regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 | 78.00 | PDS |
| Apr-14-09 | E-mails ▮▮▮▮▮▮▮▮▮ client regarding ▮▮▮▮▮▮▮▮▮▮▮ Receive order on motion to compel production of property condition assessment guidelines. E-mails with local counsel and client ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 0.50 | 130.00 | PDS |
| Apr-17-09 | E-mails in preparation for call regarding ▮▮▮▮▮▮▮▮▮ Participate in call with client regarding ▮▮▮▮▮▮▮ Telephone conference ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ Follow-up e-mail regarding same. ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ | 1.20 | 312.00 | PDS |
| Apr-20-09 | Telephone conference ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ E-mail to client regarding same. E-mail to ▮ regarding same and ▮▮▮▮▮▮▮▮ ▮▮▮▮ Follow up e-mails ▮▮▮ ▮▮▮▮ E-mail to client ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ E-mail client regarding ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ E-mail to ▮▮▮▮ regarding same. E-mails to and from local counsel regarding ▮▮▮▮▮▮▮ | 3.20 | 832.00 | PDS |
| Apr-21-09 | E-mail from client ▮▮▮▮▮▮▮▮▮ | 2.30 | 598.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

Incorporate same.  E-mail ▮▮▮▮▮▮ to
client, ▮▮▮▮▮▮▮▮▮▮  E-mail from
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮  Gather materials
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Apr-22-09 | Prepare for call ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ Participate in same. ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ng.  E-mail forwarding same to client and ▮▮ Participate▮▮▮▮ ▮▮▮▮▮▮▮▮▮ Conference with client following same. | 5.70 | 1,482.00 | PDS |
| Apr-23-09 | E-mail to ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Telephone conference with LaSalle counsel regarding global proposal to arbitrate repurchase claims.  E-mail to client and ▮▮▮▮ ▮▮▮▮▮▮▮  E-mail client ▮▮▮▮▮ | 2.50 | 650.00 | PDS |
| Apr-26-09 | E-mail to client regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 52.00 | PDS |
| Apr-27-09 | E-mails regarding ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮  E-mail to local counsel regarding ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮  Prepare for call with client ▮▮▮▮▮▮▮▮▮▮es. ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮  Participate in call with client ▮▮▮▮ regarding arbitration proposal.  E-mail to client in follow-up to ▮▮▮▮▮▮. | 1.25 | 325.00 | PDS |
| Apr-28-09 | ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ | 1.25 | 325.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                                                 PX-505-131

| | | | | |
|---|---|---|---|---|
| May-08-09 | Telephone conference with client regarding ███████████████ | 0.25 | 65.00 | PDS |
| May-11-09 | Receive and review letter from LaSalle counsel regarding document production. E-mails to local counsel and client ███████ ████████████████████████ ██████. E-mail from Cadwalader regarding settlement negotiations. E-mail to client ████████████ Conference call with ████████████████ regarding ████████████████ Draft e-mail to LaSalle counsel responding to letter. E-mail to local counsel ████████████. Telephone conference with local counsel regarding ████████████████. | 2.10 | 546.00 | PDS |
| May-12-09 | Receive e-mail from LaSalle counsel regarding use of corporate representative deposition in Ohio lawsuit. E-mail to local counsel ████████████████████████ E-mail to client ███████████████████ E-mails to local counsel r██████████ E-mail to LaSalle counsel █████████████ issues and meet and confer obligations. E-mail to LaSalle counsel responding to settlement overture. | 1.10 | 286.00 | PDS |
| May-13-09 | E-mails to local counsel regarding ███████ ██████████████████. Telephone conferences with local counsel and e-mails in follow-up to same. Meet with Ms. Trojanowsky in Austin to discuss ██████ ████████████████. Receive and review ████████████ E-mails to local counsel ████████ | 3.90 | 1,014.00 | PDS |
| May-14-09 | ████████████████████████████ ████████████████ E-mails to local counsel ████████████ Telephone conferences with local counsel r████ | 1.70 | 442.00 | PDS |
| May-15-09 | E-mails regarding ██████████████████ ████████████████ | 6.20 | 1,612.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

████████████n.████████████████
██████████ E-mails to local counsel
and client████████████. Multiple calls and
e-mails regarding same.

| May-18-09 | Telephone conference with Cadwalader attorney regarding settlement. Telephone conference ████████████ E-mail to client ████ regarding████ Draft comprehensive e-mail regarding████████████ E-mail to client ████████ | 3.40 | 884.00 | PDS |
| May-19-09 | E-mails to client regarding████████ ████████ E-mail to local counsel forwarding ████████████. Telephone conference with ████████████ E-mail to ████████████ E-mail to local counsel regarding████████ ████ | 1.75 | 455.00 | PDS |
| May-20-09 | Receive and review order vacating June status conference and confirming August 24 trial date. E-mail to client ████████████ Comprehensive telephone conference with client regarding ████████-mail local counsel regarding ████████ | 0.90 | 234.00 | PDS |
| May-24-09 | Telephone conference with Mr. Owen regarding████████████ E-mails to client ████████████ E-mail to court reporter for Hawkins deposition requesting████████ E-mail to client regarding████ ████ | 1.80 | 468.00 | PDS |
| May-25-09 | ████████████████████████ ████████████al. | 3.20 | 832.00 | PDS |
| May-26-09 | ████████████████████████ ████████ E-mail to client regarding upcoming litigation conference call and listing agenda items for same. | 9.60 | 2,496.00 | PDS |

| | | | | |
|---|---|---|---|---|
| May-27-09 | ███████████████████████ ██████████████████ Telephone conference █████████ ██████████████ Telephone conference with client regarding █████ ██████████████ | 6.10 | 1,586.00 | PDS |
| May-28-09 | E-mail to client and local counsel regarding ████████████████████. Receive letter from LaSalle counsel requesting supplementation of prior discovery responses. E-mail forwarding same to local counsel. | 0.30 | 78.00 | PDS |

|  | | Totals | 46.45 | $12,077.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| May-31-09 | FedEx delivery charge: highlighted deposition transcripts to Ohio counsel | 31.68 |
| | Color copies: highlighted deposition transcripts | 221.30 |
| | Color copies: highlighted deposition transcripts | 302.13 |
| | FedEx delivery charge: highlighted deposition transcripts to client | 34.51 |

| | Totals | $589.62 |

| **Total Fee & Disbursements** | **$12,666.62** |
|---|---|
| Previous Balance | 36,765.22 |
| **Balance Now Due** | **$49,431.84** |

TAX ID Number     14-1996727

PLAINTIFF'S TRIAL EXHIBIT

## Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                              July 2, 2009
13706 Research Boulevard, Suite 301
Austin, Texas
78750

|  |  | File #: | LaSalle |
|---|---|---|---|
| **Attention:** | Ms. Jackie Trojanowsky | Inv #: | 263 |

**RE:** Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-02-09 | E-mail to local counsel ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮s. Receive and review letter from LaSalle counsel requesting supplementation of prior discovery responses. E-mail to client forwarding same. Telephone conference with Ms. Trojanowsky regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 9.40 | 2,444.00 | PDS |
| Jun-03-09 | E-mail to client regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ E-mail memorandum to local counsel and client discussing ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ | 4.90 | 1,274.00 | PDS |
| Jun-04-09 | E-mails to client and local counsel regarding ▮▮▮▮▮▮▮▮▮. Telephone conferences with client regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 5.25 | 1,365.00 | PDS |
| Jun-05-09 | ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮s. E-mails and calls with | 5.80 | 1,508.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                    PX-505-138

| | | | | |
|---|---|---|---|---|
| Jun-21-09 | ███████████████████████████ ████████████████, affidavit in support of same.  E-mail to IT consultant████ ████ ████████ | 2.75 | 715.00 | PDS |
| Jun-22-09 | E-mail from ███████████████████ ████████████.  ████████████ and revise same.  Additional e-mails regarding same.  E-mails and calls with Ohio counsel regarding ███████████████████████ ████████████████████.  Telephone conference with court regarding same.  E-mail to client ████████████.  E-mail from LaSalle counsel requesting that deposition designation schedule be pushed back by two days. ████████████████████████████ ████████████████ Additional calls regarding ████████████ ████████████ Additional calls with client, Ohio counsel ████████████ regarding ████████████ ██████ | 6.40 | 1,664.00 | PDS |
| Jun-23-09 | E-mail regarding ████████████████ ████████████████.  E-mail to ████████████████████████████ ████████████████████████ | 0.20 | 52.00 | PDS |
| Jun-24-09 | Comprehensive conference call with Ohio counsel regarding ████████████████ | 0.80 | 208.00 | PDS |
| Jun-29-09 | Receive and review deposition designations and objections from LaSalle.  E-mail to client forwarding same.  E-mail to Ohio counsel requesting ████████████████████████ ████████ | 0.30 | 78.00 | PDS |
| | Totals | 58.85 | $15,301.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jun-30-09 | FedEx delivery charge: highlighted deposition transcripts to client | 43.04 |
| | FedEx delivery charge: highlighted deposition transcripts to local counsel | 72.67 |
| | Conference call charges to discuss litigation strategy | 22.60 |

