# EXHIBIT 2

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH  43216

INVOICE #  194689
MAY 27, 2008

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2008

LaSalle Bank National Association                    MATTER NUMBER - 00001

| | | | |
|---|---|---|---|
| 2/18/08 | BJW | .50 | Review e-mails from Mr. Snyder re: ▓▓▓▓▓ |
| 2/19/08 | BJW | .25 | Exchange emails with Mr. Snyder; conference with Ms. Marx |
| 2/20/08 | BJW | 1.25 | Draft and send e-mail to Mr. Snyder re: ▓▓▓▓ ▓▓▓▓▓▓ identify and send samples of initial disclosure pleadings and chart re: changes in subpart numbers of Federal civil rules; ▓▓▓▓ |
| 2/21/08 | BJW | .25 | Review and respond to e-mail from Mr. Snyder |
| 2/25/08 | BJW | .25 | Review and respond to Mr. Snyder's ▓▓▓▓ |
| 3/04/08 | BJW | .50 | Review and respond to e-mails from Mr. Snyder re: ▓▓▓▓▓▓ |
| 3/12/08 | BJW | .75 | Review e-mails from Mr. Snyder, including ▓▓▓ review final report; exchange e-mails and ▓▓▓▓ arrange for filing |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2600

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 194689
MAY 27, 2008

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 3/17/08 | BJW | .25 | Review exchange of e-mails re: ███████████ |
| 3/18/08 | DFM | .50 | Telephone conference with Court and e-mail to client re: ████ |
| 3/19/08 | DFM | .25 | Attendance at pretrial |
| 3/27/08 | BJW | .25 | Respond to e-mail from Mr. Snyder re: ████ |
| 3/31/08 | BJW | .75 | Search pleadings for ████████████ █████████ conference with Ms. Marx; review further exchange of e-mails; forward copy of filed complaint to Mr. Snyder |
| 3/31/08 | DFM | 1.00 | Review of ██████████████████ |
| 4/03/08 | DFM | .25 | E-mail to ████████ |
| 4/08/08 | BJW | .25 | Review e-mail from Mr. Snyder re: ████ ██████ |
| 4/09/08 | BJW | 1.25 | Draft unopposed motion to amend complaint; draft proposed order; e-mail same to Ms. Marx for review |
| 4/09/08 | JDJ | .50 | Attention to scheduling issue re: numerous case deadlines per Scheduling Order |
| 4/15/08 | DFM | .25 | E-mail to client |
| 4/22/08 | DFM | .50 | Review and filing of Amended Complaint |
| 4/23/08 | JDJ | .25 | Attention to scheduling issue re: deadline for opposing party to file answer in response to First Amended Complaint |

PROFESSIONAL SERVICES                                    1,736.25

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 197827
AUGUST 21, 2008

|  |  |  | Mr. Snyder; research and analysis ▮▮▮▮▮▮▮▮ |
|--|--|--|--|
|  |  |  | ▮▮▮▮▮▮▮▮▮ for Mr. Snyder; email to same |
| 7/31/08 | DFM | 1.25 | Telephone conference with Mr. Snyder re: ▮▮▮ |
|  |  |  | ▮▮▮▮▮▮▮▮ attendance at hearing; |
|  |  |  | discussion with Ms. Earley re: ▮▮▮▮▮▮ |
| 7/31/08 | KLE | 3.25 | Teleconference with Mr. Snyder and Ms. Marx; |

PROFESSIONAL SERVICES                                      2,030.50

SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Dianne F. Marx | 2.95 | 265.00 | 781.75 |
| Katherine L. Early | 5.75 | 175.00 | 1,006.25 |
| Betty J. White | 1.50 | 140.00 | 210.00 |
| Joan D. Jackson | .25 | 130.00 | 32.50 |
|  | 10.45 |  | 2,030.50 |

PLAINTIFF'S TRIAL EXHIBIT                                     PX-506-023

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  198581
SEPTEMBER 15, 2008

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 8/08/08 | JDJ | .50 | Attention to scheduling issue re: numerous Depositions |
| 8/13/08 | DFM | 1.00 | Review of e-mails; research ▮▮▮▮ telephone conference with Attorney Snyder re: ▮▮▮ |
| 8/13/08 | KLE | .50 | Teleconference with Mr. Snyder; same with Ms. Marx re: ▮▮▮ |
| 8/14/08 | BJW | .25 | Review e-mails re: ▮▮▮▮▮▮ |
| 8/14/08 | KLE | 4.25 | Email to and from Mr. Snyder re: ▮▮▮▮; research issues re: ▮▮▮▮; prepare lengthy email to Mr. Snyder and Ms. Marx re: ▮▮▮▮ email lengthy response to Mr. Snyder's voicemail ▮▮▮ |
| 8/15/08 | BJW | .25 | Telephone conference with Mr. Snyder re: ▮▮▮ |
| 8/15/08 | DFM | .50 | Review of research ▮▮▮ |
| 8/15/08 | KLE | .50 | Teleconference with Mr. Snyder ▮▮▮ |
| 8/18/08 | BJW | .25 | Conference with Ms. Early re: ▮▮▮ |
| 8/18/08 | KLE | 6.50 | Prepare ▮▮▮▮▮s; ▮▮▮▮ prepare motion for leave to file under seal; prepare order re: same |
| 8/20/08 | KLE | .50 | Teleconference with Mr. Snyder; ▮▮▮ |
| 8/21/08 | BJW | .25 | Respond to inquiry from Mr. Snyder re: ▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-027

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1300 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 198581
SEPTEMBER 15, 2008

|  |  |  |  |
|---|---|---|---|
|  |  |  | ███████ call from Mr. Snyder re: ██████ |
| 8/21/08 | DFM | .50 | Research re: ███████████████████████ meeting with Ms. Early re: same |
| 8/21/08 | KLE | 1.75 | Teleconference with Mr. Snyder; attention to emails from Mr. Snyder; analysis of ██████ ████████████████ with Ms. Marx; prepare motion and proposed order; attention to filing of same |
| 8/22/08 | BJW | .25 | Conference with Ms. Early re: ████████ ██████████████████████████ |
| 8/22/08 | DFM | .50 | Research re: ████████████████████████ |
| 8/22/08 | KLE | .75 | Attention to emails from Mr. Snyder ████████; teleconference with same |
| 8/24/08 | KLE | 2.00 | Prepare ██████████████████████ Mr. Snyder and to ████████████████████ ████████████████████ |
| 8/25/08 | BJW | 3.75 | Review e-mails from Ms. Early and Mr. Snyder, including ████████████████████████, ███████████████████████; conference with Ms. Early; ████████████████████ other exhibits to motion for sanctions; arrange for filing under seal; attention to deposition transcripts; arrange for filing of Mr. Meleone's deposition under seal; call to Judge Merz's courtroom deputy re: procedure for requesting hearing on motion; exchange e-mails with Mr. Snyder; draft notice of filing deposition; conference re: ██████████████; serve upon opposing counsel via e-mail |
| 8/25/08 | DFM | 1.50 | Review of e-mails, motions and edits of same; |

PLAINTIFF'S TRIAL EXHIBIT

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 199352
OCTOBER 22, 2008

|  |  |  |  |
|---|---|---|---|
|  |  |  | email re: same to Mr. Snyder |
| 9/05/08 | ETG | 4.00 | Emails with Ms. Early and Ms. White re: ▮▮▮ emails with Ms. Early and Ms. White ▮▮▮; meet with Ms. White re: ▮▮▮ draft subpoenas for utility companies ▮▮▮; draft exhibit A definitions re:▮▮▮ review Motion for Leave for exhibits to attach; meet with Ms. White ▮▮▮ email to Ms. White and Ms. Early ▮▮▮ |
| 9/05/08 | KLE | 1.75 | Emails to and from Ms. Marx and Mr. Snyder re: ▮▮▮ prepare same; email to Mr. Snyder re: ▮▮▮ |
| 9/08/08 | BJW | .50 | Review and respond to e-mails from Mr. Snyder, including ▮▮▮ and forwarding ▮▮▮; ▮▮▮ |
| 9/10/08 | BJW | .25 | Review third request for production of documents served upon LaSalle Bank |
| 9/11/08 | JDJ | .25 | Attention to scheduling issue re: deadline for opposing party to file Memorandum in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint |
| 9/11/08 | KLE | 1.00 | Teleconferences with Mr. Snyder re: ▮▮▮ |
| 9/12/08 | DFM | 2.00 | Edit of ▮▮▮ |
| 9/12/08 | JDJ | .25 | Attention to scheduling issue re: Plaintiff's deadline to file Memorandum in Opposition to |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 199352
OCTOBER 22, 2008

|  |  |  | Defendant's Request for Extension of Time to file Expert Reports |
|---|---|---|---|
| 9/12/08 | KLE | 3.00 | Prepare ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇s ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇t; prepare separate motion for seven day extension of same dates; teleconferences with Mr. Snyder ▇▇▇▇▇ attention to filing of same; leave voicemail for court to obtain teleconference with all counsel |
| 9/13/08 | JDJ | .25 | Attention to scheduling issue re: deadline to file Memorandum in Opposition to Defendant's Motion to Continue the Expert Witness Disclosure Dates |
| 9/14/08 | DFM | 1.00 | Review of and draft of various e-mails re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 9/15/08 | BJW | .75 | Review e-mails from Mr. Snyder re: ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; send e-mails confirming response times; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 9/15/08 | DFM | .50 | Review of status re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 9/15/08 | KLE | .75 | Teleconference with court and counsel; emails to and from Mr. Snyder re: ▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇ |
| 9/16/08 | BJW | 1.25 | Review further e-mails from Mr. Snyder; review scheduling order re: expert witness disclosure; review ▇▇▇▇▇▇▇▇▇▇▇▇ conference ▇▇▇▇▇▇, review ▇▇▇▇▇▇▇▇▇▇▇▇; review additional e-mails re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇n |
| 9/16/08 | DFM | .50 | Review of e-mails and status of discovery issues |

PLAINTIFF'S TRIAL EXHIBIT

# ˉBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PN: 937-222-2500

FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 199352
OCTOBER 22, 2008

| | | | |
|---|---|---|---|
| 9/25/08 | BJW | 2.25 | Review e-mails from Mr. Snyder including ██████ ████████████e; prepare binder of key case materials, including scheduling orders, protective order, and discovery responses; meet with Ms. Gerson re: ██████████████████████; ████ ████ ████ ██████████████████ |
| 9/25/08 | ETG | .50 | Meet with Ms. White re: ██████████ |
| 9/25/08 | KLE | .25 | Teleconference with Mr. Snyder re: deadlines |
| 9/26/08 | JDJ | .25 | Attention to scheduling issue re: deadline to file Reply Memorandum in response to Defendant's Memorandum in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint |
| 9/27/08 | KLE | 4.50 | Prepare reply memorandum to motion for sanctions |
| 9/28/08 | KLE | .75 | Prepare reply memorandum to motion for sanctions |
| 9/29/08 | BJW | .25 | Attention to ██████████████████████████ ████████████████████████████ |
| 9/29/08 | DFM | .50 | Research re: ████████████████████ ████ |
| 9/29/08 | ETG | 3.00 | Review second amended complaint for ██████ ████████████████s; edit draft ██████████ |
| 9/29/08 | KLE | 5.00 | Prepare reply memorandum to motion for sanctions |
| 9/30/08 | BJW | 1.75 | Review and respond to e-mail from Mr. Snyder re: ████████████; draft joint motion to extend deadline for lay witness disclosures; draft agreed order; coordinate approval and filing of motion; send proposed order via e-mail to Judge Merz's chambers; respond to request from Mr. Snyder for copy of memorandum in opposition to motion; review and process affidavit from New York process server re: ████████████████████ ██ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-037

# :BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 200060
NOVEMBER 25, 2008

| | | | |
|---|---|---|---|
| 10/06/08 | BJW | .50 | Review exchange of e-mails with Mr. Snyder; review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓s; review Morgan Stanley's responses and objections to subpoena |
| 10/06/08 | DFM | 1.00 | Review of e-mails re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 10/06/08 | KLE | .25 | Attention to and response to emails from Mr. Snyder |
| 10/07/08 | BJW | .50 | Review e-mails from Mr. Snyder, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; send e-mail clarifying reason for LaSalle's refiling of same |
| 10/08/08 | BJW | .50 | Review e-mails from Mr. Snyder re: ▓▓▓▓▓▓ update list of case deadlines; e-mail exchange with Mr. Snyder ▓▓▓▓▓▓ |
| 10/09/08 | BJW | .25 | Review exchange of e-mails and filings made by LaSalle Bank, including motion for leave to amend witness list and notice of readiness to file sur-reply |
| 10/14/08 | BJW | .75 | Review e-mails and correspondence re: ▓▓▓▓▓▓▓; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; respond to request from Mr. Snyder for ▓▓▓▓▓▓▓▓▓▓ |
| 10/14/08 | JDJ | .25 | Attention to scheduling issue re: deadline for opposing party to file Reply Memorandum in response to Opposition to Motion for Leave to File Sur-Reply |
| 10/14/08 | KLE | .50 | Attention to emails re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; email same to Mr. Snyder |
| 10/15/08 | BJW | .75 | Review response to Ms. Fuhrer re: ▓▓▓▓▓▓▓ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-042

# :BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 200060
NOVEMBER 25, 2008

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | Dayton Power & Light Company; finalize subpoena; ▓▓▓▓▓▓y; e-mail to Mr. Snyder forwarding ▓▓▓▓▓▓ r▓▓▓▓▓ M▓▓▓▓▓▓ arrange for signature and for pickup by process server |
| 10/28/08 | BJW | 1.50 | Review letter from Mr. Snyder to opposing counsel re: ▓▓▓▓▓▓s; ▓▓▓▓▓▓ ▓le; ▓▓▓▓▓el r▓▓▓ ▓▓to ▓▓▓▓▓▓y; send e-mail to Mr. Snyder ▓▓▓▓▓▓ a▓▓▓▓▓▓; attention to LaSalle's discovery responses |
| 10/28/08 | JDJ | .25 | Attention to ▓▓▓▓▓▓ R▓▓▓▓▓▓ to produce records per Subpoena ' |
| 10/28/08 | KLE | 1.00 | Telephone conference with Mr. Snyder; email to trial team re: ▓▓▓▓▓▓ ▓▓▓▓▓▓ |
| 10/29/08 | BJW | .25 | Attention to request from opposing counsel for copies of any electricity records obtained via subpoena; review e-mail and correspondence requesting change in confidentiality levels of protective order |
| 10/29/08 | KLE | 1.00 | Teleconference with Court and counsel; ▓▓▓▓▓▓ ▓▓▓▓▓▓ attention to deadlines; research re: ▓▓▓▓▓▓ ▓▓▓▓▓▓ for Mr. Snyder; analysis of protective order and deadline issues with Ms. Marx; emails to and from Mr. Snyder |
| 10/30/08 | BJW | .25 | Review order re: sanctions |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-044

