# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208966
OCTOBER 13, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | Reply Memorandum in Support of Renewed Motion in Limine (Discounted by 50%) |
| 9/18/09 | BJW | 2.25 | Conference with Ms. Marx re: ████████; conference re: ████████; prepare binder of key filings ████████; download recent reply memoranda; review final pretrial order as approved by Judge Merz; download docket sheets; update case management binder |
| 9/18/09 | DCA | .50 | Review and analyze article re: ████████ ████████████████████ |
| 9/18/09 | DFM | 1.00 | Attention to ████████ |
| 9/18/09 | JK | 2.50 | Continue drafting proposed jury instructions and research applicable law re: same |
| 9/21/09 | BJW | 2.75 | Review e-mails re: upcoming deadlines; conferences re: ████████ ████████e; calls to ████████ ████████; exchange e-mails re: ████████e; review scheduling order and LaSalle's filing of reply memorandum in support of renewed motion in limine; conference re: same; review Court docket; exchange e-mails re: other court deadlines; review PCA guidelines; forward order denying motion to compel re: same; further conferences re: ████████ telephone conference ████████ ████████exchange of e-mails re: same; forward proposed instructions to Ms. Kimes |

PLAINTIFF'S TRIAL EXHIBIT

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208966
OCTOBER 13, 2009

| Date | Init | Hours | Description |
|---|---|---|---|
| 9/21/09 | DCA | .50 | Review and analyze e-mails re: ███████████████ |
| 9/21/09 | DFM | 2.50 | Review of various ████████████ |
| 9/21/09 | JK | 8.00 | Continue drafting jury instructions and researching re: same |
| 9/22/09 | DFM | 1.00 | Edit and review of ████████████ |
| 9/22/09 | JK | 8.00 | Continue drafting and revising jury instructions; researching re: same |
| 9/23/09 | BJW | .50 | Review pleadings; respond to inquiry re: ████████ ████████ conference with Ms. Marx re: ████████ |
| 9/23/09 | DCA | 5.50 | Review and analyze Proposed Jury Instructions and ████████████████ review e-mail communications re: final revisions |
| 9/23/09 | DFM | 2.00 | Review of demonstrative exhibits and ████████ |
| 9/23/09 | JK | 3.50 | Review proposed jury instructions and revise same; email same to Mr. Ahlstrom for review and comment |
| 9/23/09 | JMS | 2.50 | Review LaSalle case file and conference re: ████████ |
| 9/24/09 | BJW | .50 | Forward contact information re: ████████ ████████; follow-up e-mail exchange |
| 9/24/09 | DCA | .50 | Review and analyze ████████████ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-178

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1800 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  208966
OCTOBER 13, 2009

| Date | Init. | Hours | Description |
|---|---|---|---|
| 9/24/09 | DFM | 2.00 | Review and analysis of jury instructions |
| 9/24/09 | JK | 1.00 | Review ▓▓▓▓▓ same; revise introduction |
| 9/24/09 | MSD | 5.00 | Begin to review and analyze Defendants' trial exhibits produced by Opposing Counsel on August 12, 2009 (Discounted by 50%) |
| 9/25/09 | BJW | .75 | Conference with Ms. Marx re: ▓▓▓▓▓ e-mail same to Mr. Hoeppner; further conference and respond to Mr. Hoeppner's e-mail re: ▓▓▓▓▓; review e-mails re: status of proposed jury instructions; review update from Ms. Dugan re: ▓▓▓▓▓ |
| 9/25/09 | CDA | 1.00 | Research re: ▓▓▓▓▓ |
| 9/25/09 | DCA | .25 | Review and analyze e-mail from Mr. Snyder re: ▓▓▓▓▓ |
| 9/25/09 | DFM | 6.50 | Draft, edit and research of jury instructions; e-mails to and from Mr. Snyder and Mr. Owen re: ▓▓▓▓▓ |
| 9/25/09 | JK | 5.00 | Revise Plaintiff's Proposed Jury Instructions |
| 9/25/09 | MSD | 1.00 | Continue to review and analyze Defendants' Trial Exhibits produced by Opposing Counsel on August 12, 2009 (Discounted by 50%) |
| 9/25/09 | MSD | 3.00 | Continue to review and analyze Defendant's Trial Exhibits produced by Opposing Counsel August 12, 2009 (Discounted by 50%) |
| 9/27/09 | DFM | .50 | Review of jury instructions from Defendant and analysis of same; e-mail to Mr. Snyder re: ▓▓▓▓▓ |
| 9/27/09 | JK | 1.00 | Review Defendant's Requested Jury Instructions |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208966
OCTOBER 13, 2009

| | | | |
|---|---|---|---|
| 9/28/09 | BJW | 4.50 | Respond to e-mail ▮▮▮▮▮▮▮ |

attention to proposed jury instructions; create trial notebook; attention to order denying motion to prohibit defendant's use of certain documents; conferences re: same; review court docket and internal document management system; prepare chart ▮▮▮▮

| | | | |
|---|---|---|---|
| 9/28/09 | DCA | 9.50 | Review and analyze LaSalle's Proposed Jury Instructions and ▮▮▮▮▮▮ |

review and analyze follow up communications re: ▮▮▮; conference with Ms. Marx and Ms. Kimes re ▮▮▮▮▮

▮▮▮▮ draft objections to LaSalle's Proposed Jury Instructions; review and analyze ▮▮▮▮▮ review and analyze Decision and Order Denying Motion to Prohibit; review and analyze ▮▮▮▮

review and analyze ▮▮▮▮

| | | | |
|---|---|---|---|
| 9/28/09 | DFM | 6.00 | Analysis of Defendant's jury instructions; ▮▮▮▮ meeting with Ms. Kimes re: ▮▮▮▮ |

| | | | |
|---|---|---|---|
| 9/28/09 | JK | 8.00 | Draft Plaintiff's Objections to Defendant's Requested Jury Instructions; conferences with Ms. Marx and Mr. Ahlstrom re: ▮▮▮▮ |

| | | | |
|---|---|---|---|
| 9/28/09 | MSD | 2.00 | Continue to review and analyze defendant's trial exhibits produced by opposing counsel August 12, |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208966
OCTOBER 13, 2009

2009 (Discounted by 50%)

| Date | Initials | Hours | Description |
|---|---|---|---|
| 9/29/09 | BJW | 3.25 | Continue work on ████████████████; review e-mail from Ms. Fuhrer requesting report on video deposition excerpts; conference with Ms. Marx and review ████████████ exchange e-mails with Ms. Fuhrer for clarification; further conference with Ms. Marx re: ████████ review further rulings on deposition designations; conference with Ms. Gerson re: updating highlighted deposition designations re: Ms. Reimann and Ms. Rubin per rulings and agreements re: same; respond to e-mail re: ████████████ |
| 9/29/09 | DCA | 1.75 | Review and analyze ████████ review and analyze e-mail from Mr. Snyder re: ████████████; review and analyze Court's rulings on deposition designations of Mr. Rooths, Ms. Scalise, Ms. Stawiarski, and Mr. Steffenino; review and analyze ████████ |
| 9/29/09 | DFM | 4.50 | Review and edit of ████████████ meeting with Ms. White re: ████████████ and trial preparation; discussion re: ████████ |
| 9/29/09 | JK | 9.00 | Revise and continue drafting ████████ |
| 9/29/09 | MSD | 1.50 | Continue to review and analyze Defendants' Trial Exhibits produced by Opposing Counsel August 12, |

PLAINTIFF'S TRIAL EXHIBIT

# :BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH. 937-222-2500

FX. 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 208966
OCTOBER 13, 2009

|  |  |  | 2009 (Discounted by 50%) |
|---|---|---|---|
| 9/30/09 | BJW | 2.25 | Finalize chart re: ▓▓▓▓▓▓; send e-mail to Ms. Marx re: ▓▓▓▓▓▓; update chart re: highlighted deposition designations to be removed pursuant to rulings; conference with Ms. Gerson to review how changes will be displayed; review order vacating August trial date for further discussion of process for rulings on deposition designations and creation of video clips |
| 9/30/09 | CDA | 2.00 | Research re: ▓▓▓▓▓▓ |
| 9/30/09 | DFM | 1.00 | Review, edit, draft and research re: ▓▓▓▓▓▓ e-mails to and from Mr. Snyder ▓▓▓▓▓▓ filing of same |
| 9/30/09 | ETG | 4.00 | Identify overruled deposition testimony for depositions of Ms. Reimann and Ms. Rubin and update information in transcripts re: same |
| 9/30/09 | JK | 11.00 | Revise Plaintiff's Objections to Defendant's Requested Jury Instructions; conferences with Ms. Marx re: ▓▓▓▓▓▓ exchange emails with ▓▓▓▓▓▓ and Snyder re: same |
| 9/30/09 | MSD | .25 | Attention to scheduling issues re: Objections to Magistrates September 28, 2009 Decision and Order Denying Motion to Prohibit (Discounted by 50%) |

PROFESSIONAL SERVICES                                         46,087.50

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43216

INVOICE #  209502
NOVEMBER 4, 2009

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009

LaSalle Bank National Association          MATTER NUMBER - 00001

| | | | |
|---|---|---|---|
| 10/01/09 | BJW | 1.75 | Update trial notebook, including ▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆ further conference with Ms. Marx re: ▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆ prepare index to be used for binder of revised highlighted designations incorporating court's rulings on objections; discuss same with Ms. Gerson, including process for quality control and tracking status as transcripts are sent to video consultant for clips; review e-mails re: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ further updates to case management binder; forward updated listing of remaining case deadlines through trial |
| 10/01/09 | DCA | .50 | Review and analyze Defendant's Objections to Plaintiff's Proposed Jury Instructions |
| 10/01/09 | DFM | 2.00 | Work on demonstrative exhibits and jury instructions |
| 10/01/09 | ETG | 5.00 | Identify overruled deposition testimony for depositions of Ms. Rubin, Mr. Rooths, Ms. Scalise, Ms. Stawiarski, Mr. Steffenino, and Mr. Taennis and update information in transcripts re: same |
| 10/01/09 | JK | 6.00 | Draft Reply in Support of Proposed Jury |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER

DAYTON, OHIO 45423

FED ID #31-1423760

PH: 937-222-2500

MEMBER OF MERITAS

FX: 937-222-8554

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

| | | | |
|---|---|---|---|
| | | | Instructions |
| 10/01/09 | MSD | 1.00 | Continue to review and analyze Defendants' Trial Exhibits produced by Opposing Counsel August 12, 2009 |
| 10/02/09 | DCA | 1.25 | Review and analyze e-mail from ▓▓▓▓ conference with Ms. Marx re: demonstrative exhibits; review and analyze Reply in Support of Proposed Jury Instructions and ▓▓▓▓ review and analyze additional demonstratives proposed by Ms. Marx |
| 10/02/09 | DFM | 6.50 | Work on reply to jury instructions and demonstratives |
| 10/02/09 | ETG | 1.00 | Convert final deposition designations and email to Ms. Marx |
| 10/02/09 | JAD | .75 | Review email from Ms. Marx re: ▓▓▓▓ |
| 10/02/09 | JK | 8.00 | Draft Reply in Support of Proposed Jury Instructions |
| 10/02/09 | MSD | .50 | Continue to review and analyze Defendants' Trial Exhibit 300 produced by Opposing Counsel August 12, 2009 |
| 10/03/09 | DCA | .25 | Review and analyze series of e-mails re: ▓▓▓▓ |
| 10/04/09 | DCA | .50 | Review and analyze series of e-mails re: ▓▓▓▓ s; review and analyze e-mail from Mr. Snyder re: ▓▓▓▓ e-mail from Ms. Marx re: ▓▓▓▓ |
| 10/04/09 | DFM | .50 | Review of e-mails and jury instruction drafts |
| 10/04/09 | JK | 4.50 | Draft Reply in Support of Jury Instructions; |

# `BALY SHILLITO + DYER`

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1800 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | email same ▐▐▐▐▐▐▐▐▐▐▐ Snyder and Ms. Marx for review and comment |
| 10/05/09 | BJW | 5.25 | Conference with Ms. Gerson re: trial exhibits and related projects; attend to technology issue re: size of PDF files resulting from deposition highlighting; review additional rulings on objections to deposition designations; update chart re: further changes to be made in highlighted deposition excerpts; update case management binder, including recent motions, replies, and witness information;  e-mail to Ms. Gerson re: updating chart of designations withdrawn by plaintiff; prepare binder of various rulings on designations |
| 10/05/09 | DCA | .75 | Review and analyze series of decisions by Judge Merz on Deposition Designations of Mr. Tornelli, Ms. Vitulli-Wessel, Mr. Wasser, Ms. Wurtz, and Mr. Fetterlof |
| 10/05/09 | DFM | 2.00 | Review and edit of ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐ |
| 10/05/09 | ETG | 3.00 | Identify overruled deposition testimony for depositions of Ms. Reimann and Ms. Rubin and update information in transcripts re:  same; analyze file size reduction options for Ms. White |
| 10/05/09 | JK | 5.00 | Revise Reply in Support of Proposed Jury Instructions; exchange numerous emails ▐▐▐▐▐ ▐▐▐▐▐▐▐▐▐▐; telephone ▐▐▐▐▐▐▐▐▐▐▐▐same; multiple conferences with Ms. Mark re: same |
| 10/05/09 | MSD | 2.75 | Continue to review and analyze Defendants' Trial Exhibits produced by Opposing Counsel on 8/12/09 |
| 10/06/09 | BJW | 3.00 | Review additional rulings from Judge Merz re: objections to deposition designations; update |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

|            |      |      | 2009                                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|------|------|------------------------------------------|
| 10/07/09   | BJW  | 2.75 | Further conference re: ▮▮▮▮▮▮▮▮▮▮; conference with Ms. Marx re: same; review additional rulings by Judge Merz re: objections to deposition designations; update binder re: same; update chart re: resulting changes needed in highlighted copies of deposition transcripts; review changes in highlighted transcript of Mr. Hawkins' deposition; resolve issue re: ▮▮▮▮▮▮▮▮▮; arrange for further changes in highlighted transcript re: same; conference re: status of synched depositions |
| 10/07/09   | CDA  | 9.25 | Draft memorandum re: ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10/07/09   | DFM  | 2.00 | Review of memorandum re: ▮▮▮▮▮▮▮▮▮▮▮ review of deposition transcripts and rulings; preparation ▮▮▮▮ |
| 10/07/09   | ETG  | 6.00 | Identify overruled deposition testimony for depositions of Mr. Gembara, Mr. Fetterolf, Mr. Wasser, Ms. Wurtz, Ms. Vitulli-Wessel, Mr. Torenli, and Mr. Hawkins; prepare Defendant's Trial Exhibits for imaging |
| 10/07/09   | JK   | 2.00 | Draft and circulate Joint Stipulation re: demonstrative exhibits; research re: ▮▮▮▮▮▮▮ |
| 10/07/09   | MSD  | 1.50 | Continue to review and analyze Defendants' Trial Exhibits produced by Opposing Counsel on August 12, 2009 |
| 10/08/09   | BJW  | 6.25 | Exchange e-mails with Ms. Marx re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; forward highlighted transcript to Mr. Snyder ▮▮▮▮▮▮; continue to update chart re: changes to be made to highlighted deposition transcripts per |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-190

