# EXHIBIT 3

# Bernstein Shur

Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

LaSalle Commercial Mortgage Securites, Inc.
Commercial Mortgage Pass-Through Certificates Trust
c/o Stephen W. Brown, Esq.
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43215

May 19, 2008          Invoice#          3271551
Matter Number: 035405-00001
RE:  Priest, Ryan Foreclosure

| DATE | ATTY | | RATE | HOURS | AMOUNT |
|------|------|--|------|-------|--------|
| 04/03/08 | WJP | Email with client and follow up with court and Atty Jacques re: any order from hearing last Fri | 195.00 | 0.3 | 58.50 |
| 04/07/08 | WJP | Follow up with client on ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓e; email with client and auctioneer re: ability to perform appraisal/value opinion and telecon with J Daviero re: communication with Code Enf Officer | 195.00 | 0.8 | 156.00 |
| 04/07/08 | KAP | Draft a motion and order to extend the time to advertise a sale. | 95.00 | 1.0 | 95.00 |
| 04/08/08 | WJP | Review, revise and finalize motion to extend time to start advertising sale; email with client re:▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 195.00 | 0.7 | 136.50 |
| 04/09/08 | WJP | Email correspondence with client and J Daviero re: ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ Call from tax collector re: status of foreclosure and sending copies of bills for hard costs on property | 195.00 | 0.7 | 136.50 |
| 04/15/08 | WJP | Receipt of order extending time to advertise sale; office conference with client and J Daviero re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 195.00 | 2.2 | 429.00 |
| 04/16/08 | WJP | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 195.00 | 0.4 | 78.00 |

# Bernstein Shur

LaSalle Commercial Mortgage Securites, Inc.
Commercial Mortgage Pass-Through Certificates Trust
c/o Stephen W. Brown, Esq.
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43215

May 19, 2008          Invoice#      3271551
Matter Number: 035405-00001
RE:  Priest, Ryan Foreclosure

| Date | Atty | | Rate | Hours | Amount |
|------|------|---|------|-------|--------|
| 04/16/08 | KAP | Drafted newspaper add, deed; legal description and purchase & sale agreement. | 95.00 | 2.0 | 190.00 |
| 04/21/08 | WJP | Draft letter to Atty Jacques | 195.00 | 0.5 | 97.50 |
| 04/21/08 | KAP | Drafted Notice of Public Sale; letter to the court regarding same. | 95.00 | 1.0 | 95.00 |
| 04/22/08 | WJP | Email correspondence with clients and revise and finalize letter to Jacques. | 195.00 | 0.4 | 78.00 |
| 04/22/08 | WJP | Review PACER records re: Priest bankruptcy filings and follow up with client re: no filing | 195.00 | 0.3 | 58.50 |
| 04/28/08 | WJP | Call from George Monteeth of City of Biddeford, return call and email with client re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 195.00 | 0.4 | 78.00 |
| 04/29/08 | WJP | Email with client and J Daviero re: City's position; follow up with Atty Cunningham re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ Briefly review ▇▇▇▇▇▇▇▇▇▇▇▇▇ mortgagee ▇▇▇ | 195.00 | 0.7 | 136.50 |
| 04/29/08 | GMC | Telephone conference with Attorney Paradis. Review complaints and exchange e-mails. | 230.00 | 0.4 | 92.00 |

Page    4

PLAINTIFF'S TRIAL EXHIBIT

# Bernstein Shur

LaSalle Commercial Mortgage Securites, Inc.
Commercial Mortgage Pass-Through Certificates Trust
c/o Stephen W. Brown, Esq.
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43215

