

# EXHIBIT 4



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

February 28, 2007
Invoice No: 441087
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
1251 DUBLIN RD
COLUMBUS, OH 43215

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: January 31, 2007

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/03/07 | D. Conrad | Review loan documents; emails to Mr. Owen regarding same; | 0.50 |
| 01/12/07 | D. Conrad | Emails with Mr. Owen regarding | 0.25 |
| 01/12/07 | J. Ristau | Review file and evaluate strategy going forward | 0.50 |
| 01/17/07 | J. Ristau | Evaluate status of title search; prepare draft of complaint | 0.75 |
| 01/22/07 | J. Ristau | Prepare draft of complaint; provide status update to Mr. Owen regarding status of case | 0.50 |
| 01/22/07 | C. Szary | Confer with title company regarding title request | 0.25 |
| 01/23/07 | D. Conrad | Emails with Mr. Owen regarding ; review results of search; email to Mr. Owens | 0.25 |
| 01/23/07 | J. Ristau | Prepare | 0.25 |
| 01/23/07 | C. Szary | Gather information to draft complaint; provide title company with additional information to complete title search | 0.25 |
| 01/24/07 | R. Wyatt | Draft | 2.50 |
| 01/24/07 | J. Ristau | Contact network of attorneys to determine provide status update to client regarding | 0.50 |
| 01/25/07 | R. Wyatt | Revise and edit a g; draft er; revise and edit a in the Montgomery County Court of Common Pleas | 2.00 |
| 01/26/07 | R. Wyatt | Continue to edit and revise research local rules of Montgomery County to determine | 1.50 |
| 01/26/07 | J. Ristau | Revise and edit , and | 1.25 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

March 23, 2007
Invoice No: 442486
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**— PRIVATE AND CONFIDENTIAL —**

For Legal Services Rendered Through: February 28, 2007

Matter: Rooths/Dayton
Matter ID: 136554

| | | | |
|---|---|---|---|
| 02/01/07 | K. Johnson | Follow up regarding [redacted] | 0.25 |
| 02/01/07 | J. Ristau | Finalize complaint for filing | 0.25 |
| 02/01/07 | C. Szary | Review Court rules regarding [redacted] | 0.75 |
| 02/02/07 | C. Szary | Revise [redacted] form; draft instructions for service; confer with Mr. Ristau regarding same; correspond with Montgomery County Clerk regarding filing complaint, instructions, title commitment and case designation form; prepare pleadings for filing | 1.00 |
| 02/13/07 | J. Ristau | Correspond with Mr. Owen regarding [redacted] | 0.50 |
| 02/19/07 | K. Johnson | Review [redacted] | 0.50 |
| 02/19/07 | J. Ristau | Provide status update regarding upcoming deadlines in litigation; prepare [redacted] in support of same | 2.00 |
| 02/20/07 | K. Johnson | Telephone conference with Mr. Ristau regarding [redacted] er | 0.25 |
| 02/20/07 | J. Ristau | Finalize [redacted] it in support of same | 1.25 |
| 02/21/07 | J. Ristau | Telephone call with Mr. Owen to discuss [redacted] r and affidavit in support of same; revise and edit same | 0.50 |
| 02/22/07 | J. Ristau | Finalize [redacted] it in support | 0.50 |
| 02/23/07 | J. Ristau | Review status of litigation and draft update for Mr. Owen | 0.50 |
| 02/23/07 | C. Szary | Review Court docket regarding [redacted] | 0.25 |
| 02/26/07 | J. Ristau | Prepare [redacted] | 0.50 |
| 02/26/07 | C. Szary | Review docket; telephone call to Judge Froelich regarding receiver and hearings on motions | 0.25 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

May 24, 2007
Invoice No: 447159


Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**— PRIVATE AND CONFIDENTIAL —**

For Legal Services Rendered Through: April 30, 2007

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/06/07 | D. Conrad | Review email regarding potential settlement; email regarding alternatives | 0.25 |
| 04/10/07 | K. Johnson | Confer with Ms. Carrol regarding [redacted]; review [redacted] | 0.50 |
| 04/17/07 | K. Eppert | Research and review of [redacted] r and [redacted] websites regarding property information; correspondence to Mr. Conrad regarding the same; additional correspondence to Mr. Conrad and Mr. Owen regarding [redacted] | 1.00 |
| 04/20/07 | D. Conrad | Email regarding [redacted]; telephone call to Mr. Owen regarding same | 0.25 |
| 04/20/07 | K. Eppert | Telephone call with Montgomery County Recorder regarding obtaining a copy of the conveyance deed; correspondence to Mr. Conrad enclosing the same; telephone call with Montgomery County Auditor regarding conveyance fee; additional telephone call Montgomery County Recorder regarding obtaining a copy of the prior deed | 0.50 |
| 04/23/07 | D. Conrad | Emails regarding [redacted] | 0.25 |
| 04/23/07 | K. Eppert | Review of deed; correspondence to Messrs. Conrad and Owen regarding [redacted] | 0.25 |
| 04/25/07 | K. Eppert | Telephone call with Montgomery County Auditor's office regarding conveyance exemption; correspondence to Mr. Owens regarding the same | 0.25 |
| 04/26/07 | D. Conrad | Conference call with Mr. Owen regarding potential [redacted] confer with Mr. Ristau regarding same; [redacted] nt; email regarding same | 0.50 |
| 04/26/07 | J. Ristau | Telephone call with Mr. Owen to discuss strategy going forward | 0.50 |
| 04/27/07 | K. Johnson | Review drafts of [redacted] n [redacted] | 0.75 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

Client: CROWN NORTHCORP INC
Client ID: 001715

May 24, 2007
Invoice No: 447159


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/27/07 | J. Ristau | Prepare [redacted] ve, [redacted] renewed [redacted] er, and letters to counsel and transferee. | 3.25 |
| 04/27/07 | K. Eppert | Telephone call to Mr. Kochalski regarding title search; correspondence to Mr. Kochalski regarding the same | 0.25 |
| 04/30/07 | D. Conrad | Review and revise documentation regarding [redacted] | 0.25 |
| 04/30/07 | K. Johnson | Review [redacted] respond to Mr. Ristau | 0.75 |

**Total Hours** 9.50

**Total Fees** $ 2,343.75

| Disbursements | | |
|---|---|---|
| 03/30/07 | Federal Express Corporation; Courier Service | 11.33 |
| 04/20/07 | Montgomery County Recorder; Faxed recorded documents | 8.00 |
| 04/20/07 | Montgomery County Recorder; Faxed recorded documents | 12.00 |
| | **SubTotal Itemized** | $ 31.33 |
| | Long Distance Telephone Charges | 2.10 |
| | **SubTotal Summarized** | $ 2.10 |
| | **Disbursements Total** | $ 33.43 |
| | **Total This Statement** | $ 2,377.18 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

June 26, 2007
Invoice No: 448965
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: May 31, 2007

Matter: Rooths/Dayton
Matter ID: 136554

| | | | |
|---|---|---|---|
| 05/01/07 | D. Conrad | Review and revise various documents regarding [redacted] | 0.25 |
| 05/01/07 | J. Ristau | Finalize [redacted] finalize correspondence to borrower's counsel and transferee; forward same to Mr. Owen for review | 0.75 |
| 05/02/07 | J. Ristau | Finalize documents for filing and service; confer with Mr. Owen regarding same | 1.25 |
| 05/08/07 | C. Szary | Review commitment; address title examination fee issues | 0.25 |
| 05/15/07 | D. Conrad | Review loan documents to determine [redacted]; email to Mr. Owen regarding same | 0.50 |
| 05/29/07 | J. Ristau | Prepare status update for Mr. Owen | 0.25 |
| 05/30/07 | J. Ristau | Attend telephonic status conference to establish case schedule | 0.50 |
| | | **Total Hours** | 3.75 |
| | | **Total Fees** | $ 893.75 |

| Disbursements | | |
|---|---|---|
| 05/02/07 | Federal Express Corporation; Courier Service | 14.54 |
| 05/02/07 | Federal Express Corporation; Courier Service | 12.28 |
| 05/02/07 | Federal Express Corporation; Courier Service | 15.30 |
| 05/04/07 | Allodial Title Company LLC; Title Examinationa and Preparation of Attorney's Certificate of Title | 500.00 |
| | **SubTotal Itemized** | $ 542.12 |
| | Long Distance Telephone Charges | 0.21 |
| | Fax Charge | 58.00 |
| | Photocopying | 10.00 |
| | **SubTotal Summarized** | $ 68.21 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

July 30, 2007
Invoice No: 451443
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: June 30, 2007