PLAINTIFF'S TRIAL EXHIBIT

Crown NorthCorp, Inc.                                    August 2, 2009
13706 Research Boulevard, Suite 301
Austin, Texas
78750

|  |  | File #: | LaSalle |
|---|---|---|---|
|  |  | Inv #: | 272 |

**Attention:**   Ms. Jackie Trojanowsky

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-01-09 | E-mail from local counsel regarding ▓▓▓▓ ▓▓▓▓ E-mail regarding same and status of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ order. E-mail to local counsel regarding ▓▓▓▓▓▓▓▓▓▓▓ Review LaSalle's counter designations. | 0.13 | 33.80 | PDS |
| Jul-02-09 | Telephone conference with ▓▓▓▓▓ regarding ▓▓▓▓▓▓▓▓▓▓▓▓ E-mail to Ms. Trojanowsky regarding same. E-mail client regarding ▓▓▓ ▓▓▓▓▓▓▓▓▓▓ | 0.80 | 208.00 | PDS |
| Jul-03-09 | Comprehensive e-mail to local counsel regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Receive and review settlement proposal from Bank of America. E-mail to client regarding same. Telephone conference with client ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓it ▓▓▓ | 2.75 | 715.00 | PDS |
| Jul-06-09 | Receive and review order denying motion to add Ms. Trojanowsky to witness list, order | 1.10 | 286.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

PX-505-144

canceling July 27 hearing.  E-mails to local
counsel and client regarding ███████████
███████████████████n.  Telephone
conference with local counsel regarding
████████████████████████████
███████s.

| Jul-07-09 | E-mails with local counsel regarding ████ ████████████████████████ ███████ions.  E-mail to ████████regarding ████████████████████.  E-mail client regarding ████████████████ ████████████████████████ ████████████gs.  E-mail client regarding ████████████████ ████████████gy.  Receive order from court overruling motion to exclude opinions of D'Andrea.  E-mail to client and ████████████ | 0.80 | 208.00 | PDS |
|---|---|---|---|---|
| Jul-08-09 | Receive ruling on summary judgment motions. ████████████████████ 'E-mail to client ████████████ Comprehensive telephone conferences with client ████████████████████████ ████████████████████████ | 2.30 | 598.00 | PDS |
| Jul-09-09 | E-mail to client regarding ████████████ ████████████  Draft and revise ████████████.  E-mails to local counsel and client ████.  E-mail from client regarding ████████████ ████████████████  Receive████████ ████.  E-mail to client in response to ████████████████████████ ████████████ E-mail regarding same. ████████████ ████████████████████████ ████████ss.  E-mail client regarding ████████  Telephone conference with Mr. Owen ████████████  Receive e-mail from client ████████████████████ ████  Additional e-mails to local counsel regarding ████████████████ | 9.75 | 2,535.00 | PDS |
| ʹul-10-09 | ████████████████████████ | 4.20 | 1,092.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

███████████ n. E-mail regarding
same. Teleconference with video technician
██████████ E-mail regarding same.
Telephone conference with local counsel
regarding ████
███████ E-mail regarding ██████
████████████████████

████████████████████
██████████ E-mail to
client ███████

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Jul-11-09 | ████████████████ ████████████████ ████████████ y. E-mails regarding same. Draft comprehensive e-mail regarding ████████████████ | 4.75 | 1,235.00 | PDS |
| Jul-12-09 | ████████████████ to LaSalle's deposition designations. E-mail to client ████████ E-mail to client regarding ████████ ██s. Draft and revise ████ ████. E-mail to client ██████ | 3.40 | 884.00 | PDS |
| Jul-13-09 | E-mail from LaSalle counsel regarding exhibit list. Receive and review local counsel's ████████ ████████ Receive order on first motion for sanctions. E-mails to client and local counsel ████████ E-mail to LaSalle counsel requesting non-redacted versions of documents previously produced by LaSalle. ████████ ████████ ████████ deposition designations. E-mail from client regarding ████████ ████ Respond to same. | 6.70 | 1,742.00 | PDS |
| Jul-14-09 | ████████████████ ████ E-mail document vendor regarding ████ Receive and review order denying second motion for sanctions. E-mail to client ████████ Telephone conference with client ████████ ████████ | 5.80 | 1,508.00 | PDS |

███████ Telephone conference with local
counsel regarding ████████████
███████████████ Telephone conference
with LaSalle counsel regarding discovery
supplementation date and potentially pushing
back pretrial conference. ██████████████
████ revise deposition counter designations.

| | | | | |
|---|---|---|---|---|
| **Jul-15-09** | ███████████████████████ | 12.90 | 3,354.00 | PDS |

████████████ E-mail and letter
from LaSalle counsel forwarding updated
designations and objections.   E-mail to local
counsel and client ████████████ E-mail to
LaSalle counsel responding to same.
Additional e-mails regarding same.   E-mails
with client regarding ███████████
███████████ Telephone
conference with D'Andrea regarding █████
██████████ E-mail client regarding same.
E-mail regarding ████████████
████████ E-mail to local counsel
and LaSalle counsel regarding unwillingness
to reschedule pretrial conference. ██████████
█████████████████████

| | | | | |
|---|---|---|---|---|
| **Jul-16-09** | ████████████████████ | 7.80 | 2,028.00 | PDS |

██████████████ Multiple telephone
conferences and e-mails with client and local
counsel regarding same.

| | | | | |
|---|---|---|---|---|
| Jul-17-09 | E-mail to local counsel regarding ██████ | 1.30 | 338.00 | PDS |

███████████████████████
███████ Telephone conference with local
counsel regarding same.   E-mail to LaSalle
counsel regarding same.

| | | | | |
|---|---|---|---|---|
| Jul-18-09 | ███████████████████ | 2.00 | 520.00 | PDS |

██████ Comprehensive telephone
conference with D'Andrea regarding █████
████████

| | | | | |
|---|---|---|---|---|
| Jul-19-09 | Comprehensive telephone conference with | 2.00 | 520.00 | PDS |

local counsel regarding████████ E-mail
to client ████████████ E-mail to

same.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Jul-24-09 | Telephone conference with local counsel ▮▮▮▮▮▮ Follow-up e-mails regarding same and exchange of demonstrative exhibits. E-mails to client regarding ▮▮▮▮ ▮▮n. E-mail to expert witness ▮▮▮▮▮ | 1.60 | 416.00 | PDS |
| Jul-26-09 | ▮▮▮▮▮▮s. E-mail in response to same. E-mail client regarding ▮▮▮▮ ▮▮▮▮ | 1.50 | 390.00 | PDS |
| Jul-27-09 | Comprehensive all-day meeting with local counsel in Dayton ▮▮▮▮▮▮ Meet with Mr. Brown as part of meeting. Telephone conference with ▮▮▮▮▮ ▮▮▮ E-mail to LaSalle counsel forwarding stipulation regarding bifurcation of damages and pretrial order. ▮▮▮▮▮ | 12.10 | 3,146.00 | PDS |
| Jul-28-09 | Draft and revise ▮▮▮▮▮▮ E-mail to local counsel regarding same. Telephone conference with Mr. Owen ▮▮▮▮▮▮ Follow-up call with client ▮▮▮▮ Telephone conference with LaSalle counsel regarding bifurcation issue. Call local counsel ▮▮▮▮▮ Telephone conference with ▮▮▮▮▮ Telephone conference with ▮▮▮ ▮▮▮▮▮ Leave message ▮▮▮▮▮ Follow-up e-mails to client and local counsel ▮▮▮▮▮ ▮▮▮▮. Follow-up e-mail regarding Mr. Owen ▮▮▮▮▮ | 6.80 | 1,768.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

| | | | | |
|---|---|---|---|---|
| Jul-29-09 | ▮▮▮revised agreed bifurcation order. E-mails to local counsel and LaSalle counsel regarding same. ▮▮▮▮ ▮▮▮▮▮▮ E-mail regarding ▮▮▮▮ ▮▮▮▮▮ E-mails regarding▮▮▮ ▮▮▮▮ Additional e-mails regarding▮▮▮▮▮ Telephone conference with local counsel ▮▮▮▮▮. Review▮ research from local counsel.  E-mail responding to same.  E-mail to ▮▮▮ ▮▮▮▮ | 3.75 | 975.00 | PDS |
| Jul-30-09 | E-mails to local counsel and LaSalle counsel regarding finalizing pretrial order. ▮▮▮▮ ▮▮▮▮.  Telephone conference ▮▮▮▮ with ▮▮▮▮▮▮▮ ▮▮▮▮▮▮.  Receive e-mail in follow up to same.  Forward same, including ▮▮▮▮▮ client. ▮▮▮▮ ▮▮▮▮.  E-mails and calls regarding same.  Review and revise ▮▮▮▮ ▮▮▮.  Telephone conference with expert witness regarding s▮▮▮▮▮ ▮▮▮▮▮▮.  Telephone conference ▮▮▮▮ | 7.60 | 1,976.00 | PDS |
| Jul-31-09 | Review unified deposition designation chart submitted by LaSalle.  E-mails to local counsel ▮▮▮▮ ▮▮▮▮ Receive notices regarding ▮▮▮▮ E-mails in follow up to same.   Multiple telephone conferences and e-mails with local counsel regarding ▮▮▮▮ ▮▮▮▮ E-mail to LaSalle counsel regarding refusal to agree to submit unified chart to court. Additional calls with local counsel ▮▮▮ ▮▮▮▮  Receive and review Plaintiff's notice of filing of deposition designations and objections.  Comprehensive telephone conference with D'Andrea ▮▮▮ ▮▮▮▮▮motion to | 4.90 | 1,274.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

## Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph: 913-685-3900  Fax: 913-685-3902

Crown NorthCorp, Inc.                                         September 3, 2009
13706 Research Boulevard, Suite 301
Austin, Texas
78750

|  |  | File #: | LaSalle |
|---|---|---|---|
| **Attention:** | Ms. Jackie Trojanowsky | Inv #: | 277 |

**RE:** Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-01-09 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆. Email to Ohio counsel regarding same. Telephone conference with Ohio counsel r▆▆▆▆▆▆ Emails regarding ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆ | 6.90 | 1,794.00 | PDS |
| Aug-02-09 | Emails with Ohio counsel regarding ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. Email regarding ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆. Email to Ohio counsel regarding same and forwarding▆▆▆▆ ▆▆▆▆ Telephone conference with Ohio counsel regarding ▆▆▆▆▆▆▆▆ ▆▆▆▆▆ Email regarding ▆▆▆▆▆ ▆▆▆▆▆ Telephone conference with client regarding ▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Email to client regarding same. Follow up email regarding ▆▆▆▆▆▆▆▆▆ ▆▆▆▆ | 5.70 | 1,482.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

| | | | | |
|---|---|---|---|---|
| Aug-03-09 | ▮▮▮▮▮▮ Email to Ohio counsel forwarding same. Revise ▮▮▮ Multiple telephone conferences with Ohio counsel regarding same; ▮▮▮ Prepare for pretrial conference; participate in same. Follow up calls with client, ▮▮▮ and expert witness. Telephone conference with ▮▮▮ regarding ▮▮▮ status. Telephone conferences with expert and Mr. Owen regarding same and ▮▮▮ ▮▮▮ Telephone conference with ▮▮▮ | 7.80 | 2,028.00 | PDS |
| Aug-04-09 | Email to client regarding status ▮▮▮ ▮▮▮ Email to Ohio counsel ▮▮▮ Email to ▮▮▮ regarding ▮▮▮ Emails regarding ▮▮▮ ▮▮▮ Telephone conference regarding ▮▮▮ Telephone conference with Mr. Owen. Email regarding ▮▮▮ ▮▮▮ Draft and revise ▮▮▮ ▮▮▮ Telephone conference w▮▮▮ ▮▮▮ Email forwarding same. ▮▮▮ | 11.20 | 2,912.00 | PDS |
| Aug-05-09 | Emails with Ohio counsel regarding ▮▮▮ ▮▮▮ Email to client regarding ▮▮▮ Email from Ohio counsel regarding ▮▮▮ n. Respond to same. Review and revise ▮▮▮ ▮▮▮ Draft and revise ▮▮▮ Comprehensive telephone conference with D'Andrea regarding ▮▮▮ | 5.90 | 1,534.00 | PDS |
| Aug-06-09 | ▮▮▮ exhibit list. Email | 2.10 | 546.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT       PX-505-153

▮▮▮ Telephone conference with Mr.
Owen regarding ▮▮▮
Telephone conference with Ohio counsel
regarding ▮▮▮

| Aug-07-09 | Email and call from Ohio counsel regarding ▮▮▮ Email to client ▮▮▮ Participate in call with court. ▮ Follow-up calls and emails ▮▮▮ | 1.90 | 494.00 | PDS |
|---|---|---|---|---|
| Aug-09-09 | ▮▮▮ designations and responses.   Email regarding same and ▮▮▮ Continue to review and revise ▮▮▮ Email to Ohio counsel ▮▮▮ | 8.70 | 2,262.00 | PDS |
| Aug-10-09 | ▮▮▮ Follow-up emails to Ohio counsel.   Emails regarding ▮▮▮ | 15.60 | 4,056.00 | PDS |
| Aug-11-09 | Prepare for meeting with ▮▮▮ meeting with ▮▮▮ Multiple calls with LaSalle counsel and Ohio counsel regarding various trial issues. Receive letter from LaSalle counsel regarding same. ▮▮▮ Emails regarding ▮▮▮ | 13.90 | 3,614.00 | PDS |
| Aug-12-09 | ▮▮▮ letter to LaSalle counsel regarding request for deposition of Mr. Owen, economic evidence, and evidence of borrower misrepresentations. Telephone conference with ▮▮▮ regarding ▮▮▮.   Multiple calls | 9.70 | 2,522.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT



| Aug-24-09 | Telephone conference with Ohio counsel regarding ██████ ██████ ██████ ██████. Email forwarding same to Ohio counsel. | 0.30 | 78.00 | PDS |
| Aug-25-09 | Email to LaSalle counsel regarding request for status conference in light of inability to reach agreement on schedule for exchanging demonstrative exhibits. | 0.20 | 52.00 | PDS |
| Aug-27-09 | Email to Ohio counsel regarding ██████ ██████ Telephone conference with ██████ Email in follow up to same. Receive LaSalle's motions regarding economic downturn and request to depose Mr. Owen. Emails to client and Mr. Owen | 1.20 | 312.00 | PDS |
| Aug-28-09 | Email to ██ regarding ██████ and ██████ Email and calls with client regarding ██████ | 0.40 | 104.00 | PDS |
| Aug-30-09 | ██████ Email to Ohio counsel and client ██████ | 1.75 | 455.00 | PDS |
| Aug-31-09 | Email to client forwarding ██████ Email with Ohio counsel regarding ██████ Telephone conference ██████ | 0.50 | 130.00 | PDS |
| Sep-01-09 | ██████ E-mail to local counsel regarding ██████ | 0.00 | 0.00 | PDS |
| | Totals | 106.85 | $27,781.00 | |

**DISBURSEMENTS**

**Crown/LaSalle (OH)**

Conference with P. Snyder re ████████████████████; Cursory review of ████████████████████; Assemble and general organization ████████ TCs and emails with ████████████████████████; 2.4 hours

**Crown/LaSalle (OH)**

Review ████████████████ identify contents and data in same to prepare for ████████r; Assemble and organize ████████████████ ████████se; Review documents and materials emailed from local counsel; TC with B. White re ████████████████████████████; Cursory review of ████ ████████████████████ TC with court re ████ ████████████; Emails and TCs re ████████████████████████, 3.7 hours

**Crown/LaSalle (OH)**

Conti. Test of ████████████████onto local counsel ████████ TCs re local counsel ████████; Review network ████████████████████ ████████████████ 3.1 hours

**Crown/LaSalle (OH)**

████████████ ████████████████████████████████████ ████████ .3 hours

### *Snyder Law Firm LLC*
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                          October 12, 2009
13706 Research Boulevard, Suite 301
Austin, Texas
78750

|                    |                        | File #: | LaSalle |
|--------------------|------------------------|---------|---------|
| **Attention:**     | Ms. Jackie Trojanowsky | Inv #:  | 285     |

RE:     Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
        Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-01-09 | ▮▮▮▮▮▮▮▮▮▮ | 0.10 | 26.00 | PDS |
| Sep-02-09 | Receive and review LaSalle motion regarding testimony regarding borrower misrepresentations and other Rep 13 testimony. Emails to local counsel and client ▮▮▮▮▮ | 0.40 | 104.00 | PDS |
| Sep-03-09 | ▮▮▮▮▮▮▮▮▮▮ | 1.10 | 286.00 | PDS |
| Sep-04-09 | Telephone conference with local counsel regarding ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮. Email to local counsel ▮▮▮▮▮▮ ▮▮▮▮▮ Receive and review order finding that LaSalle's motion in limine is stale; setting briefing schedule for other motions. ▮▮▮▮▮▮▮▮ | 2.25 | 585.00 | PDS |
| Sep-07-09 | Email and call to local counsel regarding ▮▮▮▮▮ | 0.30 | 78.00 | PDS |
| ep-08-09 | Email to client and Mr. Owen regarding | 2.90 | 754.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

|  | | | | |
|---|---|---|---|---|
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.10 | 12.00 | TR |
| Sep-09-09 | Email from local counsel regarding ▮▮▮▮. Email regarding same. Email from client regarding same. Email from LaSalle counsel regarding agreement to not raise OCC issue. Email to client ▮▮▮▮ Final revisions to ▮▮▮▮▮▮▮▮ | 1.80 | 468.00 | PDS |
| Sep-10-09 | Telephone conference ▮▮▮▮ regarding ▮▮▮▮ E-mail regarding ▮▮▮▮ Final ▮▮▮▮. E-mail to client and local counsel regarding same. Receive and review ▮▮▮▮ E-mails regarding same. | 1.10 | 286.00 | PDS |
| | Prepare ▮▮▮▮ for production to LaSalle. | 0.50 | 60.00 | TR |
| Sep-11-09 | E-mails regarding deposition scheduling. Receive additional document production from LaSalle. E-mails regarding ▮▮▮▮. Receive and review letter from LaSalle counsel regarding corporate representative deposition topic. ▮▮▮▮ E-mail to LaSalle counsel regarding deposition scheduling. Additional e-mails regarding same. | 3.40 | 884.00 | PDS |
| | ▮▮▮▮ | 0.20 | 24.00 | TR |
| Sep-13-09 | ▮▮▮▮. Receive and review LaSalle's renewed motion in limine. E-mail to client ▮▮▮▮ | 5.75 | 1,495.00 | PDS |