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 200749
DECEMBER 30, 2008

11/25/08   DFM   .50   Review and edit of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

11/25/08   KLE   .50   Attend teleconference with counsel and Court re:
discovery dispute over emails produced by LaSalle
after depositions

PROFESSIONAL SERVICES                                    6,523.75

SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Robert G. Hanseman | .50 | 225.00 | 112.50 |
| Dianne F. Marx | 1.00 | 265.00 | 265.00 |
| Katherine L. Early | 13.00 | 185.00 | 2,405.00 |
| Betty J. White | 17.75 | 145.00 | 2,573.75 |
| Joan D. Jackson | .50 | 135.00 | 67.50 |
| Eileen T. Gerson | 10.00 | 110.00 | 1,100.00 |
|  | 42.75 |  | 6,523.75 |

PLAINTIFF'S TRIAL EXHIBIT

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 201411
JANUARY 31, 2009

| | | | |
|---|---|---|---|
| | | | deadlines |
| 12/02/08 | DFM | .25 | Review of e-mails from Attorney Snyder re: ███████████████████████d e-mail re: same |
| 12/02/08 | ETG | 2.00 | Continue preparation of subpoena duces tecum ████████████████; continue preparation of deposition notices for Mr. Cooper, Ms. Reimann, Mr. Abshier and Mr.████████████████████████████ |
| 12/02/08 | KLE | .50 | Attention to emails from Mr. Snyder; teleconference with Judge Merz's chambers re: discovery dispute preferences |
| 2/03/08 | BJW | 1.75 | Review e-mails re: ██████████████████████ review motion for admission of lawyers pro hac vice from Bank of America's NY law firm; ███████ ███████████████████████████████ call from process server re: Mr. Cooper; exchange e-mails with Mr. Snyder re: ██████████████████████ ██████████████████, including depositions; attention to withdrawal of motion; further exchange of e-mails ███████████████ |
| 12/03/08 | DFM | .25 | Review of e-mails re: various discovery issues |
| 12/03/08 | ETG | 1.00 | Continue ███████████████████████████ continue preparation of deposition notices for Mr. Cooper, Ms. Reimann, and Mr. Abshier |
| 12/04/08 | BJW | 1.50 | Review and exchange further e-mails re: ██████████ review affidavit and dates for discovery requests and responses; ████████████ ████████████████████;conferences with Ms. |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 201411
JANUARY 31, 2009

| | | | |
|---|---|---|---|
| | | | Early re: ▓▓▓▓▓▓▓▓n; review motion and gather exhibits; serve notice of Reimann and Cooper depositions via e-mail and regular mail |
| 12/04/08 | KLE | 4.25 | Prepare motion to compel and motion to expedite same; emails re:same; teleconference with Mr. Snyder re: same; ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓; amendments to motions and prepare for filing |
| 12/05/08 | BJW | 3.00 | Review e-mails re: ▓▓▓▓▓▓▓▓▓▓▓▓; meet with Ms. Early and Ms. Gerson re: ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conference with ▓▓▓▓▓▓▓▓▓▓▓ re: deposition; draft notice of DP&L deposition and letter re: same; finalize deposition notices and subpoenas; review and exchange e-mails with Mr. Snyder; arrange for copies of Bates-labeled documents to accompany subpoena; review ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓; arrange for PDF copies of subpoenas; serve upon opposing counsel via e-mail and regular mail, including transmittal letter |
| 12/05/08 | ETG | 1.00 | Prepare 30(b)(6) deposition subpoena for LaSalle Bank National Association |
| 12/05/08 | KLE | 1.25 | Teleconference with Mr. Snyder re: ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓; analysis and assignment to prepare notices re: same to Ms. Gerson and Ms. White; analysis of same with Ms. White; attention to emails re: same |
| 12/08/08 | BJW | 2.50 | Review e-mails re: ▓▓▓▓▓▓▓▓s; finalize letter to Dayton Power and Light Company re: deposition subpoena; draft transmittal letter to opposing counsel re: subpoena; serve via e-mail and regular mail; arrange for personal service |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-058

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER

DAYTON, OHIO 45423

FED ID #31-1423760

MEMBER OF MERITAS

PH: 937-222-2500

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 201411
JANUARY 31, 2009

|          |     |      | upon Dayton Power and Light Company; draft deposition notice and subpoena for Mr. Hawkins; e-mail same to Mr. Snyder; serve copies via e-mail and regular mail; prepare transmittal letter to Mr. Hawkins; send e-mail and request witness fee check; ▮▮▮▮▮▮▮▮▮▮▮▮ |
|----------|-----|------|--------------------------------------------------------------------|
| 12/08/08 | DFM | .50  | Review of e-mails re: discovery issue and response re: same |
| 12/08/08 | KLE | 1.00 | Teleconference with Mr. Snyder; attention to emails; analysis of ▮▮▮▮▮▮▮▮▮▮▮ |
| 2/09/08  | BJW | 2.00 | Exchange e-mails re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review additional e-mails re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; prepare proof of service; draft notice of deposition and subpoena for Ms. Hopper; e-mail to Mr. Snyder for approval; send service copies to counsel of record via e-mail |
| 12/09/08 | JDJ | .25  | Attention to scheduling issue re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 12/09/08 | KLE | 1.00 | Teleconferences with Court to check on status of scheduling a teleconference; teleconferences with Mr. Snyder re: ▮▮▮▮▮▮▮▮▮▮ |
| 12/10/08 | BJW | 2.75 | Review e-mail and ▮▮▮▮▮▮▮▮▮▮▮ draft document subpoena ▮▮▮▮▮▮▮▮▮▮▮ send draft to Mr. Snyder for approval; attention |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 201411
JANUARY 31, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | to ███████████████████████████; organize various subpoena-related materials; attention to witness fee check and transmittal letter re: ████████████████; attention to proof of service ███████████████████ subpoenas; arrangements for reporter and conference room for records deposition of DP&L; review e-mail re: upcoming deadlines; ████████ |
| 12/10/08 | KLE | 2.75 | Prepare for and participate in teleconference with Court; teleconference with Mr. Snyder; prepare reply to motion to compel |
| 2/11/08 | BJW | 3.25 | Respond to Mr. Snyder's e-mail re: ██████ ████████████████; finalize and attach ██████ ███████████████████ organize and review ██████ send follow up email to Mr. Snyder; review and update list of depositions and status of document subpoenas; review and organize materials re: ██████████████████; send reminder to Mr. Snyder re: ████████████████; telephone conference with ████████████████████ Internet research to ██████████████ further e-mails; finalize subpoena and attachments; draft letter for Federal Express delivery of subpoena; draft service letter upon LaSalle's attorney; send via e-mail and regular mail |
| 12/11/08 | EDG | 4.50 | Research re: █████████████████████ |
| 12/11/08 | KLE | 2.50 | Prepare reply in support of motion to compel; research and analysis ██████████████; assignment of further research into same to Mr. Geiger |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937 222-2500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 201411
JANUARY 31, 2009

| | | | |
|---|---|---|---|
| 12/16/08 | KLE | .50 | Attention to preparation of notice of filing of notarized affidavit; email to Mr. Snyder re: █████ |
| 12/17/08 | BJW | .50 | Review e-mails and attachments from Mr. Snyder re: █████ |
| 12/18/08 | BJW | 1.75 | Review e-mails re: █████████████████████; conferences re: same; telephone conference with DP&L counsel re: █████████; █████████████████d; organize materials and draft notice of depositions for remaining records custodians; review draft affidavit; review additional e-mails re: discovery dispute |
| 12/18/08 | KLE | 1.00 | Analysis of Defendant's filings re: █████████; emails to and from Mr. Snyder re: ████████ teleconferences with Mr. Kiefaber re: DPL affidavit; analysis of affidavit; email same to counsel; ███████████████████ |
| 12/19/08 | BJW | 3.25 | Conferences with Ms. Early re: █████████████ ████████████████████; review ████████████████████; conferences re: same; continue work on notice of records depositions; e-mail notice to Mr. Snyder; telephone conference with Mr. Snyder and Ms. Early; further revisions to notice and e-mail same to Mr. Snyder |
| 12/19/08 | KLE | 2.75 | Emails to and from Mr. Kiefaber re: status of DPL deposition; analysis of preparation for same with Ms. White; analysis of motion to quash; analysis of same with Mr. Snyder; █████████████████████ with Mr. Snyder |
| 12/20/08 | BJW | 5.00 | Conferences with Ms. Early; ██████████ |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 201411
JANUARY 31, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | label exhibits for deposition; review DP&L's motion to quash subpoena; review and revise draft of memorandum in opposition; draft affidavit of counsel and affidavit of paralegal re: same; gather and label exhibits to affidavit of counsel; review and organize materials re: documents to be authenticated via depositions or certifications; review and organize materials to update case calendar |
| 12/20/08 | JDJ | .25 | Attention to scheduling issue re: deadline to file Reply Memorandum in response to Defendant LaSalle Bank's Response to Plaintiff's Motion to Compel Production of Property Condition Assessment Guidelines and Request for Related Sanctions and Cross-Motion for Costs |
| 12/20/08 | KLE | 1.50 | Prepare memorandum in opposition to Motion to Quash DPL subpoena |
| 12/21/08 | DFM | 1.00 | Review of emails re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; discussion with Ms. Early re: same |
| 12/21/08 | KLE | .50 | Prepare memorandum in opposition to motion to quash; review affidavits in support of same; email all to Mr. Snyder and Ms. Marx with comments |
| 12/22/08 | BJW | 8.00 | Review e-mails and order re: DP&L's motion to quash subpoena; conferences re: same; ▮▮▮▮▮▮▮▮ |
|  |  |  | exchange e-mails and review various documents to be attached to subpoenas; telephone conferences with court reporting firms and process servers re: various depositions; ▮▮▮▮▮▮▮▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-063

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 201411
JANUARY 31, 2009

| Date | | | |
|------|------|------|---|
| 12/24/08 | MSD | .50 | Attention to scheduling issues re: opposing party's deadline to file its objections to Plaintiff's proposed affidavit; defendant's production of documents |
| 12/26/08 | KLE | .25 | Respond to email from ▮▮▮▮▮▮▮ |
| 12/29/08 | BJW | .50 | Call from New York process server; review and exchange e-mails re: contact by Central Maine Power Company in response to subpoena |
| 12/29/08 | DFM | .50 | Review of e-mails; meeting with Ms. Early re: ▮▮▮▮▮ |
| 12/29/08 | ETG | .25 | Email to Mr. Snyder re: ▮▮▮▮ |
| 12/29/08 | KLE | 3.50 | Analysis of ▮▮▮▮▮▮▮ and ▮▮▮▮ teleconferences with Mr. Snyder; attention to letter ▮▮▮▮▮▮▮; research other ▮▮▮▮▮▮▮ prepare motion for summary judgment; attention to subpoena issues |
| 12/29/08 | MSD | .25 | Attention to scheduling issues re: revise docket entry re: two week trial |
| 12/30/08 | BJW | 1.50 | Conference with Ms. Early re: ▮▮▮▮ telephone conference with New Mexico process server; e-mails to Mr. Snyder re: ▮▮▮ ▮▮▮▮▮▮▮, exchange e-mails with reporting firm re: deposition cancellations; review various e-mails re: discovery disputes |
| 12/30/08 | ETG | .50 | Prepare ▮▮▮▮▮ |
| 12/30/08 | KLE | .50 | Attention to voicemail from Mr. Snyder; attention to various emails to and from counsel; analysis ▮▮▮▮▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT                                          PX-506-065

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 201411
JANUARY 31, 2009

| | | | |
|---|---|---|---|
| 12/30/08 | MSD | 1.25 | Attention to docketing scheduling issues re: depositions re: Forum Mortgage Advisors LLC; Morgan Stanley & Co.; Trepp LLC; Central Maine Power Co.; memorandum in opposition re: Defendant's Objection to Proposed Affidavit of Dayton Power and Light Co. and Suggested Revisions to Same |
| 12/31/08 | BJW | 3.50 | Review e-mails re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇; draft amended notice of LaSalle Bank deposition; telephone conference with Mr. Snyder, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, and service via e-mail and regular mail; attention to deposition schedule, including securing conference room in Maine, and various telephone calls and e-mails re: potential cancellation and/or rescheduling; conferences and e-mails re: status of depositions; letter to New York process server enclosing supplemental service fee; attention to returns of service by process servers |
| 12/31/08 | KLE | 7.00 | Prepare ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ begin work on ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ attend to deposition scheduling issues; analysis of same with Ms. White and Ms. Marx; teleconference with Mr. Vogt; teleconference re: same with Mr. Snyder; teleconference with Mr. Hedley all re: same |

PROFESSIONAL SERVICES                                    16,855.00

PLAINTIFF'S TRIAL EXHIBIT

# ˉBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202230
FEBRUARY 19, 2009

|          |     |      | various deposition files |
| -------- | --- | ---- | ------------------------ |
| 1/05/09  | CMC | .25  | Discuss use of Summation and processing of electronic documents with Ms. Gerson |
| 1/05/09  | DFM | .25  | Review of Court decision re: DP&L and discussion |
| 1/05/09  | ETG | .75  | Prepare documents for certification, |
| 1/05/09  | KLE | 1.00 | Analysis of ruling on DPL subpoena; teleconference with Mr. Snyder ▮▮▮▮ email to counsel rescheduling same; teleconference with Mr. Snyder re: ▮▮▮▮ email to counsel re: same; email to Mr. Vogt re: same; leave voicemail for Mr. Hevey re: same |
| 1/05/09  | PLC | 2.75 | Conversation with Ms. Gerson re: ▮▮▮▮ ▮▮▮▮ telephone conversation with ▮▮▮▮ ; telephone conversation with ▮▮▮▮ ; telephone conversation with ▮▮▮▮ ; attempts to contact ▮▮▮▮ ; leave voice mail for Mr. Monteith with City of Biddeford re: ▮▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

# ˉBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202230
FEBRUARY 19, 2009

| | | | |
|---|---|---|---|
| 1/07/09 | ETG | .25 | Emails and from Ms. Clemons re: ▓▓▓▓▓▓▓ |
| | | | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 1/07/09 | KLE | .50 | Attention to emails re: ▓▓▓▓▓▓▓ |
| | | | ▓▓▓ with Ms. Marx |
| 1/08/09 | CMC | 1.50 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| | | | determination for loading into Summation |
| 1/08/09 | ETG | .25 | Review email from Ms. Clemons re: |
| | | | ▓▓▓▓▓▓▓; email to Ms. White re: same |
| 1/08/09 | KLE | 4.50 | Prepare ▓▓▓▓▓▓▓▓▓▓▓ |
| | | | ▓▓▓▓▓▓t; send same to Mr. Snyder; |
| 1/09/09 | BJW | 1.25 | Review e-mails re: ▓▓▓▓▓▓▓▓ |
| | | | ▓▓▓▓▓▓▓▓▓▓▓n; conferences re: |
| | | | ▓▓▓▓▓▓▓▓▓▓▓ review e-mails re: |
| | | | ▓▓▓▓▓▓▓▓▓; organize case |
| | | | materials |
| 1/09/09 | KLE | 1.00 | Attention to emails re: ▓▓▓▓▓▓▓; |
| | | | teleconference with Mr. Snyder re: ▓▓▓▓ |
| 1/09/09 | PLC | .75 | Telephone conversation with Mr. Monteith with |
| | | | City of Biddeford re: ▓▓▓▓▓▓▓▓▓ |
| | | | ▓▓▓▓▓▓▓▓▓; leave voice mail for Mr. |
| | | | Fecteau with City of Biddeford re: ▓▓▓▓▓ |
| | | | ▓▓▓▓▓▓▓▓; update |
| | | | chart with additional information re: same; |
| | | | conversation with Ms. Gerson re: same |
| 1/10/09 | KLE | 3.00 | Prepare motion for summary judgment |
| 1/11/09 | CMC | .50 | Create Summation database |
| 1/11/09 | ETG | .25 | Emails to and from Mr. Snyder, Ms. Early and Ms. |
| | | | Marx re: ▓▓▓▓▓▓▓▓▓▓ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-073

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202230
FEBRUARY 19, 2009

| Date | Initials | Hours | Description |
|---|---|---|---|
| 1/11/09 | KLE | 11.00 | Prepare motion for summary judgment |
| 1/12/09 | BJW | 6.00 | Conferences with Ms. Marx; review e-mails re: ███████████ ████ ████ ██████████ ███████ ████████ ███████; review addendum to scheduling orders and other deadlines; draft updated case schedule, including deadlines from Southern District General Order on pretrial and trial procedures; e-mail case schedule to litigation team; review and revise draft motion for show cause order; review further changes to motion and affidavit; attention to ██████████████████ ████████ update binder of key case management documents; draft e-mail re: estimate of costs for processing documents as TIFF images for Summation and Sanction databases; follow-up e-mails re: same |
| 1/12/09 | DFM | .50 | Review of e-mails and strategy re: ███████ ███████████ and Motion for Summary Judgment ████████ edit of ████████████ telephone conference with Court re: stipulations; e-mails to and from client re: ████████ |
| 1/12/09 | ETG | 1.00 | Load deposition transcripts into Summation |
| 1/12/09 | JK | .25 | Research re: ██████████████████ |
| 1/12/09 | KLE | 1.00 | Prepare ████████████████████████████ email same to Mr. Snyder |
| 1/12/09 | PLC | .50 | Process courier service request form for ████████ conversation with Mr. Kramer re: ████████ ████████████████████; telephone conversation with ███. ████ re: same |
| 1/13/09 | BJW | 3.00 | Review e-mails re: proposed stipulations and |

PLAINTIFF'S TRIAL EXHIBIT

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202230
FEBRUARY 19, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | motion to show cause; conferences with Ms. Early re: ███████ ████████ attention to ███████ ; further conference and attention to ███████ attention to signed version of stipulation |
| 1/13/09 | DFM | .50 | Review of e-mails; e-mails to and from Attorney Snyder re: ███ |
| 1/13/09 | ETG | .50 | Load deposition transcripts into Summation |
| 1/14/09 | BJW | 2.75 | Conferences with Ms. Early re: ███████ arrange for copies; review documents ███████ ; review e-mails re: ███████ d; further conference in preparation for DP&L deposition; attend deposition and follow-up conference call with Mr. Snyder; review ███████ ; gather exhibits |
| 1/14/09 | DFM | .50 | Review of e-mails; e-mails to Attorney Snyder re: ███████ including ███ |
| 1/14/09 | ETG | .50 | Load deposition transcripts into Summation |
| 1/14/09 | JAD | .25 | Conference with Ms. Early re: ███ |
| 1/14/09 | KLE | 1.50 | Teleconference with Ms. Union re: deposition; analysis of information ███████ with Ms. White; prepare for and take deposition of Ms. Olon |
| 1/14/09 | PLC | .50 | Conversation with Ms. Gerson re: ███████ ; telephone conversation with ███████ conversation with ███████ |
| 1/15/09 | BJW | 4.50 | Review e-mails from Mr. Snyder re: ███ |

PLAINTIFF'S TRIAL EXHIBIT

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

FED ID #31-1423760
MEMBER OF MERITAS
WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202230
FEBRUARY 19, 2009

provided to Judge Merz in a supplemental filing; review e-mails re: ██████████████, and ██████████████; update case schedule; distribute same; organize deposition files; conference with Ms. Marx re: ████████ ██████████████ attention to calendars; e-mail to Mr. Snyder re: proposed time for call; conferences with Ms. Marx re: ████████ ████████ review stipulated protective order; draft motion to file document under seal; draft notice of filing document under seal and cover sheet for anticipated filing of document designated as confidential; conferences with Ms. Marx

| Date | Initials | Hours | Description |
|---|---|---|---|
| 1/15/09 | DFM | 3.00 | Draft and edit of ██████████████ review of ██████████████ and e-mail re: same; brief telephone conference with Attorney Snyder; discussion with Ms. White re: ████████ ██████████████ |
| 1/15/09 | KLE | .50 | Attention to emails re: ██████████████ |
| 1/15/09 | PLC | 1.00 | Telephone conversation with ██████████████ re: ████████████████████; prepare correspondence to ██████████████ conversation with ██████████; update chart containing re: same |
| 1/16/09 | BJW | 1.25 | Attention to Defendant's motion to exceed page limits; update case schedule, including deadlines |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-076

# ˉBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202230
FEBRUARY 19, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | for motions to exceed page limits on memorandum in opposition and reply memo; conference re: order denying motions to exceed page limits; conference call with Mr. Snyder; draft joint motion to exceed page limits re: summary judgment motions; attention to DP&L deposition transcript and exhibits |
| 1/16/09 | KLE | .75 | Attention to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ |
| 1/19/09 | BJW | 1.50 | Conferences with Ms. Early; review and respond to e-mails re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ further conferences with Ms. Early re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review further e-mails re: ▮▮▮▮▮▮▮▮▮ |
| 1/19/09 | ETG | .50 | Followup phone calls to courts re: ▮▮▮▮▮ ▮▮▮▮▮ |
| 1/19/09 | JDJ | .50 | Attention to scheduling issue re: updated case deadlines per Addendum to Scheduling Order |
| 1/19/09 | KLE | 4.50 | Analysis of emails re: ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ research and analysis of case law for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮t; prepare motion for summary judgment |
| 1/20/09 | BJW | 8.75 | Conferences with Ms. Early re: summary judgment motions; review exchange of e-mails re: ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮e; coordinate work re: ▮▮▮▮▮▮▮▮▮▮▮▮▮ review and exchange further e-mails re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ begin review of ▮▮▮▮▮▮▮▮▮▮▮▮; review transcripts to identify ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ a▮▮▮▮▮▮▮ insert additional cites, including |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-077

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202230
FEBRUARY 19, 2009

|          |     |       |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
|----------|-----|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |       | s and other references; exchange e-mails re: ▮▮▮ review e-mails re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; conferences with Ms. Early; ▮▮▮▮▮▮▮▮▮▮▮                                                                                                                                                                                                                                                                                                                                                              |
| 1/20/09  | ETG | 2.00  | Prepare deposition transcripts for filing with Motion for Summary Judgment                                                                                                                                                                                                                                                                                                                                                                                                             |
| 1/20/09  | KLE | 15.50 | Prepare motion for summary judgment                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
| 1/21/09  | BJW | 5.25  | Review and exchange e-mails re: ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮; conferences with Ms. Early re: ▮▮▮ coordinate paralegal activities in preparation for court filings in support of motion; review deposition testimony ▮▮▮▮▮▮▮▮ and identify page cites for motion; arrange for filing of depositions; attention to confidential portions of ▮▮▮▮▮testimony; draft motion to file transcript under seal; arrange for filing; continue to review and respond to e-mails and coordinate filing of transcripts; attention to deposition exhibits |
| 1/21/09  | ETG | 12.50 | Prepare deposition transcripts and exhibits for filing with Motion for Summary Judgment                                                                                                                                                                                                                                                                                                                                                                                                |
| 1/21/09  | KLE | 12.00 | Prepare motion for summary judgment                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
| 1/21/09  | PLC | 9.50  | Conversation with Ms. Early re ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review deposition transcripts re; ▮▮▮▮▮▮▮▮▮▮▮ts; review and update deposition transcripts chart re: ▮▮▮; conversations with Ms. Gerson re ▮▮▮; conversation with Ms. Early re: ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮t; review Plaintiff's Motion for Partial Summary Judgment re: |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-078

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202230
FEBRUARY 19, 2009

cited in same;
review Plaintiff's Motion for Partial Summary
Judgment re:

prepare Exhibit C containing index of deposition
pages re: same; conversations with Ms. Early, Ms.
White, and Ms. Gerson

| Date | Initials | Hours | Description |
|---|---|---|---|
| 1/22/09 | BJW | 7.75 | Conferences with Ms. Early, Ms. Colegrove and Ms. Gerson re: ...aft Plaintiff's Supplemental Filing in Support of Deposition Transcripts; review docket sheets to cross-reference ...s; flag items for ...; review and approve revised ...; gather additional exhibits; arrange for scanning of various attachments; coordinate activities related to filings; review final draft of motion; ...; revise index of exhibits and transcript pages; assist with filings of transcripts under seal; ... |
| 1/22/09 | DFM | 1.00 | Review of Motion for Summary Judgment |
| 1/22/09 | ETG | 12.00 | Prepare deposition transcripts and exhibits for filing with Motion for Summary Judgment; prepare same for deposition transcripts to be filed under seal; review final Motion for Summary Judgment for inclusion of all deposition cites |
| 1/22/09 | KLE | 9.00 | Prepare motion for summary judgment |
| 1/22/09 | PLC | 5.75 | Review deposition transcript of Mr. Hawkins re: |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202230
FEBRUARY 19, 2009

| Date | Initials | Hours | Description |
|---|---|---|---|
| 1/24/09 | ETG | 2.00 | File documents received re: Motion for Summary Judgment |
| 1/26/09 | BJW | 1.75 | Review revised calendar of case deadlines; conferences re: ▮▮▮ received from Mr. Snyder and re: ▮▮▮ ▮▮▮ send e-mail re: same |
| 1/26/09 | DFM | 1.50 | Attention to ▮▮▮e and edit and review of same; e-mails to Attorney Snyder |
| 1/26/09 | ETG | .50 | Meet with ▮▮▮ re: ▮▮▮ |
| 1/26/09 | JDJ | .25 | Attention to scheduling issue re: deadline to file Memorandum in Opposition to Defendant LaSalle Bank's Motion for Summary Judgment |
| 1/26/09 | JK | 3.00 | Research ▮▮▮ as requested by Mr. Snyder; brief conference with Ms. Early re: same; email Ms. Early re: same |
| 1/26/09 | KLE | 1.50 | Testing of ▮▮▮e; email re: same to counsel; prepare▮▮▮ |
| 1/27/09 | BJW | .50 | Exchange e-mails re: ▮▮▮ review internal e-mails re: ▮▮▮ |
| 1/27/09 | DFM | .50 | Review of ▮▮▮ |
| 1/27/09 | KLE | .25 | Analysis of ▮▮▮ argument; email same to Mr. Snyder |
| 1/28/09 | BJW | .50 | Review e-mails re: ▮▮▮ motions in limine |
| 1/28/09 | DFM | 3.50 | Review of LaSalle Bank's motion for summary |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202230
FEBRUARY 19, 2009

|  |  |  | judgment, Abshier motion in limine issues; analysis and research issues for ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ timetable of filing motions to exclude |
|---|---|---|---|
| 1/28/09 | ETG | 2.00 | Prepare copies of ▮▮▮▮▮▮ |
| 1/28/09 | KLE | 2.75 | Emails to and from counsel re: filings and action plan; research ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 1/29/09 | BJW | 2.50 | Review ▮▮▮▮▮▮▮▮▮▮▮; revise ▮▮▮▮▮ ▮▮▮▮▮▮; conferences re: same; ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ update case schedule; review e-mails re: amended filings |
| 1/29/09 | DFM | 1.50 | Review of ▮▮▮▮▮▮▮▮ |
| 1/29/09 | ETG | 2.00 | Prepare copies of ▮▮▮▮▮ |
| 1/29/09 | JK | 1.50 | Research case law for ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮; revise same |
| 1/29/09 | KLE | 2.00 | Prepare ▮▮▮▮▮▮▮▮▮▮; attention to emails re: motions in limine |
| 1/30/09 | DFM | 5.00 | Review of entire deposition of ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ to detail specific topics to ▮▮▮▮▮; analysis of same; edit of motion and e-mail to client |
| 1/30/09 | ETG | 4.00 | Prepare copies of ▮▮▮▮▮ |
| 1/30/09 | JDJ | .25 | Attention to scheduling issue re: deadline for opposing party to file Memorandum in Opposition to Plaintiff's Motion for an Order that Defendant Show Cause Why it Should not be Held in Contempt of Court for Destruction of Expert Witness Notes and Request for Related Sanctions |
| 1/30/09 | KLE | 1.00 | Prepare ▮▮▮▮▮▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

# ˉBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202975
MARCH 6, 2009

| Date | Init | Hours | Description |
|---|---|---|---|
| 2/03/09 | DFM | 2.00 | Draft and respond to various e-mails re: ███████ ████████ ███ ██████████ |
| 2/03/09 | JK | 1.25 | Research issue re: ████████████ █ |
| 2/03/09 | KLE | 8.00 | Analysis of Defendant's motions in limine; teleconference with Mr. Snyder re: ████████ █████████ |
| 2/04/09 | BJW | 4.50 | Review e-mails, including list of research topics; organize disks and DVDs; update chart of deposition transcripts, including location of electronic copies, filing dates, and videos received; update binder of key documents and filings, including contents of various CDs and recent motions |
| 2/04/09 | DFM | 2.50 | Motion in limine research; review of e-mails and ███████████████████████████████████ |
| 2/04/09 | JK | 5.00 | Research ██████████████████████████████ draft memorandum to Ms. Marx re: same; review lists from Mr. Snyder re: ████████████ ██████ █████████ █████████ █████ and re: ████████████████; conference with Ms. Marx re: ██████████████████████; revise ████████████ email same to Mr. Snyder |
| 2/05/09 | BJW | .25 | Conference with Ms. Marx re: ████████ ████████████ |
| 2/05/09 | DFM | 2.50 | Research re: ███████████████; review and respond to various e-mails; research re: ████ ████████ |