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

| | | | |
|---|---|---|---|
| | | | and analyze Minute Entry re: Status Conference; review and analyze ▮▮▮▮ ▮▮▮▮ |
| 10/08/09 | DFM | 1.00 | E-mails to and from ▮▮▮▮▮▮▮▮▮▮ re: ▮▮▮▮▮▮▮▮▮▮; participated in telephone conference with Court |
| 10/08/09 | DFM | 2.50 | Telephone call with Court; review of numerous e-mails re: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮s; conference with Ms. Kimes and Mr. Ahlstrom re: ▮▮▮ |
| 10/08/09 | ETG | 3.50 | Identify overruled deposition testimony for depositions of Mr. Gillis, Ms. Goodman, Mr. Grossman, Ms. Hopper, and Mr. Kleszynski |
| 10/08/09 | JK | 1.50 | Review and analyze emails related to Joint Stipulation and other pretrial matters; conference with Ms. Marx and Mr. Ahlstrom re: same; email counsel for LaSalle re: Joint Stipulation; revise and circulate same |
| 10/09/09 | BJW | 7.00 | Conferences with Mr. Hoeppner and exchange of e-mails with Ms. Marx re: ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮; review designated portions of Gembara deposition for ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮; review and approve highlighted designations, \and work to resolve issues related to rulings where inconsistencies exist; prepare line and page records ▮▮▮▮ |

forward additional highlighted depositions ▮▮▮ ▮▮▮▮; review and forward report re: ▮▮▮ ▮▮; review additional rulings from Court on deposition designation objections; update binder re: same; update ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

| 10/09/09 | CDA | 1.75 | Research re: |
| 10/09/09 | DCA | 1.25 | Review and analyze e-mail communications re: |
| 10/09/09 | DFM | 2.00 | Various telephone calls and e-mails to and from client re: |
| 10/09/09 | MSD | .50 | Attention to scheduling issues re: demonstrative trial exhibits |
| 10/12/09 | BJW | 7.00 | Attention to changes in highlighted deposition designations re: Court's recent rulings; update index re: ; conferences with Ms. Marx re: same; prepare additional clip reports for deposition designations; |

; draft reply to Ms. Fuhrer re: methodology for video clips and attaching playback reports; conference re: same; finalize and send e-mail to opposing counsel; resolve issues re: discrepancies in designations and rulings re: video clips;  to discuss courtroom equipment issues; participate in conference call; forward additional playback reports to opposing counsel; conferences re: further redaction of trial exhibits and deadline for providing tiff images; follow up e-mails re: same

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX. 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

| | | | |
|---|---|---|---|
| 10/12/09 | DCA | 1.00 | Prepare for conference call re: ▮▮▮▮ ▮▮▮▮; conference re: same; review and analyze e-mail from Ms. Union re: response to proposal re: exchange of exhibits and follow up with Ms. White re: same |
| 10/12/09 | DFM | 6.50 | Review of e-mails re: videographer reports; ▮▮▮▮ telephone conference with Mr. Snyder re: status; draft of Notice of Withdrawal; research re: ▮▮▮▮ |
| 10/12/09 | ETG | 9.00 | Identify overruled deposition testimony for depositions of Mr. Miguel, Ms. Mulcahy, Mr. Meleones and Mr. Krawitz; ▮▮▮▮ for depositions of Ms. Mulcahy, Mr. Miguel, Mr. Meleones, Mr. Krawitz, Mr. Wasser, Ms. Wurtz, and Mr. Taennis |
| 10/12/09 | JK | 3.00 | ▮▮▮▮ with Ms. Marx re: ▮▮▮▮ |
| 10/12/09 | MSD | 1.50 | Continue to review and analyze Defendants' Trial Exhibits produced by Opposing Counsel August 12, 2009 |
| 10/13/09 | BJW | 2.75 | Conference re: ▮▮▮▮; respond to e-mail re: ▮▮▮▮; various conferences re: same; review highlighted deposition designations incorporating Court's rulings on objections; create and/or edit and approve ▮▮▮▮. ▮▮▮▮ forward same along with PDF versions of highlighted transcripts |
| 10/13/09 | DCA | 1.00 | Conference with Ms. Marx re: ▮▮▮▮; outline issues and questions re: same; conference with Ms. Gerson |

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  209502
NOVEMBER 4, 2009

| | | | |
|---|---|---|---|
| | | | re: ████████████████ |
| 10/13/09 | DFM | 7.00 | Work on demonstratives; review of reports and depositions; review of e-mails; telephone conference with Mr. Snyder |
| 10/13/09 | ETG | 3.50 | Identify overruled deposition testimony for depositions of Mr. Gillis, Ms. Goodman, Mr. Grossman, Ms. Hopper, and Mr. Kleszynski |
| 10/13/09 | JK | 2.50 | Conference with Ms. Marx re: ████████████ Trial Brief; begin reviewing ████████████ █████████s; review ████████████ |
| 10/14/09 | BJW | 2.25 | Telephone conference with Mr. Hoeppner ████████ ████████████████; update index to playback reports; arrange for printing of reports and creation of binder with copy for Ms. Marx; forward latest round of playback reports to opposing counsel; forward copies of all playback reports ████████████████; conferences re: deposition excerpts attached to summary judgment motion; ████████ ████████████████ review exchange of e-mails re: ████████████; conferences re: ████████████; conference re: ████████ |
| 10/14/09 | DCA | 1.25 | Review and analyze e-mails with Mr. Snyder re: ████████████████████ ████████ draft e-mail to clients re: same; draft e-mail to Ms. Union re: additional issues with exchange of demonstratives; ████████ ████████████████ |
| 10/14/09 | DFM | 7.00 | Work on demonstrative exhibits; ████████ |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

| Date | Init | Hours | Description |
|---|---|---|---|
| 10/14/09 | ETG | 1.50 | Prepare JX and PX exhibits for production to opposing counsel |
| 10/14/09 | JK | 5.00 | Continue reviewing deposition of █████ |
| 10/15/09 | BJW | 5.25 | Forward additional playback reports to Ms. Fuhrer; review and forward e-mail re: ████████ conferences re: status of same; ████████; ████████, highlighted designations, and filings re: objections; ████████ forward ████████; update index re: ████████; ████████; update schedule of case deadlines; attention to ████████ update case management binder; work on chart re: ████████ including review of playback reports for accuracy and noting potential revisions to same |
| 10/15/09 | DCA | .50 | Conference with Ms. Marx and Ms. Kimes re: ████████ |
| 10/15/09 | DCA | .50 | Review and analyze e-mail from Ms. Union re: timing of delivery of trial exhibits; review and analyze e-mail from Ms. Conrad re: size of electronic files for exhibits; draft response to same; follow up with Ms. White and Ms. Gerson re: same |
| 10/15/09 | DFM | 7.00 | ████████ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-196

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

| Date | Atty | Hours | Description |
|---|---|---|---|
| | | | ██████████████ and trial brief issues |
| 10/15/09 | ETG | 7.25 | Prepare JX and PX exhibits for production to opposing counsel |
| 10/15/09 | JK | 3.00 | ██████████████████████ conference with Ms. Marx and Mr. Ahlstrom re: same |
| 10/16/09 | BJW | 6.50 | Review e-mails re: status of exchange of tiff images of revised trial exhibits; conferences re: same and receipt of LaSalle's exhibits; exchange e-mails with Mr. Snyder █████████████ ███████████████████████; continue to work on chart re: ██████████████ ███████████████████, including ██████ █████████████████████; review e-mails re: ████████████; telephone conference █████████ ████ exchange e-mails ███████████████████ ██████████████████s; send e-mail to opposing counsel to correct information in prior e-mail re: Hawkins deposition designations |
| 10/16/09 | DCA | 9.25 | ██████████████████, including drafting, revising, and editing ████████████████ |
| 10/16/09 | DFM | 8.50 | ██████████████████████████████; telephone calls to and from Mr. Snyder; trial preparation |
| 10/16/09 | ETG | 2.00 | Prepare JX and PX exhibits for production to opposing counsel |
| 10/16/09 | JK | 9.00 | Work with Ms. Marx and Mr. Ahlstrom ██████████ |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 10/17/09 | DCA | 7.25 | Review and analyze ⬛⬛⬛; presentation of case; ⬛⬛⬛ |
| 10/17/09 | DFM | 4.50 | ⬛⬛⬛ |
| 10/17/09 | DFM | 2.50 | Review of ⬛⬛⬛ synopses and e-mail to Mr. Snyder re: same |
| 10/17/09 | JK | 6.00 | |
| 10/18/09 | DCA | 1.25 | Review and analyze ongoing series of e-mails and attachments related ⬛⬛⬛ |
| 10/18/09 | DFM | 4.00 | Review of trial testimony ⬛⬛⬛, and ⬛⬛⬛ and e-mail to Mr. Snyder re: same |
| 10/19/09 | BJW | 13.25 | Continue to review playback reports against Court's rulings on objections to designations and against highlighted depositions; ⬛⬛⬛; update chart re: ⬛⬛⬛ conferences re: same; telephone conferences with ⬛⬛⬛; ⬛⬛⬛ for use with demonstratives; ⬛⬛⬛; ⬛⬛⬛, exchange e-mails re: corrections to be made re: same; review of e-mails and conferences re: status of tiff images of trial exhibits exchanged with counsel; ⬛⬛⬛; exchange e-mails and |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | confer by telephone ███████████████████. ████████████████████; ████████████ or transmittal to opposing counsel; draft and send e-mails to opposing counsel attaching demonstrative exhibits |
| 10/19/09 | DCA | 4.00 | Review and analyze e-mails from Mr. Snyder re ████████████████████ conference with Ms. Marx and Ms. Kimes ████████; review and analyze e-mail from Ms. Union re receipt and processing of JX Exhibits; draft response to same; follow up with Ms. Gerson re same; work re ███████████████████n; draft e-mail to Ms. Union and Ms. Conrad re same; series of e-mails with Ms. Union re delivery of Plaintiff's exhibits; review and analyze████████████████████s; telephone conference with Ms. Kimes re ███████████████████████; review and analyze series of e-mails re same; review and analyze e-mails with opposing counsel re exchange of demonstrative exhibits |
| 10/19/09 | DFM | 8.00 | Review of trial testimony for █████████████████s and ████████████ e-mail to Mr. Snyder re: same; review of demonstrative exhibit ███████ deadlines for exchange; e-mails to and from Mr. Snyder, opposing counsel, Ms. Kimes and Ms. White re: same |
| 10/19/09 | ETG | 8.00 | Prepare JX and PX exhibits for imaging |
| 10/19/09 | JAD | .50 | Conference with Ms. Marx re: ███████████ ██████ |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

| 10/19/09 | JK | 9.00 | Assist in preparing, revising and serving demonstrative exhibits |
| 10/20/09 | BJW | 5.75 | Review e-mails re: LaSalle's demonstrative exhibits; print working copy of LaSalle's demonstrative exhibits; conferences re: same; prepare index and binder re: same for work on objections; conferences with paralegals re: processing of defendant's trial exhibits, joint exhibits and demonstrative exhibits; telephone conference with Mr. Ramaekers re: trial exhibits; exchange e-mails re: status of playback reports, including inquiry to LaSalle; update chart re: same; conference re: ▮▮▮▮▮▮▮▮▮▮; call to Court staff re: submission of demonstrative exhibits; send e-mail to Ms. Marx ▮▮▮▮▮▮; draft and send e-mail to Mr. ▮▮▮▮▮▮ attaching various exhibit lists; create CD of Plaintiff's demonstrative exhibits; draft ▮▮▮▮▮▮ conference with Ms. Gerson re: finalizing overnight package; send e-mail ▮▮▮▮▮▮▮▮ further e-mails re: same |
| 10/20/09 | CDA | 1.25 | Research re: ▮▮▮▮▮▮ |
| 10/20/09 | DCA | .50 | Review and analyze e-mails re ▮▮▮▮▮▮ |
| 10/20/09 | DFM | 6.00 | Review of exhibits filed by LaSalle; ▮▮▮▮▮▮ trial preparation |
| 10/20/09 | ETG | 6.50 | Prepare JX and PX exhibits for imaging |
| 10/20/09 | JK | 1.75 | Review LaSalle's demonstrative exhibits; conference with Ms. White re: same; review email from Ms. Adkins re: ▮▮▮▮▮▮ |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH 937-222-2500

FX 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | conference with Ms. Marx ████████ email Ms. Union, et al re: DX numbers for Defendant's demonstrative exhibits |
| 10/21/09 | BJW | 6.25 | Attention to LaSalle's index of demonstrative exhibits; review exchange of e-mails re: ████ ████████; conference re: same; conferences re: ████████ ████████ telephone conferences ████████ ████████; continue review of playback reports against Court's rulings and highlighted deposition transcripts; send Taennis playback report to opposing counsel; update binders with playback reports from LaSalle; ████████ telephone conference ████████ revise index re: same; send e-mails to Ms. Marx and Mr. Snyder ████████ conferences re: same; update case management binder |
| 10/21/09 | DCA | 5.00 | Review and analyze e-mail ████████ s; follow up with Ms. Marx re same; review and analyze e-mail from Mr. Snyder re ████████; follow up with Ms. |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER

FED ID #31-1423760

DAYTON, OHIO 45423

MEMBER OF MERITAS

PH 937-222-2500

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

Kimes re same; review and analyze Mr. Snyder's
follow up e-mail re same; review and analyze
████████████████████████████████████████████
███████████████; review and analyze e-mails with
Mr. Snyder re same; review and analyze ██████████
████████████████; conference with Ms.
Gerson and Ms. White re issues with trial exhibit
load files sent by Defendant and proposed
response re same; review and analyze proposed
e-mail to LaSalle re same; revise and edit e-mail
to Ms. Union and Ms. Conrad re same; draft follow
up e-mail attaching revised load file re same;
review and analyze e-mail from Ms. Union re
objections to correcting load file; conference
with Ms. White re logistics re same; draft
response to Ms. Union's e-mail; review and
analyze reply from Ms. Union re agreement to
rework demonstratives; draft response confirming
same; telephone conference with Ms. Marx re:
████████████████████████████████████████████
████████████; review and analyze additional
e-mails from Mr. Snyder, ████████████ Ms. Marx
████████████████████████

| Date | Initials | Hours | Description |
|---|---|---|---|
| 10/21/09 | DFM | 6.00 | Review of demonstratives; meeting re: exhibits and technology concerns; e-mails to and from Mr. Snyder re: Pretrial Order ████████ |
| 10/21/09 | ETG | 4.00 | Prepare PX trial exhibit binders |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1800 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

| | | | |
|---|---|---|---|
| 10/21/09 | JK | 7.00 | Review email from Ms. Lee re: index to demonstrative exhibits; review and analyze emails from Mr. Snyder re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ conferences with Mr. Ahlstrom, Ms. White and Ms. Marx re: same; review Final Pretrial Order and attached Exhibits; draft ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮; review and analyze ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; conferences with Mr. Ahlstrom and Ms. Marx re: same; ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; conferences with Ms. Marx and Mr. Ahlstrom re: same |
| 10/21/09 | MSD | 1.50 | Review and analyze demonstrative trial exhibits |
| 10/22/09 | BJW | 5.75 | Exchange e-mails re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ same; conferences with Mr. Ahlstrom; finalize and send index of plaintiff's demonstrative exhibits to Ms. Lee; attention to LaSalle's revised clip reports; conferences re: status of load file from LaSalle re: trial exhibits and re: processing of same; conferences re: arrangements for Court's copies of trial exhibit binders; review, update and distribute trial planning task list; exchange e-mails re: same; conferences re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review trial exhibits for ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮; conference re: same; memo to file re: same; review e-mails and follow up with Mr. Ahlstrom re: ▮▮▮▮▮▮▮▮ |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  209502
NOVEMBER 4, 2009