July 16, 2008      Invoice#      3276902
Matter Number: 035405-00001
RE:  Priest, Ryan Foreclosure

| Date | Atty | | Rate | Hours | Amount |
|------|------|--|------|-------|--------|
| 06/09/08 | RJC | Communications with Attorney Wendy Paradis regarding ▓▓▓▓▓ | 245.00 | 0.4 | 98.00 |
| 06/09/08 | RJC | Emails from Steve Brown. | 245.00 | 0.1 | 24.50 |
| 06/10/08 | WJP | Email with client re: ▓▓▓▓▓ | 195.00 | 0.4 | 78.00 |
| 06/10/08 | KAP | Title update at York County Registry of Deeds; memorandum and email summarizing same. | 95.00 | 1.0 | 95.00 |
| 06/11/08 | WJP | Telecon with S Brown re: ▓▓▓▓▓ Follow up with Atty Paterson re: litigation support, filing suit and procedural status. Review emails from J Daviero re: abutter interested in bidding and postponing sale; call from J Daviero re: adjourning sale to Tranzon's office. | 195.00 | 1.2 | 234.00 |
| 06/11/08 | RJC | Email regarding litigation strategy | 245.00 | 0.2 | 49.00 |
| 06/12/08 | WJP | Reciept of executed notice of claim; prepare return of service and letter to sheriff; follow up with Atty Paterson on telecon with clients and issues re: ▓▓▓▓▓ brief office conference with Atty Crawford re: ▓▓▓▓▓ | 195.00 | 1.4 | 273.00 |

PLAINTIFF'S TRIAL EXHIBIT                                    PX-508-048

Bernstein Shur

LaSalle Commercial Mortgage Securites, Inc.
Commercial Mortgage Pass-Through Certificates Trust
c/o Stephen W. Brown, Esq.
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43215

July 16, 2008       Invoice#       3276902
Matter Number: 035405-00001
RE:  Priest, Ryan Foreclosure

| Date | Atty | | Rate | Hours | Amount |
|------|------|---|------|-------|--------|
| 06/25/08 | MT | Meeting with John Patterson; call from Rob Crawford. | 125.00 | 0.3 | 37.50 |
| 06/25/08 | AC1 | Working on ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ memo | 120.00 | 2.8 | 336.00 |
| 06/26/08 | JMP | Letter to Atty Jacques re. FOAA request; confer with Michelle re. gathering city records and discussions with CMP; letter to CMP re. service termination; start draft of letter to Jacques re. assessment of penalitis against successors-in-interest | 320.00 | 1.8 | 576.00 |
| 06/26/08 | RJC | E-mails regarding ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓; e-mails regarding ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 245.00 | 0.4 | 98.00 |
| 06/26/08 | MT | Traveling to Biddeford City Hall and review of Code Enforcement Officers file; return to office; memo to John Patterson; call to Central Maine Power; call to Biddeford & Saco Water Co.; preparing memorandum; emails from John Paterson; call to Central Maine Power. | 125.00 | 4.0 | 500.00 |
| 06/26/08 | AC1 | Memo on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ | 120.00 | 7.2 | 864.00 |
| 06/27/08 | WJP | Review correspondence from AttyJacques re: boards being removed from building and follow up with Atty Paterson re: ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 195.00 | 0.4 | 78.00 |

Page  10

PLAINTIFF'S TRIAL EXHIBIT

# Bernstein Shur

LaSalle Commercial Mortgage Securites, Inc.
Commercial Mortgage Pass-Through Certificates Trust
c/o Stephen W. Brown, Esq.
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43215

August 11, 2008    Invoice#    3278909
Matter Number: 035405-00001
RE:  Priest, Ryan Foreclosure

| Date | Atty | | Rate | Hours | Amount |
|------|------|---|------|-------|--------|
| 07/25/08 | JMP | Telephone call from Mike Collin re. repair budget | 320.00 | 0.7 | 224.00 |
| 07/28/08 | RJC | Follow up regarding documents. | 245.00 | 0.2 | 49.00 |
| 07/29/08 | RJC | Email regarding litigation, appraisal and auction issues. | 245.00 | 0.2 | 49.00 |
| 07/30/08 | JMP | Letter to Roy re. ████████████████ | 320.00 | 0.4 | 128.00 |
| 07/30/08 | RJC | Emails regarding ████████████████; receive and review ████████████████ ████████████████; regarding forward email regarding ████████████████ █████ related to ████████████ ████████████████ | 245.00 | 0.7 | 171.50 |
| 07/30/08 | RJC | Conference with Jackie Sartoris regarding reconfirmation demolition permit procedures and rebuild versus replacement of structures. | 245.00 | 0.1 | 24.50 |