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 06/01/07 | J. Ristau | Prepare status update for Mr. Owen regarding status conference with court | 0.50 | |
| 06/19/07 | J. Ristau | Review answer and memo in opposition to appointment of receiver; forward same to Mr. Owen | 0.75 | |
| 06/20/07 | J. Ristau | Draft reply in support of motion to appoint receiver; review April [redacted]; correspond with Mr. Owen regarding [redacted]; revise and edit [redacted] | 2.75 | |
| 06/21/07 | J. Ristau | Finalize reply brief and prepare same for filing | 0.50 | |
| 06/26/07 | J. Ristau | Contact opposing counsel to schedule an appraisal of subject property and discuss possible settlement | 0.50 | |
| 06/27/07 | D. Conrad | Emails regarding outstanding balance due and status of negotiations; confer with Mr. Ristau regarding same | 0.25 | |
| | | **Total Hours** | 5.25 | |
| | | **Total Fees** | | $ 1,143.75 |

| Disbursements | | |
|---|---|---|
| 06/13/07 | Federal Express Corporation; Courier Service | 15.79 |
| 06/14/07 | Montgomery Co. Clerk of Courts - Certified mail service of time-stamped copies | 14.00 |
| 06/14/07 | Federal Express Corporation; Courier Service | 11.85 |
| | **SubTotal Itemized** | $ 41.64 |
| | Photocopying | 89.80 |
| | **SubTotal Summarized** | $ 89.80 |
| | **Disbursements Total** | $ 131.44 |




**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

Bricker & Eckler
ATTORNEYS AT LAW

EMPLOYER ID NUMBER 31-4359739

September 25, 2007
Invoice No: 455242
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**— PRIVATE AND CONFIDENTIAL —**

For Legal Services Rendered Through: August 31, 2007

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 08/03/07 | K. Johnson | Review [redacted]d; confer regarding revisions to draft | 0.50 | 150.00 |
| 08/03/07 | J. Ristau | Finalize [redacted] and forward same to Mr. Owen | 0.50 | 105.00 |
| 08/03/07 | J. Ristau | Finalize [redacted]e and provide draft to Mr. Owen for review | 0.25 | 52.50 |
| 08/04/07 | D. Conrad | Review [redacted]e | 0.25 | 93.75 |
| 08/06/07 | J. Ristau | Contact Mr. Owen to discuss settlement strategy | 0.25 | 52.50 |
| 08/20/07 | J. Ristau | Revise and edit settlement correspondence; confer with Mr. Owen regarding same | 0.75 | 157.50 |
| 08/21/07 | J. Ristau | Finalize settlement correspondence and prepare same for delivery | 0.50 | 105.00 |
| 08/29/07 | J. Ristau | Forward copy of settlement correspondence to Mr. Owen | 0.25 | 52.50 |
| 08/30/07 | J. Ristau | Review coorespondence received from opposing counsel and contact Mr. Owen to discuss strategy going forward | 0.75 | 157.50 |
| 08/31/07 | J. Ristau | Prepare [redacted]nd cover letters to be delivered with same | 0.75 | 157.50 |
| | | **Total Hours** | 4.75 | |
| | | **Total Fees** | | $ 1,083.75 |

| Disbursements | | |
|---|---|---|
| 08/01/07 | Federal Express Corporation; Courier Service | 11.85 |
| 08/01/07 | Federal Express Corporation; Courier Service | 11.85 |
| | **SubTotal Itemized** | $ 23.70 |



Bricker & Eckler
ATTORNEYS AT LAW

**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

October 23, 2007
Invoice No: 457416
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: September 30, 2007

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 09/07/07 | J. Ristau | Contact court to confirm trial date extension; draft response to correspondence from opposing counsel | 1.25 | 287.50 |
| 09/10/07 | K. Johnson | Follow up regarding [redacted] | 0.50 | 162.50 |
| 09/11/07 | J. Ristau | Telephone with counsel for the Rooths regarding settlement and scheduling of depositions | 0.50 | 115.00 |
| 09/12/07 | J. Ristau | Telephone call with counsel for Ms. Medley regarding status of case and scheduling of depositions | 0.50 | 115.00 |
| 09/17/07 | K. Johnson | Conference with Mr. Ristau regarding [redacted] | 0.50 | 162.50 |
| 09/25/07 | K. Johnson | Meeting with Mr. Ristau regarding [redacted] | 0.50 | 162.50 |
| 09/26/07 | J. Ristau | [redacted] depositions of Mr. and Ms. Rooths and Ms. Medley; review file; draft [redacted] | 7.50 | 1,725.00 |
| 09/28/07 | J. Ristau | Finalize [redacted] preparation; confer with Mr. Owen regarding [redacted]; [redacted] and [redacted]; gather and mark exhibits | 3.25 | 747.50 |
| | | **Total Hours** | 14.50 | |
| | | **Total Fees** | | $ 3,477.50 |

**Disbursements**

| | | |
|---|---|---|
| 08/31/07 | Federal Express Corporation; Courier Service | 11.90 |
| 08/31/07 | Federal Express Corporation; Courier Service | 14.41 |
| | **SubTotal Itemized** | $ 26.31 |
| | Long Distance Telephone Charges | 1.89 |
| | Fax Charge | 31.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

November 30, 2007
Invoice No: 460535
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: October 31, 2007

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/07 | J. Ristau | Travel to Dayton; take depositions of Mr. and Ms. Rooths and Ms. Medley; negotiate settlement with opposing counsel; provide status update to Mr. Owen regarding depositions; return to Columbus | 10.50 | 2,415.00 |
| 10/03/07 | M. Warnock | Meeting re: [redacted] | 0.75 | 131.25 |
| 10/03/07 | J. Ristau | Confer with Mr. Warnock regarding [redacted]; review deposition transcripts of Ms. Rooths and Ms. Medley | 1.50 | 345.00 |
| 10/04/07 | J. Ristau | Review deposition transcript of Mr. Rooths | 1.25 | 287.50 |
| 10/09/07 | M. Warnock | Research and analyze case law defining [redacted]; research [redacted]; research [redacted]; draft memo | 5.75 | 1,006.25 |
| 10/11/07 | M. Warnock | Additional research regarding [redacted] edit memo | 0.75 | 131.25 |
| 10/15/07 | M. Warnock | Meeting re: [redacted] nt and [redacted] er; read pleadings to obtain background information; review [redacted] t and orders [redacted] s; draft [redacted] | 2.25 | 393.75 |
| 10/15/07 | J. Ristau | Provide status update to Mr. Owen; evaluate litigation strategy going forward; confer with Mr. Warnock regarding [redacted] | 2.25 | 517.50 |
| 10/16/07 | K. Johnson | Review [redacted]; provide comments to same; respond to Mr. Ristau regarding [redacted] | 1.00 | 325.00 |

PLAINTIFF'S TRIAL EXHIBIT

PX-507-027




**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

Client: CROWN NORTHCORP INC
Client ID: 001715

November 30, 2007
Invoice No: 460535


| | | | | |
|---|---|---|---|---|
| 10/16/07 | M. Warnock | Read and analyze [redacted]s for [redacted] [redacted]t; research Montgomery County local rules [redacted] | 2.75 | 481.25 |
| 10/16/07 | J. Ristau | Review [redacted]r and revise and edit same | 0.50 | 115.00 |
| 10/17/07 | J. Ristau | Finalize proposed order [redacted] and forward same to Mr. Owen for review and comment | 0.25 | 57.50 |
| 10/22/07 | M. Warnock | Draft [redacted]t; research [redacted] | 4.00 | 700.00 |
| 10/23/07 | M. Warnock | Draft [redacted]nt; add cites to note, mortgage, and deposition testimony | 6.75 | 1,181.25 |
| 10/24/07 | M. Warnock | Draft and edit [redacted] | 4.25 | 743.75 |
| 10/24/07 | J. Ristau | Review [redacted]nt and provide comments regarding same | 1.00 | 230.00 |
| 10/26/07 | J. Ristau | Telephone call with Mr. Owen regarding [redacted] | 0.25 | 57.50 |
| 10/26/07 | J. Ristau | Review emails and coordinate revisions to [redacted] | 0.50 | 115.00 |
| 10/29/07 | M. Warnock | Modify [redacted] | 0.25 | 43.75 |
| 10/30/07 | K. Johnson | Follow up regarding [redacted] | 0.25 | 81.25 |
| 10/31/07 | J. Ristau | Revise and edit proposed order [redacted] and forward same to Mr. Owen | 0.50 | 115.00 |
| | | **Total Hours** | 47.25 | |
| | | **Total Fees** | | $ 9,473.75 |

| Disbursements | | |
|---|---|---|
| 09/19/07 | Federal Express Corporation; Courier Service | 11.95 |
| 09/19/07 | Federal Express Corporation; Courier Service | 11.95 |
| 10/04/07 | Long Reporting LLC; Depositions of Bonita Rooths, Michael Rooths and Shirley Medley; Court Reporter Fees | 240.00 |
| 10/04/07 | Long Reporting LLC; Depositions of Bonita Rooths, Michael Rooths and Shirley Medley; Charge for Transcripts | 1,055.00 |
| | **SubTotal Itemized** | $ 1,318.90 |
| | **Disbursements Total** | $ 1,318.90 |
| | **Total This Statement** | $ 10,792.65 |



Bricker & Eckler
ATTORNEYS AT LAW

**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

December 28, 2007
Invoice No: 462063
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: November 30, 2007