PX-505-160

| Date | Description | Hours | Amount | Init. |
|---|---|---|---|---|
| Sep-14-09 | Telephone conference with Mr. Owen regarding ▮▮▮▮▮▮▮▮ Finalize same. | 1.75 | 455.00 | PDS |
| | ▮▮▮▮▮▮▮▮▮▮ | 1.00 | 120.00 | TR |
| Sep-15-09 | Telephone conference with local counsel regarding ▮▮▮▮▮ | 0.10 | 26.00 | PDS |
| Sep-16-09 | E-mail to local counsel and client forwarding ▮▮▮ e. ▮▮▮ E-mail to client ▮▮▮▮▮ | 2.25 | 585.00 | PDS |
| | ▮▮▮▮▮▮▮ | 0.50 | 60.00 | TR |
| Sep-19-09 | E-mail to local counsel regarding ▮▮▮▮ | 0.25 | 65.00 | PDS |
| Sep-21-09 | E-mails and telephone conferences with local counsel and client regarding ▮▮▮▮ E-mail regarding ▮▮▮▮ E-mail regarding same. | 0.50 | 130.00 | PDS |
| Sep-23-09 | ▮▮▮w▮▮▮ E-mails to local counsel and client ▮▮▮ | 0.10 | 26.00 | PDS |
| Sep-24-09 | ▮▮▮▮▮ | 0.20 | 24.00 | TR |
| Sep-25-09 | ▮▮▮▮ Multiple e-mails and telephone conferences regarding same. ▮▮▮▮ E-mails regarding ▮▮▮ pertaining to jury instructions. | 5.80 | 1,508.00 | PDS |
| Sep-26-09 | ▮▮▮▮ | 0.20 | 24.00 | TR |

PLAINTIFF'S TRIAL EXHIBIT

| Sep-27-09 | ████████████ E-mail to client and local counsel regarding ██████████ | 0.25 | 65.00 | PDS |
| Sep-28-09 | ██████████████████████████ E-mail to client and local counsel regarding same. | 1.10 | 286.00 | PDS |
| Sep-29-09 | Draft and revise comments regarding ██████ ██████ Telephone conference with local counsel and client ████████████████ ████████. E-mail regarding same. | 2.25 | 585.00 | PDS |
| Sep-30-09 | Review ████████████████████ E-mail regarding same. | 0.50 | 130.00 | PDS |
|  | ████████████████ | 0.30 | 36.00 | TR |
|  | Totals | 36.95 | $9,187.00 | |

## DISBURSEMENTS

| Sep-30-09 | FedEx delivery charges | 45.20 | |
|  | Totals | $45.20 | |

| **Total Fee & Disbursements** | **$9,232.20** |
| Previous Balance | 63,476.54 |
| Previous Payments | 35,794.97 |
| **Balance Now Due** | **$36,913.77** |

TAX ID Number    14-1996727

## PAYMENT DETAILS

| Sep-04-09 | Refund of payment for G. Cooper depo (was included in Invo | 1,425.00 |
| Sep-22-09 | Payment of Invoice | 34,369.97 |
| **Total Payments** | **$35,794.97** |

### *Snyder Law Firm LLC*
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                      November 8, 2009
13706 Research Boulevard, Suite 301
Austin, Texas
78750

|  |  |
|---|---|
| File #: | LaSalle |
| Inv #: | 292 |

**Attention:** Ms. Jackie Trojanowsky

**RE:** Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-01-09 | E-mail regarding ▓▓▓▓▓▓▓▓ | 0.30 | 78.00 | PDS |
| Oct-02-09 | ▓▓▓▓▓▓▓▓ | 1.20 | 144.00 | TR |
| Oct-03-09 | ▓▓▓▓▓ comprehensive legal research memorandum regarding ▓▓▓▓▓ | 0.75 | 195.00 | PDS |
| Oct-04-09 | Telephone conference with ▓▓▓▓ regarding ▓▓▓▓. Email in follow up to same. ▓▓▓▓ Email forwarding ▓▓▓▓ | 1.90 | 494.00 | PDS |
| Oct-05-09 | ▓▓▓▓s. Emails and calls with local counsel and client regarding same. ▓▓▓▓ Email to LaSalle counsel regarding pushing back due date for demonstrative exhibits. | 0.75 | 195.00 | PDS |
| Oct-06-09 | ▓▓▓▓ | 1.00 | 120.00 | TR |
| -08-09 | ▓▓▓▓ | 2.50 | 300.00 | TR |

PLAINTIFF'S TRIAL EXHIBIT                                      PX-505-163



| | | | | |
|---|---|---|---|---|
| Oct-09-09 | Email from LaSalle counsel advising of hearing regarding Owen expert witness issue. Emails and calls with client and local counsel ▮▮▮▮▮ Participate in hearing. Follow-up calls and emails regarding ▮▮▮▮ | 1.50 | 390.00 | PDS |
| | ▮▮▮▮▮▮▮▮▮▮ | 0.40 | 48.00 | TR |
| Oct-11-09 | Email to client regarding ▮▮▮▮ Email to ▮▮▮▮▮▮▮▮▮ Email from LaSalle counsel requesting Owen expert witness deposition. Email to client and local counsel regarding ▮▮▮▮ | 1.40 | 364.00 | PDS |
| Oct-12-09 | Emails and telephone conferences with local counsel regarding ▮▮▮▮▮▮ ▮▮▮ Telephone conference with expert regarding ▮▮▮▮ | 1.25 | 325.00 | PDS |
| | ▮▮▮▮▮▮▮▮ | 1.50 | 180.00 | TR |
| Oct-13-09 | E-mail to ▮▮▮▮ forwarding legal memoranda regarding legal research issues. Follow-up e-mail to client regarding ▮▮▮▮ Telephone conference with ▮▮▮▮ | 1.70 | 442.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

E-mail client forwarding █████████████████

Telephone conference with Mr. Owen
regarding ███████████████████████

E-mails regarding ████████████████
█████████████████

| Date | Description | Hours | Amount | Init |
|---|---|---|---|---|
| Oct-14-09 | ███████████████ E-mail to client forwarding same. | 0.60 | 156.00 | PDS |
|  | ████████████████████████ | 0.80 | 96.00 | TR |
| Oct-15-09 | Prepare for meeting ████████████ ████████████ Meet with client prior ████████ Meet with ████████ to discuss litigation. ████████ | 1.50 | 390.00 | PDS |
|  | ████████████████ | 1.50 | 180.00 | TR |
| Oct-16-09 | ██████████████ Forward same to client. ████████ Additional e-mails regarding ████████████ Telephone conferences regarding same. Telephone conference with local counsel regarding ████████ | 3.20 | 832.00 | PDS |
| Oct-17-09 | Participate in and monitor ████████ Telephone conference with local counsel ████████ | 10.60 | 2,756.00 | PDS |
| Oct-18-09 | Emails regarding ████████ Lengthy conference call with expert witness and client regarding ████████ Telephone conference with ████████ | 9.90 | 2,574.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                          PX-505-165

|  |  |  |  |  |
|---|---|---|---|---|
| | ▮▮▮▮▮▮. Additional numerous emails and calls with client, local counsel ▮▮▮▮ regarding same. | | | |
| Oct-19-09 | ▮▮▮▮▮▮▮▮▮▮▮▮ Emails regarding same. Multiple emails and calls regarding same. ▮▮▮▮▮▮ | 12.30 | 3,198.00 | PDS |
| | Trial prep projects and tasks, ▮▮▮▮ | 3.40 | 408.00 | TR |
| Oct-20-09 | Telephone conference with ▮▮▮▮▮▮y. Emails and calls in follow up to same. Emails regarding ▮▮▮▮. Review LaSalle's demonstratives. Emails ▮▮▮▮. Email from LaSalle counsel regarding same. Emails to local counsel ▮▮▮▮ Emails ▮▮▮▮. | 3.60 | 936.00 | PDS |
| | Prepare collection of materials to send ▮▮▮▮ Prepare collection of materials to Receive and upload ▮▮▮▮ | 4.50 | 540.00 | TR |
| Oct-21-09 | Emails and calls regarding ▮▮▮▮. Receive orders on summary judgment evidence. ▮▮▮▮. Telephone conference with ▮▮▮▮ Emails regarding technical issues. | 6.20 | 1,612.00 | PDS |
| | Assemble and organize exhibits ▮▮▮▮ Receive ▮▮▮▮ from B. White and p▮▮▮▮ | 5.50 | 660.00 | TR |