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202975
MARCH 6, 2009

| Date | Atty | Hours | Description |
|---|---|---|---|
| 2/05/09 | JK | 8.00 | Revise Motion for Leave to File Supplement Identification of Lay Witnesses; research ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ emails with Mr. Snyder re: same; research various issues re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ identified by Mr. Snyder |
| 2/05/09 | KLE | .50 | Analysis of issues for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with Ms. Marx and Ms. Kimes; email certain case law to same |
| 2/06/09 | BJW | .25 | Process signature page and errata re: expert witness deposition |
| 2/06/09 | DFM | 3.00 | Review of relevant case law; ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2/06/09 | JK | 8.50 | Continue researching issues identified by Mr. Snyder for purposes of ▮▮▮▮▮▮▮▮▮▮▮▮; begin researching issues identified by Mr. Snyder for purposes of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; conference with Ms. Marx re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2/07/09 | DFM | 5.00 | Draft and edit of ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2/07/09 | JDJ | .25 | Attention to scheduling issue re: deadline for opposing party to file Memorandum in Opposition to Plaintiff's Motion for Leave to Supplement its Identification of Lay Witnesses |
| 2/07/09 | KLE | .25 | Attention to emails to and from Mr. Snyder re: research for ▮▮▮▮▮ |
| 2/08/09 | JK | 7.00 | Continue research re: ▮▮▮▮▮ identified by Mr. Snyder re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; email same to Mr. Snyder; respond to emails from Mr. Snyder re: same; begin |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202975
MARCH 6, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | research re: ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 2/09/09 | BJW | 2.00 | Review e-mails re: motions and drafting points; identify deposition testimony from various witnesses re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇; conferences with Ms. Marx re: same; exchange e-mails with Mr. Snyder re: ▇▇▇▇▇ ▇▇▇▇▇▇▇▇ |
| 2/09/09 | DFM | 5.20 | Edit and redraft of ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇e; review and respond to various research issues, e-mails and ▇▇▇▇ ▇▇▇s |
| 2/09/09 | ETG | .25 | Meet with Ms. White re: case status |
| 2/09/09 | JK | 7.00 | Continue research issues related to LaSalle's ▇▇▇▇▇▇▇▇▇▇; exchange email with Mr. Snyder re: same; research ▇▇▇▇▇▇▇▇▇▇▇▇▇ conferences with Ms. Early and Ms. Marx re: same; draft portion of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 2/10/09 | BJW | 5.25 | Forward ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ per request of Mr. Snyder; conferences re: ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇ motion; begin review of ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇; review transcripts, pleadings, and exhibits and insert relevant cites; further conferences re: same; follow up re: quality check on synched video depositions |
| 2/10/09 | DFM | 3.50 | Review of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇ summary judgment ▇▇▇▇▇▇▇▇ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-089

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202975
MARCH 6, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | ▓▓▓ review of e-mails and respond to same; review of depositions in conjunction with various filings |
| 2/10/09 | ETG | .50 | Meet with Ms. White re: ▓▓▓▓▓ ; meet with Ms. Kimes re: ▓▓▓▓ |
| 2/10/09 | JK | 7.50 | Draft portion of ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓; research case law cited by LaSalle re: ▓▓▓▓▓▓ review ▓▓▓▓ ▓▓▓▓▓ additional research re: ▓ ▓▓▓▓▓▓▓▓; email Mr. Snyder re: same; conferences with Ms. White re: ▓▓▓▓ |
| 2/11/09 | BJW | 2.00 | Conferences re: ▓▓▓▓▓ ; review e-mails re: same; draft ▓▓▓▓▓▓▓▓▓; conference re: same; exchange e-mails with Ms. Union; arrange for filing of joint motion; conference with Ms. Gerson re: ▓▓▓▓▓ ▓▓▓▓▓ |
| 2/11/09 | DFM | 5.25 | Research, redraft and editing re: ▓▓▓▓ ▓▓▓▓ re: same |
| 2/11/09 | ETG | 6.00 | Meet with Ms. White re: cite checking of MIO to MSJ and MILs; prepare exhibits and deposition |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-090

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202975
MARCH 6, 2009

|  |  |  | transcripts for filing with same |
|---|---|---|---|
| 2/11/09 | JK | .25 | Pull cases re: ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2/12/09 | DFM | 6.00 | ▮edraft and edit of ▮▮▮▮▮▮▮▮ ▮onsolid▮▮▮ ▮▮▮▮▮ion; review of ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ to confirm numerous cites and quotes; e-mails to and from client re:   same |
| 2/12/09 | ETG | 6.00 | Meet with Ms. Marx re: ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮; cite checking re:   same |
| 2/12/09 | JK | 4.50 | Conference with Ms. Marx re: a▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮; research same; provide revisions to ▮▮▮▮ re: same |
| 2/12/09 | KLE | .50 | Research various ▮▮▮▮▮▮▮▮▮▮ ▮▮▮; attention to emails re: status and scheduling |
| 2/13/09 | BJW | 4.25 | Review e-mails re: ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; conference with Ms. Gerson re:▮ ▮▮▮▮▮▮▮▮▮; exchange e-mails with Mr. Snyder re: ▮▮▮▮▮▮▮; review and revise ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ re: ▮▮▮▮▮▮▮▮▮ ▮▮▮ |
| 2/13/09 | DFM | 6.25 | E-mails to and from Mr. Snyder re: ▮▮▮▮▮ ▮▮▮▮▮▮▮ |
| 2/13/09 | ETG | 3.00 | Cite checking of MIO to MSJ and MILs |
| 2/13/09 | JDJ | .25 | Attention to scheduling issue re: deadline to file Reply Memorandum in response to LaSalle Bank's Memorandum in Opposition to Plaintiff's |

# 'BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202975
MARCH 6, 2009

| | | | |
|---|---|---|---|
| | | | Motion for an Order to Show Cause |
| 2/13/09 | JK | .50 | Review emails re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓s; assist with revisions to various Memoranda in Opposition; conference with Ms. Marx re:▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2/15/09 | DFM | 2.00 | Review and edit ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2/15/09 | JK | 2.50 | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for ▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓ brief conference with Ms. Marx re: same |
| 2/16/09 | BJW | 6.50 | Conferences re: ▓▓▓▓▓▓▓▓▓▓▓; further review and revision of cites in ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓; conference re: ▓▓▓▓▓▓ review testimony re: ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓; send e-mail to Mr. Snyder re: ▓▓▓▓ ▓▓▓▓▓, prepare ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, prepare ▓▓▓▓▓; forward ▓▓▓▓▓▓▓▓ to Ms. Marx |
| 2/16/09 | DFM | 2.50 | Draft of ▓▓▓▓▓▓▓▓er and finalizing of▓▓▓▓ |
| 2/16/09 | ETG | 2.00 | Prepare table of contents and table of authorities for MIO to MSJ |
| 2/17/09 | BJW | 6.00 | Update ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ continue work on ▓▓▓▓▓▓▓▓▓▓▓▓▓ conference call; conferences with Ms. Marx re: same; forward ▓▓▓▓▓▓▓ Mr. Snyder; prepare exhibits to memoranda in opposition to various motions, including ▓▓▓▓▓▓▓▓▓▓▓; further ▓▓▓▓▓▓▓▓▓▓▓▓, including footnotes; draft ▓▓▓▓▓▓▓▓▓▓; |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202975
MARCH 6, 2009

| Date | Init. | Hours | Description |
|---|---|---|---|
| 2/18/09 | JK | 4.00 | Review Defendant's Memoranda in Opposition to Consolidated Motion in Limine, Motion in Limine re: Topics and Evidence Encompassed By the Court's Order; Motion in Limine re: Abshier, and re: January 14, 2009 Motion to Show Cause; telephone conference with Ms. Marx, Mr. Snyder and Ms. White re: ▉▉▉▉▉▉▉▉ |
| 2/18/09 | KLE | 2.50 | Analysis of Defendant's memorandum in opposition to Plaintiff's motion for summary judgment; analysis of issues re: ▉▉▉▉▉▉▉▉ |
| 2/19/09 | BJW | 1.25 | Review exchange of e-mails re: ▉▉▉▉▉▉; conferences re: ▉▉▉▉▉▉; begin list of deposition exhibits; arrange for completion of same |
| 2/19/09 | DFM | 6.00 | Draft and edit of Reply to Consolidated Motion in Limine |
| 2/19/09 | ETG | 3.00 | ▉▉▉▉▉▉▉▉▉▉▉▉ |
| 2/19/09 | JK | 1.00 | Review Motion in Limine re: Topics and Evidence Encompassed by Court's October 30, 2008 Order; Review Order; Review Motion for Sanctions and Memorandum in Opposition |
| 2/19/09 | MSD | .50 | Research cases re: Reply to LaSalle Bank's Memorandum in Opposition to Plaintiff's Consolidated Motion in Limine |
| 2/20/09 | CMC | .25 | Discussion with Ms. Marx re ▉▉▉▉▉▉▉ |
| 2/20/09 | DFM | 5.00 | Draft and edit of Reply to Consolidated Motion in Limine; review of Final Pretrial Order changes; |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER

DAYTON, OHIO 45423

FED ID #31-1423760

PH: 937-222-2500

MEMBER OF MERITAS

FX: 937-222-6554

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 202975
MARCH 6, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | e-mail and telephone conference with Attorney Snyder ▬▬▬ |
| 2/20/09 | ETG | .50 | Obtain ▬▬▬▬▬▬ |
| 2/20/09 | JDJ | .50 | Attention to scheduling issue re: deadlines to file several Reply Memorandum in response to several Defendant's Memoranda in Opposition, and deadline for opposing party to file Reply Memorandum in response to several Plaintiff's Memoranda in Opposition |
| 2/20/09 | JK | 3.25 | Brief conferences with Ms. Early and Ms. Marx re: ▬▬▬▬▬ review Motion in Limine re: ▬▬▬▬▬▬▬▬▬▬▬ Court's . October 30, 2008 Order Entering Sanctions; review ▬▬▬▬▬▬▬▬▬; review Defendant's Memorandum in Opposition |
| 2/20/09 | JVG | 2.00 | Research and analyze Sixth Circuit caselaw re: ▬▬▬▬▬▬▬▬▬ |
| 2/20/09 | KLE | 3.00 | Research caselaw re: ▬▬▬▬▬▬▬▬▬▬▬▬ |
| 2/21/09 | DFM | 2.00 | Edit of Motion in Limine reply |
| 2/21/09 | JK | 1.50 | Finish drafting Reply in Support of Motion in Limine re: Topics and Evidence Encompassed by the Court's October 30, 2008 Order; ▬▬▬▬▬▬▬ |
| 2/22/09 | JK | .50 | Review and respond to email from Mr. Snyder re: ▬▬▬▬▬▬▬▬▬▬▬▬▬ review Mr. Snyder's revisions to same |
| 2/23/09 | DFM | 5.00 | Draft and edit of replies to Motions in Limine; ▬▬▬▬▬▬▬▬; draft of Affidavit for Attorney Snyder; meeting with Ms. White re: ▬▬▬▬▬▬▬▬▬▬ |
| 2/23/09 | ETG | 1.50 | Insert footnotes into Reply to MIO to Consolidated MIL |

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  205981
JUNE 17, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | ██████ review Federal Rules of Civil Procedure re: ██████ |
|  |  |  | ██████ review correspondence from Mr. Snyder to ██████ re: ██████ |
|  |  |  | ██████; begin reviewing ██████ email Mr. Snyder re: same |
| 5/07/09 | DFM | 1.00 | Review of ██████; review of background with Ms. Kimes re: ██████ |
| 5/07/09 | JK | 3.00 | Review email from Mr. Snyder re: ██████; review discovery requests and LaSalle's Responses ██████ related to ██████ conference with Ms. Marx re: same |
| 5/08/09 | JK | 6.00 | Review deposition ██████ brief conference with Ms. Marx re: same; review letter from Mr. Halper |
| 5/11/09 | BJW | .25 | Review exchange of correspondence between counsel re: discovery issues |
| 5/11/09 | JK | 6.00 | Review ██████ from Mr. Snyder; telephone conference with Mr. Snyder re: same; draft Motion for Sanctions; ██████ |
| 5/12/09 | DFM | .50 | Review of documents; e-mail to and from Attorney Snyder |
| 5/12/09 | JK | 7.00 | Review email from Mr. Snyder re: ██████ conference with Ms. Marx re: same; email Mr. Snyder re: same; draft ██████ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-111

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-7423/80

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 205981
JUNE 17, 2009

| 5/13/09 | JK | 8.75 | Review email from Mr. Snyder to Mr. Halper re: ongoing discovery dispute; conference with Ms. Marx re: same and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review various emails from Mr. Snyder and Mr. Halper re: discovery dispute |
| 5/14/09 | BJW | .25 | Conferences re: motion and deposition transcript to be filed under seal |
| 5/14/09 | DFM | 1.00 | Review of ▮▮▮▮▮▮▮▮▮ and brief research re: response |
| 5/14/09 | JK | 7.00 | Continue drafting and revising ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ |
| 5/14/09 | KLE | .50 | Edit motion for leave to file transcript and motion for sanctions under seal |
| 5/15/09 | JK | 5.00 | Exchange emails with Mr. Snyder re: ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮; additional research re: ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Motion to Compel and finalize for filing |
| 5/15/09 | MSD | .25 | Attention to scheduling issues re: Defendants' Memorandum in Opposition re: Plaintiff's Motion for Leave to File Motion and Deposition Transcript Under Seal |
| 5/18/09 | MSD | .50 | Attention to scheduling issues re: Defendant's Memorandum in Opposition re: Plaintiff's Motion to Compel Responses to Discovery Requests, or Alternatively, Motion for Sanctions for Failure to Supplement Discovery Requests; Defendant's Memorandum in Opposition re: Plaintiff's Motion for Spoliation of Electronic Evidence |
| 5/19/09 | JK | .25 | Review email from Mr. Snyder re: ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; |

# ᴮALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  205981
JUNE 17, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | review d▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ |
| 5/20/09 | BJW | .25 | Review message from Mr. Snyder re: ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ conference with Ms. Marx re: same |
| 5/20/09 | BJW | .25 | Review e-mail ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review case deadlines |
| 5/20/09 | JAD | .25 | Review and respond to email from Ms. Marx re: status |
| 5/21/09 | MSD | .25 | Attention to scheduling issues re: remove June 9, 2009 Status Conference date from docket |
| 5/22/09 | BJW | .25 | Update list of case deadlines |
| 5/26/09 | BJW | .25 | Review and exchange e-mails re: ▓▓▓▓▓▓▓; exchange e-mails re: ▓▓▓▓▓▓▓▓▓ |
| 5/27/09 | BJW | .50 | Review e-mails from Mr. Snyder re: ▓▓▓▓▓▓▓, forward to Ms. Winchek; forward document re: formatting to be followed for designations |
| 5/27/09 | ETG | .50 | Prepare deposition of ▓▓▓▓▓▓▓▓▓ |
| 5/28/09 | BJW | .75 | Review listing from Mr. Snyder re: anticipated deposition designations; review highlighted transcripts; conference with Ms. Winchek re: same; review letter from LaSalle's counsel requesting supplementation of discovery; exchange e-mails with Mr. Snyder re: same |
| 5/29/09 | BJW | .25 | Review recent e-mails, including agreement by opposing counsel to new schedule for deposition designations |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