████████ equipment█; review e-mails re:
██████████████

**10/22/09** DCA 5.00 Conference with Ms. White re████████████
████████████████; review and analyze
e-mail from Mr. Snyder re████████████
draft e-mail ████████
████████; review and analyze revised
trial prep list; review and analyze e-mails re
██████████████████████
telephone conference ██████████████████;
█████████████s; telephone conference with Mr.
Ferdinand re same; follow up with Ms. White re
issues re same; draft e-mail to Mr. Snyder re
report on same; draft e-mail to Defendant's
counsel re proposal for trial technology issues;
review and analyze ████████████
████████t; review and analyze e-mail from
Ms. Union re revised load files; conference with
Ms. Gerson re ongoing issues with load files and
plan strategy re same; review and analyze e-mails
re █████████████████
██████; conference with Ms. Marx re follow up
to trial technology issues and ████████████
████████████
████████ telephone conference with Ms. Lee re
trial technology issues and draft follow up
e-mail re same

**10/22/09** DFM 8.50 ████████████████s; review of
e-mails to and from Mr. Snyder re: ████████████
████████████████ technology
issues

**10/22/09** ETG 5.50 Prepare JX trial binders and send out for copying
10/22/09 JK 5.00 Review and analyze various emails re:████████

PLAINTIFF'S TRIAL EXHIBIT

PX-506-204

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

|            |     |      |                                                                                                                |
|------------|-----|------|----------------------------------------------------------------------------------------------------------------|
|            |     |      | ██████████████; conferences with Ms. Marx re: same and re: trial brief; continue drafting trial brief          |
| 10/22/09   | MSD | 1.50 | Continue to review and analyze joint trial exhibits                                                            |
| 10/23/09   | BJW | 6.75 | Conferences with Ms. Kimes re: ██████████ review LaSalle's indexed testimony for references ████████; conduct Summation search of transcripts for ████████ ██████████; prepare report of remaining references in designations ████████ ██████rt; ██████; follow-up e-mails re: same; attention to correspondence re: documents; update trial notebook and case management binder, including recent filings; various conferences re: trial exhibit binders; review parties' agreements re: same; telephone conference ████████████ ██████s; update plaintiff's trial exhibit list, including demonstrative exhibits; draft notice of filing second amended trial exhibit list; e-mail same to Ms. Marx; conference with Ms. Marx re: trial preparation matters; call Court staff re: availability for telephone conference; review e-mail re: trial; technology issues; ████████████ █████ conference re: same; e-mail to Ms. Marx |
| 10/23/09   | DCA | 3.25 | Review and analyze ████████████and e-mails re same; review and analyze Defendant's              |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

Objections to Plaintiff's Demonstrative Exhibits;

█ review and analyze correspondence re █

█; review and analyze █

█elephone
conference with Mr. Ferdinand re trial technology;
proposal and follow up with Ms. Marx re same;
telephone conference █
draft e-mail to Mr. Snyder re █
█; draft follow
up e-mail to Defendant's counsel re same

| Date | Initials | Hours | Description |
|---|---|---|---|
| 10/23/09 | DFM | 5.50 | Review of █ research re: same; review of letters to counsel; research re: █ telephone conference with Mr. Snyder |
| 10/23/09 | ETG | 8.00 | Conference call █ for loading into Sanction; quality control of copies of PX trial exhibit binders |
| 10/23/09 | JK | 7.00 | Review and locate citations for Motion for Clarification; review █ review letter from LaSalle seeking production of documents; continue drafting Trial Brief and email same to Ms. Marx for Review |
| 10/24/09 | BJW | 4.75 | Review e-mails re: various trial issues and upcoming conference call re: █; organize various trial materials; send e-mail to Mr. Ahlstrom re: █; compare LaSalle's list of testimony to be excluded from video clips against prior listings by topic, █; send e-mail |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-206

# ¯BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | to Ms. Marx re: same; telephone conference with Ms. Marx re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ; send e-mail ▮▮▮▮▮▮▮▮▮▮▮▮ send e-mail to Mr. Snyder re: ▮▮▮▮▮▮▮▮▮▮▮▮▮; conference with Ms. Gerson re: ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10/24/09 | DFM | 5.50 | Work on trial brief; ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10/25/09 | BJW | 6.25 | Review e-mails from Mr. Snyder, including topics to be covered in telephone conference and list of exhibits ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review e-mails ▮▮▮▮▮▮▮▮▮▮▮▮▮ conference with Ms. Marx re: same; continue to review issues identified by LaSalle re: video playback reports and attach referenced testimony to chart with suggested responses; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮; conference with Ms. Marx re: LaSalle's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮; review LaSalle's playback reports against highlighted transcripts and judge's rulings; ▮▮▮▮▮▮▮▮ |
| 10/25/09 | DCA | 1.25 | Review and analyze series of e-mails from Mr. Snyder ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10/25/09 | JK | 10.00 | Draft Reply in Support of Proposed Demonstrative Exhibits; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ce ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10/26/09 | BJW | 12.00 | Telephone conference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | responses to objections to demonstrative exhibits, and other matters |
| 10/26/09 | ETG | 10.00 | Quality control of PX trial exhibit binders; prepare trial exhibits |
| 10/26/09 | JK | 7.50 | Review Mr. Snyder's revisions to Trial Brief and Reply in Support of Proposed Demonstrative Exhibits; revise Reply and resend to trial team for review and comment; telephone conference with the Court re: pending issues; revise Reply in Support of Demonstratives per |
| 0/27/09 | BJW | 9.00 | Finalize draft of letter to Ms. Union re: October 23 playback report issues; |

follow-up conference; respond to e-mail from Court requesting list of names of SS+D attorneys to read to jury; forward e-mail to Ms. Kimes re:

continue review of additional designations and playback reports; finalize second letter to Ms., Union re: same; review new rulings from Court; telephone conference with Mr. Snyder; finalize same and serve copies via e-mail; exchange e-mails with Ms. Union re: defendant's trial exhibits;

finalize amended plaintiff's exhibit list and notice of filing of same; review same with Ms. Marx; file same electronically with Court; conferences re: scheduled delivery of trial exhibit binders to court; review and

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | approve exhibit binders; ▓▓▓▓▓▓▓ |
| 10/27/09 | CDA | 6.00 | Research re: ▓▓▓▓▓▓▓ ▓▓▓▓▓▓ ith Ms. Marx re: same; research re: |
| 10/27/09 | DCA | 1.50 | Review and analyze LaSalle's trial brief and court rulings ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓; review and analyze Court's Decision and Order re Motion for Clarification; conference with Ms. Kimes ▓▓ |
| 0/27/09 | DFM | 10.50 | Trial brief edits; conference call with Court; filing of same; e-mail to Court; review of designated portions of playback; e-mails to counsel |
| 10/27/09 | ETG | 10.00 | Quality control of PX trial exhibit binders; prepare trial exhibits for Mr. Hoeppner |
| 10/27/09 | JK | 5.50 | Review Defendant's Trial Brief; review Court's amended decisions re: deposition testimony of Gembara, Scalise and Rael; review Court's Decision and Order Granting in Part and Denying in part Plaintiff's Motion for Clarification; ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓: same; review Court's Decision and Order ruling on LaSalle's Renewed Motion in Limine; conferences with Ms. Marx and Mr. Snyder re: same |
| 10/27/09 | KT | 2.25 | Review correspondence from Ms. Kimes ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ filing re: Michael I ▓▓▓▓▓▓▓; verify bankruptcy filing |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

and brief review of Court docket; email to Ms. Rimes ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮ interim reports and application to employ; ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ; forward
lien information to Ms. Marx for further review

**10/28/09** BJW 9.50 Final review and approval of Plaintiff trial
exhibit binders and Joint trial exhibit binders
for delivery to Court; arrangements for delivery;
▮▮▮▮▮▮▮▮▮▮▮▮▮
appearance; telephone conference with Mr. Snyder;
conference with Ms. Marx re: same; telephone
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ obtain juror
questionnaires; ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮ ; exchange e-mails with Mr. Snyder re:
same; conferences with trial team re: ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ ; review e-mails re: same; ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ s; review same with Ms. Marx;
forward copy to Mr. Snyder for approval; ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ update index to
playback reports; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ;
▮▮▮▮▮ ; conferences re: same; review chart re:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of
▮▮▮▮▮▮▮▮▮▮ s; ▮▮▮▮▮

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | ; conferences |
|  |  |  | gs; update index to trial notebook; |
|  |  |  | am |
| 10/28/09 | CDA | 2.50 | Researc |
| 10/28/09 | DCA | 5.25 | Review and analyze e-mail from Mr. Snyder re |

e; conference with Ms. Kimes ; review and analyze
conference with Ms. Marx

review and analyze e-mail from Ms. Union re trial technology issues; draft response to same; e; review and analyze e-mail from Ms. Union re proposal for handling control of exhibits during video depositions; review and analyze e-mail from Ms. Kimes review and analyze M telephone conference with Ms. Kimes re

| 10/28/09 | DFM | 6.00 | Trial preparation, |

preparation; information;
review of Court decisions re: testimony; analysis of same

| 10/28/09 | ETG | 11.00 | Trial preparation |
| 10/28/09 | JK | 7.50 | Trial Preparation including" |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

████████████████████████ reviewing playback,
reports and flagging testimony to be deleted per
the Court's recent rulings; review Defendant's
Motion for Pre-Trial Rulings; ████████████████
████████████████████████████ ;

10/29/09  BJW 12.50  Review e-mails and prepare for meeting with trial
team; meet with Mr. Snyder, ████████████████████
████████ exchange e-mails ████████████████████
████████████████████████████ ; conference
re: same; draft and send e-mail to opposing
counsel as notice of calling Mr. Owen as first
witness; ████████████████████████████
████████████████████████ ; conferences re: trial team
set of trial exhibits; ████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████ r, and telephone
conference with court staff re: exhibit changed
from PX to JX; draft letter to opposing counsel
re: same; ████████████████████████████████████
████████████████████ conferences re: same; revise
chart to include other playback reports; ████
████████████████████████████████████████████
████████████████████████████████████████████ ;
attention to defendant's notice of amended
exhibit list; exchange e-mails re: same; call
from Court staff re: transcript copies for
impeachment of witnesses; arrange for binder
covers re: same; print relevant transcripts for
Court; review response from LaSalle re: playback

PLAINTIFF'S TRIAL EXHIBIT

# ‾BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  209502
NOVEMBER 4, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | issues; ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ |
| 10/29/09 | CDA | 3.50 | Research re: ▆▆▆▆▆▆▆▆▆ |
| 10/29/09 | DCA | 2.25 | Prepare for and attend trial preparation meeting with ▆▆▆▆▆▆▆ review and analyze e-mails re pretrial issues; conference with Ms. Marx re ▆▆▆▆▆▆▆ draft response to Ms. Union's proposal; re same; review and analyze reply re same and counterproposal; draft reply to same; review and analyze Defendant's Amended Exhibit List and correspondence re same |
| 10/29/09 | DFM | 14.50 | Meeting with ▆▆▆▆▆▆ Snyder ▆▆▆▆▆ review of letter from counsel ▆▆▆▆▆▆ |
| 10/29/09 | ETG | 11.50 | Trial preparation |
| 10/29/09 | JK | 11.00 | Trial preparation, including: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ review playback reports ▆▆▆▆▆▆▆▆▆▆▆; draft Notice of Amendment of Plaintiff's Reply in Support of Demonstrative Exhibits |
| 10/29/09 | KT | .25 | Receipt of correspondence from Ms. Marx and |
| 10/29/09 | MSD | 3.00 | Begin indexes re: exhibits referenced in deposition video clips |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON. OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  209502
NOVEMBER 4, 2009

10/29/09  PLC  4.50    Assist with preparation ▉▉▉▉▉▉▉▉
                       ▉▉▉; ▉▉▉▉▉▉▉▉▉▉▉▉▉▉; process cd
                       containing Defendant's Exhibits DX-173 - DX-298
                       and DX345 - DX 383

10/30/09  BJW  10.25   Respond to e-mail re: ▉▉▉▉▉▉▉▉▉
                       ▉▉▉▉; draft ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
                       ▉▉▉▉▉▉▉▉▉▉▉▉▉ remind trial team re: ▉▉▉▉
                       ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; draft
                       letter to opposing counsel re: ▉▉▉▉▉▉▉
                       ▉▉▉▉▉▉▉▉▉▉ts; conferences with Ms.
                       Marx; review exchange of e-mails between counsel
                       re: trial issues, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
                       ▉▉▉t; ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
                       arrange ▉▉▉▉▉▉▉▉
                       ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; gather binder
                       carts and other materials to be delivered to
                       courtroom; deliver same with Ms. Gerson and
                       confer with court reporter and courtroom deputy;
                       conference with trial team re: ▉▉▉▉▉▉▉
                       ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; make
                       follow-up call to court reporter to confirm no
                       need for real-time technology setup; update trial
                       notebook; update deposition transcripts chart to
                       include Defendant's trial exhibit numbers; assist
                       with drafting of e-mails re: transcript exhibit
                       issue; ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
                       ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
                       ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ telephone
                       ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
                       ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

# ¯BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

▓▓▓▓▓▓ conference following counsels'
telephone conference with Court; ▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review
correspondence and subsequent e-mail exchange;

| Date | Init. | Hours | Description |
|---|---|---|---|
| 10/30/09 | CDA | .25 | Research re: ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 10/30/09 | CDA | .75 | Research re: ▓▓▓▓▓▓▓▓ |
| 10/30/09 | DCA | 7.50 | Conference with Ms. Marx re ▓▓▓▓▓ ▓▓▓▓▓▓▓▓; conference with Ms. Kimes re ▓▓▓▓▓▓▓▓▓▓ review and analyze ▓▓▓▓▓▓▓▓ |
| 10/30/09 | DFM | 10.00 | Trial preparation including ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference with Court |
| 10/30/09 | ETG | 11.75 | Trial preparation; ▓▓▓▓▓▓▓▓▓ |
| 10/30/09 | JK | 10.00 | Trial preparation ▓▓▓▓▓▓▓▓▓; review LaSalle's response to same; reply to LaSalle re: same; telephone conference with the Court; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓and LaSalle's objections ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH 937-222-2500