|                | TOTAL FEES | $8,365.00 |
|----------------|------------|-----------|

| | |
|---|---|
| PHONE CALL(S) | 5.76 |
| OUTSIDE PHOTOCOPY - PAID TO: BUSINESSCARD SERVICES | 6.00 |
| OUTSIDE PHOTOCOPY - PAID TO: BUSINESSCARD SERVICES | 1.87 |
| FEDERAL EXPRESS - PAID TO: FEDERAL EXPRESS CORPORATION | 18.68 |
| MISCELLANEOUS - PAID TO: PACER SERVICE CENTER | 0.72 |
| FEDERAL EXPRESS - PAID TO: FEDERAL EXPRESS CORPORATION | 13.36 |

PLAINTIFF'S TRIAL EXHIBIT

PX-508-061

# Bernstein Shur

LaSalle Commercial Mortgage Securites, Inc.
Commercial Mortgage Pass-Through Certificates Trust
c/o Stephen W. Brown, Esq.
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43215

December 31, 2008   Invoice#        3291998
Matter Number: 035405-00001
RE:  Priest, Ryan Foreclosure

| Date | Atty | | Rate | Hours | Amount |
|------|------|---|------|-------|--------|
| | | email correspondence with J Daviero and review scanned mail to City with notice of foreclosure and email response on taxes due | | | |
| 10/21/08 | JMP | Multiple internal emails re ▓▓▓▓▓ | 320.00 | 0.4 | 128.00 |
| 10/22/08 | DJM | Confer with Attorney Paterson re: Discretionary Function Immunity; Review and research re: Same and provide it to Attorney Paterson | 225.00 | 0.6 | 135.00 |
| 10/22/08 | JMP | Request for ▓▓▓▓▓ from Roy; email ▓▓▓ to Roy; continued emails re ▓▓▓▓ ▓▓▓▓▓; review revised complaint to deal with ▓▓▓▓ and standard of liability for municipal officals | 320.00 | 1.3 | 416.00 |
| 10/22/08 | RJC | Conference regarding ▓▓▓▓ ▓▓▓ and liability | 245.00 | 0.3 | 73.50 |
| 10/22/08 | AE | Editing Motion for Preliminary Injunction and Complaint | 130.00 | 3.0 | 390.00 |
| 10/23/08 | WJP | Proof, finalize and sign affidavit in support of injunctive relief | 195.00 | 0.5 | 97.50 |
| 10/23/08 | JMP | Review revised complaint; email to Roy ▓▓▓▓▓ | 320.00 | 0.3 | 96.00 |
| 10/27/08 | JMP | Confer with and advice to Janet Davis re her ▓▓▓▓▓ | 320.00 | 0.3 | 96.00 |
| 10/27/08 | RJC | Calls regarding ▓▓▓ ▓▓▓▓ of ▓▓▓▓▓ ▓▓▓ | 245.00 | 0.1 | 24.50 |

Page    4

PLAINTIFF'S TRIAL EXHIBIT

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

LaSalle Commercial Mortgage Securites, Inc.
Commercial Mortgage Pass-Through Certificates Trust
c/o Stephen W. Brown, Esq.
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43215

December 31, 2008   Invoice#        3291999
Matter Number: 035405-00001
RE:  Priest, Ryan Foreclosure

| DATE | ATTY | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/03/08 | AE | Completing Service of Complaint and Motion; Drafting Request for Expedited Hearing and Order on Motion | 130.00 | 1.2 | 156.00 |
| 11/03/08 | MT | Working on ████████████████ ████████████████████ ██████████████. | 125.00 | 0.9 | 112.50 |
| 11/04/08 | AE | Filing Request for Expedited Hearing and Order | 130.00 | 2.5 | 325.00 |
| 11/07/08 | AE | Coordination with Court re: Hearing on Motion for Preliminary Injunction | 130.00 | 0.2 | 26.00 |
| 11/10/08 | WJP | Email from client re: ████████ ███████████████; review email correspondence in file re: ████████ ████████, ████████████████████ ████████████████████████ ████████, ████████████████ ████████. Telecon with clients re: same | 195.00 | 1.2 | 234.00 |
| 11/11/08 | JMP | Draft litigation hold letter to Attorney Jacques | 320.00 | 0.3 | 96.00 |
| 11/11/08 | AE | Draft Discovery Request | 130.00 | 0.3 | 39.00 |
| 11/13/08 | WJP | Follow up with paralegal on dates covered by pages in part 1 of city's production, dates of FOIA request and letter to Atty Jacques mentioned in same | 195.00 | 0.4 | 78.00 |
| 11/13/08 | AE | Drafting Document Request | 130.00 | 0.5 | 65.00 |
| 11/14/08 | MT | Analyzing ████████████████████ the City of Biddeford Police Department; research regarding what ████████████████████████. | 125.00 | 0.4 | 50.00 |
| 11/16/08 | AE | Drafting Document Requests | 130.00 | 0.8 | 104.00 |