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 11/01/07 | M. Warnock | Edit [redacted]p order; meeting regarding [redacted]r; telephone call to bailiff; draft e-mail summary of telephone conversation with bailiff | 0.50 | 87.50 |
| 11/01/07 | J. Ristau | Confer with Mr. Warnock regarding [redacted]er and coordinate delivery to court; provide Mr. Owen status update on litigation | 0.50 | 115.00 |
| 11/09/07 | M. Warnock | Conversation with magistrate's bailiff regarding case progress; conversation with lead attorney regarding follow-up and [redacted] | 0.25 | 43.75 |
| 11/13/07 | J. Ristau | Revise [redacted]t and confer with Mr. Warnock regarding same | 1.25 | 287.50 |
| 11/14/07 | M. Warnock | [redacted]g; phone call to magistrate's bailiff to determine whether proposed receivership order can be sent | 0.25 | 43.75 |
| 11/17/07 | M. Warnock | Edit [redacted] | 0.25 | 43.75 |
| 11/19/07 | M. Warnock | Edit [redacted] | 2.50 | 437.50 |
| | | **Total Hours** | 5.50 | |
| | | **Total Fees** | | $ 1,058.75 |

**Disbursements**

| | |
|---|---|
| Long Distance Telephone Charges | 2.31 |
| Postage | 3.88 |
| **SubTotal Summarized** | $ 6.19 |
| **Disbursements Total** | $ 6.19 |

PLAINTIFF'S TRIAL EXHIBIT



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

February 29, 2008
Invoice No: 467054


Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: January 31, 2008

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/08 | J. Ristau | Review [redacted] nt and evaluate strategy going forward | 0.50 | 115.00 |
| 01/03/08 | M. Warnock | [redacted] | 0.50 | 87.50 |
| 01/07/08 | M. Warnock | [redacted] | 0.50 | 87.50 |
| 01/07/08 | J. Ristau | Contact court to confirm scope of hearing; contact Mr. Owen to [redacted]; review [redacted] and edit same | 2.75 | 632.50 |
| 01/07/08 | C. Szary | Address issue regarding [redacted] | 0.25 | 37.50 |
| 01/08/08 | M. Warnock | Conference call with Mr. Ristau and Mr. Brown to discuss [redacted]; prepare for receivership hearing by copying documents and compiling exhibits | 1.50 | 262.50 |
| 01/08/08 | J. Ristau | Confer with Mr. Brown regarding [redacted]; confer with Ms. Rodgers regarding [redacted]; confer with Mr. Warnock regarding [redacted] prepare outline of proposed testimony of Mr. Brown | 3.25 | 747.50 |
| 01/09/08 | M. Warnock | Prepare for hearing by [redacted] | 2.00 | 350.00 |
| 01/09/08 | J. Ristau | Prepare for hearing on appointment of receiver; travel to Dayton; attend hearing; participate in informal mediation with magistrate; confer with Mr. Brown regarding [redacted] return to Columbus | 7.50 | 1,725.00 |
| 01/10/08 | M. Warnock | Draft [redacted] for Mr. Owen and e-mail; begin [redacted] | 1.00 | 175.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

Client: CROWN NORTHCORP INC
Client ID: 001715

February 29, 2008
Invoice No: 467054


| | | | | |
|---|---|---|---|---|
| 01/10/08 | J. Ristau | Provide comments to Mr. Warnock on [redacted]; telephone call with Mr. Brown and Mr. Owen regarding [redacted]; confer with Mr. Warnock to discuss [redacted] light of developments at hearing | 1.50 | 345.00 |
| 01/11/08 | M. Warnock | Research and analyze case law discussing [redacted] | 2.25 | 393.75 |
| 01/16/08 | J. Ristau | Review materials provided by Mr. Owen and forward to Mr. Warnock for incorporation into motion for summary judgment | 0.50 | 115.00 |
| 01/21/08 | M. Warnock | [redacted] research applicability [redacted] | 2.25 | 393.75 |
| 01/24/08 | M. Warnock | Edit [redacted]; e-mail draft to clients | 0.25 | 43.75 |
| 01/24/08 | J. Ristau | Review [redacted] and revise and edit same | 0.75 | 172.50 |
| 01/29/08 | M. Warnock | Draft and edit [redacted] e-mail communications regarding filings | 0.75 | 131.25 |
| 01/30/08 | M. Warnock | Edit [redacted] | 0.25 | 43.75 |
| 01/31/08 | M. Warnock | Edit [redacted]; e-mail final drafts to client for review | 1.50 | 262.50 |
| | | **Total Hours** | 29.75 | |
| | | **Total Fees** | | $ 6,121.25 |

**Disbursements**

| | | |
|---|---|---|
| 01/04/08 | Allodial Title Company LLC - Title Search - 417-429 North C. | 125.00 |
| 01/09/08 | Ristau, Justin; 1/9; Montgomery County Court of Common Pleas to attend a hearing; Mileage | 37.37 |
| 01/09/08 | Ristau, Justin; 1/9; Montgomery County Court of Common Pleas to attend a hearing; Parking | 4.00 |
| 01/10/08 | Computer Assisted Legal Research | 121.70 |
| 01/21/08 | Computer Assisted Legal Research | 8.05 |
| | **SubTotal Itemized** | $ 296.12 |
| | Photocopying | 73.00 |
| | **SubTotal Summarized** | $ 73.00 |
| | **Disbursements Total** | $ 369.12 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

March 26, 2008
Invoice No: 468885
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

--- PRIVATE AND CONFIDENTIAL ---

For Legal Services Rendered Through: February 29, 2008

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/08/08 | M. Warnock | Edit [redacted] compile [redacted] prepare document to file | 0.50 | 87.50 |
| 02/11/08 | M. Warnock | Edit [redacted] | 0.25 | 43.75 |
| 02/11/08 | J. Ristau | Follow up with Mr. Brown regarding [redacted] | 0.25 | 57.50 |
| 02/12/08 | M. Warnock | Strategy discussion with Justin Ristau regarding conference call next week; draft e-mail to client about [redacted] | 0.25 | 43.75 |
| 02/12/08 | C. Szary | Confer with Magistrate Hodson regarding telephone status conference | 0.25 | 37.50 |
| 02/13/08 | M. Warnock | Conference call with Steve Brown of Crown NorthCorp regarding [redacted] conference call with Steve Katchman regarding possible reinstatement of loan; fax reinstatement figures to Steve Katchman for review; review of e-mail correspondence from Roy Owen and Steve Brown discussing [redacted] strategy discussions with Justin Ristau regarding [redacted] | 1.25 | 218.75 |
| 02/14/08 | M. Warnock | Gather materials and otherwise prepare for telephone conversation with Steve Katchman; telephone conversation with Steve Katchman regarding reinstatement of loan and possibility of future settlement negotiations | 0.50 | 87.50 |
| 02/15/08 | M. Warnock | Telephone conversation with Steve Brown of Crown NorthCorp regarding [redacted], and [redacted] | 0.25 | 43.75 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

April 23, 2008
Invoice No: 470900
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: March 31, 2008

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 03/04/08 | M. Warnock | Telephone conversation with Mr. Ristau to discuss | 0.25 | 43.75 |
| 03/05/08 | M. Warnock | Draft and edit estimate of | 0.50 | 87.50 |
| 03/06/08 | M. Warnock | Edit | 0.25 | 43.75 |
| 03/06/08 | J. Ristau | Review ; review and revise | 0.50 | 115.00 |
| 03/12/08 | M. Warnock | Discussion with Mr. Ristau about discuss with Mr. Ristau documents ; draft and edit | 0.75 | 131.25 |
| 03/12/08 | J. Ristau | Confer with Mr. Warnock regarding status of case | 0.25 | 57.50 |
| 03/13/08 | M. Warnock | Draft fax cover sheet; fax updated reinstatement figures to Steve Katchman along with request for copy of memo contra; e-mail update to Mr. Ristau | 0.50 | 87.50 |
| 03/14/08 | M. Warnock | Read and analyze meeting with Mr. Ristau to discuss in particular s; research ; find case law discussing | 2.50 | 437.50 |
| 03/14/08 | J. Ristau | Review t; confer with Mr. Warnock regarding | 1.25 | 287.50 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

April 23, 2008
Invoice No: 470900
Page 2

Client: CROWN NORTHCORP INC
Client ID: 001715

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/16/08 | M. Warnock | Analyze case law discussing [redacted] | 3.25 | 568.75 |
| 03/17/08 | M. Warnock | Draft and edit [redacted] gs | 1.25 | 218.75 |
| 03/18/08 | M. Warnock | Draft and edit [redacted] t [redacted] | 5.75 | 1,006.25 |
| 03/19/08 | M. Warnock | Meeting with Mr. Ristau to analyze [redacted] draft and edi[redacted] o; e-mail draft of [redacted] | 3.25 | 568.75 |
| 03/19/08 | J. Ristau | Review [redacted] or [redacted] confer with Mr. Warnock regarding [redacted] | 0.75 | 172.50 |
| 03/20/08 | M. Warnock | Edit r[redacted] gs; prepare r[redacted] compile exhibits | 1.50 | 262.50 |
| 03/20/08 | J. Ristau | Confer with Mr. Warnock regarding [redacted]; review proposed draft [redacted] t; revise and edit same | 2.25 | 517.50 |
| 03/25/08 | M. Warnock | Telephone conversations with Mr. Ristau regarding [redacted]; edit [redacted] draft and edit [redacted]; prepare [redacted] | 1.00 | 175.00 |
| | | **Total Hours** | 25.75 | |
| | | **Total Fees** | | $ 4,781.25 |