PLAINTIFF'S TRIAL EXHIBIT

trial prep; Receive ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
update ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
prepare▮▮▮▮▮▮▮▮▮▮▮         Receive and
prepare trial exhibits to import into
▮▮▮▮▮▮▮         Export same as PDFs to send to
▮▮▮▮▮▮▮▮▮▮▮▮, Read
various emails;

| Oct-22-09 | Email regarding ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Email regarding various issues regarding ▮▮▮▮▮ Review objections to LaSalle's demonstrative exhibits. ▮▮▮▮▮▮▮▮▮. Email regarding ▮▮▮▮▮ Telephone conferences with ▮▮▮▮▮▮▮. Revise objections to LaSalle's exhibits. Numerous calls with client and local counsel ▮▮▮▮▮e. Email ▮▮▮▮▮▮ Email to client forwarding same. | 12.20 | 3,172.00 | PDS |
| | Assemble and prepare materials to send to ▮▮▮▮▮; ▮▮▮▮▮▮ ▮▮▮▮▮▮▮; Receive and prepare ▮▮▮▮▮ Export same ▮▮▮▮▮▮; Read various emails; | 4.50 | 540.00 | TR |
| Oct-23-09 | Draft and revise ▮▮▮▮▮▮▮, Draft and revise ▮▮▮▮▮▮▮▮▮▮ Emails regarding same. ▮▮▮▮▮▮ Telephone conferences with local counsel and client ▮▮▮▮ Telephone conference with ▮▮▮▮ regarding ▮▮▮▮ | 6.70 | 1,742.00 | PDS |
| | Assemble and prepare materials to send to ▮▮▮▮▮▮▮▮ T/C with B. White re ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮ | 4.00 | 480.00 | TR |

PLAINTIFF'S TRIAL EXHIBIT                                      PX-505-167

████ Review emails, organize and update
█████████████████████████████████

Oct-24-09  Receive and review letter from LaSalle        2.10      546.00       PDS
           counsel regarding trial issues. Email to client
           and Ohio counsel ██████████████
           ███████████. Follow up emails on██
           ████████████. Emails
           regarding ████████████████
           ██████████

Oct-25-09  Emails to local counsel and client regarding   11.90    3,094.00      PDS
           ████████████████████████████
           ████████████████████████████
           ██████████
           Prepare for conference call. Participate in
           lengthy conference call regarding██████████
           ████████████████████████ Draft
           and revise ████████████████
           ████████

Oct-26-09  Continue to draft and revise ████████████       8.60    2,236.00      PDS
           ████████████████ Receive
           letter from LaSalle counsel regarding
           D'Andrea supplemental materials. Email
           forwarding same. Email from LaSalle counsel
           requesting call with court. Respond to same.
           Participate in call with court.████████████
           ████████████████████████. Email to
           ████████████████████████████

           ████████████████████ Assemble             4.60      552.00        TR
           package of documents, depos and exhibits per
           P. Snyder ████████████████████

Oct-27-09  Email to client forwarding ██████ Emails       1.50      390.00       PDS
           regarding ██████████████████
           ████████████████████████. Email
           regarding ████████████████ Receive
           letter from LaSalle counsel regarding BB
           underwriting guidelines. Draft letter
           responding to same. Telephone conference
           with local counsel regarding ████████████
           ██████

PLAINTIFF'S TRIAL EXHIBIT                    PX-505-168

TC with expert D'Andrea re ███████████ 3.70 444.00 TR

███████████████████
███ Prepare exhibits and documents to
send ███████████████ Receive,
██████████████████

| Oct-28-09 | ██Emails regarding ███████████████ | 4.90 | 1,274.00 | PDS |

██████████ Email from LaSalle counsel
regarding anticipated trial witnesses.
Telephone conferences with local counsel
█████████████████████
██████ ███████. Emails regarding
same. ████████████████████
██. Email forwarding same. Email to
███████████████████
███████████████████
███████

Trial prep re██████████████ 3.10 372.00 TR
████████ Prepare exhibits and
documents to send to██████████
Receive, download, review and circulate
pleadings; ████████████
██████████████

| Oct-29-09 | ██████████████████ | 15.20 | 3,952.00 | PDS |

████████████████████
discuss litigation projects.  Lengthy meeting
with ████████

| Oct-30-09 | ████████████████ | 11.40 | 2,964.00 | PDS |

██████ Meet with trial team to review ███

██████ Participate in hearing with court
regarding various trial issues.  Determine
which demonstratives █████████
██████ Email to LaSalle counsel regarding
same. ████████████████

Search and review documents to locate certain 2.40 288.00 TR
documents requested by P. Snyder re████████
████████████

| Oct-31-09 | ██████████████████ | 13.40 | 3,484.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

## Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph: 913-685-3900        Fax: 913-685-3902

Crown NorthCorp, Inc.                                    December 6, 2009
13706 Research Boulevard, Suite 301
Austin, Texas
78750

|  |  | File #: | LaSalle |
|--|--|---------|---------|
| **Attention:** | Ms. Jackie Trojanowsky | Inv #: | 296 |

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-01-09 | ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇. Emails with LaSalle counsel regarding using demonstrative exhibits during opening statements. Telephone conference with ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇. Receive email regarding ▇▇▇▇ | 14.80 | 3,848.00 | PDS |
| Nov-02-09 | Prepare for first day of trial; ▇▇▇▇▇▇▇ Attend trial. Jury selection. Opening statement. Prepare for next trial day. Meet with Mr. Owen ▇▇▇▇▇ Email regarding ▇▇▇▇▇▇ Emails regarding ▇▇▇▇▇ | 15.40 | 4,004.00 | PDS |
|  | Receive, download and review pleadings; Read and organize emails and correspondence; | 0.70 | 84.00 | TR |

PLAINTIFF'S TRIAL EXHIBIT

PX-505-171

| | | | | |
|---|---|---|---|---|
| **Nov-03-09** | ~~████████████████~~ Owen. Attend trial. Opening of LaSalle counsel; DX of Owen. Confer following trial with trial team ~~████████████~~ ~~████████████████████████~~ ~~████████████████████████~~ ~~████~~n. | 15.10 | 3,926.00 | PDS |
| **Nov-04-09** | Email to Ohio counsel regarding ~~████~~ ~~██~~ Attend trial. Finish Owen DX; begin CX. ~~████████████████████~~ ~~████████████████████████~~ ~~████████████████~~ | 10.20 | 2,652.00 | PDS |
| | Receive, download and review pleadings; | 0.30 | 36.00 | TR |
| **Nov-05-09** | Email regarding ~~██████████████~~ Emails regarding ~~██████████████~~ ~~████~~. Call and email ~~██████~~ ~~████████████████████~~ ~~████████████~~ Forward same to LaSalle. Attend trial. DX of Cooper; continuation of Owen CX. Lengthy comprehensive call with client ~~██████~~ ~~████████████████~~ Emails to LaSalle counsel regarding upcoming trial witnesses. | 13.30 | 3,458.00 | PDS |
| | ~~████████████████████████~~ ~~████████████████████████~~ ~~████████~~ | 0.50 | 60.00 | TR |
| Nov-06-09 | Emails and calls regarding order of trial witnesses. ~~██████████████████~~ drop. Conference with client regarding ~~██~~ ~~████~~ report. Emails regarding same. Review ~~████████~~ regarding ~~████████████~~ ~~████~~ Emails regarding ~~████████████~~ ~~████~~. Call with D'Andrea regarding ~~████████████████████~~. Email regarding ~~██████████████████████~~ ~~████~~ | 4.90 | 1,274.00 | PDS |
| | Search databases and deposition transcripts and attempt to locate ~~██████████████~~ | 1.40 | 168.00 | TR |
| **Nov-07-09** | Emails regarding ~~████████████████~~ ~~████████████~~. Email regarding | 5.90 | 1,534.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT



| | | | |
|---|---|---|---|
| Search databases and deposition transcripts and attempt to locate ██████ | 2.30 | 276.00 | TR |
| Nov-08-09 Emails regarding ████████████ ████████████ | 7.10 | 1,846.00 | PDS |
| Read emails re trial issues and status; | 0.20 | 24.00 | TR |
| Nov-09-09 Draft list of trial witnesses. Email to local counsel ████████ Attend trial. Play video depositions of Rubin, Gillis, Torenli, Wurtz, Stawiarski, Gronek, Hopper, Miguel. Meet with trial team following trial ████ ████████ Email to client and local counsel ██████. | 14.75 | 3,835.00 | PDS |
| Receive, download and review pleadings; | 0.10 | 12.00 | TR |
| Nov-10-09 Attend trial. Play video depositions of Miguel, Klyzsenski, Reimann, Vitulli-Wessel. Conduct CX of Wasser. Meet at local counsel offices ███████ | 13.70 | 3,562.00 | PDS |
| Search and locate documents requested by P. Snyder; | 0.50 | 60.00 | TR |
| Nov-11-09 ████████████ g. Attend same. ████████████ | 15.40 | 4,004.00 | PDS |