FED ID #31-1423760
MEMBER OF MERITAS
WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 206801
JULY 9, 2009

| Date | Init | Hours | Description |
|------|------|-------|-------------|
| | | | re: cost of services |
| 6/16/09 | ETG | .50 | Load deposition transcripts into Summation |
| 6/17/09 | BJW | 2.25 | Exchange e-mails with Ms. Fuhrer re: unsealing motion and memorandum in opposition; view updated docket entries and download for case binder; draft unopposed motion to unseal documents and proposed order; ▓▓▓ forward to Mr. Snyder for approval; arrange for filing and service; exchange e-mails with Mr. Snyder re: ▓▓▓ exchange e-mails re: ▓▓▓ ith Mr. Snyder |
| 6/17/09 | DFM | .25 | Review of Reply |
| 6/17/09 | KLE | 3.00 | Research and analysis of caselaw in support of reply re: sanctions motion; ▓▓▓ |
| 6/18/09 | BJW | .25 | Review e-mails from Mr. Snyder; schedule conference call to ▓▓▓ |
| 6/18/09 | DFM | .50 | Telephone conference with Attorney Snyder re: ▓▓▓ |
| 6/18/09 | KLE | 3.00 | Research and analysis of caselaw in support of reply re: sanctions motion; ▓▓▓ |
| 6/19/09 | BJW | .25 | Review e-mails re: ▓▓▓ |
| 6/19/09 | DFM | .50 | Review of ▓▓▓ |
| 6/19/09 | KLE | .25 | Emails to and from Mr. Snyder re: reply |
| 6/20/09 | DFM | .75 | Review of ▓▓▓ t and telephone conference with Mr. Snyder ▓▓▓ |
| 6/22/09 | BJW | .25 | Review e-mails re: hearing date for summary judgment motions and changes in schedule for deposition designations |
| 6/22/09 | DFM | .25 | Telephone conference with Clerk re: filing; e-mails to and from client |
| 6/22/09 | MSD | .25 | Attention to scheduling issues re: Oral Argument |
| 6/24/09 | BJW | 1.25 | Conference with Ms. Marx; telephone conference |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-119

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 206801
JULY 9, 2009

|  |  |  | with Mr. Snyder and Ms. Marx ▮▮▮▮▮ ▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮ Mr. Snyder |
|---|---|---|---|
| 6/24/09 | DFM | 1.00 | Telephone conference with Mr. Snyder re: ▮▮▮▮ ▮▮▮▮▮▮▮▮ |
| 6/25/09 | DFM | .25 | Brief review of ▮▮▮▮▮▮▮▮▮ |
| 6/25/09 | MSD | .25 | Attention to scheduling issues re: Plaintiff's Reply Memorandum in Support of June 12, 2009 Motion to Supplement Lay Witness List |
| 6/26/09 | BJW | .25 | Conference re: ▮▮▮▮▮▮ |
| 6/26/09 | DFM | 2.00 | Draft and edit of ▮▮▮▮▮▮ |
| 6/29/09 | BJW | 2.75 | Review and revise draft of ▮▮▮▮▮▮▮▮ ▮▮▮▮ including ▮▮▮▮▮▮▮▮▮▮▮▮ and conferences with Ms. Marx re: same; further work on draft of joint final pretrial order, including ▮▮▮▮▮▮▮▮▮▮ forward draft to Mr. Snyder; update chart re: status of deposition transcripts, exhibits and videos |
| 6/29/09 | DFM | 1.75 | ▮▮▮▮▮▮▮▮ telephone conference with Court and e-mail re: stipulation |
| 6/29/09 | ETG | .50 | Locate Exhibit A to MSJ for Ms. Marx |
| 6/30/09 | BJW | 1.25 | Review docket entry and e-mails re: Stipulation of the Parties; review LaSalle's objections and counter-designations; arrange for working copy of same; consider format for responding |

PROFESSIONAL SERVICES                                    7,593.75

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1800 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH  43216

INVOICE #  207565
AUGUST 6, 2009

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009

LaSalle Bank National Association                MATTER NUMBER - 00001

| | | | |
|---|---|---|---|
| 7/01/09 | BJW | 2.50 | Conferences with Ms. Marx re: ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; conference with Ms. Winchek re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; update listing of case deadlines; circulate same; organize various materials related to motions, deposition filings, and other issues; update case management binder; review e-mails from Mr. Snyder and further conferences re: format for objections to deposition designations |
| 7/01/09 | DFM | 3.00 | Research re:  objections and counter-designations format; research of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 7/02/09 | BJW | 3.50 | Continue updates to case management binder in preparation for trial; update chart of deposition transcripts to include whether designated for trial, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, whether ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and other details; further conference re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1473760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

| 7/02/09 | DFM | 1.00 | Review of deposition objections for purposes of responding to same |
| 7/03/09 | DFM | 3.50 | Review of objections made to depositions and background of case in preparation for responding to depositions and counter designations |
| 7/06/09 | BJW | 4.25 | Review Court's notice re: cancellation of oral argument on summary judgment motions; review e-mail from Mr. Snyder re: ▓▓▓▓▓ review general order; conference with Ms. Marx; respond to e-mail from Mr. Snyder; ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓; begin work ▓▓▓▓▓▓ ▓▓▓▓▓▓▓ to be used as basis ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ conferences with Ms. Marx re: Court's request for copy of deposition exhibit list; arrange for scanning of same; telephone conference with Mr. Snyder re: same; follow-up conference with Ms. Marx; ▓▓▓▓▓▓▓▓▓▓ |
| 7/06/09 | DFM | 3.50 | Meeting with Ms. White re: ▓▓▓▓▓▓ ▓▓▓▓▓ telephone call from Court re: exhibit; review of e-mails from Court re: rulings on Motion to Amend and Motion for Reconsideration; telephone call to Mr. Snyder; review of ▓▓▓▓▓▓▓▓▓; draft of Motion for Leave to File Preservation Deposition |
| 7/06/09 | ETG | .75 | Conversion of deposition exhibit index from Excel to Word |
| 7/06/09 | MSD | .25 | Attention to scheduling issues re: Court's decision re: Motions for Summary Judgment |
| 7/07/09 | BJW | 4.75 | Exchange e-mails with Mr. Snyder re: ▓▓▓▓▓▓▓▓ |

PX-506-124

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-7500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | review miscellaneous e-mails re: ██████; conference with Ms. Marx re: ████████ call to Judge Merz's assistant re: same; continue review of deposition transcripts; draft e-mail to Mr. Snyder and summary of transcripts and related documents remaining to be filed; review rulings on motions in limine; ████████ gather key pleadings and motions for attorney binders; ████████ |
| 7/07/09 | DCA | 2.75 | Legal research re: ████████ legal research re: ████████; draft analysis re: same; review and analyze key case pleadings in preparation for drafting pre-trial pleadings |
| 7/07/09 | DFM | 3.25 | Review of Court's decision; review of motions in limine in preparation ████████ |
| 7/07/09 | ETG | .25 | Email to Mr. Snyder re: ████████ email to Ms. Marx with deposition |
| 7/07/09 | JAD | .50 | Conference with Ms. Marx re: status and strategy |
| 7/07/09 | MSD | .50 | Attention to scheduling issues re: Plaintiffs' objections re: Magistrate's Decision and Order Denying Plaintiff's Motion to Preclude Expert Opinion by Defendant Expert; Defendants' objections re: Magistrate's Decision and Order Denying in Part and Reserving in Part Defendant's Motion to Exclude Plaintiff's Purported Experts |
| 7/08/09 | BJW | 2.75 | Review decision and order on summary judgment motions; ████████ review order restoring motion to docket; confirm |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH. 937-222-2500

FX. 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  207565
AUGUST 6, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | listing of all pending motions; finalize summary re: status of deposition filings; ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ conference with Ms. Gerson re: ▮▮▮▮ including notices; conference with Ms. Gerson re: ▮▮▮ ▮▮▮▮ update case management binders; send e-mail to Mr. Hoeppner re: assistance at trial with presentation of exhibits and video clips |
| 7/08/09 | DCA | 5.50 | Continue to review and analyze key case pleadings in preparation for drafting pre-trial pleadings |
| 7/08/09 | DFM | 4.50 | Review and analysis of summary judgment decisions ▮▮▮▮ ▮▮▮▮ ; rulings and impact on designations and objections |
| 7/08/09 | ETG | 1.00 | ▮▮▮▮ for Ms. Marx |
| 7/08/09 | JAD | 1.00 | Review decision on motions for summary judgment; conference with Ms. Early re: same |
| 7/08/09 | KLE | 1.00 | Analysis of motion for summary judgment decision; email outline of same to trial team; analysis of same with Ms. Marx |
| 7/08/09 | MSD | .25 | Attention to scheduling issues re: objections re: Magistrate's Decision & Order on Summary Judgment Motions |
| 7/09/09 | BJW | .50 | Telephone conferences with Ms. Marx and Ms. Gerson re: ▮▮▮▮ |
| 7/09/09 | DFM | 4.25 | Draft, edit and revisions to Final Pretrial Statement; ▮▮▮▮ e-mails to and from Mr. Snyder re: ▮▮▮ service of Final Pretrial Order |
| 7/09/09 | ETG | 7.00 | Prepare trial exhibit and final pretrial order |
| 7/10/09 | BJW | 4.25 | Conference with Ms. Marx re: ▮▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1300 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

| | | | |
|---|---|---|---|
| 7/12/09 | DFM | 4.50 | Review of depositions, counter-designations and objections |
| 7/13/09 | BJW | 3.50 | Review exchange of e-mails re: rulings on motions; review new rulings and update case management binder accordingly; conferences re: remaining depositions to be highlighted per LaSalle designations and status of objections; ██████████████████; ███ ████ ████ █████ ████ ██ █████ ██████ conference ████████ re: ██████████ conference with Mr. Ahlstrom re: same |
| 7/13/09 | DCA | 2.75 | Review and analyze Court's Decision and Order re: discovery disputes; review and analyze key case materials from Mr. Early; ████████████████ ██████████████████ review and analyze deposition transcripts to identify background information for each witness; research re: trial issues; review and analyze ███████ |
| 7/13/09 | DFM | 8.25 | Review of depositions, counter-designations and objections; review of Court rulings; draft of responses |
| 7/13/09 | ETG | 7.00 | Prepare highlighted deposition designations of Defendant for Ms. Marx; ████████████ |
| 7/13/09 | ETG | 1.00 | ████████████████████████████ |
| 7/13/09 | JAD | .50 | Conference with Ms. Marx re: ████████ |
| 7/14/09 | BJW | 3.75 | Meet with ███████████ |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1800 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

review results; conduct subsearches; conferences ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ re: same; ▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓ review decision on plaintiff's second motion for sanctions; ▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; identified in LaSalle's chart and annotate same for future reference; ▓▓▓▓▓ ▓▓▓▓▓ re: format needed for trial exhibits

| 7/14/09 | DCA | 1.25 | Review and analyze Decision and Order re Second Motion for Order to Show Cause; ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ conference with Ms. Marx re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓; telephone conference with Mr. Snyder re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review and analyze ▓▓▓▓▓▓▓▓▓▓▓ |
| 7/14/09 | DFM | 9.50 | Review of depositions, counter-designations and objections; telephone conference with Mr. Snyder |
| 7/14/09 | ETG | .75 | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 7/15/09 | BJW | 1.25 | Conferences re: changes to objections and counter-designations based on LaSalle's amended document; exchange e-mails re: changes to case schedule; conference with Ms. Gerson re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓s; exchange e-mails with Mr. Snyder re: trial exhibits |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-129

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

| | | | |
|---|---|---|---|
| 7/15/09 | MSD | .50 | Attention to scheduling issues re: objections re: Magistrate's Decision and Order Denying Plaintiff's First Motion for an Order to Show Cause; Magistrate's Decision and Order Denying Plaintiff's Second Motion for an Order to Show Cause |
| 7/16/09 | BJW | 1.75 | Conference with Ms. Marx re: deposition designations and trial preparation issues; review and exchange e-mails ▓▓▓▓▓▓▓ conferences re: same; conference with Ms. Gerson re: ▓▓▓▓▓▓▓; review e-mails re: counter-designations of deposition testimony; ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 7/16/09 | DFM | 4.00 | Review and edit of deposition designation objections |
| 7/16/09 | JAD | .75 | Conference with Ms. Marx re: ▓▓▓▓▓▓▓ |
| 7/17/09 | BJW | 1.50 | Attention to objections and counter-designations served upon LaSalle; ▓▓▓▓▓▓▓ review LaSalle's exhibit list and draft of pretrial statement; ▓▓▓▓▓▓▓▓▓▓; update binder of trial preparation materials |
| 7/17/09 | DCA | 6.00 | Legal research re: ▓▓▓▓▓▓▓; review and analyze agreements and records re: ▓▓▓▓▓▓revise and finalize same; draft e-mail to Mr. Snyder re: same |
| 7/17/09 | ETG | 2.00 | ▓▓▓▓▓▓▓▓▓▓▓, jury instructions and witness lists ▓▓▓▓ |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1300 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

| Date | Initials | Hours | Description |
|---|---|---|---|
| 7/19/09 | DFM | .50 | Telephone conference with Mr. Snyder re: ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ e-mail to office re: ▓▓▓▓▓ |
| 7/20/09 | BJW | 2.00 | Conference with▓▓▓▓ exchange e-mails with Ms. Gerson re: same; send e-mail to law clerk re: ▓▓▓▓▓▓▓▓ conference with law clerk; ▓▓▓▓▓▓▓▓▓▓ obtain ▓▓▓▓▓ prepare folder of electronic deposition transcripts ▓▓▓▓ review exchange of e-mails re: trial preparation ▓▓▓▓▓ |
| 7/20/09 | DCA | 5.75 | Review and analyze e-mail from Mr. Snyder re: trial preparation; review and analyze depositions transcripts of all witnesses ▓▓▓▓▓▓▓ |
| 7/20/09 | DFM | 5.00 | ▓▓▓▓▓▓▓▓▓▓▓ deposition research re: background and trial strategy. |
| 7/20/09 | DLH | 2.50 | Researched and wrote up ▓▓▓▓▓▓ |
| 7/20/09 | ETG | 4.00 | Research ▓▓▓▓▓▓ |
| 7/21/09 | BJW | .25 | Conference with Ms. Gerson ▓▓▓▓▓ review e-mails from Mr. Snyder re: ▓▓▓▓ |
| 7/21/09 | DCA | 8.75 | Continue reviewing and analyze deposition transcripts; draft ▓▓▓▓▓ ▓▓▓▓▓ re: same; review and analyze e-mail correspondence from Mr. |