FX 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209502
NOVEMBER 4, 2009

| 10/30/09 | MSD | 5.00 | ██████████████████████████████ |
| 10/30/09 | PLC | 5.25 | Review deposition transcript ████████████ ████████████ analysis with Ms. Dugan re: same |
| 10/31/09 | BJW | 7.75 | Conferences with trial team; work on trial notebook, ████████████ ████████████ ████████████, and ████████████ arrange for review of edited playback reports; determine playback run times; prepare list of changes to PX and JX exhibits; annotate trial exhibit lists re: agreements made to redact or exclude certain exhibits; ████████████ |
| 10/31/09 | DCA | 5.25 | Review and analyze ████████████ ████████████; ████████████ |
| 10/31/09 | DFM | 10.00 | Trial preparation, ████████████ |
| 10/31/09 | ETG | 11.50 | Trial preparation |
| 10/31/09 | JK | .75 | Review ████████████ re: ████████████ and re: ████████████; email Ms. Marx ████████████ |
| 10/31/09 | MSD | 4.50 | Assist with trial preparation, including review video clips ████████████ |

PROFESSIONAL SERVICES                                    128,425.00

PLAINTIFF'S TRIAL EXHIBIT                                    PX-506-217

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FEO ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43216

INVOICE # 209963
NOVEMBER 13, 2009

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 12, 2009

    LaSalle Bank National Association          MATTER NUMBER - 00001

11/01/09  BJW 13.25   Conferences with trial team; make electronic
                      court filing; e-mail Notice of Compliance to
                      opposing counsel; review exchange of e-mails re:
                      status of agreement on demonstrative exhibits;
                      print copies of demonstrative exhibits in
                      question; attention to order of witnesses and
                      coordinate continuing project re: identification
                      of exhibits to be used with video playbacks;
                      conferences re: further clean-up of playback
                      reports; attention to trial supplies kit,
                      potential additional trial exhibits, set of
                      deposition transcripts and other materials for
                      courtroom use; gather significant orders and add
                      to trial notebook; coordinate other paralegal
                      tasks in preparation for trial; further
                      conferences and e-mails to trial team; pack and
                      label materials for courtroom

11/01/09  DCA  6.50



PLAINTIFF'S TRIAL EXHIBIT                                    PX-506-221

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-3554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209963
NOVEMBER 13, 2009

| 11/01/09 | DFM | 11.00 | Trial preparation; telephone conference with ▓▓▓▓ ; ▓▓▓▓▓▓▓▓▓▓ ; edit of bench memoranda; work on voir dire |
| 11/01/09 | ETG | 13.00 | Trial preparation |
| 11/01/09 | JK | 6.00 | Review playback reports to identify exhibits referenced therein for Mr. Hoeppner's use at trial; draft Notice of Compliance; ▓▓▓ |
| 11/01/09 | MSD | 7.75 | Continue to assist with trial preparation, including review of video clips to identify exhibits referenced |
| 1/01/09 | RMD | 5.50 | Analyze deposition transcripts and identify exhibits referenced ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 11/02/09 | BJW | 12.50 | Assist trial team with items to take to Court; organize case materials; work on annotated trial exhibit list, including addition of demonstrative exhibits and sorting by date order; attention to replacement copies of revised trial exhibits for courtroom binders; deliver same to courtroom; unpack courtroom binders and set up exhibits for trial team; conference with courtroom deputy; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ; conferences re: same; return to office; update binder of changes to playback reports and communications re: same; check status and confer with Ms. Kimes re: issues in identifying exhibits to be displayed in playback of videos; coordinate further review and approval of playback reports; send e-mail to Ms. Union re: playback report |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209963
NOVEMBER 13, 2009

|  |  |  | issues; conferences re: order of witnesses; prepare binders for Courtroom re: individual witness playback reports |
|---|---|---|---|
| 11/02/09 | DCA | 7.50 | Conference with Mr. Snyder and Mr. Owen re: ██████ trial details; conference with Ms. Marx and Ms. Kimes re: same; draft bench memorandum re: ██████ Priest ASR; review and analyze email from Ms. Kimes re: ██████ ██████ draft response to same; ██████ ██████; conference re: strategy ██████ |
| 11/02/09 | DFM | 11.00 | Preparation for and attendance and participation in trial |
| 1/02/09 | ETG | 4.00 | Assist with trial preparation; attention to courtroom setup |
| 11/02/09 | JK | 7.50 | Revise Motion in Limine to Exclude Economic Downturn Evidence or in the Alternative to Permit Plaintiff to Introduce Evidence Conditionally Excluded by the Court; attend trial; revise ██████ ██████ Motions in Limine per Court's instruction |
| 11/02/09 | MSD | 6.00 | Continue to review video clips re: identify referenced exhibits |
| 11/02/09 | PLC | 3.75 | Analyze Mr. Grossman's revised deposition transcript designations re: exhibits referenced in video clips; analysis with Ms. Dugan re: same; analyze Mr. Kleszynski's deposition transcript designations re: exhibits referenced in video clips; analysis with Ms. Dugan re: same |
| 11/03/09 | BJW | 8.25 | Pull exhibits referenced by Ms. Fuhrer in e-mail requesting redactions; arrange for copies of certain exhibits and other items requested by trial team; deliver ██████ ██████; review |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-223

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  209963
NOVEMBER 13, 2009

|            |      |       | response from Ms. Union re: playback report issues; coordinate paralegal tasks re: same and re: further identification of exhibits to shown with video playbacks; further review of playback reports; respond to Ms. Union in separate e-mails re: playback issues; forward additional edits to Mr. Hoeppner; finalize annotated exhibit lists ▒▒▒▒▒▒▒▒▒▒▒▒▒▒; arrange for binding re: same; attention to cart for deposition transcripts and exhibit boards to be delivered to courtroom; travel to courthouse for additional setup; return to office; continue working with playback reports; conference with Ms. Kimes re: playback issues; meet with trial team; forward redacted JX exhibits to opposing counsel; conferences re: status of remaining revised exhibits |
|------------|------|-------|-----------------------------------------------------------------------------|
| 11/03/09   | DCA  | .50   | Conference with Ms. Marx and Ms. Kimes re: case developments and issues for trial preparation |
| 11/03/09   | DFM  | 10.50 | Preparation for and attendance at trial, including ▒▒▒▒▒ |
| 11/03/09   | ETG  | 7.50  | Assist with trial preparation |
| 11/03/09   | JK   | 10.00 | Attend trial; revise Motion to Permit Introduction of Evidence Re Priest ASR; review playback report for Patria Rubin for exhibit accuracy; discuss same with Mr. Hoeppner; review ▒▒▒▒▒▒▒▒▒▒▒▒ |
| 11/03/09   | KT   | .25   | Review Plaintiff's Notice of Amendment to Reply In Support of Proposed Demonstrative Exhibits |
| 11/03/09   | KT   | .25   | Analysis of Notice of Filing Amended Trial Exhibit Lists |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-224

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209963
NOVEMBER 13, 2009

| | | | |
|---|---|---|---|
| 11/03/09 | MSD | 4.75 | Continue to review video clips re: identify exhibits referenced |
| 11/03/09 | PLC | 2.25 | Analyze Mr. Kleszynski's deposition transcript designations re: exhibits referenced in video clips; analysis with Ms. Dugan re: same; assist with trial preparation |
| 11/04/09 | BJW | 10.50 | Arrive early to assist trial team with various issues; arrange for processing of color photos as revised joint exhibit; re-send tiff images of earlier revised joint exhibits to opposing counsel; deliver hard copy of exhibit to Ms. Union at courthouse; conferences with Ms. Marx re: exhibit issues; prepare cover sheets including status re: various revised exhibits; deliver same to courtroom for counsel's use; further work on playback report binders; ▮▮▮▮▮ leave message for Ms. Olon re: same; exchange e-mails with trial team re: same; ▮▮▮▮▮ meet with Mr. Snyder re: exhibit issues; finalize and send letter to LaSalle's counsel with revised demonstrative exhibits; conferences re: ▮▮▮▮▮; conference re: Ms. Union's e-mails as to proposed redactions of appraisals and agreements needed with respect to playing of videos and displaying exhibits; respond re: same; forward PDF copies of revised PX exhibits; print ▮▮▮▮▮ |
| 11/04/09 | CDA | 3.25 | Review transcript of testimony of Mr. Owen ▮▮▮▮▮; research ▮▮▮▮▮; review |

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER

DAYTON, OHIO 45423

FED ID #31-1423760

PH: 937-222-2500

MEMBER OF MERITAS

FX: 937-222-6554

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209963
NOVEMBER 13, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | ▮▮▮▮▮▮; work on motion in limine re: ▮▮▮▮▮▮ research re: admissibility of statements ▮▮▮▮ |
| 11/04/09 | DCA | 5.50 | Review and analyze series of e-mails from Mr. Snyder re: additional trial tasks; conference with Ms. Marx re: same; legal research re: ▮▮▮▮ ▮▮▮▮▮▮; draft Motion in Limine re: ▮▮▮▮ and follow up with Ms. Marx and Ms. Kimes re: same; conference with Ms. Kimes re: cases cited in support of Motion in Limine re: ▮▮▮▮; conference with Ms. Kimes and Ms. Marx re: trial issues, exhibits during depositions, and other trial strategy issues |
| 11/04/09 | DFM | 11.00 | Trial preparation; attendance at trial; research re: hearing proffer; research re: materiality |
| 11/04/09 | ETG | 2.00 | Assist with trial preparation |
| 11/04/09 | JK | 9.00 | Revise Motion to Permit Introduction of Evidence Re Priest ASR; conference with Mr. Ahlstrom re: ▮▮▮▮ review trial transcript from Monday, November 2, 2009 ▮▮▮▮ ▮▮▮▮ review Final Pretrial Order re: ▮▮▮▮d ▮▮▮▮ summary judgment pleadings re: ▮▮▮▮ |
| 11/04/09 | MSD | 5.00 | Continue review of witness video clips re: identify trial exhibits referenced, including revisions re: November 3, 2009 |

PLAINTIFF'S TRIAL EXHIBIT

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209963
NOVEMBER 13, 2009

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 11/04/09 | PLC | .25 | Assist Ms. White with trial preparation |
| 11/05/09 | BJW | 9.75 | Assist trial team with various items needed for trial; attend direct and cross examinations of Mr. Cooper; deliver Court copies of redacted, revised and new exhibits; conferences re: defendant's redacted version of appraisals; return to office; conferences re: ▓▓▓▓▓ and ▓▓▓▓▓ conferences re: status of identification of exhibits in playback reports; meet with trial team ▓▓▓▓▓; further attention to trial transcripts; final review of outstanding issues re: playback reports; draft e-mail to LaSalle's counsel re: same; review issues with Ms. Marx; finalize and send e-mail to LaSalle's counsel; attention to ▓▓▓▓▓ |
| 11/05/09 | CDA | .50 | Review deposition testimony of Ms. Riemann ▓▓▓ |
| 11/05/09 | DCA | 2.25 | ▓▓▓▓▓ follow up on issues re: ▓▓▓▓▓. ▓▓▓▓▓ conference with Mr. Snyder, Ms. Marx, Mr. Owen and Ms. Kimes re: ▓▓▓▓▓ trial activities and order of testimony of witnesses ▓▓▓▓▓ |
| 11/05/09 | DFM | 10.50 | Preparation for and attendance at trial |
| 11/05/09 | ETG | 4.50 | Assist with trial preparation |
| 11/05/09 | JK | 5.00 | Revise Motion in Limine Re: Material Breach Argument; attend morning session of trial; ▓▓▓▓▓ |
| 11/05/09 | PLC | .75 | Assist with trial preparation |
| 11/06/09 | BJW | 5.75 | Review and exchange e-mails re: order of witnesses and run times of video playbacks; |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209963
NOVEMBER 13, 2009

|  |  |  | Ms. Marx re: ██████████████████; email Mr. Snyder re: same; revise Motion in Limine re: materiality requirement |
|---|---|---|---|
| 11/07/09 | KT | .50 | Correspond with Ms. Marx and Ms. Kimes and locate requested legal authority |
| 11/08/09 | BJW | 9.75 | Review exchange of e-mails between counsel; conferences with Ms. Marx re: exhibits to be shown with video playbacks of testimony; assist trial team with items for trial preparation, including gathering of materials for expert witness review; review deposition testimony re: ████████████████; check testimony against playback reports; review same with Mr. Snyder; work on binder of trial transcripts; organize trial materials; prepare trial calendar for remaining two weeks of trial; update binder re: edits to playback reports; work with Ms. Marx re: exhibits to be shown with playbacks; telephone conference with Mr. Hoeppner; work on binders for tomorrow's playbacks with exhibits noted; attention to additional removal of defendant's designation and plaintiff's cross-designation████████ playback report |
| 11/08/09 | DFM | 7.00 | Prepare for ███████████ ████; research re: ███████████ review of MFG guidelines; various e-mails to and from opposing counsel re: exhibits and review of transcripts and exhibits |
| 11/08/09 | JK | 2.50 | Research ████████████████ █████████e; email Ms. Marx and Mr. Snyder re: same; revise Motion in Limine re:materiality ███████████████ begin |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209963
NOVEMBER 13, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | drafting ▓▓▓▓▓▓▓▓▓▓ |
| 11/09/09 | BJW | 10.75 | Revise listing of video witnesses for November 9 playback, including run times; highlight exhibit references and line numbers to assist video technician with playback; arrange for trial team copy; begin binder ▓▓▓▓▓▓▓▓▓▓ make initial highlights of ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓; send reminder re: ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓; update calendar re: ▓▓▓▓▓▓▓▓▓▓ telephone conferences ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓e; prepare video clip file for Kleszynski testimony; e-mail same to Mr. Hoeppner; send copies to Mr. Snyder and Ms. Marx for attention to ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓n; meet with trial team to prepare for next day of trial; conference re: designated testimony issue; address issues raised by Ms. Union re: video playbacks; review same with Ms. Marx; update ▓▓▓▓▓▓▓▓▓▓r and prepare binder of remaining playback reports; e-mail to Mr. Hoeppner confirming change in designation re: Mr. Kleszynski; work on additional changes by Ms. Union re: playback exhibits |
| 11/09/09 | CDA | 1.25 | Research re: ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ |
| 11/09/09 | DCA | .50 | ▓▓▓▓▓▓▓▓▓▓ issues and briefing on ▓▓▓▓▓▓▓▓▓▓ |
| 11/09/09 | DFM | 14.00 | Participation at trial and numerous e-mails to and from Ms. Union re: exhibits and redactions to be used at trial |
| 11/09/09 | ETG | 3.00 | Analyze video clips for exhibit page references for Mr. Hoeppner; miscellaneous trial preparation |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209963
NOVEMBER 13, 2009

| | | | |
|---|---|---|---|
| 11/09/09 | JK | 7.50 | Further revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ re: bifurcation and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓; continue drafting ▓▓▓▓▓▓▓▓▓▓▓▓▓ trial team meeting; research issues related to ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 11/10/09 | BJW | 7.75 | Confirm run time of videos scheduled for playback on Tuesday; assist trial team with items to be taken to courthouse; deliver ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓; attend portion of Miguel deposition playback; conferences with trial team and return to office; review ▓▓▓▓▓▓ excerpts to identify portions played re:▓▓▓ ▓▓▓▓▓; attention to recent filings; prepare list of trial exhibit issues, including resolution of same; update contact information, including witnesses; conference with Ms. Kimes re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ contact▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; meet with Mr. Snyder re: ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓; meet with Ms. Marx; review and revise annotations re: exhibits identified in Gembara and Meleones; arrange for copies to be scanned; forward same to Ms. Union |
| 11/10/09 | DCA | .75 | Review and analyze ▓▓▓▓▓▓▓▓▓▓e: ▓▓▓▓▓▓▓▓▓▓▓; review and analyze Response to Motion in Limine re: Due Diligence |
| 11/10/09 | DFM | 9.50 | Trial and edit of filings; discussions re: ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ |
| 11/10/09 | ETG | 4.00 | Miscellaneous trial preparation |
| 11/10/09 | JAD | .50 | Discuss various issues related to evidentiary |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH 937-222-2500