PLAINTIFF'S TRIAL EXHIBIT

# Bernstein Shur

LaSalle Commercial Mortgage Securites, Inc.
Commercial Mortgage Pass-Through Certificates Trust
c/o Stephen W. Brown, Esq.
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43215

December 31, 2008   Invoice#      3291999
Matter Number: 035405-00001
RE:  Priest, Ryan Foreclosure

| Date | Atty | | Rate | Hours | Amount |
|------|------|---|------|-------|--------|
| 11/25/08 | AE | Reviewing Opposition to Motion for Preliminary Injunction | 130.00 | 2.8 | 364.00 |
| 11/26/08 | JMP | Final preparations for and attend oral argument before Judge Brennan; negotiations with opposing counsel re interim order; telephone calls with Roy | 320.00 | 5.5 | 1,760.00 |
| 11/26/08 | AE | Preliminary Motion Hearing | 130.00 | 3.5 | 455.00 |

|  |  |
|--|--|
| TOTAL FEES | $6,521.50 |

PHOTOCOPY                            6.00

|  |  |
|--|--|
| TOTAL EXPENSES | $6.00 |
| TOTAL FEES PLUS EXPENSES | $6,527.50 |

PLAINTIFF'S TRIAL EXHIBIT                                        PX-508-083

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

LaSalle Commercial Mortgage Securites, Inc.
Commercial Mortgage Pass-Through Certificates Trust
c/o Stephen W. Brown, Esq.
Crown NorthCorp, Inc.
1251 Dublin Road
Columbus, OH 43215

July 22, 2009      Invoice#      3309473
Matter Number: 035405-00001
RE: Priest, Ryan Foreclosure

| DATE | ATTY | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/04/09 | JMP | Confer with Asha re ████████████ ████████ ███████████████ and memo to Steve re same and reminder about mediation | 330.00 | 0.3 | 99.00 |
| 06/08/09 | WJP | Receipt and review of ██████████ ███████████████████ ████████ ████████████████, follow up with P Shapinsky | 200.00 | 0.5 | 100.00 |
| 06/11/09 | WJP | Follow up with Atty Escheverria re: info for mediation next week | 200.00 | 0.5 | 100.00 |
| 06/12/09 | AE | Reviewing Documents for Production and Preparation for Mediation | 145.00 | 3.4 | 493.00 |
| 06/12/09 | MT | Downloading documents; working on document production. | 135.00 | 2.6 | 351.00 |
| 06/14/09 | JMP | Meet with Steve Brown and Asha at office to prepare for mediation | 330.00 | 1.0 | 330.00 |
| 06/14/09 | AE | Preparation for Meeting with Client and Mediation; Meeting with Client; Reviewing Documents for Production | 145.00 | 2.5 | 362.50 |
| 06/15/09 | WJP | Calls to and from Atty Paterson re: questions coming up at mediation today and how to format transaction/conveyance to City of Biddeford. Follow up with Monument Title re: status of last policy and status of foreclosure | 200.00 | 1.1 | 220.00 |
| 06/15/09 | JMP | Travel to Kennebunk and attend mediation with Steve Brown | 330.00 | 6.0 | 1,980.00 |
| 06/15/09 | RJC | Emails and calls regarding current assessment updates for 8 and 15 Williams Court properties; follw up re same on current tax issues | 250.00 | 1.6 | 400.00 |

PLAINTIFF'S TRIAL EXHIBIT