**Disbursements**

| | |
|---|---|
| Long Distance Telephone Charges | 0.21 |
| Fax Charge | 2.00 |
| Photocopying | 31.60 |
| **SubTotal Summarized** | $ 33.81 |
| **Disbursements Total** | $ 33.81 |
| **Total This Statement** | $ 4,815.06 |



Bricker & Eckler
ATTORNEYS AT LAW

**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

May 20, 2008
Invoice No: 472308
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**— PRIVATE AND CONFIDENTIAL —**

For Legal Services Rendered Through: April 30, 2008

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 04/09/08 | M. Warnock | Telephone conversation with opposing counsel to clarify reinstatement figures and discuss possibility of settlement | 0.25 | 43.75 |
| 04/10/08 | M. Warnock | Telephone conversation with Mr. Ristau to discuss [redacted] review documents and pleadings to [redacted]g; meeting with Mr. Ristau to [redacted]; telephone conversation with Mr. Ristau and Steve Brown to [redacted] | 2.75 | 481.25 |
| 04/10/08 | J. Ristau | Review file; confer with Mr. Warnock in preparation for [redacted] confer with Mr. Brown regarding [redacted] | 2.50 | 575.00 |
| 04/15/08 | M. Warnock | E-mail correspondence with client regarding [redacted] analyze [redacted] | 0.50 | 87.50 |
| 04/16/08 | J. Ristau | Prepare for [redacted] | 0.75 | 172.50 |
| 04/18/08 | M. Warnock | Prepare for [redacted]; participate in conference calls with Mr. Ristau and clients regarding [redacted] organize file; prepare [redacted] | 3.50 | 612.50 |
| 04/18/08 | J. Ristau | Prepare for [redacted] | 2.50 | 575.00 |
| 04/18/08 | J. Ristau | Telephone call to Mr. Katchman regarding continuance of hearing and follow-up with a letter served via fax | 0.50 | 115.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

May 20, 2008
Invoice No: 472308
Page 2

Client: CROWN NORTHCORP INC
Client ID: 001715

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 04/21/08 | J. Ristau | Telephone calls with opposing counsel regarding continuance of hearing; confirm continuance with magistrate's bailiff | 1.25 | 287.50 |
| 04/22/08 | M. Warnock | Prepare [redacted] | 0.25 | 43.75 |
| 04/22/08 | J. Ristau | Attend status conference regarding litigation; confer with Mr. Warnock regarding [redacted] | 0.75 | 172.50 |
| 04/29/08 | M. Warnock | Meeting with Justin Ristau to discuss [redacted]; conference call with client to discuss [redacted] | 1.00 | 175.00 |
| 04/29/08 | J. Ristau | Review [redacted]; confer with Mr. Warnock regarding [redacted] telephone call with Mr. Owen and Mr. Brown regarding [redacted] | 1.50 | 345.00 |
| | | **Total Hours** | 18.00 | |
| | | **Total Fees** | | $ 3,686.25 |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 03/16/08 | Computer Assisted Legal Research | 6.67 |
| 03/20/08 | Federal Express Corporation; Courier Service | 17.16 |
| 03/25/08 | Federal Express Corporation; Courier Service | 13.09 |
| | **SubTotal Itemized** | $ 36.92 |
| | Fax Charge | 1.00 |
| | **SubTotal Summarized** | $ 1.00 |
| | **Disbursements Total** | $ 37.92 |
| | **Total This Statement** | $ 3,724.17 |

********** ATTORNEY SUMMARY **********

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Ristau | 9.75 | 230.00 | $ 2,242.50 |
| M. Warnock | 8.25 | 175.00 | $ 1,443.75 |
| Total all Attorneys | 18.00 | | $3,686.25 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

June 24, 2008
Invoice No: 475532
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: May 31, 2008

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/08 | J. Ristau | Review email from Mr. Brown regarding [redacted] | 0.25 | 57.50 |
| 05/09/08 | M. Warnock | Meeting with Mr. Ristau to discuss [redacted] internal discussions with [redacted] telephone call with Mr. Owen to discuss [redacted] | 1.00 | 175.00 |
| 05/09/08 | J. Ristau | Confer with Mr. Warnock regarding [redacted] draft email to Mr. Owen and Mr. Brown regarding [redacted] evaluate strategy for [redacted] | 0.75 | 172.50 |
| 05/12/08 | J. Ristau | Negotiate settlement with opposing counsel and prepare written confirmation of terms of the offer | 0.50 | 115.00 |
| 05/20/08 | M. Warnock | E-mail correspondence with client to [redacted] telephone call to court to set new date for summary judgment hearing | 0.25 | 43.75 |
| 05/29/08 | J. Ristau | Telephone call from court to reschedule hearing on motion for summary judgment; provide [redacted] | 0.50 | 115.00 |
| 05/30/08 | M. Warnock | Meeting with Mr. Ristau to [redacted] | 0.25 | 43.75 |
| 05/30/08 | J. Ristau | Prepare [redacted] | 0.50 | 115.00 |
| | | **Total Hours** | 4.00 | |
| | | **Total Fees** | | $ 837.50 |

Disbursements

PLAINTIFF'S TRIAL EXHIBIT

PX-507-051



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

Bricker & Eckler
ATTORNEYS AT LAW

EMPLOYER ID NUMBER 31-4359739

July 29, 2008
Invoice No: 477672

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: June 30, 2008

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 06/03/08 | M. Warnock | Research whether [redacted] discuss preparation [redacted] | 0.25 | 43.75 |
| 06/16/08 | M. Warnock | Meeting with Mr. Ristau to discuss [redacted]k; draft [redacted] | 0.75 | 131.25 |
| 06/16/08 | J. Ristau | Review [redacted] prepare for [redacted]; forward copy of [redacted] Mr. Brown and coordinate scheduling of [redacted] for hearing; coordinate copying of litigation file in response to discovery request | 1.25 | 287.50 |
| 06/18/08 | N. Reid | Review and evaluate [redacted] of Mr. Brown | 0.75 | 225.00 |
| 06/18/08 | M. Warnock | Draft [redacted] meeting with Mr. Ristau to discuss [redacted] | 0.75 | 131.25 |
| 06/18/08 | J. Ristau | Prepare for [redacted] revise and edit [redacted] review [redacted] evaluate [redacted] | 2.50 | 575.00 |
| 06/19/08 | M. Warnock | [redacted] preparation with Mr. Ristau and client; prepare [redacted] | 2.00 | 350.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

August 20, 2008
Invoice No: 479199
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: July 31, 2008

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 07/14/08 | J. Ristau | Review [redacted] and [redacted] client | 0.50 | 115.00 |
| | | **Total Hours** | 0.50 | |
| | | **Total Fees** | | $ 115.00 |

**Disbursements**

| | |
|---|---|
| Long Distance Telephone Charges | 0.63 |
| Fax Charge | 12.00 |
| **SubTotal Summarized** | $ 12.63 |
| **Disbursements Total** | $ 12.63 |
| **Total This Statement** | $ 127.63 |

************ ATTORNEY SUMMARY ************

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Ristau | 0.50 | 230.00 | $ 115.00 |
| Total all Attorneys | 0.50 | | $ 115.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

November 30, 2008
Invoice No: 487314
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: October 31, 2008

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 10/06/08 | M. Warnock | Participate in scheduling conference call with Montgomery County Court of Common Pleas and opposing counsel | 0.50 | 87.50 |
| 10/06/08 | J. Ristau | Attend telephonic scheduling conference and evaluate strategy going forward | 0.50 | 125.00 |
| 10/07/08 | M. Warnock | Telephone conference with clients and Mr. Ristau to discuss [redacted] | 0.75 | 131.25 |
| 10/07/08 | J. Ristau | [redacted]; telephone call with Mr. Owen and Mr. Brown; confer with Mr. Warnock regarding [redacted] | 0.75 | 187.50 |
| 10/09/08 | J. Ristau | Review [redacted] provide [redacted] to Mr. Owen and Mr. Brown | 0.50 | 125.00 |
| 10/13/08 | J. Ristau | Telephone call with counsel for Ms. Medley regarding status of case and possible settlement options | 0.25 | 62.50 |
| 10/31/08 | J. Ristau | [redacted] consider [redacted] for meeting with Mr. Warnock regarding [redacted] | 1.00 | 250.00 |
| | | **Total Hours** | 4.25 | |
| | | **Total Fees** | | $ 968.75 |
| | | **Total This Statement** | | $ 968.75 |

********** **ATTORNEY SUMMARY** **********

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Ristau | 3.00 | 250.00 | $ 750.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