| | | | | |
|---|---|---|---|---|
| Nov-12-09 | ██████████████████ e. Attend trial. Present D'Andrea DX. Meet with trial team following trial ██████████ Review reply in support of motion in limine on materiality issue. | 11.75 | 3,055.00 | PDS |
| | Receive, download and review pleadings; | 0.20 | 24.00 | TR |
| Nov-13-09 | Attend trial. D'Andrea DX, CX and redirect. Meet with trial team following trial ██████ ████████████████ | 10.90 | 2,834.00 | PDS |
| Nov-14-09 | Email to client and local counsel regarding ████████████. Email from LaSalle counsel regarding planned trial witnesses. Email to client and local counsel regarding ████████ ████████████████ y. Email regarding ████ ████ | 1.30 | 338.00 | PDS |
| Nov-15-09 | Emails regarding ███████████████████ ████████████████████████████████ ████████████████ Email to LaSalle counsel regarding witness order and inability to play depositions not used by Plaintiff. ████████████████ ██m. Additional emails regarding ████████ ████████ Telephone conference and meet with local counsel regarding same. ████ ████████████████████ | 6.30 | 1,638.00 | PDS |
| Nov-16-09 | ████████████████████████████ ████████ Attend trial. DX of James Herbig. Play depositions of Grossman, Hawkins and Gembara. Meet with trial team ████████████████ Email regarding LaSalle trial witnesses. ████████ ████████████████████████ | 16.20 | 4,212.00 | PDS |
| | Receive, download and review pleadings; | 0.50 | 60.00 | TR |
| Nov-17-09 | ████████████████████████ ████████ Attend trial. Move exhibits into | 16.30 | 4,238.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                      PX-505-174

evidence. Argue motions for directed verdict.
Play videos of Scalise, Fetterolf and Krawitz.
Mark Taennis as live witness. Meet with trial
team ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Email regarding same. ▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇

| | | | | |
|---|---|---|---|---|
| | Receive, download and review pleadings; | 1.70 | 204.00 | TR |
| | Review documents, assemble and email documents requested by P. Snyder; | | | |
| Nov-18-09 | ▇▇▇▇▇▇▇▇▇▇▇▇▇ Emails regarding same. Attend trial. Play Rael video deposition. Abshier DX. Meet with trial team following trial ▇▇▇▇ ▇▇▇▇▇▇▇▇ | 14.70 | 3,822.00 | PDS |
| | Receive, download and review pleadings; | 0.10 | 12.00 | TR |
| Nov-19-09 | ▇▇▇▇▇▇▇▇▇▇▇▇▇. Abshier DX and CX. Meet with trial team following court ▇▇▇▇▇▇▇ | 16.10 | 4,186.00 | PDS |
| | Search for expert materials requested by P. Snyder; ▇▇▇▇▇▇▇▇▇▇▇ | 0.60 | 72.00 | TR |
| Nov-20-09 | ▇▇▇▇▇▇▇ Attend trial. Conclude Abshier CX. Parties rest. Review jury instructions with court. Meet with trial team following court ▇▇▇▇▇ | 9.90 | 2,574.00 | PDS |
| Nov-21-09 | Email to team ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ Emails regarding same. | 12.75 | 3,315.00 | PDS |
| Nov-22-09 | ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ | 13.40 | 3,484.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

Continue to revise and finalize ███████

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Nov-23-09 | ████████████████ t. Attend trial. Present closing arguments. Instructions read to jury. Jury retires to deliberate. | 9.75 | 2,535.00 | PDS |
| | Receive, download and review pleadings; | 0.30 | 36.00 | TR |
| Nov-24-09 | Email to client ████████████ Emails ████████████ To court for jury question. Wait for verdict. | 2.60 | 676.00 | PDS |
| | Receive verdict from jury; all special verdict forms in favor of Plaintiff. Call client regarding same. Emails to ████████ ██████s. Emails regarding████ ████████████████████ ████ Emails regarding ████████ ████████ | | | |
| Nov-25-09 | Multiple emails to████████████ ████████████████████ ████████████ | 1.10 | 286.00 | PDS |
| Nov-28-09 | ████████████████████████ ████. | 0.30 | 78.00 | PDS |
| Nov-29-09 | Email to local counsel and client████████ ████████████████ | 0.10 | 26.00 | PDS |
| Nov-30-09 | Email regarding ████████████ ████ Email from████ ████████ ██. Email from local counsel regarding ████████████ ████████████ Follow-up emails and calls with local counsel and client.████████ ████████ | 0.60 | 156.00 | PDS |
| | Totals | 284.00 | $72,524.00 | |

**DISBURSEMENTS**

| Nov-30-09 | Hotel for trial (unused rooms) | 335.61 |
|---|---|---|
| | FedEx delivery charges | 359.00 |

PLAINTIFF'S TRIAL EXHIBIT                                                   PX-505-176

### *Snyder Law Firm LLC*
11551 Granada, Suite 100
Leawood, KS 66211

Ph:  913-685-3900          Fax:  913-685-3902

Crown NorthCorp, Inc.                                              January 4, 2010
13706 Research Boulevard, Suite 301
Austin, Texas
78750

|  | File #: | LaSalle |
|---|---|---|
| **Attention:**  Ms. Jackie Trojanowsky | Inv #: | 300 |

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-01-09 | ▬▬▬▬▬ Email regarding ▬▬▬▬ | 0.75 | 195.00 | PDS |
| Dec-02-09 | Email regarding ▬▬▬▬▬ Telephone conferences with local counsel and client regarding same.  Email regarding ▬▬▬▬ Gather ▬▬▬▬ e. Email to client forwarding same.  Review ▬▬▬▬ ▬▬▬ Email to local counsel regarding same.  Comprehensive email to client and local counsel regarding ▬▬ | 2.10 | 546.00 | PDS |
|  | ▬▬▬▬▬ damages submission;  Receive instructions from P. Snyder re same; | 3.80 | 456.00 | TR |
| Dec-03-09 | ▬▬▬▬▬ ▬▬▬▬ TCs and emails | 4.40 | 528.00 | TR |

PLAINTIFF'S TRIAL EXHIBIT

with vendors and B. White re same;

| | | | | |
|---|---|---|---|---|
| **Dec-04-09** | Email regarding ████████████ ████████ █████████ | 0.75 | 195.00 | PDS |
| | ████████████████ | 1.00 | 120.00 | TR |
| Dec-06-09 | ████████████ Draft and revise ████████ n support of same. Email to local counsel regarding ████████ | 1.25 | 325.00 | PDS |
| **Dec-07-09** | ████████ ████ ██████ Emails to client and local counsel ████████ ████ Emails with local counsel regarding ████████████████████ ████████████████ ████████ Email regarding █████ ████ Email to local counsel regarding ████████ ████████ Receive revised motion and affidavit.  Email to client ████████ ████ Email from client regarding ████ ████████ Respond to same. | 6.40 | 1,664.00 | PDS |
| | Receive   and organize ████████████ ████ preparation of damage submission; | 1.00 | 120.00 | TR |
| **Dec-08-09** | Review and revise remedy motion.  Email to local counsel and client ████████ ████████████████ Additional revisions to motion.  Emails to local counsel ████████████ ████ Email to local counsel and client ████████ | 11.75 | 3,055.00 | PDS |
| | Receive   and organize i████████ ████████████ | 6.00 | 720.00 | TR |
| **Dec-09-09** | ████████████████████ Multiple emails and calls with local counsel and client | 7.20 | 1,872.00 | PDS |

regarding ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Finalize
motion.

| | | | | |
|---|---|---|---|---|
| | Receive and organize ▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉ | 6.20 | 744.00 | TR |
| | ▉▉▉▉▉▉▉▉▉▉▉▉n; ▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉; | | | |
| Dec-29-09 | E-mail from LaSalle counsel seeking permission to exceed page limit on opposition to remedy motion.   E-mail to local counsel regarding▉▉▉▉ Email to LaSalle counsel regarding same. | 0.20 | 52.00 | PDS |
| Dec-30-09 | Email to local counsel regarding▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Receive and review LaSalle's opposition to motion. Email ▉▉▉▉▉▉▉ Emails regarding▉▉▉▉▉▉▉▉▉▉▉▉ | 0.60 | 156.00 | PDS |
| Dec-31-09 | Review LaSalle's opposition to remedy motion.   Email to client and local counsel regarding same.  Comprehensive conference call with client and local counsel regarding ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉ Email regarding same.   Receive order granting motion for leave to file reply. | 2.70 | 702.00 | PDS |
| | Totals | 56.10 | $11,450.00 | |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| Dec-20-09 | Photocopy charges | | 62.70 |
| | Totals | | $62.70 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$11,512.70** |
| Previous Balance | 125,802.16 |
| Previous Payments | 45,701.50 |
| **Balance Now Due** | **$91,613.36** |