PLAINTIFF'S TRIAL EXHIBIT

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

|           |     |      | Snyder and Ms. Marx re: ███████████ draft responses to same; legal research re: ██████ |
|-----------|-----|------|---|
| 7/21/09   | DFM | 5.00 | ███████████████ ; e-mail to Mr. Snyder re: trial issues, █████████status of same |
| 7/21/09   | ETG | 3.00 | Review █████ |
| 7/22/09   | BJW | .75  | Review exchange of e-mails re: █████ ██████ review decision overruling motion; ███████████████ review exchange of e-mails re: █████ |
| 7/22/09   | DCA | 4.00 | Review and analyze e-mails from Mr. Snyder and Ms. Marx re: █████████; revise and edit same; review and analyze additional revisions re: same from Mr. Snyder; revise and edit █████ ████████ continue reviewing and analyze deposition transcripts; █████████ review and analyze █████████ legal research re: █████ |
| 7/22/09   | DFM | 3.50 | █████████; telephone conference with Mr. Snyder re: █████ ██████████ |
| 7/22/09   | ETG | 2.00 | █████████████ |

PLAINTIFF'S TRIAL EXHIBIT                                    PX-506-132

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID. #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6534

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

| | | | |
|---|---|---|---|
| | | | for Ms. Marx |
| 7/22/09 | JAD | .25 | Conference with Ms. Marx re: ▮▮▮▮▮▮▮▮ |
| 7/23/09 | BJW | .75 | Conference with litigation support assistant re: converting deposition exhibits into PX and JX trial exhibits; conference with Ms. Gerson re: status of deposition filings and highlighting to be done on deposition transcripts pursuant to parties' designations; conference with Ms. Marx re: ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 7/23/09 | DCA | 1.25 | Review and analyze e-mail correspondence from Ms. Marx re: ▮▮▮▮▮▮▮▮; continue legal research re: ▮▮▮▮▮▮▮▮ conference with Ms. Marx re: ▮▮▮▮▮▮▮▮ telephone conference with Mr. Snyder and Ms. Marx re: ▮▮▮▮▮▮▮▮ |
| 7/23/09 | DFM | 4.50 | Review of ▮▮▮▮▮▮▮▮ as well as motions in limine and case status; possible exhibits; trial preparation |
| 7/23/09 | ETG | 5.50 | Prepare deposition designations for filing with court |
| 7/23/09 | JAD | 2.25 | Conference with Ms. Marx re: ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ work on various trial related tasks |
| 7/24/09 | BJW | 3.50 | Review exchange of e-mails re: extending dates for supplementation of discovery responses and exchange of demonstrative exhibits; review highlighted and color-coded deposition transcript showing designations and objections by each party; conferences re: coordination of remaining |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-133

# EBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | transcript highlighting and arrange for copy to Mr. Snyder; conference re: remaining depositions and videos to be filed with Court; ███████████ ███████████████████; attention to replacement of corrupted transcript; ██████ |
|  |  |  | ██████████████████████████ |
|  |  |  | ██████; prepare chart of depositions having designations, objections and/or cross-designations; compare same to pretrial statement; make further update to listing of depositions to be filed; ████████████ |
| 7/24/09 | DCA | 6.50 | ██████████; review new rulings from Court Conference with Ms. Marx ████████████ ██████████; draft Joint Stipulation re: Bifurcation of Damages; ████████ |
| 7/24/09 | DFM | 4.50 | Research re: Stipulation; ████████████ review of joint motion re: demonstratives |
| 7/24/09 | ETG | 8.00 | Prepare deposition designations for filing with court |
| 7/25/09 | DFM | 2.00 | Review of status, exhibits ████████████ |
| 7/25/09 | JAD | .25 | Conference with Ms. Marx re: ████████ |
| 7/26/09 | DFM | 1.00 | ████████████████████ |

PLAINTIFF'S TRIAL EXHIBIT

# :BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  207565
AUGUST 6, 2009

| 7/26/09 | ETG | 6.00 | Prepare deposition designations for filing with court |
| 7/26/09 | JAD | 4.25 | Prepare for ████... |

7/27/09  BJW  5.75   ████████████████ arrange for printing of LaSalle exhibits and red-lined version of final pretrial order; organize case materials and update binders for trial preparation; review recent e-mails re: trial preparation; ████████████████ call Clerk's office re: anticipated date of availability of juror questionnaires; attention to new listing of case deadlines; work on revision of trial exhibit lists for attachment to final pretrial order; ████████████████ work on annotated working copy of combined trial exhibits lists, including various sorts ████

7/27/09  DFM  12.00  ████

7/27/09  ETG  8.50   Prepare deposition designations for filing with court

7/27/09  JAD  8.25   ████

PLAINTIFF'S TRIAL EXHIBIT

PX-506-135

# ¨BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON. OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  207565
AUGUST 6, 2009

| | | | |
|---|---|---|---|
| 7/28/09 | BJW | 6.25 | Review e-mails from Mr. Snyder re: ███████; revise exhibits lists; ███████ for trial preparation ███████ ███████; ███████; review deposition of expert ███████; ███████; conference with Ms. Gerson re: coordinating demonstrative exhibits; conferences re: ███████; review final draft of pretrial order; make additional revisions and discuss with Ms. Marx; assist Ms. Winchek in transmitting same to opposing counsel with attachments; further organization of case materials in preparation for trial |
| 7/28/09 | DCA | 3.50 | Conference with Ms. Marx re: ███████; legal research re: ███████; legal research re: ███████ |
| 7/28/09 | DFM | 7.50 | Telephone conferences with Mr. Snyder re: ███████; edit and research re: ███████ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-136

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

|  |  |  | ▮▮▮▮; send of Final Pretrial Order to Defendant and modification of same; research re: internal deadlines and calendar; call from Court re: exhibits |
|---|---|---|---|
| 7/28/09 | ETG | 9.00 | Prepare deposition designations for filing with court; review final pretrial order for wording on undisputed facts |
| 7/28/09 | MSD | .25 | Attention to scheduling issues re: objections re: Magistrates July 24, 2009 Decision and Order Denying Plaintiff's Motion to Compel |
| 7/29/09 | BJW | 4.75 | Finalize plaintiff's exhibit list; conferences re: same; serve electronic copy upon opposing counsel; respond to request from opposing counsel for redlined versions of appendices to pretrial order; organize various case materials; update binders for trial preparation, including supplemental responses to discovery requests; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 7/29/09 | DCA | .75 | Review and analyze e-mail from Mr. Snyder re: ▮▮▮▮▮▮▮▮▮▮▮▮▮ review and analyze ▮▮▮▮▮▮▮▮▮▮ conference with Ms. Marx re: ▮▮▮▮▮▮▮; review and analyze |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-137

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

| 7/29/09 | DFM | 4.50 | Telephone conferences with Mr. Snyder re: ▓▓▓▓▓▓ review of same; discussion with Ms. White re: ▓▓▓▓▓▓▓▓▓▓ |
|---|---|---|---|
| 7/29/09 | ETG | 6.00 | Prepare deposition designations for filing with court |
| 7/29/09 | MSD | .75 | Attention to scheduling issues re: Defendant's Memorandum in Opposition re: Plaintiff's Motion to Bifurcate or, in the Alternative, Motion for Clarification of the Procedure for Entry of a Specific Performance Remedy and Memorandum of Law in Support Therof; Defendant's Memorandum in Opposition re: Plaintiff's Motion to Expedite Briefing Schedule and Hearing on Plaintiff's Motion to Bifurcate or, in the Alternative, Motion for Clarification of the Procedure for Entry of a Specific Performance Remedy; exchange demonstrative trial exhibits; objections re: demonstrative trial exhibits |
| 7/30/09 | BJW | 7.75 | Review e-mails from Mr. Snyder; exchange e-mails with Ms. Fuhrer re: status of master deposition designations document; ▓▓▓▓▓▓▓▓▓▓▓ |

▓▓▓▓▓▓▓▓▓▓▓; review LaSalle's changes to
draft final pretrial order; red-line changes and
highlight language removed from plaintiff's prior
draft; ▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓ various conferences re: same; identify
attachments for filing with final pretrial order;
review further draft and additional changes by

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH 937-222-2500

FX 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 207565
AUGUST 6, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | LaSalle; conferences re: same; review changes to exhibit lists; further revise exhibit lists for attaching to final pretrial order; assist with filing |
| 7/30/09 | DCA | .25 | Review and analyze e-mail from Mr. Snyder re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 7/30/09 | DFM | 7.00 | E-mails to and from client; review of and filing of Final Pretrial Order |
| 7/30/09 | ETG | 6.00 | Prepare deposition designations for filing with court |
| 7/30/09 | JAD | .50 | Conference with Ms. Marx; ▮▮▮▮▮▮▮▮▮▮▮ |
| 7/31/09 | BJW | 4.25 | Review defendant's proposed master chart of deposition designations; review e-mails re: same; conference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ same; revise draft of e-mail to opposing counsel re: reasons chart is unacceptable; draft notice of filing deposition designations and objections documents; arrange for filing of notice and exhibits; arrange for law clerk to verify data in defendant's proposed master chart; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ send e-mail to opposing counsel re: sample of highlighted deposition transcript; review potential agenda items for final pretrial conference; exchange e-mails with Mr. Snyder re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 7/31/09 | DCA | 2.50 | Review and analyze e-mail correspondence re: |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

FED ID #31-1423760
MEMBER OF MERITAS
WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH  43216

INVOICE #  208241
SEPTEMBER 8, 2009

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009

LaSalle Bank National Association                    MATTER NUMBER - 00001

| 8/01/09 | BJW | 6.75 | Review exchange of e-mails re: preparation for final pretrial conference; ▮▮▮▮▮▮▮▮▮▮ and trial preparation generally; ▮▮▮▮▮▮ electronically file same with Court and e-mail copy to opposing counsel; organize various pretrial and trial-related materials; ▮▮▮▮▮▮▮; send detailed e-mail to Mr. Snyder re: ▮▮▮▮ exchange e-mails re: ▮▮▮▮▮ conferences with Ms. Gerson re: remaining weekend tasks |

| 8/01/09 | DFM | 3.50 | ▮▮▮▮▮▮ telephone conferences with Mr. Snyder re:  F.P.C. ▮▮▮▮▮ various notes to file; unified chart issue |

| 8/01/09 | DFM | .50 | Telephone conference with Mr. Snyder and Ms. White re:  pretrial conference and open issues |

| 8/01/09 | ETG | 9.00 | Prepare deposition designations for filing with |

PLAINTIFF'S TRIAL EXHIBIT                    PX-506-143

# ˚BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH 937-222-2500

FX 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208241
SEPTEMBER 8, 2009

| | | | |
|---|---|---|---|
| | | | court |
| 8/02/09 | BJW | 12.75 | Coordinate and assist with paralegal activities re: review of highlighted deposition designations and objections; draft motion for leave to file video depositions under seal; ▮▮▮▮▮ |
| | | | ▮▮▮▮▮▮▮; exchange e-mails re: same; update deposition transcripts chart;  telephone conference with Ms. Marx and Mr. Snyder re: various issues; ▮▮▮▮▮ |
| | | | ▮▮▮▮▮▮ review stipulation of the parties and ▮▮▮▮▮ a▮▮▮▮; |
| | | | exchange e-mails with Ms. Fuhrer, Mr. Snyder and Ms. Marx re: same; attention to additional exhibits from Mr. Snyder; telephone conference with Ms. Marx re: ▮▮▮▮▮ |
| 8/02/09 | ETG | 14.00 | Prepare deposition designations for filing with court |
| 8/02/09 | MSD | 15.00 | Review and make corrections to highlighted versions of parties' deposition designations and objections for Judge Merz's review; arrange for copies of same |
| 8/02/09 | PLC | 7.75 | Review and make corrections to highlighted versions of parties' deposition designations and objections for Judge Merze's review |
| 8/03/09 | BJW | 7.25 | Finalize motion for leave to file Wasser deposition, certain video depositions, and related materials under seal; arrange for |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-144

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208241
SEPTEMBER 8, 2009

e-filing; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; arrange
for delivery of highlighted designations and
objections to Judge Merz; arrange for PDF copies
to be e-mailed to opposing counsel; ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ conference call
with Mr. Snyder and Ms. Marx in preparation for
pretrial conference; review revised agenda from
Mr. Snyder; review ruling on motion for filings
under seal; review LaSalle's memo responding to
motion to strike; conferences re: depositions to
be e-filed and materials to be filed under seal;
revise notice re: filings under seal; coordinate
activities re: processing of trial exhibits; sit
in during telephone pretrial conference with
Judge Merz and counsel; follow-up conferences;
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; further
attention to deposition filings

8/03/09  DCA  5.50  Review and analyze e-mail from Mr. Snyder ▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮; plan strategy re: ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮; review and analyze ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮t; ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review and analyze
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮e; attend Final Pretrial
Conference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review and analyze deposition
designations and counter designations in

PLAINTIFF'S TRIAL EXHIBIT

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-9554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208241
SEPTEMBER 8, 2009

| | | | |
|---|---|---|---|
| | | | preparation for drafting responses to same per Court's Order |
| 8/03/09 | DFM | 3.50 | Telephone conference with Mr. Snyder re: ████████ ███████e; meeting ████████ █████████ re: same; attendance at pretrial conference; telephone conference with Mr. Snyder re: conference decisions; final review of deposition highlighting project; review of LaSalle's response re: Motion to Strike; research re: case schedule and deadlines |
| 8/03/09 | ETG | 9.00 | Prepare deposition designations for filing with court |
| 8/03/09 | JAD | 1.25 | ████████████████████████████████████ |
| 8/03/09 | MSD | 1.00 | Update log re: deposition designations; counter-designations; review status |
| 8/04/09 | BJW | 7.00 | Re-send PDF versions of highlighted deposition designations and objections to opposing counsel in separate e-mails; ████████████████ █████████ ██ ███ ██████; ████████████████████. ██████████ ██ ██ finalize and arrange for filing of notice of deposition materials filed under seal; conferences with Mr. Ahlstrom re: ████████ █████████████████; conferences and telephone call from Mr. Snyder re: ████████████████████████; review Federal civil rule on redactions; draft e-mail responding to proposal; further exchange of e-mails re: redaction issue; arrange for review and redaction |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-146