FA 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209963
NOVEMBER 13, 2009

|  |  |  |  |
|---|---|---|---|
| | | | concerns |
| 11/10/09 | JK | 8.00 | Revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; attend trial |
| 11/11/09 | BJW | 7.75 | Review notes from ▓▓▓▓▓▓▓▓▓; review |

motion history and respond to ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓; assist in gathering materials ▓▓▓▓
▓▓▓▓▓▓▓▓▓; meet with Ms. Kimes re:
potential edits to video clips re: Mr. Grossman;
review response to LaSalle's counsel re: same;
send e-mail to Mr. Hoeppner requesting edits;
meet with Ms. Marx re: verifying trial exhibit
numbers used in plaintiff's case; arrange for
review against annotated playback reports;
arrange for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓; review photos re: ▓▓▓
▓▓▓▓▓▓▓; compare against ▓▓▓▓▓▓
e-mail ▓▓▓▓▓▓ re: same; work on deposition
and trial testimony excerpts for Mr. D'Andrea's
direct examination; review and revise exhibits
noted in Mr. Hawkins' playback excerpts;
conference with Ms. Marx re: ▓▓▓▓▓▓▓▓
▓▓▓▓ prepare document containing designated
excerpts of Hawkins deposition prior to arrival
of videographer; exchange e-mails with LaSalle's
counsel re: Hawkins playback and exhibits and
proposed changes to Mr. Gembara's playback report

| 11/11/09 | CDA | 5.25 | Research re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

▓▓▓▓▓▓▓▓▓▓▓▓▓; research re: ▓▓▓▓▓▓
▓▓▓▓▓

| 11/11/09 | DCA | .50 | Plan strategy re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

with Ms. Marx; legal research re:▓▓▓▓▓▓▓

PLAINTIFF'S TRIAL EXHIBIT

PX-506-232

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209963
NOVEMBER 13, 2009

|  |  |  |  |
|---|---|---|---|
|  |  |  | ▓▓▓▓▓; work re: other trial support for Mr. Snyder |
| 11/11/09 | DFM | 8.00 | Research various issues; preparation and edit of ▓▓▓▓▓; conferences with Mr. Snyder and Mses. Kimes and White re: research projects and trial preparation |
| 11/11/09 | ETG | 6.00 | Miscellaneous trial preparation; ▓▓▓▓▓ |
| 11/11/09 | JK | 7.00 | Trial team meeting; review Grossman deposition and respond to Ms. Union's November 10, 2009 email re: same; ▓▓▓▓▓ revise Supplemental Trial Brief ▓▓▓▓▓ |
| 11/12/09 | BJW | 10.75 | Assist trial team with items needed for court; attention to filings ▓▓▓▓▓ trips to courthouse to deliver various trial-related materials to team; attend portions of Dr. D'Andrea's testimony; ▓▓▓▓▓; return to office; coordinate review of trial transcripts for mention of specific trial exhibits; conferences with Ms. Kimes and Mr. Hoeppner re: status of playback reports and exhibits for Friday; update trial binders; telephone conferences ▓▓▓▓▓; send e-mails re: same; meet with trial team following court day; further telephone conference ▓▓▓▓▓ exchange e-mails re: additional revised exhibits used by plaintiff and processing of same; review further exchanges of e-mails with LaSalle's |

# ˉBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FEO ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 209963
NOVEMBER 13, 2009

|  |  |  | counsel re: playback reports and exhibits; review playback reports re: issues to be resolved; conferences re: same; send agreed-upon changes to Mr. Hoeppner; make changes in playback report annotations with respect to exhibits; ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ other preparation for next day of trial |
|---|---|---|---|
| 11/12/09 | CDA | .50 | Review orders re: ▮▮▮▮▮▮▮ |
| 11/12/09 | DFM | 14.00 | Attendance at trial; research re: ▮▮▮▮▮ receipt and review of Memo in Opposition to Motion in Limine re:  Materiality; review and edit of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; receipt and review of ▮▮▮▮▮ |
| 11/12/09 | ETG | 10.00 | Miscellaneous trial preparation; analyze trial transcripts ▮▮▮▮▮▮▮▮▮ for Ms. Marx |
| 11/12/09 | JAD | .50 | Discuss various issues related to ▮▮▮ |
| 11/12/09 | JK | 12.25 | Review LaSalle's Objections to Plaintiff's Proposed Demonstrative Exhibits ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮; review trial transcript to ▮▮▮▮▮▮▮▮▮▮ review ▮▮▮▮▮▮▮▮▮▮ and exchange emails with Ms. Marx re: same; review various pleadings re: ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ conferences with trial team re: ▮▮▮ review ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review Gembara playback report and draft response to Ms. Union's November 11, 2009 email re: same; trial team meeting; review Hawkins deposition ▮▮▮▮▮▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-234

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH  43216

INVOICE #  210495
DECEMBER 3, 2009

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009

LaSalle Bank National Association

MATTER NUMBER - 00001

| | | | |
|---|---|---|---|
| 11/01/09 | TKH | 2.00 | Work with Mr. Snyder, Ms. Marx and other re: trial preparation (No Charge) |
| 11/13/09 | BJW | 7.00 | Review recent filings re: ⬛⬛⬛⬛⬛⬛ review further exchange of e-mails with LaSalle's counsel re: Hawkins playback report and exhibits; conference re: same; review last edited version of Hawkins playback; transfer binder copy and make new annotations; highlight copy for Mr. Hoeppner's use during playback; deliver same to Mr. Hoeppner at courthouse; further attention to revised exhibits; travel back to courthouse to meet with Ms. Hays re: replacement of certain exhibits in court binders with revised copies; update trial team's set of courtroom binders re: same; return to office; coordinate paralegal projects; ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ attention to daily copy transcript; conferences with Ms. Marx and Ms. Kimes re: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ prepare binders for Ms. Kimes' work ⬛⬛⬛⬛⬛ |
| 11/13/09 | DFM | 11.00 | Preparation at trial, including e-mails ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛; attendance at trial; preparation and discussion of exhibits. |

PLAINTIFF'S TRIAL EXHIBIT

# ˉBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 210495
DECEMBER 3, 2009

| Date | Initials | Hours | Description |
|---|---|---|---|
| 11/13/09 | ETG | 11.50 | Miscellaneous trial preparation; analyze trial transcripts for exhibits used for Ms. Marx |
| 11/13/09 | JK | 5.50 | Review LaSalle's Su-Reply re: materiality issue; conference with Ms. Marx ▮▮▮ email Ms. Marx re: ▮▮▮ email Ms. Marx re: ▮▮▮ research ▮▮▮; research applicability of ▮▮▮; draft Reply in Support of Due Diligence Motion in Limine; begin research ▮▮▮; trial team meeting |
| 1/14/09 | BJW | 2.50 | Review exchange of e-mails among trial team; conferences with Ms. Marx re: ▮▮▮; review trial transcript to continue work begun by Ms. Gerson ▮▮▮ |
| 11/14/09 | DFM | 6.50 | Review of and respond to e-mails to Mr. Snyder, Mr. Owen and others re: ▮▮▮ review of ▮▮▮ cross-examination; work on exhibits |
| 11/14/09 | ETG | 7.00 | Analyze trial transcripts for ▮▮▮ Ms. Marx |
| 11/15/09 | BJW | 7.75 | Review and exchange e-mails with trial team, including ▮▮▮; search initial designations re: same; continue review of trial transcripts to identify ▮▮▮ conferences with Ms. Marx and Ms. Gerson re: ▮▮▮ finalize and electronically file response to motion in limine re: video playbacks; review exchange of e-mails re: playback of Gembara testimony; send final |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1800 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FAX: 937-222-8554

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 210495
DECEMBER 3, 2009

edit to Mr. Hoeppner re: same; ▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇; exchange e-mails with Ms. Marx re:
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇; update trial transcript
binders; finalize binder of Monday's playback
reports; conference with Ms. Marx and with Mr.
Snyder re: ▇▇▇▇▇▇▇▇; arrange for copying and
highlighting of exhibits for Mr. Hoeppner to use
with video playbacks; attention to LaSalle's
identification of exhibits to be used with
Tuesday's video playbacks, including conferences
re: same and review of playback reports

| 1/15/09 | DFM | 7.50 | E-mails to and from Messrs. Snyder ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ and opposing counsel re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
|---|---|---|---|
| 11/15/09 | JK | 9.25 | Revise Plaintiff's Memorandum in Opposition to LaSalle's Motion in Limine re: Grossman and Hawkins; draft ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; draft ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇; trial team meeting |
| 11/16/09 | BJW | 9.50 | Assist trial team with items for Court; conference with Ms. Gerson re: ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; prepare binder of video playback ▇▇▇▇▇▇▇▇▇ case; review ▇▇▇▇▇▇▇▇▇▇▇▇ used; send e-mail to Ms. Marx ▇▇▇▇▇▇ further work on document re: trial exhibit revisions and dates revised exhibits were given to courtroom deputy; order daily transcript ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ organize trial materials; conferences |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-240

# ‾BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH 937-222-2500

FX 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 210495
DECEMBER 3, 2009

with Ms. Kimes re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
deliver documentation to Ms. Marx at courthouse
re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ discuss
trial exhibits used during plaintiff's case;
attention to recent filings, including LaSalle's
supplemental trial brief and ruling by Court on
motions in limine; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ meet with trial team;
compare ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮; attention to testimony to be
excluded; confer with Ms. Marx; confer with Mr.
Snyder re: same; respond to LaSalle's counsel re:
position on remaining issues; finalize binder of
LaSalle's video playbacks; ▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ determine exhibits ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ exchange e-mails
re: same

| Date | Init | Hours | Description |
|---|---|---|---|
| 11/16/09 | DFM | 12.00 | Preparation for and attendance at trial; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; preparation of exhibits |
| 11/16/09 | ETG | 11.50 | Miscellaneous trial preparation; analyze trial transcripts for exhibits used for Ms. Marx |
| 11/16/09 | JK | 9.25 | Revise ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review ▮▮▮▮▮▮▮▮ to insert ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review LaSalle's Supplemental Trial Brief; further ▮▮▮▮▮▮▮ to address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; attend trial team meeting; proofread and finalize ▮▮▮▮▮▮▮ ▮▮▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 210495
DECEMBER 3, 2009

| | | | |
|---|---|---|---|
| 11/17/09 | BJW | 3.50 | Review exchange of e-mails among trial team; respond to Mr. Snyder re: ▮▮▮▮▮▮▮; attention to defendant's ▮▮▮▮▮ attention to daily copy transcript; meet with trial team; arrange for ▮▮▮▮▮; conference re: ▮▮▮▮▮; conferences re: ▮▮▮▮▮, and ▮▮▮▮▮; prepare documents for electronic court filing; arrange for copies |
| 1/17/09 | DCA | .50 | Review and analyze e-mail from Ms. Marx re: ▮▮▮▮▮ draft response to same; conference with Ms. Kimes re: case developments and strategy (No Charge) |
| 11/17/09 | DFM | 10.00 | Trial |
| 11/17/09 | JK | 8.25 | Research ▮▮▮▮▮; review LaSalle's Supplemental Jury Instructions; ▮▮▮▮▮; trial team meeting; draft ▮▮▮▮▮'; draft Objections to LaSalle's Proposed Supplemental Jury Instructions |
| 11/18/09 | BJW | 4.00 | Assist trial team with ▮▮▮▮▮ preparation for trial; attention to new filings by LaSalle and plaintiff; respond to e-mail from LaSalle requesting recent video playback reports, |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-242

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 210495
DECEMBER 3, 2009

including ▓▓▓▓▓▓▓▓ exchange e-mails
with Mr. Hoeppner re: same; forward playback
reports to LaSalle per request; telephone
conference with Mr. Hoeppner re: ▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓; conference with Ms.
Gerson re: same; update listing of exhibit
issues; arrange for PDF copies of all revised
demonstrative exhibits; forward same to LaSalle
paralegal per request; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conference with
Ms. Marx re: items needed at Court; attend to
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review transcript
for judge's ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
telephone conference re: same; coordinate
paralegal coverage with Ms. Gerson

| Date | Initials | Hours | Description |
|---|---|---|---|
| 11/18/09 | DFM | 12.00 | Trial; review of additional filings |
| 11/18/09 | ETG | 7.50 | Miscellaneous trial preparation |
| 11/18/09 | JK | 4.50 | Revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓; trial team meeting; address issues related to jury instructions |
| 11/19/09 | BJW | 4.50 | Assist trial team in preparation for Court; review supplemental document production from LaSalle in July 2009 for ▓▓▓▓▓▓▓▓▓▓▓; telephone conferences with Mr. Hoeppner re: DVD of video witnesses; respond to e-mails from Ms. Marx ▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review LaSalle's demonstrative exhibits ▓▓▓▓▓▓▓▓ |