December 22, 2008
Invoice No: 489308


Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: November 30, 2008

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/08 | M. Warnock | [redacted] | 0.25 | 43.75 |
| 11/03/08 | M. Warnock | Confer regarding [redacted] and [redacted] | 0.50 | 87.50 |
| 11/03/08 | J. Ristau | Meet with Mr. Warnock to [redacted]; telephone call with Mr. Brown to [redacted] | 0.75 | 187.50 |
| 11/04/08 | M. Warnock | [redacted] | 1.75 | 306.25 |
| 11/05/08 | M. Warnock | Meet with Mr. Ristau to prepare [redacted] | 0.50 | 87.50 |
| 11/10/08 | J. Ristau | Telephone call with Mr. Owen and Mr. Brown regarding [redacted]; finalize [redacted] | 0.50 | 125.00 |
| 11/11/08 | M. Warnock | Prepare and mail requests for admission | 0.25 | 43.75 |
| 11/11/08 | J. Ristau | Correspond with Mr. Warnock regarding [redacted]. | 0.25 | 62.50 |
| 11/18/08 | M. Warnock | Confer with Mr. Ristau regarding [redacted]; [redacted] | 0.50 | 87.50 |
| 11/18/08 | J. Ristau | Confer with Mr. Warnock [redacted] provide [redacted] to Mr. Owen and Mr. Brown | 0.75 | 187.50 |
| 11/19/08 | M. Warnock | Confer regarding [redacted]; [redacted] | 1.00 | 175.00 |
| 11/20/08 | M. Warnock | Confer regarding [redacted]s; prepare [redacted]; [redacted] | 1.00 | 175.00 |
| 11/25/08 | M. Warnock | Confer regarding [redacted] | 0.25 | 43.75 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

Client: CROWN NORTHCORP INC
Client ID: 001715

December 22, 2008
Invoice No: 489308


| | | | | |
|---|---|---|---|---|
| 11/25/08 | F. Luttecke | Discuss [redacted] | 0.25 | 43.75 |
| 11/26/08 | M. Warnock | [redacted]t motion in limine [redacted] | 1.00 | 175.00 |
| 11/26/08 | F. Luttecke | Review [redacted] and [redacted]; research [redacted]s; draft [redacted] | 1.75 | 306.25 |
| 11/26/08 | J. Ristau | Finalize [redacted] and prepare [redacted]; telephone call with [redacted] regarding [redacted]ns; provide [redacted] Mr. Owen and Mr. Brown | 1.75 | 437.50 |
| | | **Total Hours** | 13.00 | |
| | | **Total Fees** | | $ 2,575.00 |

**Disbursements**

| | |
|---|---|
| Long Distance Telephone Charges | 1.05 |
| Photocopying | 79.00 |
| **SubTotal Summarized** | $ 80.05 |
| **Disbursements Total** | $ 80.05 |
| **Total This Statement** | $ 2,655.05 |

********** **ATTORNEY SUMMARY** **********

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| F. Luttecke | 2.00 | 175.00 | $ 350.00 |
| J. Ristau | 4.00 | 250.00 | $ 1,000.00 |
| M. Warnock | 7.00 | 175.00 | $ 1,225.00 |
| Total all Attorneys | 13.00 | | $ 2,575.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

January 28, 2009
Invoice No: 491303
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: December 31, 2008

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 12/02/08 | M. Warnock | Confer with Mr. Ristau regarding upcoming pretrial conference; participate in telephone conversations with opposing counsel as well as client; draft and edit letter to defendants regarding need for updated financial information for use in settlement discussions; fax copy of financial information forms to opposing counsel | 1.25 | 218.75 |
| 12/02/08 | J. Ristau | Review correspondence setting forth client's settlement position and confer with Mr. Warnock regarding same; telephone call with opposing counsel regarding settlement; prepare for final pretrial conference; telephone call with Mr. Brown regarding preparation for final pretrial conference | 1.50 | 375.00 |
| 12/05/08 | M. Warnock | Prepare for final pretrial conference by copying and organizing documents in file; travel to and participate in final pretrial conference | 5.25 | 918.75 |
| 12/05/08 | J. Ristau | Prepare for final pretrial conference; travel to Dayton, Ohio; attend final pretrial conference and negotiate possible settlement; return to Columbus, Ohio | 7.50 | 1,875.00 |
| 12/08/08 | M. Warnock | Prepare copy of prior title commitment for use in obtaining updated title work | 0.25 | 43.75 |
| 12/08/08 | J. Ristau | Coordinate request for update title search | 0.25 | 62.50 |
| 12/09/08 | J. Ristau | Review file in preparation for trial | 0.50 | 125.00 |
| 12/10/08 | J. Ristau | Send email to opposing counsel requesting status update on settlement proposal; evaluate pretrial filing requirements | 0.75 | 187.50 |
| 12/10/08 | C. Szary | Confer and correspond with Ms. Manalo regarding update to title commitment | 0.25 | 37.50 |



Bricker & Eckler
ATTORNEYS AT LAW

**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

January 28, 2009
Client: CROWN NORTHCORP INC
Invoice No: 491303
Client ID: 001715

| | | | | |
|---|---|---|---|---|
| 12/15/08 | M. Warnock | Confer regarding [redacted] draft and edit [redacted] | 0.50 | 87.50 |
| 12/15/08 | J. Ristau | Review [redacted] begin [redacted] file endorsement to judicial report; correspond with Mr. Brown regarding [redacted]; follow up with opposing counsel regarding proposed terms of settlement | 2.00 | 500.00 |
| 12/15/08 | C. Szary | [redacted] | 0.25 | 37.50 |
| 12/17/08 | J. Ristau | Review [redacted] review [redacted]t; draft [redacted] | 5.75 | 1,437.50 |
| 12/18/08 | M. Warnock | Draft and edit [redacted]t; review [redacted]t; confer with Mr. Ristau regarding [redacted] | 1.50 | 262.50 |
| 12/18/08 | J. Ristau | Finalize [redacted]; confer with Mr. Warnock regarding [redacted] and [redacted] for trial preparations | 1.25 | 312.50 |
| 12/19/08 | M. Warnock | Finalize and send letter to defendants regarding joint pretrial statement; confer with Mr. Ristau and client regarding [redacted] | 0.50 | 87.50 |
| 12/23/08 | M. Warnock | Telephone conversations with Mr. Ristau regarding [redacted]t; make telephone call to opposing counsel to discuss joint pretrial statement; edit [redacted] | 1.00 | 175.00 |
| 12/23/08 | J. Ristau | Confer with counsel for [redacted]; provide [redacted] to Mr. Brown regarding [redacted] evaluate [redacted] confer with Mr. Brown regarding [redacted]; revise and edit [redacted] | 1.75 | 437.50 |
| 12/24/08 | M. Warnock | Confer regarding filing of [redacted] and [redacted] | 0.75 | 131.25 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739



Client: CROWN NORTHCORP INC
Client ID: 001715

| | | | | |
|---|---|---|---|---|
| 12/24/08 | J. Ristau | Review correspondence regarding [redacted] telephone call with Mr. Brown to discuss [redacted] confer with Mr. Warnock to discuss [redacted] telephone call with [redacted] confer with [redacted] | 1.75 | 437.50 |
| 12/27/08 | M. Warnock | Draft and edit [redacted] | 0.50 | 87.50 |
| 12/29/08 | K. Johnson | Meeting with Mr. Ristau regarding [redacted] g, and [redacted] | 0.75 | 262.50 |
| 12/29/08 | J. Ristau | Confer with bankruptcy counsel for Mr. and Ms. Rooths regarding continuance; confer with Mr. Brown regarding [redacted] g; draft [redacted] | 2.50 | 625.00 |
| | | **Total Hours** | 38.25 | |
| | | **Total Fees** | | $ 8,725.00 |

**Disbursements**

| | | |
|---|---|---|
| 11/26/08 | Federal Express Corporation; Courier Service | 9.66 |
| 11/26/08 | Federal Express Corporation; Courier Service | 9.66 |
| 12/02/08 | Federal Express Corporation; Courier Service | 13.62 |
| 12/05/08 | Ristau, Justin; Attend hearing; Parking | 5.00 |
| 12/05/08 | Ristau, Justin; Attend hearing; Mileage | 88.92 |
| 12/12/08 | Allodial Title Company LLC; Title Examination fees | 125.00 |
| | **SubTotal Itemized** | $ 251.86 |
| | Long Distance Telephone Charges | 0.63 |
| | Fax Charge | 12.00 |
| | Photocopying | 51.60 |
| | **SubTotal Summarized** | $ 64.23 |
| | **Disbursements Total** | $ 316.09 |
| | **Total This Statement** | $ 9,041.09 |

********** **ATTORNEY SUMMARY** **********

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Johnson | 0.75 | 350.00 | $ 262.50 |
| J. Ristau | 25.50 | 250.00 | $ 6,375.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

February 18, 2009
Invoice No: 493027
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: January 31, 2009