PLAINTIFF'S TRIAL EXHIBIT

## *Snyder Law Firm LLC*
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                    February 8, 2010
13706 Research Boulevard, Suite 301
Austin, Texas
78750

|  |  |
|---|---|
| File #: | LaSalle |
| Inv #: | 304 |

**Attention:** Ms. Jackie Trojanowsky

**RE:** Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-04-10 | Detailed e-mail regarding ▓▓▓▓▓▓ | 0.70 | 182.00 | PDS |
|  | Review emails and pleadings re ▓▓▓▓▓▓. | 0.20 | 26.00 | TR |
| Jan-05-10 | Telephone conference with local counsel regarding ▓▓▓▓▓▓ strategy in drafting same. E-mail listing ▓▓▓▓▓▓ Forward e-mail requesting same. | 0.70 | 182.00 | PDS |
| Jan-07-10 | E-mail regarding status ▓▓▓▓▓▓. | 0.10 | 26.00 | PDS |
| Jan-08-10 | E-mail regarding status of ▓▓▓▓▓▓. Draft and revise ▓▓▓▓▓▓. E-mail forwarding same. Receive ▓▓▓▓▓▓ E-mail to client forwarding same. | 0.50 | 130.00 | PDS |
| Jan-10-10 | Review and revise ▓▓▓▓▓▓ Receive comments from Mr. Owen. Incorporate same. E-mail to client and local counsel forwarding revised ▓▓▓▓▓▓ | 2.20 | 649.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| Jan-11-10 | E-mail from client regarding ███████████. E-mail from Ohio counsel regarding ████████████ Respond to same. Review court reporter invoice for trial. E-mail to Ohio counsel regarding same. Receive and revise ██████████ ████████. | 1.10 | 324.50 | PDS |
| Jan-12-10 | Receive and review ████████████. ██████████████████ Revise same. E-mail to Ohio counsel forwarding same. Telephone conference with Ohio counsel regarding same. Continue to review and revise ██████████████████ | 2.60 | 767.00 | PDS |
|  | Assemble and email docs to P. Snyder per D. Marx request. Receive and convert ████████ █████████████████ file with same. | 1.30 | 169.00 | TR |
| Jan-13-10 | Continue to ████████████████████ ██████ E-mail to Ohio counsel and client forwarding same. Draft ██████████████ same. | 1.80 | 531.00 | PDS |
| Jan-14-10 | E-mail from client regarding ██████████ ████████████████e. E-mail regarding same. Review and finalize ██████ E-mail regarding same. | 1.50 | 442.50 | PDS |
| Jan-15-10 | Final review of ████████████████ ██████E-mail regarding same. Finalize and execute ██████████████████ | 0.20 | 59.00 | PDS |
| Jan-19-10 | Receive, download, circulate and review pleadings. | 0.20 | 26.00 | TR |
| Jan-22-10 | Receive, download, circulate and review pleadings. | 0.20 | 26.00 | TR |
| Jan-25-10 | E-mails regarding status ██████████████ | 0.20 | 59.00 | PDS |
| Jan-30-10 | Receive and review ████████████e. E-mail to client forwarding same. | 0.10 | 29.50 | PDS |
|  | Receive, download, review and circulate pleadings | 0.20 | 26.00 | TR |
|  | Totals | 13.80 | $3,654.50 | |

PLAINTIFF'S TRIAL EXHIBIT

## *Snyder Law Firm LLC*
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-685-3902

Crown NorthCorp, Inc.                                                    March 2, 2010
13706 Research Boulevard, Suite 301
Austin, Texas
78750

|          |                      | File #: | LaSalle |
| -------- | -------------------- | ------- | ------- |
| **Attention:** | Ms. Jackie Trojanowsky | Inv #: | 309 |

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| ---- | ----------- | ----- | ------ | ------ |
| Feb-02-10 | Telephone conference with local counsel regarding ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 | 29.50 | PDS |
| Feb-13-10 | E-mails regarding ▓▓▓▓▓▓▓▓ in Rooths Loan and ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 | 147.50 | PDS |
| Feb-23-10 | E-mail to client with update on ▓▓▓▓▓ | 0.10 | 29.50 | PDS |
| Feb-24-10 | E-mail to client regarding ▓▓▓▓▓ a▓▓▓▓▓▓ | 0.10 | 29.50 | PDS |
| Feb-26-10 | E-mail regarding ▓▓▓▓▓▓▓▓▓▓. Draft and revise ▓▓▓▓▓▓▓▓▓▓▓▓ | 1.10 | 324.50 | PDS |
| | Totals | 1.90 | $560.50 | |

**DISBURSEMENTS**

| Feb-28-10 | Payment to Integra for Greg Cooper trial testimony: balance owed | 2,170.49 |
| --------- | ---------------------------------------------------------------- | -------- |
| | Totals | $2,170.49 |

Ph:913-685-3900          Fax:913-440-0724

Crown NorthCorp, Inc.                                              July 5, 2010
8716 N. Mopac, Suite 310
Austin, Texas
78759

|  | File #: | LaSalle |
|---|---|---|
| **Attention:** Ms. Jackie Trojanowsky | Inv #: | 325 |

**RE:** Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-02-10 | E-mails regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ E-mail regarding ▮▮▮▮▮▮▮▮▮ E-mail regarding▮▮▮▮▮▮▮ | 0.80 | 236.00 | PDS |
| Jun-03-10 | Comprehensive telephone conference with local counsel ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Telephone conference with ▮▮▮ ▮▮▮regarding same. E-mail regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Participate in call with court regarding damages phase. Detailed email to client and local counsel ▮▮▮▮ | 3.70 | 1,091.50 | PDS |
|  | Teleconference with court re mitigation briefing and plan for damages phase. | 1.40 | 280.00 | BCM |
|  | Assemble and update▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ send to local counsel as ▮▮▮▮▮▮▮▮▮ for damages trial. | 0.40 | 52.00 | TR |
| Jun-04-10 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. E-mail client regarding same. Telephone conference with client ▮▮▮▮▮ | 0.90 | 265.50 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

|  | | | | |
|---|---|---|---|---|
| | ███████ Telephone conference with ████████ regarding same. Participate in ████████ regarding LaSalle litigation update. | | | |
| | Teleconference with Ohio local counsel ██ ████████████████████████████ ████████████████████████████ ███████. | 1.50 | 300.00 | BCM |
| | Receive, download, circulate and review pleadings. | 0.20 | 26.00 | TR |
| **Jun-07-10** | ████████████████████████████ ████████e. Attorney conference regarding same. | 0.30 | 88.50 | PDS |
| | Researching and outlining ████████████ ████████████████ ████ | 6.65 | 1,330.00 | BCM |
| **Jun-08-10** | Researching and outlining ████████████ ████████████████ ████ | 7.90 | 1,580.00 | BCM |
| **Jun-09-10** | Review draft motion in limine regarding mitigation evidence. ████████ E-mails regarding same. E-mails forwarding revisions to same. | 5.00 | 1,475.00 | PDS |
| | Researching and drafting ████████████ ████████████████ ████████ f | 6.85 | 1,370.00 | BCM |
| Jun-10-10 | E-mails regarding issue of ████████████ ████████████████████ Attorney conference regarding ████████ ████████ Review and revise same. E-mail regarding motion. Review ████████ ████ E-mails regarding same. Telephone conference ████████ regarding ████████████ E-mail ████ ████ c regarding ████████ | 2.20 | 649.00 | PDS |
| | Drafting motion in limine ████████████ ████████████████████ | 6.25 | 1,250.00 | BCM |
| | Search for information requested by P. Snyder request ████████ | 0.60 | 78.00 | TR |
| **Jun-11-10** | Final review and revisions to ████████████ | 1.10 | 324.50 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

PX-505-194

| | | | | |
|---|---|---|---|---|
| | ████████████. E-mails regarding same. | | | |
| | Finalizing and filing motion in limine to ████████████████████ █es. | 4.90 | 980.00 | BCM |
| | Receive, download, circulate and review pleadings. | 0.20 | 26.00 | TR |
| Jun-14-10 | Assemble and update ████████ ████████. | 0.20 | 26.00 | TR |
| Jun-18-10 | ████ Organization and updating on ████ ████████████ | 0.30 | 39.00 | TR |
| Jun-27-10 | Reviewing and analyzing ████████ ████████ | 1.25 | 250.00 | BCM |
| Jun-28-10 | ████████████████████n, TC with local counsel re same. | 7.75 | 1,550.00 | BCM |
| Jun-29-10 | Attorney conference regarding ████████ ████████████████████ ████████ Review LaSalle's opposition to same. Make revisions to reply. E-mail client requesting ████████████████ ████ E-mails regarding ████ | 3.80 | 1,121.00 | PDS |
| | Drafting Reply brief ████████████ ████████n. | 6.40 | 1,280.00 | BCM |
| Jun-30-10 | Drafting Reply brief ████████████████ ████████ | 6.85 | 1,370.00 | BCM |
| | Totals | 77.40 | $17,038.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$17,038.00** |
| Previous Balance | 2,197.75 |
| Previous Payments | 339.25 |
| **Balance Now Due** | **$18,896.50** |