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

|          |     |      |                                                                                                                                                                                                                                                                                                                                                                          |
|----------|-----|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |      | of trial exhibits; update listing of case deadlines; ▓▓▓                                                                                                                                                                                                                                                                                                        |
| 8/04/09  | DCA | 7.50 | ▓▓▓ continue to review and analyze deposition designations and counter designations in preparation for drafting responses to same per Court's Order; draft response to same as directed by Court; telephone conference with Mr. Snyder re: clarifications re: same; review and analyze series of e-mails re: redaction of exhibits |
| 8/04/09  | DFM | 2.00 | Review of e-mails and discussion re: exhibits to be redacted; ▓▓▓                                                                                                                                                                                                                                                                                          |
| 8/04/09  | ETG | 3.00 | ▓▓▓                                                                                                                                                                                                                                                                                                                                                       |
| 8/05/09  | BJW | 4.75 | Review e-mails re: status of documents for filing with Court; review proposal by LaSalle's counsel re: redaction of documents; ▓▓▓ conference with staff re: scanning and printing process; assist with drafting of e-mail to opposing counsel re: sharing cost of Joint Exhibit preparation and equitable division of labor re: redactions; work on contact list for trial purposes; review letter from LaSalle's counsel enclosing supplemental production of documents; update binders of case materials, including documents for trial preparation; review counter-proposal re: redactions and joint exhibits; ▓▓▓ attention to response |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

| | | | |
|---|---|---|---|
| | | | and additional reply |
| 8/05/09 | DCA | 9.00 | Review and analyze e-mail from Mr. Snyder re: ▮▮▮▮▮▮▮▮▮▮; review and analyze e-mail re: ▮▮▮▮▮▮▮ finalize Motion re: Uncontroverted Facts; review and analyze Motion to Prohibit Defendant's Use of Certain Trial Documents; revise and edit same; conference with Ms. White re: ▮▮▮▮▮▮▮▮▮▮▮▮; draft response to Ms. Fuhrer re: proposal for redaction of trial exhibits; review and analyze reply re: same; conference with Ms. White re: ▮▮▮▮▮▮; draft reply re: same; review and analyze motions to be filed in preparation for finalizing same; review and analyze e-mails from Mr. Snyder re: ▮▮▮▮; review and analyze e-mail from Mr. Snyder re: ▮▮▮▮▮▮ review and analyze summary of agreement re: ▮▮▮▮; continue to review and analyze deposition designations and counter designations in preparation for drafting responses to same per Court's Order; continue to draft response to same as directed by Court |
| 8/05/09 | ETG | 5.00 | Meet with Mr. Ahlstrom, Ms. White and Ms. Phipps re: ▮▮▮▮▮ trial exhibit redactions; redact information on Plaintiff's trial exhibits |
| 8/06/09 | BJW | 9.75 | Review exchange of e-mails re: various trial preparation tasks; telephone conferences with courtroom deputy and Mr. Ahlstrom re: trial |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | ▆n; review of status of exhibits and redactions; telephone conference ▆▆▆ ▆▆▆ review of exhibits for demonstrative purposes |
| 8/06/09 | ETG | 6.00 | Redact information on Plaintiff's trial exhibits |
| 8/06/09 | JAD | .75 | Review and respond to email from Ms. Marx re: ▆▆▆ |
| 8/07/09 | BJW | 3.50 | Prepare detailed schedule of tasks associated with redaction and exchange of trial exhibits; attend telephone conference called by Judge Merz with all counsel; follow-up conversation re: delivering courtesy copy of chart to Judge Merz while out of town; attend telephone conferences with Judge's staff re: same; review e-mails to client re: ▆▆▆ |
| 8/07/09 | DCA | 4.75 | Review and analyze e-mails re: Court's request for hearing today; ▆▆▆ review and analyze Defendants' Response to Motion to Prohibit Use of Certain Documents; ▆▆▆ participate in conference with Judge Merz re: clarification of outstanding pretrial tasks; conference with Mr. Snyder re: same; telephone conference with Judge Merz's chambers re: logistics of delivery of Deposition Designations Chart; continue to review and analyze deposition designations and counter designations in preparation for drafting responses to same per Court's Order |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

| 8/07/09 | DFM | 7.00 | Telephone call from Court re: conference; telephone calls and e-mails to Mr. Snyder re: status; ▇▇▇▇▇▇e; telephone conference with Court re: deposition scheduling; meeting with paralegal re: ▇▇▇▇▇ |
| 8/07/09 | ETG | 2.00 | Redact information on joint trial exhibits |
| 8/08/09 | DCA | 10.50 | Continue to review and analyze deposition designations and counter designations in preparation for drafting responses to same per Court's Order; draft response to same; review and analyze series of e-mails re: exhibits list |
| 8/08/09 | ETG | 6.00 | Redact information on joint trial exhibits |
| 8/09/09 | BJW | 5.25 | Respond to e-mail re: deadline for objections to trial exhibits; send e-mail to Mr. Snyder re: ▇▇▇▇▇▇rs; review exchange of e-mails re: status of responses to objections to deposition designations; further work on annotated master listing of all trial exhibits |
| 8/09/09 | DCA | 12.75 | Continue to review and analyze deposition designations and counter designations in preparation for drafting responses to same per Court's Order |
| 8/09/09 | DFM | 5.00 | E-mails to and from Mr. Snyder, Ms. White and Mr. Ahlstrom re: designation filing, exhibit filing; ▇▇▇▇▇▇ |
| 8/09/09 | ETG | 8.00 | Redact information on joint trial exhibits; prepare binders of redacted Plaintiffs trial exhibits and joint trial exhibits for copying |
| 8/09/09 | JAD | .25 | Review email from Mr. Ahlstrom re: ▇▇▇▇▇ email to Mr. Marx re: |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-151

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208241
SEPTEMBER 8, 2009

|  |  |  | same |
| --- | --- | --- | --- |
| 8/10/09 | BJW | 7.75 | Forward amended exhibit list to Mr. Snyder; draft notice of filing amended trial exhibit list; conference re: same and arrange for filing; respond to e-mail from opposing counsel re: recently produced documents; review e-mails re: finalizing responses to deposition designation objections; conferences re: same; review testimony for references to exhibit; calls to locate D.C. firm to print and deliver filing to Magistrate Judge; conference re: annotated version of exhibit list; forward same to Mr. Snyder; secure supplies, including binders and tabs, in preparation for delivery of exhibit binders to Court; review redactions made in plaintiff's trial exhibits; flag exhibits needing further review or further redactions; forward designation objections document to D.C. firm for printing and delivery to Judge Merz; telephone conference confirming delivery; send e-mail re: same |
| 8/10/09 | DCA | 8.50 | Review and analyze series of e-mails re: exhibit list, deposition designations ████████████████; revise and edit deposition designations based on revisions suggested by Mr. Snyder; review and analyze additional deposition designations ██████ ██████████ telephone conference with Washington DC contacts re: delivery of Deposition Designations to Judge Merz; revise and finalize Responses to LaSalle's Objections to Deposition Designations of Excerpts to Be Played at Trial; conference with Ms. Marx |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-152

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FEO ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

|  |  |  | re: demonstrative exhibits |
|---|---|---|---|
| 8/10/09 | DFM | 8.50 | Draft and edit of Notice; e-mails and telephone conferences with Mr. Snyder re: same; review and edit of Response to Objections filing; ▉▉▉▉ ; |
| 8/10/09 | ETG | 7.00 | Redact information on joint trial exhibits |
| 8/10/09 | JAD | .75 | Attention to demonstrative exhibits and various conversations with Ms. Marx re: same; conversation with Ms. Gerson re: same |
| 8/10/09 | PLC | 4.25 | Prepare and process Plaintiff's trial exhibits for submission to Court; prepare and process Joint trial exhibits for submission to Court; analysis with Ms. Gerson and Ms. White re same |
| 8/11/09 | BJW | 9.50 | Conferences re: processing of trial exhibits and redactions; arrange for printing of exhibits for trial exhibit binders; exchange e-mails with Mr. Snyder and telephone conferences with Mr. Snyder re: remaining exhibits to be processed; attention to processing of exhibits and review of redacted Joint Exhibits; flag exhibits needing further review or further redactions; coordinate review of highlighted designations against chart and other designation documents to respond to LaSalle's filing of clarifications and clerical corrections; continue to work on finalizing trial exhibits; ▉▉▉▉ telephone conferences with Mr. Snyder re: same; ▉▉▉▉▉▉▉▉▉; draft cover letter re: same; finalize and arrange for overnight delivery; ▉▉▉▉▉▉ ; leave messages and |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208241
SEPTEMBER 8, 2009

| | | | |
|---|---|---|---|
| | | | exchange e-mail ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 8/11/09 | DCA | 11.50 | Review and analyze communications re: pretrial tasks and strategy; conference with Ms. Marx and ▓▓▓▓▓ drafting demonstrative exhibits; review and analyze key exhibits and other documents in preparation for outlining proposed demonstrative exhibits; draft demonstrative exhibits; draft e-mail to Mr. Snyder re: same; review, analyze, and respond to e-mail from Ms. Union re: delivery of finalized trial exhibits |
| 8/11/09 | DFM | 10.50 | ▓▓▓▓▓▓▓▓▓▓▓▓▓; e-mails re: same to opposing counsel and Mr. Snyder; telephone conferences with Mr. Snyder ▓▓▓▓▓ ▓▓▓▓▓▓; draft of demonstrative exhibits; e-mails to client |
| 8/11/09 | ETG | 4.00 | Redact information on additional Plaintiffs trial exhibits |
| 8/11/09 | MSD | 2.50 | Review and analyze Defendant LaSalle Bank National Association's Clarifications and Clerical Corrections re: Deposition Transcripts and Deposition Designation Chart |
| 8/11/09 | PLC | 5.75 | Process additional trial exhibits and joint exhibits; analysis with Ms. Phipps re: same; prepare Plaintiff's Trial Exhibits binders; prepare Joint Trial Exhibits binders; analysis with Ms. White re: same; |
| 8/11/09 | TMG | 1.50 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. |
| 8/11/09 | TMG | 2.00 | Converting Trial Exhibits to tiff documents. |
| 8/12/09 | BJW | 7.75 | Review and respond to e-mails re: appendix filed with chart of objections to designations; conferences re: same; send e-mail to Mr. Snyder |

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-7500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

re: ▮▮▮▮▮▮▮▮▮▮▮
telephone conference re: same and forward
documents to opposing counsel; conferences with
Mr. Ahlstrom and e-mail to Mr. Snyder re: ▮▮▮▮▮

exchange e-mails with Ms. Union re: additional
tiff images, including transmittal of tiff images
in subparts; telephone conference re: same;
conference with Mr. Ahlstrom; arrange for new CD
of tiff images and hand delivery of same to
opposing counsel; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;
▮▮▮▮▮▮▮▮▮▮▮▮▮▮;
conference re: thumb drive received from opposing
counsel of tiff images; coordinate processing of
tiff images from opposing counsel and printing of
trial exhibit binders to be sent out for copying;
assist with gathering of binders and tabs for
copying project; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮ organize various case materials; draft
e-mail to opposing counsel re: listing of
redacted exhibits; assist with electronic court
filing of motion

8/12/09  DCA  8.25   Review and analyze e-mails related to Objections
to Trial Exhibits, demonstrative exhibits,
witness preparation, and other trial strategy;
review, analyze, revise, and edit proposed
additional trial exhibits; telephone conference
with Mr. Snyder re: same; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
telephone conferences with Mr. Ferdinand, trial
consultant for defendants re: format of trial

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208241
SEPTEMBER 8, 2009

|  |  |  | exhibits; ███████████████ |
|--|--|--|--|
|  |  |  | █████████████████; conference with Ms. Marx re: same; review and analyze series of e-mails re: exchange of exhibits and demonstratives; review and analyze correspondence to Mr. Markel re: pretrial issues; conference with Ms. Marx and Mr. Snyder re: issues for Trial Brief; outline list of demonstrative exhibits and status re: same; ████████████████ |
| 8/12/09 | DFM | 7.00 | Telephone conferences with Mr. Snyder re: ███████████████████████, ████████ ████████; ███████████████ and ████ ████ e-mails to and from counsel re:  objections to exhibits; draft of same; ████████████ ████████████████; e-mail to Court re: appendix and objections |
| 8/12/09 | ETG | 9.50 | Redact information on joint trial exhibits; prepare documents for imaging; review issues with joint trial exhibits |
| 8/12/09 | PLC | 10.25 | Continue to prepare Plaintiff's Trial Exhibits binders; continue to prepare Joint Trial Exhibits binders; analysis with Ms. White and Ms. Gerson re: processing additional trial exhibits and joint exhibits; analysis with Ms. Phipps re: same; ██████████████████████ ████████████████████████ |
| 8/13/09 | BJW | 4.25 | Conferences re: vacation of trial date; review judge's order re: same; review e-mails re: various dates available for counsel; ████████ ████████████████████████; ████ ████████████████████████; conferences re: errors in LaSalle's redactions of joint exhibits |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1800 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FA: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

|  |  |  | and proposal for resolving same; review paralegal's summary of LaSalle's redaction errors; draft response to LaSalle's filing re: clarifications and corrections in highlighted deposition transcripts and unified chart; meet with Ms. Marx re: same; conference with Ms. Gerson re: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉rs |
| 8/13/09 | DCA | 2.75 | Review and analyze e-mails re: trial continuance; review and analyze Decision and Order re: same; telephone conference with Mr. Snyder and Ms. Marx re: same; ▉▉▉▉▉▉▉▉▉▉▉; ▉▉▉▉▉▉▉▉▉▉; telephone conference ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and ▉▉▉▉▉▉▉▉▉▉▉▉▉▉; review and analyze e-mail between Mr. Snyder and Mr. Markel re: rescheduling trial; review and analyze e-mails re: proposed new trial date |
| 8/13/09 | DFM | 4.00 | Telephone conferences with Mr. Snyder re: continuance; review of status of case, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and ▉▉▉▉▉▉▉▉▉▉▉es; ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; telephone calls to and from Court re: new dates; ▉▉▉▉▉ |
| 8/13/09 | ETG | 6.50 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| 8/13/09 | JAD | .50 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| 8/14/09 | BJW | 5.50 | Review redactions made by LaSalle in joint exhibits; ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | dates proposed for exchange of demonstrative exhibits and objections; review docket and update deposition transcripts chart |
| 8/19/09 | DCA | 1.00 | Review and analyze e-mails from Mr. Snyder re: proposed schedule for remaining deadlines and ▮▮▮▮▮▮▮▮; review and analyze e-mail from Ms. Marx to opposing counsel re: demonstrative exhibit exchange; review and analyze list of proposed pleadings to file under seal; ▮▮▮▮▮ |
| 8/19/09 | DFM | 9.00 | Review and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Notice; e-mail to LaSalle counsel re: deadlines for demonstratives exchange; ▮▮▮▮▮ |
| 8/19/09 | ETG | 7.00 | Review pleadings filed by Crown Northcorp for needed redactions; review Joint Trial Exhibits redacted by Kegler firm for needed redactions |
| 8/20/09 | BJW | 5.50 | Review and respond to Ms. Marx re: ▮▮▮▮▮▮▮▮▮▮▮; review Ms. Gerson's listing of redaction errors in LaSalle's joint exhibits; review relevant exhibits and make further comments re: redactions; conference with Mr. Ahlstrom re: same; draft detailed e-mail to opposing counsel re: various issues with the joint exhibits submitted by defendant; send cover e-mail to Mr. Ahlstrom; review e-mail as revised and sent to opposing counsel; review e-mails re: motion to seal filings that contain unredacted personal information; continue updates to deposition transcripts chart; update action plan |