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 210495
DECEMBER 3, 2009

|            |     |       | respond to e-mail from court reporter re: method of delivery of final transcripts; attention to binders of daily copy transcripts, including additional detail for index; conferences with Ms. Gerson re: coordination of paralegal coverage; |
|------------|-----|-------|---|
| 11/19/09   | CDA | 5.00  | Research re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ closing arguments; prepare ▮▮▮▮▮▮▮▮▮▮ research re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 1/19/09    | DFM | 10.00 | Trial and ▮▮▮▮▮ jury instructions |
| 11/19/09   | ETG | 5.50  | Miscellaneous trial preparation |
| 11/19/09   | JK  | 7.50  | Review trial testimony for Messrs. ▮▮▮▮▮▮▮▮ and ▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ sear▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ re: ▮▮▮▮▮▮▮ research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮; review LaSalle's Objections to Plaintiff's Selected Amended Proposed Jury Instructions; draft Objections to LaSalle's Second Proposed Supplemental Jury Instructions; trial team meeting |
| 11/20/09   | BJW | 6.75  | Assist trial team with preparation for ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, including search of trial transcripts and video testimony; deliver final search results to courthouse; gather all proposed jury instructions, responses, and draft of instructions received from Court; prepare binder and index re: same; arrange for copies for trial team; attention to daily copy of trial transcript, including binder copies and importing |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 210495
DECEMBER 3, 2009

| | | | |
|---|---|---|---|
| | | | ▓▓▓▓▓▓▓▓▓▓ prepare CD of all trial transcripts; search additional issue in trial transcript ▓▓▓▓▓▓▓▓▓▓ exchange e-mails re: same; prepare for removal of carts and binders from courtroom following jury instruction arguments; travel to courthouse and return; meet with trial team; attend to new daily copy transcript |
| 11/20/09 | CDA | .50 | Research re: ▓▓▓▓▓▓▓▓▓▓ |
| 11/20/09 | DFM | 9.00 | Trial, jury instructions and court hearing |
| 11/20/09 | JK | 9.00 | Review Court's draft General Jury Charge and Special Verdict Forms; attend Jury Charge Conference; trial team meeting |
| 11/21/09 | DFM | 4.00 | Trial preparation; various conferences re: same |
| 11/21/09 | PLC | .50 | Review misc. e-mails from Mr. Snyder; process same for duplication and forward to Mr. Snyder |
| 11/22/09 | DCA | 2.00 | Attend ▓▓▓▓▓▓▓▓▓▓ re: same (No Charge) |
| 11/22/09 | DFM | 10.00 | Continue trial preparation; various conferences re: same |
| 11/22/09 | JK | 5.50 | ▓▓▓▓▓▓▓▓▓▓ draft Plaintiff's Objections to General Jury Charge (No Charge for 3.00 Hours) |
| 11/22/09 | MB | 1.50 | ▓▓▓▓▓▓▓▓▓▓ (No Charge) |
| 11/22/09 | PLC | 1.75 | Review misc. e-mails from Mr. Snyder re: ▓▓▓▓▓▓▓▓▓▓, process and forward same to Mr. Snyder; analysis of ▓▓▓▓▓▓▓▓▓▓; analysis with Ms. Marx and Ms. Kimes re: ▓▓▓▓▓▓▓▓▓▓; file same with United States District Court |
| 11/23/09 | DFM | 10.00 | Trial |
| 11/23/09 | ETG | 2.00 | Miscellaneous trial preparation |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-245

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER

FED ID #31-1423760

DAYTON, OHIO 45423

MEMBER OF MERITAS

PH: 937-222-2500

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

FX: 937-222-9554

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH  43216

INVOICE #  210610
DECEMBER 29, 2009

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 15, 2009

LaSalle Bank National Association                    MATTER NUMBER - 00001

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/05/09 | MSD | 5.75 | Finalize video clip edits re: revisions; re: identify exhibits referenced; index same |
| 12/01/09 | BJW | .75 | Review e-mails re: jury verdict and post-trial issues; telephone conference with Ms. Marx |
| 12/01/09 | DFM | 1.00 | Research re:  Motion to Enforce Contractual Remedy in the MLPA and the PSA; ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ |
| 12/01/09 | ETG | 2.50 | Review file and prepare binders for storage (No Charge) |
| 12/01/09 | JK | 2.00 | Conferences with Ms. Marx re: December 9, 2009 submission; obtain and review ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮t re: same; research re: same |
| 12/02/09 | CDA | 5.75 | Research re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 12/02/09 | DFM | 1.00 | Continue work on Affidavit to be filed with Motion to Enforce; receipt and review of e-mails from Mr. Snyder; responses |
| 12/02/09 | ETG | 5.00 | Prepare ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮ for Ms. Marx |
| 12/02/09 | JK | 2.00 | Conferences with Ms. Marx and Ms. Kidd re: issues related to December 9, 2009 submission; research re: same |
| 12/03/09 | DFM | 1.00 | E-mails to and from Mr. Snyder re:  Motion; work on Affidavit |

PLAINTIFF'S TRIAL EXHIBIT

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 210610
DECEMBER 29, 2009

| Date | Init | Hours | Description |
|---|---|---|---|
| 12/03/09 | ETG | 10.00 | Prepare ▓▓▓ charts ▓▓▓▓▓▓▓ for Ms. Marx |
| 12/03/09 | JK | 6.50 | Draft Plaintiff's Motion to Enforce Contractual Remedy in the MLPA and PSA |
| 12/04/09 | DFM | 2.00 | E-mails to and from Mr. Snyder; research re: affidavit and affidavits of others |
| 12/04/09 | ETG | 6.00 | Prepare ▓▓▓ charts ▓▓▓▓▓▓ for Ms. Marx |
| 12/07/09 | BJW | .25 | Review joint trial exhibits for Bates-numbered page reference re: PSA Section 1.01 (No Charge) |
| 12/07/09 | CDA | 3.00 | Review emails re:▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓s; conference with Ms. Marx re: same; research re: same; research re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ f |
| 12/07/09 | DFM | 5.50 | Draft and edit of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 12/07/09 | ETG | 2.00 | Review file and prepare binders for storage; meet with Ms. White re: status of work on matter (No Charge) |
| 12/07/09 | JK | 1.25 | Review and analyze numerous emails re: December 9, 2009 submission to the Court; conferences with Ms. Marx re: same; review revised draft of Motion to Enforce Contractual Remedy; ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 12/08/09 | BJW | .75 | Review exchange of e-mails re: ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in support of motion for award of attorney fees and costs; review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 12/08/09 | CDA | 6.25 | Review and exchange email correspondence re: ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓ |
| 12/08/09 | DFM | 7.50 | Draft and edit of ▓▓▓▓▓▓▓▓▓▓▓▓ analysis |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-252

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 210610
DECEMBER 29, 2009

| | | | |
|---|---|---|---|
| | | | of ▬▬▬▬▬▬ |
| 12/08/09 | ETG | 8.00 | Prepare ▬▬ charts and ▬▬▬▬ for Ms. Marx (No Charge) |
| 12/08/09 | JK | 6.00 | Exchange emails with Ms. Marx and Ms. Adkins re: ▬▬▬▬▬▬▬▬ arguments in same; revise footnotes in same |
| 12/09/09 | BJW | 6.75 | Various discussions with Ms. Marx re: ▬▬▬▬▬ ▬▬▬▬; review ▬▬▬▬▬▬ ▬▬ Ms. Marx; ▬▬▬▬ ▬▬, including ▬▬▬▬▬▬▬ review ▬▬▬▬ Mr. Snyder ▬▬▬▬; ▬▬▬▬▬ , including ▬▬▬▬; review revised ▬▬▬▬▬▬ re: legal fees and expenses; review and finalize various exhibits for electronic court filing; prepare chart of various documents to be e-filed with descriptions for docket entry; conferences with Ms. Winchek re: same; further conferences with Ms. Marx and Ms. Winchek; further review of e-mails related to motion; assist with e-filing; review letter sent to opposing counsel re: portion of costs due for joint trial exhibits; conference with Ms. Gerson re: same; send e-mail to accounting re: crediting of payments when received |
| 12/09/09 | DFM | 10.00 | Draft, edit and filing of Motion to Enforce Contractual Remedy in the MLPA and the PSA and Affidavit; review and edit of same |
| 12/09/09 | ETG | 4.00 | Prepare ▬▬ charts ▬▬▬▬▬▬ for Ms. Marx (No Charge) |
| 12/09/09 | JK | 1.00 | Review and analyze various emails re: Motion and |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 212031
MARCH 3, 2010

|  |  |  |  |
|---|---|---|---|
|  |  |  | conference with Ms. Kimes re: ▬▬▬▬▬▬ |
| 1/04/10 | CDA | 10.00 | Review Motion to Enforce Contractual Remedy, Response to Motion to Enforce Contractual Remedy; research re: ▬▬▬▬▬▬ ▬▬▬▬▬▬; conference with Ms. Marx and Ms. Kimes re: same |
| 1/04/10 | DFM | 6.50 | E-mails to and from Mr. Snyder re: Reply and filing; research and review ▬▬▬▬▬ ▬▬▬▬▬ and testimony, ▬▬▬▬▬ and trial rulings |
| 1/04/10 | JK | 7.50 | Review LaSalle's Memorandum in Opposition to Plaintiff's Motion to Enforce Contractual Remedy; conference with Ms. Marx and Ms. Kidd re: same; research ▬▬▬▬▬ ▬▬▬▬▬ conference with Ms. Marx and Ms. Kidd re: results of research; review PSA and MLPA re: ▬▬▬▬▬; review ▬▬▬▬▬ and identify pleadings to review; brief conference with Ms. White re: ▬▬▬▬▬ |
| 1/05/10 | BJW | 1.50 | Telephone calls to ▬▬▬▬▬ re: availability of filings from cases ▬▬▬▬▬ conference with Ms. Kimes re: same; prepare note for file; draft ▬▬▬▬▬ requesting ▬▬▬▬▬; search ▬▬▬▬▬; conference re: ▬▬▬▬▬; locate other ▬▬▬▬▬ for address; forward draft e-mail to Ms. Kimes; |

PLAINTIFF'S TRIAL EXHIBIT

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423780

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 212031
MARCH 3, 2010

| Date | Atty | Hours | Description |
|---|---|---|---|
| | | | further conference; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 1/05/10 | CDA | 9.25 | Research re: ▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓; research re: ▓▓▓▓▓▓ ▓▓▓▓▓ conference with▓▓▓▓ re: ▓▓▓▓▓▓▓▓▓; draft arguments re: ▓▓▓▓▓▓ |
| 1/05/10 | DFM | 5.00 | Telephone conference with Mr. Snyder re: Reply; research re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review of research re: ▓▓▓▓▓▓▓; telephone conference with Mr. Snyder re: same and discussion re: ▓▓▓▓▓▓▓ |
| 1/05/10 | JK | .50 | Review emails from Ms. Kidd re: research re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; brief conference with Ms. Marx re: same; brief conference with Ms White re: ▓▓▓▓▓▓▓▓ |
| 1/05/10 | JK | 6.00 | Research issues for Reply in Support of Motion to Enforce Contractual Remedy; conferences with Ms. Marx and Ms. Kidd re: same and re: assignments for drafting portions of Reply |
| 1/06/10 | CDA | 8.75 | Draft argument for Reply in Support of Motion to Enforce Contractual Remedy re: ▓▓▓▓▓▓▓ |
| 1/06/10 | DFM | 4.00 | Edit of Reply and research re: ▓▓▓▓▓▓▓▓ |
| 1/06/10 | JK | 11.00 | Research re: ▓▓▓▓▓▓▓▓▓ and ▓▓▓▓; draft ▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓ |
| 1/06/10 | KT | .25 | Attention to scheduling issues re: Wells Fargo deadline for filing Reply Memorandum in Support |
| 1/07/10 | CDA | 8.00 | Draft memorandum re: ▓▓▓▓▓▓▓▓▓▓ |

# ⁻BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1800 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 212031
MARCH 3, 2010

|  |  |  |  |
|---|---|---|---|
|  |  |  | ██████████████; research re: ████████████ ██████; conference with Ms. Marx and Ms. Kimes re: same; revise Reply in Support of Motion to Enforce Contractual Remedy |
| 1/07/10 | DFM | 4.50 | Review ██████████████████████████████ ████████ draft █████ |
| 1/07/10 | JK | 2.00 | Conferences with Ms. Marx and Ms. Kidd re: Reply and re: revisions to same |
| 1/08/10 | CDA | 5.25 | Revise Reply in Support of Motion to Enforce Contractual Remedy |
| 1/08/10 | DFM | 3.50 | Edit and draft of Reply; e-mails to and from ███; ████████████████████████████████; review of ██████████████████████████████ |
| 1/08/10 | JK | 2.50 | Revise and edit Reply |
| 1/11/10 | BJW | .25 | Review e-mail re: court reporter's invoices; conference with Ms. Gerson; conference with Ms. Marx |
| 1/11/10 | CDA | 3.75 | Confer with Ms. Marx and Ms. Kimes re: revisions to Reply in Support of Motion to Enforce Contractual Remedy |
| 1/11/10 | DFM | 4.00 | Work on Plaintiff Trustee's Reply to LaSalle's Response to Plaintiff's Motion to Enforce; e-mails to and from Mr. Snyder; meeting with Mses. Kimes and Kidd re ████████████████ ██████ |
| 1/11/10 | DFM | 4.00 | Draft and edit of Reply; research re: same |
| 1/11/10 | JK | 3.00 | Review comments from Messrs. Snyder ████████ Reply; conference with Ms. Marx and Ms. Kidd re: same; revise Reply; review ████████████████████ ████████ Reply |
| 1/12/10 | BJW | .50 | Respond to e-mail from Mr. Raemakers re: November 2 trial transcript; review e-mail from Ms. Marx |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-260

# ̄BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1800 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 212031
MARCH 3, 2010

|  |  |  | statement to court reporter re: proposed redactions; conference with Ms. Marx re: same |
|---|---|---|---|
| 1/14/10 | DFM | 1.00 | Edits to Reply |
| 1/14/10 | JK | .50 | Make additional edits to Reply |
| 1/15/10 | BJW | 3.00 | Review ███████████████████s and ███ ████████████████████████████; make revisions, including cites to record and to supplemental affidavits; coordinate changes with Ms. Kidd; finalize statement of redactions; conference with Ms. Marx; respond to e-mail re: deadline for filing Notice and statement of redactions |
| 1/15/10 | CDA | 2.25 | Check case citations in Reply to Response to Motion to Enforce Contractual Remedy; proofread same |
| 1/18/10 | BJW | .50 | Send e-mail reminder re: notice of intention to redact trial testimony; exchange e-mails re: same; finalize Notice for electronic court filing; e-mail copy of filed Notice to opposing counsel |
| 1/18/10 | DFM | 1.00 | Review of █████████████████████████████ |
| 1/18/10 | JVG | .75 | Confer with Ms. Marx re: ████████████████ ██████████; ████████████████████████ ████████████ (No Charge) |
| 1/19/10 | BJW | .75 | Finalize statement of redactions; e-mail same to court reporter with copies to all counsel of record; follow up on invoices sent to opposing counsel for preparation of Court's copies of joint exhibits |

PLAINTIFF'S TRIAL EXHIBIT

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER

FED ID #31-1423760

DAYTON, OHIO 45423

MEMBER OF MERITAS

PH: 937-222-2500

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  212031
MARCH 3, 2010

| | | | |
|---|---|---|---|
| 1/19/10 | MSD | .25 | Attention to scheduling issues re: statement of redactions re: trial transcripts re: November 16, 2009 and November 17, 2009 |
| 1/20/10 | BJW | .75 | Review and respond to e-mail from ▮▮▮ requesting ▮▮▮ attach ▮▮▮ ; exchange e-mails re: same |
| 1/22/10 | BJW | .25 | Further attention to follow-up on invoices to opposing counsel for joint trial exhibits; review e-filing notices re: redactions made in trial transcripts |
| 1/24/10 | JVG | 2.25 | Review and analyze ▮▮▮ |
| 1/25/10 | BJW | .25 | Review exchange of e-mails re: deadline for filing Sur-Reply if Court permits LaSalle to file one; review recently amended Southern District of Ohio rules; send e-mail to Mr. Snyder and Ms. Marx re: due date |
| 1/25/10 | JVG | 5.80 | Review and analyze ▮▮▮ |
| 1/26/10 | DFM | .50 | Meeting with Ms. Gaines re: ▮▮▮ (No Charge) |
| 1/26/10 | JVG | 5.75 | Confer with Ms. Marx re: ▮▮▮ review and analyze Mr. Brown's affidavit in order to analyze ▮▮▮ research and analyze New York ▮▮▮ law |
| 1/27/10 | BJW | 2.00 | Exchange e-mails with court reporter re: completion of redactions in transcripts and |