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/05/09 | M. Warnock | Confer with client regarding [redacted]; participate in calls to opposing counsel regarding continuing trial | 1.00 | 180.00 |
| 01/05/09 | J. Ristau | Confer with Mr. Warnock regarding [redacted] contact Mr. Rooths regarding agreement to continue case schedule; contact [redacted]; confer with Mr. Brown regarding [redacted]; contact court to inquire as to available dates to reschedule trial; outline action items for trial preparation | 1.75 | 463.75 |
| 01/06/09 | J. Ristau | Complete [redacted] telephone call from court regarding available dates for rescheduled trial date; contact Mr. Brown to discuss [redacted] telephone call with Mr. Rooths and counsel for Ms. Medley to coordinate rescheduling of trial date | 1.25 | 331.25 |
| 01/27/09 | J. Ristau | Contact borrower's bankruptcy counsel to inquire as to status of bankruptcy filing; contact borrower directly to discuss intentions with respect to filing bankruptcy; provide [redacted] Mr. Brown regarding [redacted] | 0.75 | 198.75 |
| 01/29/09 | J. Ristau | Confer with [redacted]; meet with Mr. Warnock to [redacted]; develop [redacted] | 2.75 | 728.75 |
| 01/30/09 | J. Ristau | Review [redacted]; prepare [redacted] | 2.50 | 662.50 |
| | | **Total Hours** | 10.00 | |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

March 26, 2009
Invoice No: 495986


Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: February 28, 2009

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/09 | M. Warnock | Edit [redacted] | 0.75 | 135.00 |
| 02/02/09 | J. Ristau | Request [redacted] develop [redacted] | 6.50 | 1,722.50 |
| 02/03/09 | M. Warnock | Confer regarding [redacted]; review [redacted]l; begin [redacted] | 2.00 | 360.00 |
| 02/03/09 | J. Ristau | Finalize [redacted]t; review files [redacted] prepare [redacted] | 3.50 | 927.50 |
| 02/04/09 | M. Warnock | Draft and edit [redacted] | 0.50 | 90.00 |
| 02/04/09 | J. Ristau | Confer with Mr. Warnock to [redacted]s; prepare draft [redacted] revise and edit [redacted] | 4.50 | 1,192.50 |
| 02/05/09 | M. Warnock | Draft and edit [redacted] review [redacted]; research Ohio law regarding [redacted]; review and analyze [redacted] | 2.50 | 450.00 |
| 02/05/09 | J. Ristau | Conduct [redacted] and evaluate [redacted] prepare [redacted]n; develop [redacted] | 6.50 | 1,722.50 |
| 02/06/09 | M. Warnock | Participate in conference call with client; participate in conference call with plaintiff's bankruptcy attorney; prepare [redacted] | 1.00 | 180.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739



Client: CROWN NORTHCORP INC
Client ID: 001715

| | | | | |
|---|---|---|---|---|
| 02/06/09 | J. Ristau | Confer with Mr. Warnock regarding [redacted]; telephone call with Mr. Brown regarding [redacted]; telephone call with borrower's bankruptcy counsel regarding potential bankruptcy filing; telephone call with Mr. Brown regarding [redacted]; prepare [redacted]; prepare [redacted] revise and edit [redacted] | 4.25 | 1,126.25 |
| 02/08/09 | M. Warnock | Review and analyze [redacted]; prepare [redacted] | 0.50 | 90.00 |
| 02/08/09 | J. Ristau | Review [redacted]hs; prepare [redacted] revise and edit [redacted] | 2.50 | 662.50 |
| 02/09/09 | M. Warnock | Prepare and revise [redacted]; review and revise [redacted]e; call defendants' bankruptcy counsel for update on status of filing documents; confer regarding [redacted] | 4.25 | 765.00 |
| 02/09/09 | J. Ristau | Review [redacted]; confer with Mr. Warnock regarding [redacted]d; review draft of [redacted]e; review and revise [redacted] | 3.50 | 927.50 |
| 02/10/09 | M. Warnock | Revise [redacted]f; call defendants' bankruptcy counsel for update on status of filing bankruptcy documents; confer regarding [redacted]; review [redacted] | 1.75 | 315.00 |
| 02/10/09 | J. Ristau | Prepare [redacted] finalize [redacted]nt; confer with Mr. Brown regarding [redacted] | 6.25 | 1,656.25 |
| 02/11/09 | J. Ristau | Confer with bankruptcy counsel for Mr. and Ms. Rooths; confer with Mr. Brown regarding [redacted]; contact counsel for Ms. Medley regarding continuance of trial; contact court to request continuance of trial | 3.50 | 927.50 |
| 02/23/09 | P. Hesson | Review e-mail from Mr. Ristau regarding [redacted]g; check [redacted]; e-mail to Mr. Ristau [redacted] | 0.25 | 32.50 |
| 02/26/09 | A. Beckham | Review correspondence from Mr. Ristau regarding [redacted] | 0.25 | 57.50 |
| 02/26/09 | J. Ristau | Review bankruptcy filing information; provide status update to Mr. Brown [redacted]e; confer with Ms. Beckham [redacted] | 0.50 | 132.50 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

April 17, 2009
Invoice No: 497447
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: March 31, 2009

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/09 | K. Johnson | Confer regarding [redacted] | 0.25 | 90.00 |
| 03/02/09 | A. Beckham | Review [redacted], [redacted] confer with Mr. Ristau regarding [redacted]s; draft [redacted] to Mr. Ristau regarding same | 1.25 | 287.50 |
| 03/03/09 | A. Beckham | Attend telephonic status conference with the Court and Mr. Ristau; review [redacted] regarding any requirements for [redacted] | 0.50 | 115.00 |
| 03/03/09 | J. Ristau | Attend status conference with magistrate to discuss bankruptcy filing and status of case going forward; confer with [redacted] | 0.50 | 132.50 |
| 03/23/09 | A. Beckham | Correspond with Mr. Brown regarding [redacted]; confer with Mr. Warnock regarding same | 0.25 | 57.50 |
| 03/24/09 | A. Beckham | Review [redacted] completed by Mr. Brown to [redacted] | 0.25 | 57.50 |
| 03/26/09 | A. Beckham | Review [redacted]s and [redacted] to prepare [redacted] | 0.25 | 57.50 |
| 03/30/09 | A. Beckham | Draft [redacted] | 1.50 | 345.00 |
| | | **Total Hours** | 4.75 | |
| | | **Total Fees** | | $ 1,142.50 |




Bricker & Eckler
ATTORNEYS AT LAW

**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

May 28, 2009
Invoice No: 500203

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: April 30, 2009

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 04/01/09 | A. Beckham | Prepare [redacted] | 0.50 | 115.00 |
| 04/02/09 | M. Warnock | Review [redacted] | 0.25 | 45.00 |
| 04/02/09 | A. Beckham | Review and revise [redacted] review [redacted]; compile [redacted] confer with Mr. Warnock regarding [redacted] Mr. Brown for review of [redacted] and [redacted] | 2.50 | 575.00 |
| 04/09/09 | A. Beckham | Review [redacted] | 0.25 | 57.50 |
| 04/10/09 | A. Beckham | Confer with Ms. Klein regarding [redacted] | 0.25 | 57.50 |
| 04/13/09 | A. Beckham | Final review of [redacted]; compile [redacted] review [redacted] prepare [redacted] confer with Ms. Klein regarding [redacted] | 1.00 | 230.00 |
| 04/14/09 | A. Beckham | Review revised [redacted] confer with Ms. Klein regarding [redacted] | 0.50 | 115.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

June 12, 2009
Invoice No: 501526


Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: May 31, 2009

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/04/09 | A. Beckham | Telephone conference with [redacted] | 0.25 | 57.50 |
| 05/07/09 | A. Beckham | Confer with Ms. Hesson regarding [redacted] review and revise [redacted] correspond with Mr. Brown regarding same | 0.50 | 115.00 |
| 05/07/09 | P. Hesson | Office conference with Ms. Beckham regarding [redacted] for upload; file Certification of Proper Service and upload Agreed Order | 0.75 | 97.50 |
| 05/08/09 | A. Beckham | Review clerk's form order granting relief from stay on the North Cherrywood Avenue property; draft correspondence to forward same to Mr. Brown | 0.25 | 57.50 |
| 05/11/09 | J. Ristau | Correspond with Mr. Brown regarding [redacted] | 0.25 | 66.25 |
| 05/20/09 | A. Beckham | Telephone conference with [redacted], a [redacted] regarding [redacted] | 0.25 | 57.50 |
| 05/21/09 | M. Warnock | Discuss [redacted] | 0.25 | 45.00 |
| 05/22/09 | M. Warnock | Prepare [redacted] | 0.75 | 135.00 |
| 05/28/09 | F. Luttecke | Review [redacted] | 0.50 | 97.50 |
| 05/29/09 | M. Warnock | Finalize [redacted]; prepare [redacted] | 0.50 | 90.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

June 12, 2009

Client: CROWN NORTHCORP INC
Invoice No: 501526
Client ID: 001715



| 05/29/09 | F. Luttecke | [redacted] review and edit | 0.25 | 48.75 |
|---|---|---|---|---|
| | | **Total Hours** | 4.50 | |
| | | **Total Fees** | | $ 867.50 |