TAX ID Number    14-1996727

PLAINTIFF'S TRIAL EXHIBIT                                    PX-505-195

Ph:913-685-3900     Fax:913-440-0724

Crown NorthCorp, Inc.                                         August 8, 2010
8716 N. Mopac, Suite 310
Austin, Texas
78759

|  | File #: | LaSalle |
| --- | --- | --- |
| **Attention:** Ms. Jackie Trojanowsky | Inv #: | 328 |

**RE:**   Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Jul-01-10 | E-mails regarding ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ Receive comments from ▓▓▓▓ | 0.75 | 221.25 | PDS |
|  | Researching ▓▓▓▓▓▓▓▓▓▓ correspondence re same, revising ▓▓▓▓ | 4.75 | 950.00 | BCM |
| Jul-02-10 | Make final revisions to reply ▓▓▓▓▓▓ E-mails regarding same. E-mail to ▓▓▓▓ regarding litigation status. | 1.00 | 295.00 | PDS |
|  | Revising ▓▓▓▓▓▓▓▓▓▓▓▓ | 3.35 | 670.00 | BCM |
| Jul-05-10 | Receive, download, circulate pleadings. Prepare notebook of ▓▓▓▓▓▓▓ | 0.70 | 91.00 | TR |
| Jul-08-10 | E-mail from local counsel regarding ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓. Respond to same. | 0.20 | 59.00 | PDS |
| Jul-09-10 | E-mail from LaSalle counsel regarding desire to file surreply on mitigation issue. E-mail to local counsel and client ▓▓▓▓ Attorney conference regarding ▓▓▓▓▓ | 2.50 | 737.50 | PDS |

opposition to same. Receive and review ██████ ████████ E-mail regarding same. Receive and review LaSalle's motion ████████ ████████████ Multiple e-mails and calls regarding same.

| | | | | |
|---|---|---|---|---|
| | Receive, download, circulate pleadings. Prepare ████████████████████ ████████████████ | 1.70 | 221.00 | TR |
| Jul-10-10 | Receive, download, circulate and review pleadings | 0.20 | 26.00 | TR |
| Jul-11-10 | Receive order permitting LaSalle to file surreply. E-mail to client ████████████ | 0.10 | 29.50 | PDS |
| Jul-19-10 | Review order regarding mitigation motion. Attorney conference ████████████ E-mail client and local counsel ████████████ | 0.50 | 147.50 | PDS |
| | ████████████████████ ████████████ | 0.75 | 150.00 | BCM |
| Jul-20-10 | E-mail to client and local counsel regarding ████████████████████ ████████████ ████████████ Attorney conference regarding same. E-mails to ████████████████████ | 1.25 | 368.75 | PDS |
| | Prepare for call to discuss ████████████ and ████████████ Participate in same. | 1.40 | 413.00 | PDS |
| | Preparing for and attending TC with OH counsel re ████████████ ████████ | 1.25 | 250.00 | BCM |
| Jul-21-10 | Attending TC to discuss ████████████ ████████ | 0.75 | 150.00 | BCM |
| Jul-28-10 | ████████████████████ ████████████████ E-mail to local counsel regarding same. Participate in telephone conference with local counsel regarding same. Participate in call with court and opposing counsel regarding same. Follow up e-mails ████████ | 2.75 | 811.25 | PDS |
| | Preparing for and attending ████████████ ████████ l court re order on motion in limine and damages trial schedule. | 1.35 | 270.00 | BCM |

PLAINTIFF'S TRIAL EXHIBIT

## Snyder Law Firm LLC
11551 Granada, Suite 100
Leawood, KS 66211

Ph:913-685-3900          Fax:913-440-0724

Crown NorthCorp, Inc.                                    September 7, 2010
8716 N. Mopac, Suite 310
Austin, Texas
78759

|  |  | File #: | LaSalle |
|--|--|---------|---------|
| **Attention:** | Ms. Jackie Trojanowsky | Inv #: | 334 |

**RE:**     Represent Crown NorthCorp, Inc. in Wells Fargo Bank, N.A. v. LaSalle
Bank National Association, Case No. 3:07cv0449 (S.D. Ohio)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-01-10 | Prepare ▓▓▓▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓▓ E-mail to client and local counsel regarding status of ▓▓▓▓▓▓ | 0.60 | 177.00 | PDS |
| Aug-04-10 | Assemble ▓▓▓▓▓▓▓ and send to B. White as requested | 0.30 | 39.00 | TR |
| Aug-06-10 | Search and review ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.70 | 91.00 | TR |
| Aug-08-10 | E-mail local counsel regarding ▓▓▓▓▓▓▓▓▓▓▓ | 0.10 | 29.50 | PDS |
| Aug-09-10 | Review ▓▓▓▓▓▓▓▓▓ | 0.20 | 59.00 | PDS |
| Aug-12-10 | Conti. search and review for documents re ▓▓▓▓▓▓▓ | 0.60 | 78.00 | TR |
| Aug-13-10 | E-mails regarding ▓▓▓▓▓▓▓▓▓ | 0.20 | 59.00 | PDS |
|  | Conti. ▓▓▓▓▓▓▓▓▓▓ | 1.60 | 208.00 | TR |
| Aug-14-10 | E-mail to client forwarding information | 0.20 | 59.00 | PDS |

|            |                                                                                                                          |      |        |     |
|------------|--------------------------------------------------------------------------------------------------------------------------|------|--------|-----|
|            | ████████ ████ ████████ e. E-mail forwarding ████████████████████                                                         |      |        |     |
| Aug-16-10  | Prepare for call with local counsel regarding ████████████████ Participate in same.                                      | 1.00 | 295.00 | PDS |
| Aug-18-10  | Review and confirm a████████████████ Review S. Brown ████ ████████████ and █████ documents and attempt █████████ ████ e. | 1.70 | 221.00 | TR  |
| Aug-20-10  | E-mail to local counsel regarding ████████ ████████████████████████ ████████ s.                                          | 0.20 | 59.00  | PDS |
| Aug-22-10  | E-mail to local counsel regarding ████████ ████                                                                          | 0.20 | 59.00  | PDS |
|            | Review S. Brown ████████████████ ████████████ ████████ e.                                                               | 1.60 | 208.00 | TR  |
| Aug-23-10  | Review ████████████████ and ████ ████████████████████████ Make revisions to same. E-mail forwarding same.               | 2.50 | 737.50 | PDS |
| Aug-25-10  | Telephone conference with LaSalle counsel regarding Purchase Price calculations. E-mail local counsel and client regarding ████████ ████████████████ | 0.70 | 206.50 | PDS |
| Aug-26-10  | E-mail from Mr. Brown regarding ████████ ████████████ Respond to same.                                                   | 0.75 | 221.25 | PDS |
|            | Review emails and documents ████████ ████                                                                               | 0.30 | 39.00  | TR  |
| Aug-29-10  | E-mail to local counsel regarding ████████ ████████████████████████ ████                                                 | 0.20 | 59.00  | PDS |
| Aug-30-10  | Telephone conference with local counsel regarding ████████████████████ ████████████████████ E-mail from local counsel ████████████ Respond to same. E-mail | 1.40 | 413.00 | PDS |

PLAINTIFF'S TRIAL EXHIBIT

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Sep-08-10 | E-mail local counsel regarding ▮▮▮▮ ▮▮▮▮ Receive responses to same. Comprehensive call with local counsel regarding same. Receive ▮▮▮▮ Request same for ▮▮▮▮ | 1.10 | 324.50 | PDS |
| | Search and close ▮▮▮▮ | 2.00 | 260.00 | TR |
| Sep-09-10 | E-mail from Mr. Brown ▮▮▮▮ Respond to same. ▮▮▮▮ ▮▮▮▮ E-mails to local counsel and client ▮▮▮▮ Receive and review ▮▮▮▮ Finalize and send letter and subpoenas to LaSalle counsel. | 3.00 | 885.00 | PDS |
| Sep-10-10 | E-mail from local counsel regarding ▮▮▮▮ Review case law regarding same. | 0.30 | 88.50 | PDS |
| | Review ▮▮▮▮ | 0.80 | 104.00 | TR |
| Sep-13-10 | E-mail regarding ▮▮▮▮ | 0.20 | 59.00 | PDS |
| Sep-14-10 | Telephone conference with local counsel regarding ▮▮▮▮ E-mails regarding ▮▮▮▮ | 0.60 | 177.00 | PDS |
| Sep-16-10 | E-mail from LaSalle counsel regarding litigation fees and expenses. E-mails with local counsel ▮▮▮▮ E-mails regarding ▮▮▮▮ | 0.40 | 118.00 | PDS |
| Sep-17-10 | Telephone conference with ▮▮▮▮ regarding ▮▮▮▮ | 0.50 | 147.50 | PDS |
| Sep-20-10 | E-mail from LaSalle counsel inquiring regarding Rooths servicing documents. Email to client r ▮▮▮▮ Receive and review | 0.50 | 147.50 | PDS |

PLAINTIFF'S TRIAL EXHIBIT                                                   PX-505-204