PLAINTIFF'S TRIAL EXHIBIT

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208241
SEPTEMBER 8, 2009

| Date | Init | Hours | Description |
|---|---|---|---|
| 8/20/09 | DCA | 1.25 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ finalize e-mail to Ms. Union re: same; follow up on issues re: Motion to Seal; revise and finalize list of documents to seal; draft e-mail to Ms. Union and Ms. McGuire re: Motion to Seal; review, analyze, and follow up on e-mail from Mr. Snyder re: additional exhibit images |
| 8/20/09 | DFM | 6.00 | E-mail to Ms. Fuhrer re:  setting deadlines; e-mails to and from Mr. Snyder re:  same; ▓▓▓▓ |
| 8/20/09 | MSD | .25 | Attention to scheduling issues re: Jury Instructions; Verdict Forms; Trial Brief; Trial Exhibits for Courtroom |
| 8/20/09 | PLC | .75 | Analysis with Ms. White re: joint trial exhibits; telephone conversation with ▓▓▓▓▓▓▓; review and exchange correspondence re: same |
| 8/21/09 | BJW | 3.75 | Review e-mails re: joint motion to be submitted for new dates to exchange demonstrative exhibits; conference re: updated deposition transcripts chart; forward same to Mr. Snyder; conference and e-mail to Ms. Gerson re: ▓▓▓▓▓▓; conferences re: ▓▓▓▓▓▓▓▓; update case management binders; update action plan; conference re: ▓▓▓ |
| 8/21/09 | DCA | .25 | Conference with Ms. Marx re: ▓▓▓▓ |
| 8/21/09 | DFM | 4.50 | ▓▓▓▓▓▓▓▓▓▓▓▓ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-161

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

|          |     |      | for appraisers |
|----------|-----|------|----------------|
| 8/21/09 | ETG | 3.00 | Review Joint Trial Exhibits for pages in color; |
|         |     |      | litigation for Ms. White |
| 8/22/09 | ETG | 2.00 | Review Joint Trial Exhibits for pages in color; summarize documents |
|         |     |      | for Ms. White |
| 8/24/09 | BJW | 1.00 | Review exchange of e-mails with Mr. Snyder and |
|         |     |      | update schedule of case deadlines; attention to disk containing two remaining trial exhibits |
| 8/24/09 | DCA | .50  | Review and analyze revised motion to modify trial-related dates; |
| 8/24/09 | DFM | 5.00 | Draft of Joint Motion re: demonstrative exhibits and e-mails to and from Mr. Snyder re: same; research re: |
| 8/24/09 | ETG | 4.00 | Summarize documents |
|         |     |      | litigation for Ms. White |
| 8/24/09 | PLC | .25  | Review and exchange correspondence re: |
| 8/25/09 | BJW | 3.25 | Conference re: status of agreement between counsel as to demonstrative exhibit deadlines; review e-mails re: same; review and respond to e-mails re: joint motion to seal certain filings; |

# ¯BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

| | | | |
|---|---|---|---|
| | | | correspondence re: ▮▮▮▮▮▮▮▮▮▮▮▮e; review and analyze ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 8/27/09 | BJW | 1.50 | Telephone conference ▮▮▮▮▮▮▮▮▮ documents produced in Ohio litigation and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; gather and forward documents ▮▮▮▮▮ including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; follow up with ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review e-mails re: agreement upon dates for demonstrative exhibits |
| 8/27/09 | DCA | .50 | Review and analyze e-mail from Mr. Snyder re: ▮▮▮▮▮▮▮▮▮s; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ review and analyze series of e-mail correspondence re: same |
| 8/27/09 | ETG | 4.75 | Summarize documents produced ▮▮▮▮▮▮▮▮ |
| 8/28/09 | BJW | 1.25 | Review and exchange e-mails with Mr. Ramaekers and IT Department re: ▮▮▮▮▮▮▮▮▮▮▮; f▮▮▮▮▮▮▮▮▮▮▮▮▮ Mr. Ramaekers; a▮▮▮▮▮▮▮▮▮▮▮▮ review summary of documents provided to LaSalle from ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮on; conference re: same; forward summary to Mr. Snyder by e-mail;▮▮▮▮▮ |
| 8/28/09 | DCA | .25 | Review and analyze e-mails re: Stipulation and motions |
| 8/28/09 | DFM | .50 | Attention to filing re: demonstrative exhibits |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208241
SEPTEMBER 8, 2009

| Date | Initials | Hours | Description |
|---|---|---|---|
| | | | filing |
| 8/28/09 | ETG | 4.00 | Summarize documents ███████████████ |
| 8/31/09 | BJW | 1.00 | Review updated trial checklist from Mr. Snyder; conference re: ██████████████ |
| 8/31/09 | DCA | .25 | Review and analyze e-mail from Mr. Snyder re: trial preparation tasks and strategy re: same; review and analyze e-mail ████████████ |
| 8/31/09 | DFM | 4.00 | ███████████████ |
| 8/31/09 | MSD | .50 | Attention to scheduling issues re: Plaintiff's Memorandum in Opposition re: Defendant's Motion for Order Permitting Brief Deposition of Roy Owens re: Expert Witness Opinions and Qualifications; Plaintiff's Memorandum in Opposition re: Defendant's Motion for Order Permitting Mention of The General Economic and Real Estate Industry Downturn |
| 8/31/09 | MSD | .50 | Attention to scheduling issues re: exchange demonstrative exhibits; objections re: demonstrative exhibits; replies re: demonstrative exhibits |

PROFESSIONAL SERVICES                                    79,327.50

# :BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FA: 937-222-8554

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH  43216

INVOICE #  208966
OCTOBER 13, 2009

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009

LaSalle Bank National Association                    MATTER NUMBER - 00001

| | | | |
|---|---|---|---|
| 9/01/09 | DCA | .50 | Review and analyze ▮▮▮▮▮▮▮▮▮▮: ▮▮▮▮▮▮d follow up with Ms. Marx re: same |
| 9/01/09 | DFM | 1.00 | Review of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 9/02/09 | BJW | 1.25 | Review LaSalle's motion re: deposition designations to be withdrawn on certain claims; send e-mail to Ms. Gerson re: review of withdrawals of designations made in response to LaSalle's objections; exchange e-mails re: response times to motions and re: chart to be included with response to latest motion; ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮e ▮▮▮▮▮▮▮▮▮▮r; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 9/02/09 | DCA | .25 | Review and analyze series of e-mails from Mr. Snyder re: ▮▮▮▮▮▮▮▮▮▮▮▮; review and analyze responses re: same |
| 9/02/09 | DFM | 5.00 | Review of ▮▮▮▮▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 9/02/09 | ETG | 3.00 | Prepare chart of Plaintiff's Deposition Designation Withdrawals for Ms. White |
| 9/03/09 | BJW | 1.25 | Review trial checklist; forward information to |

PLAINTIFF'S TRIAL EXHIBIT                                          PX-506-168

# ‥BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208966
OCTOBER 13, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | Ms. Marx re: ▮▮▮▮▮▮▮▮▮▮▮▮▮; attend conference call with Ms. Marx, Mr. Ahlstrom and Mr. Snyder re: same; ▮▮▮▮▮▮▮▮▮▮ |
| 9/03/09 | DCA | 1.50 | Conference with Ms. Marx re: outstanding trial issues, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; telephone conference with Mr. Snyder ▮▮▮▮▮▮▮ review and analyze e-mail from Mr. Snyder ▮▮▮▮▮▮▮▮▮▮▮▮▮ draft response to same; review and analyze research ▮▮▮▮▮▮▮▮▮▮▮▮ and follow up with Ms. Marx re: same |
| 9/03/09 | DFM | 4.00 | Telephone conference with Mr. Snyder, Mr. Ahlstrom and Ms. White re: ▮▮▮▮▮▮▮▮▮ |
| 9/03/09 | MSD | .25 | Attention to scheduling issues re: Plaintiff's Memorandum in Opposition re: Defendants' Motion for Order Excluding Testimony Relating to Issues Resolved by the Court's Decision Granting Summary Judgment as to Certain of Plaintiff's Claims (Discounted by 50%) |
| 9/04/09 | DCA | 4.00 | Conference with Ms. Marx re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review and analyze correspondence re: ▮▮▮▮▮▮▮▮▮▮ review and analyze ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review and analyze Order re: Briefing Schedule and follow up e-mails re: same; review and analyze Motion for Order re: |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-169

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH 937-222-2500

FX 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208966
OCTOBER 13, 2009

| | | | |
|---|---|---|---|
| | | | drafting response |
| 9/04/09 | DFM | 6.00 | Review of letter to LaSalle re: document production and e-mails to and from Mr. Snyder re: same; review of revised briefing schedule for Court and e-mails to and from Mr. Snyder re: same; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮en |
| 9/07/09 | DCA | 2.25 | Review and analyze Motion for Order to Exclude Testimony re: Issues Resolved by Courts Decision on Summary Judgment in preparation for drafting response re: same; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review and analyze e-mail from Mr. Snyder re: pending motions; draft response re: same |
| 9/08/09 | BJW | 1.75 | Forward order re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮; review e-mails and letter sent to opposing counsel re: discovery issues; review orders setting briefing schedule and finding defendant's motion in limine to be stale; update and distribute schedule of case deadlines |
| 9/08/09 | DCA | 3.25 | Continue drafting Response to ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review and analyze e-mail from Ms. Marx re: ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review and analyze e-mail from Mr. Fuhrer re: ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮d |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON. OHIO 45423

PH: 937-222-2500

FX: 937-222-9554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208966
OCTOBER 13, 2009

| | | | |
|---|---|---|---|
| 9/11/09 | DCA | 7.25 | Revise and finalize Opposition to Motion for Order re: Economic and Real Estate Downturn; review ████████████████████████████ ████████ ; draft e-mail to Mr. Snyder re: same; continue to review and analyze ████████ ████████████████████ continue drafting Opposition to Motion to Enforce re: Summary Judgment Decision; review and analyze Decisions and Orders re: ████████████████████████ ████████l; review and analyze e-mail from Mr. Snyder re: ████████████████████ ██████y; review and analyze e-mail from Ms. Marx re: ████████ review and analyze e-mail from Ms. Fuhrer ████████████████████ ████████; telephone conference with Mr. Snyder re: ████████████████████████ ████████t; draft e-mail to Mr. Snyder re: same |
| 9/11/09 | JK | 1.00 | Continue drafting proposed jury instructions |
| 9/11/09 | MSD | .50 | Attention to scheduling issues re: extensions re: Plaintiff's Memorandum in Opposition to LaSalle's Motion to Exclude Testimony Relating to Resolved Issues; Defendant LaSalle's Reply Memorandum in Support of Motion to Exclude Testimony Relating to Resolved Issues (Discounted by 50%) |
| 9/11/09 | PLC | .25 | Analysis with Ms. White re: ████████████████ ████████; process and forward same to Ms. White |
| 9/13/09 | DCA | .25 | Review and analyze e-mails re: ████████████ ████ne |
| 9/14/09 | BJW | 4.75 | Conferences with Ms. Marx and Mr. Ahlstrom re: ████████████████████████████████████ |

PLAINTIFF'S TRIAL EXHIBIT

# ¦BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208966
OCTOBER 13, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | ▮▮▮▮▮▮▮▮; make revisions to memorandum; gather and organize exhibits to memorandum; review additional changes and exchange of e-mails re: same; re-profile new exhibit; conference with Ms. Kimes; gather charts and highlighted designations for work on response to LaSalle's renewed motion in limine; review decision re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ update chart re: rulings on objections to designations |
| 9/14/09 | DCA | 2.25 | Review and analyze e-mails re: ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ review and analyze revised Response to Motion to Exclude re: Summary Judgment Decision; review and analyze designations by LaSalle of testimony it believes should be excluded re: Rooths' net worth to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review and analyze additional revisions re: Response to Motion to Exclude re: Summary Judgment Decision and ▮▮▮▮▮▮▮▮▮▮ review and analyze e-mail communications re: same; conference with Ms. Marx re: ▮▮▮▮▮▮ |
| 9/14/09 | DFM | 4.25 | Review of memorandum for filing re: motion in limine; status of case and meeting re: deadlines and recent Court rulings and input re: testimony |
| 9/14/09 | JAD | .50 | Conference with Ms. Marx re: ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ respond to email from Ms. Marx re: same |
| 9/14/09 | JK | 7.00 | Review Defendant's Renewed Motion in Limine; Defendant's original Motion in Limine and related briefs; review the Court's decisions issued to |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1800 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208966
OCTOBER 13, 2009

| Date | Init | Hours | Description |
|------|------|-------|-------------|
| 9/15/09 | MSD | .25 | Attention to scheduling issues re: Defendant's Reply Memorandum in Support of Motion for Order Excluding Testimony Relating to Issues Resolved by the Court's Decision Granting Summary Judgment as to Certain of Plaintiff's Claims (Discounted by 50%) |
| 9/16/09 | BJW | 1.00 | Conferences re: case deadlines; exchange e-mails re: same; update schedule of case deadlines; review e-mails re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; conference re: ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 9/16/09 | DCA | 1.25 | Conference with Ms. Marx re: ▮▮▮▮▮▮▮▮▮▮ |
| 9/16/09 | DFM | 2.00 | Review of ▮▮▮▮▮▮▮▮▮▮ |
| 9/16/09 | JK | 3.00 | Conference with Ms. Marx and Mr. Ahlstrom re: ▮▮▮▮▮▮▮▮▮; research re: ▮▮▮▮▮▮▮▮ |
| 9/17/09 | DCA | .25 | Review and analyze e-mails re: ▮▮▮▮▮▮▮ |
| 9/17/09 | DFM | 4.50 | Research re: ▮▮▮▮▮▮▮▮ |
| 9/17/09 | MSD | .25 | Attention to scheduling issues re: Defendant's |

PLAINTIFF'S TRIAL EXHIBIT