PLAINTIFF'S TRIAL EXHIBIT

# ˉBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 212031
MARCH 3, 2010

|  |  |  |  |
|---|---|---|---|
|  |  |  | status of invoices; exchange e-mails with Mr. Snyder re: invoices for trial transcripts; review individual invoices against monthly statement from reporter and against transcripts received; prepare chart re: number of pages per transcript and average charge per page; conference with Ms. Marx; further exchange of e-mails with Mr. Snyder; draft e-mail to ▮▮▮ submitting court reporter's invoices for payment |
| 1/27/10 | JVG | 2.25 | Review and analyze ▮▮▮▮▮▮▮▮ |
| 1/28/10 | BJW | .50 | Finalize and ▮▮▮▮▮▮▮▮▮▮ attaching invoices for trial transcripts; review response; conference with Ms. Marx ▮▮▮▮ |
| 1/29/10 | JK | .50 | Review LaSalle's sur-reply (No Charge) |
| 1/30/10 | JVG | 6.00 | Review and analyze New York case law and statutes on ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 1/31/10 | JVG | 3.70 | Review and analyze New York case law in order to revise ▮▮▮▮▮▮▮▮▮ ge (NO CHARGE) |
| 2/01/10 | DFM | .25 | Brief review of sur-reply |
| 2/01/10 | JVG | 3.50 | Revise ▮▮▮▮▮▮▮▮▮▮▮ (No Charge) |
| 2/02/10 | DFM | 1.00 | Email to Mr. Snyder re: sur-reply and ▮▮▮▮▮▮ |
| 2/04/10 | BJW | 1.00 | Identify documents constituting ▮▮▮▮ provide trial exhibit versions to Ms. Gaines; |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-264

# ˉBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH 837-222-2500

FA 637-222-6554

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH  43216

INVOICE #  215595
JUNE 23, 2010

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 15, 2010

LaSalle Bank National Association                MATTER NUMBER - 00001

| | | | |
|---|---|---|---|
| 4/20/10 | JK | .25 | Review emails from ▮▮▮▮▮ Mr. Snyder re: Rooths Sheriff's Sale |
| 4/22/10 | JK | .50 | Review email from Mr. Snyder re: ▮▮▮▮▮ ▮▮▮▮▮; review same; email Mr. Snyder re: same |
| 4/23/10 | JK | .50 | Review email exchange re: ▮▮▮▮▮ and email to LaSalle re: same; email Mr. Snyder citation to local rule |
| 4/26/10 | DFM | .75 | Telephone conference with Ms. Kimes re: ▮▮▮▮▮; telephone conference with Mr. Snyder and Ms. Kimes re: same |
| 4/26/10 | JK | .75 | Telephone conference with Ms. Marx in preparation for telephone conference with Mr. Snyder; telephone conference with Ms. Marx and Mr. Snyder re: ▮▮▮▮▮ |
| 4/30/10 | DFM | 1.25 | Review of emails and research re: ▮▮▮▮▮ email re: same |
| 4/30/10 | JK | .50 | Conference with Ms. Marx re: ▮▮▮▮▮; review email to Mr. Snyder re: same |
| 5/03/10 | DFM | .75 | Telephone conference with court; review of email from Mr. Snyder re: sale and email in response |
| 5/06/10 | DFM | .25 | Telephone conference with Mr. Snyder re: Judge Merz conversation |
| 5/07/10 | DFM | 4.00 | Draft of ▮▮▮▮▮; review of ▮▮▮▮▮ |

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-5554

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH  43216

INVOICE #  216422
JULY 23, 2010

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 15, 2010

LaSalle Bank National Association                    MATTER NUMBER - 00001

| | | | |
|---|---|---|---|
| 6/25/10 | JK | 1.00 | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ draft email to Messrs. Snyder and Mirakian, Ms. Marx and client re: analysis re: same |
| 6/28/10 | BJW | .25 | Review e-mails re: LaSalle's arguments in |
| 6/28/10 | CDR | 1.50 | Research for JLK re: ▓▓▓▓▓▓▓▓▓ |
| 6/28/10 | JK | 3.50 | Review, analyze and respond to ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓; research re: same and provide cases to Mr. Mirakian; telephone conference with Ms. Marx and Mr. Mirakian; conference with Mr. Rittenhouse re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review briefing in ▓▓▓▓▓▓ case |
| 6/28/10 | MSD | .75 | Update case schedule, including all dates on scheduling order re: Plaintiff's Motion in Limine to Preclude Consideration of Mitigation of Damages |
| 6/29/10 | BJW | .25 | Review exchange of e-mails re: ▓▓▓▓▓▓ |

PLAINTIFF'S TRIAL EXHIBIT

# ˙BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH  43216

INVOICE #  217232
AUGUST 18, 2010

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2010

LaSalle Bank National Association            MATTER NUMBER - 00001

| 7/19/10 | BJW | .25 | Conference with Ms. Marx re: ██████████ |
| 7/19/10 | DFM | 1.00 | Review of Mag. Merz decision; discussion with Ms. Kimes; review of emails; emails re ████████ ██ ██████ review of ████████ |
| 7/19/10 | JK | 3.00 | Review and analyze decision from Judge Merz re: mitigation; conference with Ms. Marx re: same; review emails from ████████████ re: same; review ████████ testimony; review |
| 7/19/10 | MSD | .25 | Update case schedule to include July 28, 2010 Court mandated Telephone Scheduling Conference |
| 7/20/10 | BJW | .25 | Request copies of ████████████ |
| 7/20/10 | DFM | 2.00 | Meeting with Ms. Kimes re ████████ items to be accomplished for ████████████, telephone conference with Mr. Snyder and Mr. Makian; review of ██ |
| 7/20/10 | JK | 1.50 | Conference with Ms. Marx re: ████████ ████████; telephone Conference with Ms. Marx, Mr. Snyder and Mr. Mirakian re: ████████ ████████████ |
| 7/21/10 | BJW | .25 | Review ████████ and respond to Ms. Kimes' e-mail |

PLAINTIFF'S TRIAL EXHIBIT

# ▐BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #   217232
AUGUST 18, 2010

|  |  |  |  |
|---|---|---|---|
|  |  |  | re: ████████████████████ and |
| 7/21/10 | DFM | 1.75 | Preparation for and telephone conference with ████████████ Mr. Snyder; review of ████████ and research re same and email to Mr. Snyder |
| 7/21/10 | JK | 1.75 | Prepare for telephone conference; telephone conference with Ms. Marx, Mr. Snyder, ████████ and ████████ re: ████████████ |
| 7/25/10 | DFM | 3.00 | Initial review and ████████ from ████████ from ████████ ████████ in order to prepare for Court submission and ████████████ |
| 7/26/10 | MSD | .25 | Determine court mandated August 2, 2010 deadline to object to Magistrate's Decision and Order Granting in Part and Denying in Part Plaintiff's Motion in Limine |
| 7/28/10 | BJW | .25 | Conference re: ████████████████ |
| 7/28/10 | DFM | 2.25 | Receipt and review ████████ from Mr. Snyder in preparation for ████████████████ T/C with Mr. Snyder; status conference with Court and ████████████ |
| 7/28/10 | JK | 2.00 | Review and analyze emails from Mr. Brown re: ████████████████; telephone conference with Ms. Marx and Mr. Snyder ████████████; telephone conference with Judge Merz, counsel for LaSalle Bank, Ms. Marx and Mr. Snyder to set damages trial date and related deadlines; follow-up conference with Ms. Marx re: same |
| 7/29/10 | BJW | .25 | Respond to e-mail re ████████████discussion of ████████ dates |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 217232
AUGUST 18, 2010

| Date | TK | Hours | Description |
|---|---|---|---|
| 7/29/10 | CDA | .50 | Confer with Ms. Marx re: research re: mitigation of damages |
| 7/29/10 | DFM | 1.00 | Brief review of ▓▓▓▓▓▓▓▓▓▓ email to Mr. Snyder re same; meeting with Ms. Kidd re research project |
| 7/29/10 | JAD | .25 | Review ▓▓▓▓▓▓▓▓ email to Ms. Marx re: same |
| 7/30/10 | BJW | 1.25 | Review ▓▓▓▓▓▓▓ and Court's ▓▓▓▓▓▓▓ re: various deadlines; prepare ▓▓▓▓▓▓▓ e-mail to Ms. Marx re: same |
| 7/31/10 | DFM | 2.00 | Review of ▓▓▓▓▓▓▓▓▓; emails to Ms. Kimes and MS. White re ▓▓▓▓▓▓▓ ▓▓▓▓▓▓ as well as upcoming meeting; email to Mr. Snyder re same |

PROFESSIONAL SERVICES                                5,466.25

## SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| James A. Dyer | .25 | 320.00 | 80.00 |
| Dianne F. Marx | 13.00 | 265.00 | 3,445.00 |
| Jessica L.S. Kimes | 8.25 | 175.00 | 1,443.75 |
| Catharine A. Kidd | .50 | 145.00 | 72.50 |
| Betty J. White | 2.50 | 145.00 | 362.50 |
| Mary S. Dugan | .50 | 125.00 | 62.50 |
| | 25.00 | | 5,466.25 |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43216

INVOICE #  217233
AUGUST 24, 2010

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 15, 2010

LaSalle Bank National Association                    MATTER NUMBER - 00001

| | | | |
|---|---|---|---|
| 8/02/10 | BJW | 1.50 | Exchange e-mails re: ▮▮▮▮ damages hearing and ▮▮▮▮ ▮▮▮ to ▮▮▮▮▮; conferences with Ms. Gerson re: same; meet with trial team re: pretrial tasks and preparation for hearing |
| 8/02/10 | CDA | 1.00 | Confer with Ms. Marx, Ms. Kimes, Ms. White, Ms. Gerson re: ▮▮▮ |
| 8/02/10 | DFM | 1.75 | Preparation for meeting re: ▮▮▮ ▮▮▮; meeting re same |
| 8/02/10 | DFM | 1.00 | ▮▮▮▮▮ |
| 8/02/10 | ETG | 2.75 | Review file for information ▮▮▮▮ prepare for and attend ▮▮▮▮ re: |
| 8/02/10 | JK | 1.25 | Review emails re: ▮▮▮▮ conference with Ms. Marx, Ms. Kidd, Ms. White and Ms Gerson re: ▮▮▮ |
| 8/03/10 | BJW | 1.00 | Conference with Ms. Gerson re: ▮▮▮ ▮▮▮; ▮▮▮ ▮▮▮; draft cover email, including |
| 8/03/10 | ETG | 4.00 | Review file; email to ▮▮▮ and |

PLAINTIFF'S TRIAL EXHIBIT                                        PX-506-289

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  217233
AUGUST 24, 2010

| | | | |
|---|---|---|---|
| | | | ▓▓; review closed files for ▓▓▓; research re: |
| 8/04/10 | BJW | 3.25 | Finalize and send internal e-mail with ▓▓▓; conferences with Ms. Marx; ▓▓; forward revised ▓▓ to Mr. Snyder; exchange e-mails with Mr. Ramaekers re: ▓▓; assign ▓▓ to Ms. Gerson; ▓▓, including ▓▓ relating to ▓▓ and revised trial exhibits; re-calculate ▓▓y; exchange further e-mails re: same |
| 8/04/10 | DFM | 1.25 | Edit and review of various ▓▓; meeting with Ms. White re: same; brief review ▓▓ |
| 8/05/10 | BJW | .50 | Review and respond ▓▓ Mr. Mirakian re: ▓▓ including research re: same |
| 8/05/10 | ETG | .75 | Organize case materials in preparation for damages hearing |
| 8/07/10 | DFM | .50 | Review of ▓▓ deposition in Madison, Wisconsin; e-mail to Ms. Fuhrer re: same; e-mails to and from Mr. Snyder |
| 8/08/10 | DFM | 3.00 | Continued ▓▓ |
| 8/09/10 | BJW | .25 | Attention to ▓▓ including copy to be added to ▓▓ |
| 8/09/10 | DFM | 4.00 | Follow up on changing deposition of insurance company scheduled unilaterally by LaSalle; ▓▓ |

PLAINTIFF'S TRIAL EXHIBIT

# 'BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 217233
AUGUST 24, 2010

| 8/10/10 | DFM | .75 | Revisions to A▮▮▮▮ re: ▮▮▮▮▮▮ and ▮▮▮▮▮ ) and ▮▮▮▮ |
| 8/10/10 | MSD | .50 | Update case schedule to include September 8, 2010 Fed. R. Civ. P. 30(b)6 deposition of American Family Insurance; update case schedule to include August 23, 2010 deadline for American Family Insurance to produce documents in response to Defendant La Salle Bank National Association's subpoena |
| 8/13/10 | DFM | 2.25 | Draft of ▮▮▮▮▮ |
| 8/14/10 | BJW | .25 | Respond to e-mail from Mr. Ramaekers re: ▮▮ |
| 8/14/10 | DFM | 3.50 | Draft and finalizing of ▮▮▮▮▮ preparation of ▮▮▮▮ |
| 8/15/10 | DFM | 1.75 | ▮▮▮▮▮▮ |

PROFESSIONAL SERVICES                                      7,463.75

PLAINTIFF'S TRIAL EXHIBIT                                      PX-506-291

# `BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH  43216

INVOICE #  217911
SEPTEMBER 27, 2010

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 15, 2010

LaSalle Bank National Association            MATTER NUMBER - 00001

| Date | Init. | Hours | Description |
|---|---|---|---|
| 8/16/10 | DFM | 1.75 | Review of ▓▓▓▓▓▓ telephone conference with Mr. Snyder, Ms. Kimes and Mr. Mirakian re: ▓▓▓▓; meeting with Mr. Woodard re: ▓▓▓▓; meeting with Ms. Thomas re: ▓▓▓▓ |
| 8/16/10 | JW | .25 | Conference with Ms. Marx to e▓▓▓▓ |
| 8/16/10 | JK | .75 | Prepare for telephone conference with Ms. Marx, Mr. Snyder and Mr. Mirakian to ▓▓▓▓ |
| 8/16/10 | KT | 1.25 | Review Court docket re: ▓▓▓▓; note of ▓▓▓▓ correspond with Ms. Marx concerning ▓▓▓▓ |
| 8/17/10 | JW | 3.00 | Research and review ▓▓▓▓ in preparation for ▓▓▓▓ re: same |
| 8/18/10 | DFM | .25 | Research re: b▓▓▓▓ |