Disbursements

| | |
|---|---|
| Long Distance Telephone Charges | 0.33 |
| Photocopying | 5.80 |
| **SubTotal Summarized** | $ 6.13 |
| **Disbursements Total** | $ 6.13 |
| **Total This Statement** | $ 873.63 |

********** **ATTORNEY SUMMARY** **********

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Beckham | 1.25 | 230.00 | $ 287.50 |
| P. Hesson | 0.75 | 130.00 | $ 97.50 |
| F. Luttecke | 0.75 | 195.00 | $ 146.25 |
| J. Ristau | 0.25 | 265.00 | $ 66.25 |
| M. Warnock | 1.50 | 180.00 | $ 270.00 |
| Total all Attorneys | 4.50 | | $ 867.50 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

July 27, 2009
Invoice No: 504905
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: June 30, 2009

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/09 | A. Beckham | Confer with Mr. Warnock regarding [redacted] | 0.25 | 57.50 |
| 06/10/09 | J. Ristau | Follow up with Mr. Warnock regarding [redacted] | 0.25 | 66.25 |
| 06/15/09 | A. Beckham | Review [redacted] and [redacted], draft brief memorandum to Mr. Ristau regarding the same | 0.50 | 115.00 |
| | | **Total Hours** | 1.00 | |
| | | **Total Fees** | | $ 238.75 |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 05/29/09 | Federal Express Corporation - Courier Service | 9.04 |
| | **SubTotal Itemized** | $ 9.04 |
| | **Disbursements Total** | $ 9.04 |
| | **Total This Statement** | $ 247.79 |

************ ATTORNEY SUMMARY ************

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Beckham | 0.75 | 230.00 | $ 172.50 |
| J. Ristau | 0.25 | 265.00 | $ 66.25 |
| Total all Attorneys | 1.00 | | $ 238.75 |




**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

August 21, 2009
Invoice No: 506717


Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: July 31, 2009

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 07/01/09 | M. Warnock | Confer with Mr. Ristau regarding [redacted] | 0.25 | 45.00 |
| 07/02/09 | M. Warnock | Confer with Mr. Ristau regarding [redacted] review [redacted] and [redacted] use in [redacted] | 0.75 | 135.00 |
| 07/05/09 | M. Warnock | Review [redacted] and [redacted] for use in [redacted] | 0.25 | 45.00 |
| 07/06/09 | M. Warnock | Prepare renewed [redacted] | 3.25 | 585.00 |
| 07/06/09 | J. Ristau | Revise and edit [redacted] | 0.75 | 198.75 |
| 07/07/09 | M. Warnock | [redacted] and [redacted] judgment; revise [redacted] in support of [redacted] | 1.50 | 270.00 |
| 07/08/09 | M. Warnock | Confer with Mr. Ristau regarding [redacted] t and [redacted] | 0.25 | 45.00 |
| 07/08/09 | J. Ristau | Review [redacted] and [redacted] and [redacted] same; forward [redacted] to Mr. Brown for review and approval | 1.25 | 331.25 |
| 07/10/09 | J. Ristau | Correspond with Mr. Brown regarding [redacted] | 0.00 | N/C |
| 07/13/09 | M. Warnock | Prepare and revise [redacted]; revise; [redacted] Mr. Brown | 1.25 | 225.00 |
| 07/15/09 | M. Warnock | Revise [redacted]; [redacted] | 1.00 | 180.00 |
| 07/20/09 | M. Warnock | Confer with Mr. Ristau regarding [redacted] return call to opposing counsel for Ms. Medley | 0.25 | 45.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

September 25, 2009
Invoice No: 509168
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: August 31, 2009

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08/03/09 | J. Ristau | Correspond with counsel in [redacted] regarding [redacted] confer with Mr. Brown regarding [redacted] | 0.50 | 132.50 |
| 08/04/09 | P. Hesson | Review docket for status of claim | 0.25 | 32.50 |
| 08/06/09 | J. Ristau | Correspond with Mr. Warnock regarding [redacted] | 0.00 | N/C |
| 08/13/09 | L. Zaremski | Meeting with Mr. Ristau regarding follow up needed; reviewed the docket for [redacted] and the [redacted] on same and prepared a follow up email to Mr. Ristau | 0.50 | 110.00 |
| 08/14/09 | L. Zaremski | Reviewed the [redacted] and the [redacted] for [redacted] and prepared an email to Mr. Ristau regarding same; left a message for [redacted] | 0.50 | 110.00 |
| 08/17/09 | L. Zaremski | Telephone call to Mr. Owen regarding [redacted] on the [redacted] | 0.25 | 55.00 |
| 08/18/09 | P. Hesson | Review [redacted] for status | 0.25 | 32.50 |
| | | **Total Hours** | 2.25 | |
| | | **Total Fees** | | $ 472.50 |
| | | **Total This Statement** | | $ 472.50 |

********** **ATTORNEY SUMMARY** **********

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Hesson | 0.50 | 130.00 | $ 65.00 |
| J. Ristau | 0.50 | 0.00 | $ 132.50 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

October 22, 2009
Invoice No: 510885
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: September 30, 2009

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/09 | M. Warnock | Prepare [redacted] and issuing [redacted] | 1.00 | 180.00 |
| 09/08/09 | M. Warnock | Prepare and revise [redacted]y granting [redacted]e; confer with Mr. Ristau regarding [redacted] | 1.50 | 270.00 |
| 09/08/09 | J. Ristau | Review [redacted] and [redacted] and approve same for filing | 0.50 | 132.50 |
| 09/08/09 | J. Ristau | Review [redacted] and forward same to magistrate for entry | 0.50 | 132.50 |
| 09/10/09 | M. Warnock | Confer with Mr. Brown regarding [redacted] and [redacted] in foreclosure | 0.25 | 45.00 |
| 09/14/09 | L. Zaremski | [redacted] and the Trustee's interim report to determine the [redacted] currently in the [redacted] case to [redacted] the objection to the claim filed | 0.50 | 110.00 |
| 09/17/09 | J. Ristau | Review [redacted]s from Ms. Zaremski and confer with Mr. Brown regarding our [redacted] | 0.50 | 132.50 |
| 09/17/09 | L. Zaremski | [redacted] of a [redacted] of the [redacted] to the claim [redacted] Mr. Ristau | 0.25 | 55.00 |
| | | **Total Hours** | 5.00 | |
| | | **Total Fees** | | $ 1,057.50 |

**Disbursements**



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

Client: CROWN NORTHCORP INC
Client ID: 001715

November 30, 2009
Invoice No: 513618


CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: October 31, 2009

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/09 | J. Ristau | Confer with Mr. Warnock regarding [redacted] in light of decree of foreclosure | 0.50 | 132.50 |
| 10/28/09 | C. Szary | Review correspondence from Mr. Warnock; [redacted] | 0.25 | 38.75 |
| 10/29/09 | C. Szary | Draft [redacted] issuing an [redacted]; review and [redacted]; review [redacted] regarding parcel number and address of property; review Montgomery County Sheriff's website regarding [redacted] confer with Mr. Ristau regarding [redacted] | 1.50 | 232.50 |
| | | **Total Hours** | 2.25 | |
| | | **Total Fees** | | $ 403.75 |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 09/01/09 | Pacer Service Center; 2009 3rd Quarter Pace | 18.96 |
| 10/28/09 | Montgomery Co. Clerk of Courts - File Order of Sale | 500.00 |
| | **SubTotal Itemized** | $ 518.96 |
| | Photocopying | 6.40 |
| | **SubTotal Summarized** | $ 6.40 |
| | **Disbursements Total** | $ 525.36 |
| | **Total This Statement** | $ 929.11 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

December 28, 2009
Invoice No: 515166
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: November 30, 2009

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 11/06/09 | J. Ristau | Confer with Mr. Warnock regarding [redacted] | 0.25 | 66.25 |
| 11/10/09 | M. Warnock | Prepare email to Mr. Brown updating him on the [redacted], including [redacted] | 0.25 | 45.00 |
| 11/17/09 | C. Szary | Review [redacted] s [redacted] regarding [redacted] | 0.25 | 38.75 |
| | | **Total Hours** | 0.75 | |
| | | **Total Fees** | | $ 150.00 |
| | | **Total This Statement** | | $ 150.00 |

************ ATTORNEY SUMMARY ************

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Ristau | 0.25 | 265.00 | $ 66.25 |
| C. Szary | 0.25 | 155.00 | $ 38.75 |
| M. Warnock | 0.25 | 180.00 | $ 45.00 |
| Total all Attorneys | 0.75 | | $ 150.00 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

February 26, 2010
Invoice No: 519524
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: January 31, 2010