PLAINTIFF'S TRIAL EXHIBIT                                    PX-506-294

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

FEB ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  217911
SEPTEMBER 27, 2010

| | | | |
|---|---|---|---|
| | | | e-mail to Mr. Snyder |
| 8/19/10 | JW | 3.50 | Research and review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; draft memorandum re: same |
| 8/20/10 | BJW | .50 | Review index of deposition transcripts and index of exhibits filed with summary judgment motion in Ohio litigation; ▮▮▮ |
| 8/20/10 | DFM | 2.75 | Review and edit of ▮▮▮▮▮▮▮▮▮▮▮ telephone conferences with Mr. Raemakers; meeting with bookkeeping re: ▮▮▮▮▮▮▮▮ from Mr. Snyder ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 8/20/10 | JW | 6.00 | Review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in preparation for ▮▮▮▮▮▮▮▮▮▮▮; draft ▮▮▮▮▮ |
| 8/22/10 | DFM | .50 | E-mail to Mr. Brown re: ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ review of ▮▮▮ |
| 8/23/10 | DFM | 2.75 | ▮▮▮▮▮▮▮▮▮▮▮; e-mails to and from Paul Snyder re: ▮ ▮▮▮▮▮ |
| 8/23/10 | JW | 5.00 | Research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ draft memorandum re: ▮▮▮▮ |
| 8/26/10 | BJW | .25 | Review e-mails from Mr. Snyder ▮▮▮▮▮ re: |

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1800 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

FED ID #31-1423760
MEMBER OF MERITAS
WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 217911
SEPTEMBER 27, 2010

| | | | |
|---|---|---|---|
| 8/26/10 | DFM | 1.00 | Review of e-mails to and from client and Mr. Snyder re: ███████████ damages and hearing ██████ ██████ e-mails to and from ██ re: ███████ |
| 8/27/10 | BJW | 3.75 | Conference with Ms. Marx re: ████ ██████ s and preparing ██████ re: same; █████ ████; review ████████ t of Mr. Snyder and ████████ begin ██████ ████████ prepare chart re: ████████ ████ begin chart re: ████████; conference with Ms. Gerson re: ██████████ ████ continue working on charts |
| 8/27/10 | DFM | .25 | Receipt and review of ████████ ████████; meeting with Ms. White re: status and need to review and ████████ |
| 8/29/10 | DFM | .50 | Review of e-mails from LaSalle re: possible stipulations and ████████ e-mail to Mr. Snyder re: same and to ████████ e-mail to schedule time to |
| 8/30/10 | BJW | 5.75 | Conference with Ms. Marx re: ████████; telephone conferences with ████████ nd ████████; telephone conference with Ms. Marx and Mr. Snyder; print |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-296

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 217911
SEPTEMBER 27, 2010

re: ████████ continue work on chart summarizing ████████ ; work on summary of ████████ ; determine ████████ ; review information from Bernstein firm re: ████████ compare information ████████ ; exchange e-mails with Bernstein firm ████████ ; further conferences with Ms. Marx re: ████████ Ms. Gerson re: ████████ ; review and revise ████████ ; send e-mail attaching ████████

8/30/10    DFM    4.00    Telephone conference with Mr. Snyder re: ████████ e-mail of litigation ████████ issues and ████████ conference; telephone call to Court re: need for conference; draft of e-mail to LaSalle counsel re: telephone conference and discovery matters, ████████ ; review of ████████ s and ████████ e-mails to and from Mr. Brown re: ████ meeting with Ms. White re: ████████ and ████████

8/31/10    BJW    3.25    Review exchange of e-mails with Mr. Brown re: ████████ ; revise ████████ ; ████████ ; ████████ ; conferences with Ms. Marx re: same; telephone conference with

PLAINTIFF'S TRIAL EXHIBIT

# BALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE #  217911
SEPTEMBER 27, 2010

|  |  |  |  |
|---|---|---|---|
|  |  |  | Ms. Kimes re:  same; research re: ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮; telephone conference with Mr. Snyder re: status |
| 9/14/10 | JW | 6.00 | Conference with Ms. Kimes and Ms. Marx to establish ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 9/14/10 | JK | 5.50 | Conference with Ms. Marx and Mr. Woodard re: ▮▮▮▮▮▮▮▮; begin ▮▮▮▮ telephone conference with Mr. Snyder and Ms. Marx re: ▮▮▮ and re: ▮▮▮▮ |
| 9/15/10 | BJW | 1.00 | Update binders of trial transcripts, including index; review and exchange e-mails re: ▮▮▮ |
| 9/15/10 | DFM | .75 | E-mail and telephone calls to and from Ms. Union re: deposition in Wisconsin; review of ▮▮▮ ▮▮▮ e-mail re:  same |

PROFESSIONAL SERVICES                    19,018.75

PLAINTIFF'S TRIAL EXHIBIT

# SEBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

Stephen W. Brown
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH  43216

INVOICE #  218720
OCTOBER 7, 2010

CLIENT NUMBER - 07659

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010

LaSalle Bank National Association                MATTER NUMBER - 00001

| Date | Init. | Hours | Description |
|---|---|---|---|
| 9/16/10 | CDA | .25 | Meet with Ms. Marx re: ▮▮▮ |
| 9/16/10 | DFM | 2.75 | E-mail to Mr. Ristau re: ▮▮▮▮; Mr. Snyder re: ▮▮▮ e-mails to and from Mr. Snyder re: ▮▮▮▮; research re:  response to ▮▮▮▮; meeting w/Ms. Kidd re:  e▮▮▮▮ |
| 9/17/10 | BJW | .25 | Request ▮▮▮▮ |
| 9/17/10 | ETG | .50 | Review file; email to Ms. White re: ▮▮▮▮; telephone conferences with ▮▮▮▮ re: same; email to Mr. Kramer re: ▮▮▮▮; meet with Ms. Winchek re: profiling of same |
| 9/17/10 | JW | 5.50 | Research Sixth and Second Circuit case law pertaining to ▮▮▮▮ draft memo to file re: ▮▮▮▮ |
| 9/20/10 | BJW | 1.00 | Review and organize case materials in preparation for ▮▮▮▮ review e-mail re: ▮▮▮▮ |

PX-506-305

# SEBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-8554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 218720
OCTOBER 7, 2010

| | | | |
|---|---|---|---|
| 9/20/10 | DFM | .25 | E-mail to Mr. Ristau of Bricker firm re: ▮▮▮ |
| 9/20/10 | JW | 3.50 | Draft memo to file re: ▮▮▮ |
| 9/21/10 | BJW | 1.75 | Attention to disk received from Mr. Snyder; create binder for Ms. Marx ▮▮▮ including documents from ▮▮▮; arrange for ▮▮▮ including ▮▮▮ arrange for processing of documents for import into database; continue ▮▮▮; send e-mail to Mr. Ramaekers requesting ▮▮▮ referenced in e-mail |
| 9/21/10 | CDA | 1.75 | Research re: ▮▮▮ |
| 9/21/10 | DFM | 4.75 | Review of ▮▮▮ breakdown of ▮▮▮ review of case law concerning Sixth Circuit authority for ▮▮▮, requirement to ▮▮▮ charges using ▮▮▮ |
| 9/21/10 | ETG | 1.50 | Litigation support tasks re: imaging AMFAM and ROOTHS documents into database; review files for ▮▮▮ |
| 9/22/10 | BJW | 2.75 | Attention to documents from Mr. Ramaekers, including ▮▮▮ preparation for ▮▮▮ Insurance; i▮▮▮ |

# SEBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 218720
OCTOBER 7, 2010

                        ; review trial records re:
witness ███████████████ ████████████;
████████████████ ; conference with Ms. Marx
re: other ███████████████████████
including ██████s; research ████████████
including s██████████████████████e and
properties owned; ████████████, including
█████████████, including █████████████
████████████ transcript, and other
materials; conference re: information needed re:

| | | | |
|---|---|---|---|
| 9/22/10 | CDA | 2.00 | Research re: ██████ |
| 9/22/10 | DFM | 4.75 | Review of detail necessary for ██████ |

                including ███████████
█████████ research re: ████████████
████████████ research of ████████ lawsuits
████████ and ██████████ meeting
with Ms. White re: a███████████████████
██████████████████████████ e-mail
to Mr. Snyder e: ██████████████████

| | | | |
|---|---|---|---|
| 9/22/10 | ETG | 3.00 | Prepare ████████████████; analyze and |

summarize ████████████████████;
litigation support tasks re: ████████████

| | | | |
|---|---|---|---|
| 9/22/10 | JK | 4.00 | |

review and analyze various emails from between
Mr. Snyder and Ms. Marx re: ████████████
████████████ conferences with Ms. Marx re:
████████████████████████

PLAINTIFF'S TRIAL EXHIBIT

PX-506-307

# SEBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-8554

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 218720
OCTOBER 7, 2010

9/23/10    BJW    4.00    Conferences re: ████████████████████ ; review ████████████████ ; continue to work on second binder of ████████ materials; review exchange of e-mails with Mr. Snyder re: ████████████████ research ██████████████ research re: ████████ litigation searches re: ██████████ ; conferences re: ██████████████████ attention to ██████████████

9/23/10    CDA    1.75    Research re: ████████████████ draft memorandum re: same

9/23/10    DFM    6.50    Telephone conference with Mr. Snyder re: ████████████ including discussion re: ████████████ , including proof required and ████████████ ; review of documents from ████████ preparation for deposition ██████████ ██████████ith consideration and research ████████████ research re: ██████████

9/23/10    JK     6.00    Telephone conference with Ms. Marx and Mr. Snyder re: ████████████████ including ████████████████ s, gathering ████████████████ , and Final Pretrial Order; continue drafting ████████████ ; review ████████ conference with Ms. Marx re: same

PLAINTIFF'S TRIAL EXHIBIT

# SEBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 218720
OCTOBER 7, 2010

| | | | |
|---|---|---|---|
| 9/24/10 | BJW | 4.50 | Continue research re: ███████████████; finish deposition preparation materials for Ms. Marx; conference re: ██████████████████████████████████████ ████████████ conferences re: ██████████████ ███████; attention to ███████████████████ ███████████████; review files and case materials for ███████████ re: ██████████████████ send e-mail to Ms. Marx re: same; |
| 9/24/10 | DFM | 6.25 | Continued review of ████████████████ ███████documents and analysis of same in preparation for deposition; telephone conference with ██████████ re: ██████████████████████ ██████████████████████████████████; receipt and review of ████████████████████; e-mails to and from Mr. Snyder re: ██████████████ obligation to s███████████████████████████; draft of ██████████ for ████████████████, including important ████████████████████████████and █████████████████████; review of ███████████ |
| 9/24/10 | JK | 5.75 | Continue ████████████████████████; email draft to Mr. Snyder; review ████████████████████ ████████████████; review deposition of ████████████████; review LaSalle's ████████████ conference with Ms. Marx re: same; review Mr Snyder's analysis re: same; conference with Ms. Marx re: ████████████████████████████and ████████████████ |
| 9/25/10 | MSD | .25 | Determine court mandated October 18, 2010 |

# SEBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 218720
OCTOBER 7, 2010

|         |      |       |                                                                                                                     |
|---------|------|-------|---------------------------------------------------------------------------------------------------------------------|
|         |      |       | deadline for Plaintiff's Memorandum in Opposition re: Defendant's Motion to Quash Plaintiff's Trial Subpoenas and For Attorneys' Fees |
| 9/26/10 | JK   | 2.50  | Review LaSalle's Motion to Quash and ▮▮▮ review t▮▮▮ ▮▮▮ and |
| 9/27/10 | BJW  | 1.50  | ▮▮▮ ; import same into database; prepare binder ▮▮▮ compare ▮▮▮ formatting ▮▮▮ ; draft and send letter to ▮▮▮ ordering ▮▮▮ ; follow up re: ▮▮▮ |
| 9/27/10 | DFM  | 17.00 | Travel to and from and attendance at deposition of Gail Digman in Wausau, Wisconsin ▮▮▮ deposition approximately 5 hours); ▮▮▮ |
| 9/28/10 | BJW  | 1.75  | Review e-mail from Mr. Snyder re: ▮▮▮ ; conference with Ms. Marx re: same; participate in telephone conference call with Mr. Snyder re: same and re: other pending issues; review forwarded e-mails from ▮▮▮ a; ▮▮▮ litigation expenses |
| 9/28/10 | CDA  | 7.00  | Draft ▮▮▮ |
| 9/28/10 | DFM  | 1.50  | Research re: a▮▮▮ telephone conference with Mr. Snyder re: ▮▮▮ |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-310

# SEBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 218720
OCTOBER 7, 2010

| 9/28/10 | JK | 1.25 | Telephone conference with Mr. Snyder, Ms. Marx and Ms. White re: ███████████ ███████████ r and █████████ ; conferences with Ms. Kidd re: |
| 9/29/10 | BJW | 5.75 | Review ███████████ including ███████████ ███████████, and ███████████; draft and send e-mail to ███████████ re: coordinating responsibilities for ███████████; exchange further e-mails with Mr. Snyder and Mr. Brown; meet with Ms. Marx re: same; further attention to ███████████ further review of ███████████ prepare chart re: ███████████ |
| 9/29/10 | CDA | 3.25 | Draft ███████████ |
| 9/29/10 | DFM | 1.50 | Review of e-mails from ███████████; e-mails to and from Mr. Snyder re: same; review of ███████████ telephone conference with Mr. Brown re: ███████████ |
| 9/29/10 | JK | 1.50 | Review and revise ███████████; email same to Mr. Snyder; brief conference re: same with Ms. Marx |
| 9/30/10 | BJW | 8.00 | Review and respond to e-mails from Mr. Brown re: ███████████; arrange for meeting to review same; forward copies of ███████████ continue review of ███████████ and attachments; continue ███████████ re: same and ███████████ iew |

PLAINTIFF'S TRIAL EXHIBIT

PX-506-311

# SEBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

FED ID #31-1423760

MEMBER OF MERITAS

WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE

1900 KETTERING TOWER

DAYTON, OHIO 45423

PH: 937-222-2500

FX: 937-222-6554

CLIENT NUMBER - 07659
Crown NorthCorp, Inc.

INVOICE # 218720
OCTOBER 7, 2010

documentation re: █████████████████████
███████████ prepare █████████████████████t re:
same; meet with Mr. Brown to ███████████████
████████████████████████████████; confer with Ms.
Marx re: █████████████████████████
████████████████████████████s; telephone
conference call with Mr. Snyder re: same; begin
████████████████████████████████████ from
██████████████████████████████ re: same;
confer with Ms. Marx re: progress

| Date | Init. | Hours | Description |
|---|---|---|---|
| 9/30/10 | CDA | 1.75 | Analyze ████████████████████████ |
| 9/30/10 | DFM | 7.00 | ██████████████████████████████ meetings with Ms. Kimes re same; emails to and from Mr. Snyder re same; meeting with Ms. White re ██████████████████████ ████████████████████████ meeting with Mr. Brown re same; telephone conference with Mr. Snyder re same and █████████████; research re ███████████████████████████ including ████████████████████████████████ and research re ████████████████ |
| 9/30/10 | ETG | .25 | Telephone conferences with ███████████ |
| 9/30/10 | JK | 7.00 | Revise ███████████████████████ █████████████████and revise Plaintiff Trustee's ██████ █████████ numerous conferences with Ms. Marx and Mr. Snyder re: same |
| 9/30/10 | KT | .75 | Research Court docket and ███████████████████ |

PLAINTIFF'S TRIAL EXHIBIT