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/04/10 | M. Warnock | Correspond with Mr. Brown, Mr. Ristau, and Ms. Szary regarding [redacted]; review [redacted] to determine [redacted] | 0.50 | 97.50 |
| 01/04/10 | C. Szary | Review [redacted] website regarding [redacted]; confer with newspaper regarding [redacted] and payment; review [redacted]; request [redacted] | 0.50 | 77.50 |
| 01/05/10 | C. Szary | Correspond with Ms. Vagedes @ Cox Ohio Publishing regarding [redacted] | 0.50 | 77.50 |
| 01/06/10 | M. Warnock | Confer with Mr. Ristau and Ms Szary regarding [redacted]; correspond with Mr. Brown regarding [redacted] | 0.50 | 97.50 |
| 01/13/10 | M. Warnock | Prepare email to [redacted] and [redacted] regarding [redacted] property appraisal and instructions for bidding | 0.50 | 97.50 |
| | | **Total Hours** | 2.50 | |
| | | **Total Fees** | | $ 447.50 |

| Disbursements | | |
|---|---|---|
| 01/04/10 | Cox Ohio Publishing - Publication for Sheriff's Sale Notice | 570.00 |
| 01/05/10 | Federal Express Corporation; Courier Service | 9.13 |
| | **SubTotal Itemized** | $ 579.13 |
| | Long Distance Telephone Charges | 2.31 |
| | Photocopying | 1.80 |
| | **SubTotal Summarized** | $ 4.11 |




**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

March 23, 2010
Invoice No: 520669


Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: February 28, 2010

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 02/01/10 | C. Szary | Confer with Mr. Ristau regarding [redacted]; correspond with [redacted] regarding filing [redacted]; prepare [redacted]s; prepare [redacted] | 0.75 | 116.25 |
| 02/17/10 | C. Szary | Review e-mail from Mr. Brown; correspond with Mr. Warnock regarding the same | 0.25 | 38.75 |
| 02/19/10 | M. Warnock | Confer with Mr. Ristau regarding [redacted] against [redacted] communicate with counsel for Ms. Medley regarding dismissal; correspond with Mr. Brown regarding [redacted] | 0.50 | 97.50 |
| 02/22/10 | J. Ristau | Review [redacted] | 0.25 | 66.25 |
| 02/22/10 | M. Warnock | Prepare [redacted] | 0.50 | 97.50 |
| 02/22/10 | C. Szary | Confer with [redacted]e regarding sale; confer with [redacted] regarding attendance at sheriff's sale | 0.50 | 77.50 |
| 02/23/10 | M. Warnock | Leave voicemail for Ms. Medley's counsel regarding the voluntary notice of dismissal without prejudice | 0.25 | 48.75 |
| 02/23/10 | C. Szary | [redacted]; p[redacted] of l[redacted] | 0.50 | 77.50 |
| 02/26/10 | M. Warnock | Review [redacted]; set up account with same; confer with Ms. Parker and Ms. Klein regarding electronic filing of notice of dismissal without prejudice | 0.50 | 97.50 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

April 21, 2010
Invoice No: 522766
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: March 31, 2010

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 03/03/10 | M. Warnock | Correspond with Mr. Brown regarding the [redacted]; confer with Ms. Szary and Mr. Ristau regarding [redacted]; review [redacted] ...nty; prepare [redacted] | 1.00 | 195.00 |
| 03/03/10 | C. Szary | Confer with Mr. Warnock regarding [redacted]; draft [redacted] confer with [redacted] | 0.50 | 77.50 |
| 03/04/10 | M. Warnock | Finalize [redacted]; review [redacted]; e-file proposed order; confer with [redacted] regarding [redacted]; correspond with Mr. Brown regarding [redacted] | 1.00 | 195.00 |
| 03/04/10 | C. Szary | Confer with Mr. Warnock regarding [redacted]; confer with Ms. Cummings [redacted] ...y regarding [redacted] ...e; confer with Mary @ Montgomery County Sheriff's Office regarding [redacted]; [redacted]; confer with Judge Price's office regarding time stamped copy of entry to withdraw sale; confer with Ms. Cummings [redacted]e; fax time-stamped copy of withdrawal entry to [redacted]e and Ms. Cummings | 2.00 | 310.00 |



Bricker & Eckler
ATTORNEYS AT LAW

**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

Client: CROWN NORTHCORP INC
Client ID: 001715

April 21, 2010
Invoice No: 522766

| | | | | |
|---|---|---|---|---|
| 03/05/10 | M. Warnock | Confirm [redacted]; correspond with Mr. Brown regarding [redacted] | 0.25 | 48.75 |
| 03/11/10 | C. Szary | Review correspondence from Mr. Brown regarding an [redacted]e; draft [redacted] assist in e-filing Alias Order of Sale | 0.75 | 116.25 |
| 03/18/10 | M. Warnock | Confer with Montgomery County Clerk of Courts regarding e-filing | 0.25 | 48.75 |
| 03/25/10 | C. Szary | Review [redacted] confer with [redacted] | 0.25 | 38.75 |
| 03/29/10 | C. Szary | Review [redacted]e, [redacted] [redacted]e | 0.25 | 38.75 |
| 03/29/10 | C. Szary | Correspond with Ms. Vagedes @ Cox Ohio Publishing regarding payment of publication | 0.25 | 38.75 |
| | | **Total Hours** | 6.50 | |
| | | **Total Fees** | | $ 1,107.50 |

**Disbursements**

| | | |
|---|---|---|
| 02/23/10 | Federal Express Corporation; Courier Service | 9.08 |
| 03/11/10 | Montgomery County Clerk of Courts; Filing Fees | 512.50 |
| 03/26/10 | Cox Ohio Publishing - Publication Notices - Sale | 570.00 |
| | **SubTotal Itemized** | $ 1,091.58 |
| | Long Distance Telephone Charges | 16.83 |
| | Fax Charge | 8.00 |
| | Photocopying | 6.40 |
| | **SubTotal Summarized** | $ 31.23 |
| | **Disbursements Total** | $ 1,122.81 |
| | **Total This Statement** | $ 2,230.31 |

********** ATTORNEY SUMMARY **********

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Szary | 4.00 | 155.00 | $ 620.00 |
| M. Warnock | 2.50 | 195.00 | $ 487.50 |
| Total all Attorneys | 6.50 | | $ 1,107.50 |




**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

May 25, 2010
Invoice No: 525271
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: April 30, 2010

Matter: Rooths/Dayton
Matter ID: 136554

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/10 | M. Warnock | Confer with Ms. Klein regarding [redacted] | 0.25 | 48.75 |
| 04/05/10 | J. Ristau | Correspond with Mr. Warnock regarding [redacted] | 0.25 | 66.25 |
| 04/05/10 | M. Warnock | Confer with representative from [redacted] regarding [redacted] that is the subject of this foreclosure action; prepare email to Mr. Brown regarding [redacted] | 0.50 | 97.50 |
| 04/06/10 | M. Warnock | Correspond with Mr. Brown regarding [redacted] and [redacted] confer with Ms. Szary regarding [redacted] | 0.50 | 97.50 |
| 04/14/10 | C. Szary | Review [redacted] regarding [redacted]; confer with Mary at Montgomery County Sheriff's office regarding [redacted]; forward [redacted] Mr. [redacted] | 1.00 | 155.00 |
| 04/15/10 | M. Warnock | Correspond with Mr. Brown regarding [redacted] | 0.25 | 48.75 |
| 04/26/10 | C. Szary | Review [redacted]e; draf[redacted] | 0.25 | 38.75 |
| | | **Total Hours** | 3.00 | |
| | | **Total Fees** | | $ 552.50 |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 03/31/10 | Federal Express Corporation; Courier Service | 9.17 |



**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614.227.2300
Fax 614.227.2390

EMPLOYER ID NUMBER 31-4359739

June 15, 2010
Invoice No: 526544
Page 1

Client: CROWN NORTHCORP INC
Client ID: 001715

CROWN NORTHCORP INC
RICK LEWIS
13706 NORTH HWY 183, SUITE 301
AUSTIN, TX 78750

**--- PRIVATE AND CONFIDENTIAL ---**

For Legal Services Rendered Through: May 31, 2010

Matter: Rooths/Dayton
Matter ID: 136554

| | | | | |
|---|---|---|---|---|
| 05/04/10 | C. Szary | Prepare [redacted]s; confer with [redacted] regarding [redacted]; correspond with [redacted] regarding [redacted] fax letter; prepare [redacted]; prepare [redacted]h [redacted]t | 0.50 | 77.50 |
| 05/27/10 | M. Warnock | Correspond with Mr. Brown regarding [redacted]le; prepare [redacted] withdrawing [redacted]e | 0.25 | 48.75 |
| | | **Total Hours** | 0.75 | |
| | | **Total Fees** | | $ 126.25 |

**Disbursements**

| | |
|---|---|
| Long Distance Telephone Charges | 1.65 |
| Fax Charge | 6.00 |
| Photocopying | 9.60 |
| **SubTotal Summarized** | $ 17.25 |
| **Disbursements Total** | $ 17.25 |
| **Total This Statement** | $ 143.50 |

********** **ATTORNEY SUMMARY** **********

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Szary | 0.50 | 155.00 | $ 77.50 |
| M. Warnock | 0.25 | 195.00 | $ 48.75 |
| **Total all Attorneys** | **0.75** | | **$ 126.25** |